UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Ally Financial
Our File No.: 46470
JM-5630

Order Filed on June 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Franklin Medina

| | |
|---|---|
| Case No.: | 18-11629 |
| Hearing Date: | 6-12-2018 |
| Judge: | RG |
| Chapter: | 11 |

Recommended Local Form:  ☑ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 14, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of _____ Ally Financial _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏ Real property more fully described as:

☑ Personal property more fully described as:

    2012 Toyota Prius
    Vehicle Identification Number
    JTDKN3DU6C5506660

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*