Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11629−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franklin Medina
   P.O. Box 1502
   Paramus, NJ 07653

Social Security No.:
   xxx−xx−8251

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/17/18 at 11:00 AM

to consider and act upon the following:

*41* − Certification in Opposition to (related document:38 Application for Extension of Loss Mitigation Period. Filed by David L. Stevens on behalf of Franklin Medina. Objection deadline is 6/18/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Franklin Medina) filed by Robert P. Saltzman on behalf of MTGLQ Investors, LP c/o Selene Finance LP. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Certificate of Service) (Saltzman, Robert)

Dated: 6/19/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court