**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Franklin** | | **Medina** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number  18-11629
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B..................................................................... $ **1,654,052.00**

   1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $ **32,200.00**

   1c. Copy line 63, Total of all property on Schedule A/B.................................................................... $ **1,686,252.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ **1,821,103.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ **39,000.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ $ **107,134.36**

   **Your total liabilities**  $ **1,967,237.36**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................. $ **10,314.57**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................... $ **8,421.33**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1  **Franklin Medina**  Case number *(if known)* **18-11629**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ **9,804.04**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 39,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 39,000.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Franklin** First Name | **Medina** Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): **18-11629**

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Ally Financial**<br>Creditor's Name<br><br>**Attn: Bankruptcy**<br>**Po Box 380901**<br>**Bloomington, MN 55438**<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred **Opened 01/16  Last Active 12/07/17** | Describe the property that secures the claim:<br><br>**2012 Toyota Prius 125000 miles**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) ____<br><br>Last 4 digits of account number **0751** | $14,066.00 | $12,000.00 | $2,066.00 |
| **2.2** **Chase Bank N.A.**<br>Creditor's Name<br><br>**270 Park Avenue**<br>**New York, NY 10017**<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>■ At least one of the debtors and another | Describe the property that secures the claim:<br><br>**212-214 65th Street West New York, NJ 07093  Hudson County**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit | $460,000.00 | $397,052.00 | $62,948.00 |

| Debtor 1 | **Franklin Medina** | | Case number (if know) | **18-11629** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

☐ **Check if this claim relates to a community debt**   ☐ Other (including a right to offset)

**Date debt was incurred**   **Last 4 digits of account number**   **1023**

---

| 2.3 | **Ditech** | Describe the property that secures the claim: | $250,647.00 | $262,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **6609 Polk Street West New York, NJ 07093  Hudson County  Mother's Primary Home** | | | |

**Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**   **Opened 06/05  Last Active 12/14/17**   **Last 4 digits of account number**   **6540**

---

| 2.4 | **Seterus, Inc.** | Describe the property that secures the claim: | $541,571.00 | $535,000.00 | $6,571.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **191 Nimitz Road Paramus, NJ 07652  Bergen County** | | | |

**Attn: Bankruptcy
Po Box 1077
Hartford, CT 06143**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**   **Opened 09/07  Last Active 3/13/16**   **Last 4 digits of account number**   **6858**

---

| 2.5 | **Tax Claim Bureau Northumberland County** | Describe the property that secures the claim: | $1,200.00 | $15,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **132 Locust Street Milton, PA 17847  Northumberland County** | | | |

**399 Stadium Drive
Sunbury, PA 17801**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.   **Nature of lien.** Check all that apply.

---

| | | |
|---|---|---|
| Debtor 1 | **Franklin Medina** | Case number (if know) **18-11629** |
| | First Name    Middle Name    Last Name | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Unpaid Propert Taxes**

Date debt was incurred            Last 4 digits of account number   **2015**

---

**2.6**  **Toyota Motor Credit Co**
Creditor's Name

**Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   $13,619.00   $15,000.00   $0.00

**2011 Toyota Highlander 70000 miles**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred   **Opened 01/16  Last Active 12/27/17**    Last 4 digits of account number   **0001**

---

**2.7**  **Wells Fargo Bank, N.A.**
Creditor's Name

**420 Montgomery Street
Attn: Bankruptcy Dept.
San Francisco, CA 94104**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   $540,000.00   $435,000.00   $105,000.00

**522 4th Street Union City, NJ 07087 Hudson County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred            Last 4 digits of account number

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,821,103.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,821,103.00** |

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Franklin Medina** | | | Case number (if know) | **18-11629** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**McCalla Raymer Leibert Pierce, LLC.**
**99 Wood Avenue South, Suite 803**
**Iselin, NJ 08830**

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Northumberland County Assesor**
**399 S. 5th #301**
**Sunbury, PA 17801**

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number **2015**

☐ Name, Number, Street, City, State & Zip Code
**Stern, Lavinthal & Frankenberg, LLC**
**105 Eisenhower Parkway, Ste. 302**
**Attn. Maria Cozzini**
**Roseland, NJ 07068**

On which line in Part 1 did you enter the creditor? **2.4**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

Debtor 1 **Franklin Medina**
First Name   Middle Name   Last Name

Debtor 2
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number   **18-11629**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Franklin Medina**                                      X _____
**Franklin Medina**                                                Signature of Debtor 2
Signature of Debtor 1

Date  **September 25, 2018**                               Date

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

# United States Bankruptcy Court
**District of New Jersey**

In re  **Franklin Medina**  Case No. **18-11629**

Debtor(s)  Chapter **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **September 25, 2018**   **/s/ Franklin Medina**
**Franklin Medina**
Signature of Debtor

.

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438

Angel Miguel
212-214 65th Street
West New York, NJ 07093

Chase Bank N.A.
270 Park Avenue
New York, NY 10017

Constancia Burgos
214 65th Street, Apt. 2
West New York, NJ 07093

Diego Valle
212-214 65th Street
West New York, NJ 07093

Ditech
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709

Doris H. Navas
212-214 65th Street
West New York, NJ 07093

German Cruz
212-214 65th Street
West New York, NJ 07093

Hugo Claros
522 4th Street, Apt. 1R
Union City, NJ 07087

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Kabbage
P.O Box 77081
Atlanta, GA 30357

Lorenzo & Maria Gonzalez
522 4th Street, Apt. 2F
Union City, NJ 07087


Luis Rodriguez
212-214 65th Street
West New York, NJ 07093


Maria Contino
212-214 65th Street
West New York, NJ 07093


McCalla Raymer Leibert Pierce, LLC.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830


Milton Regional Sewer Authority
5585 State Route 405
Milton, PA 17847


Motor Vehicle Commission
New Jersey Motor Vehicle Commission
Administrative Unit
225 East State Street
Trenton, NJ 08666


Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market St., PO Box 112
Trenton, NJ 08625


North Hudson Sewerage Authority
1600 Adams Street
Hoboken, NJ 07030


Northumberland County Assesor
399 S. 5th #301
Sunbury, PA 17801

```
Online Collections
Po Box 1489
Winterville, NC 28590


PSE&G
P.O. Box 14444
New Brunswick, NJ 08906-4444


Reyna Maravilla
522 4th Street, Apt. 1F
Union City, NJ 07087


Roberto Carlos Mejivar
214 65th Street, Apt. 1
West New York, NJ 07093


Seterus, Inc.
Attn: Bankruptcy
Po Box 1077
Hartford, CT 06143


Sonia Cabrera
522 4th Street, Apt. 2R
Union City, NJ 07087


State of New Jersey Division of Taxation
Compliance & Enforcement - Compliance
50 Barrack Street, 9th Floor
Trenton, NJ 08695


Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Ste. 302
Attn. Maria Cozzini
Roseland, NJ 07068


Suez Water New Jersey
Customer Service Center
69 DeVoe Place
Hackensack, NJ 07601


Tax Claim Bureau  Northumberland County
399 Stadium Drive
Sunbury, PA 17801
```

```
Tolls By Mail
P.O. Box 15183
Albany, NY 12212


Toyota Motor Credit Co
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408


Union City Tax Assessor
3715 Palisade Avenue #1st
Union City, NJ 07087


Wells Fargo Bank, N.A.
420 Montgomery Street
Attn: Bankruptcy Dept.
San Francisco, CA 94104


West New York Tax Assessor
428 60th Street, #3
West New York, NJ 07093


William Gonzalez
212-214 65th Street
West New York, NJ 07093


Yaimee Herrera
212-214 65th Street
West New York, NJ 07093


Yonir & Denis Castro
522 4th Street, Apt. 1F
Union City, NJ 07087
```