| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>804521<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>**Attorneys for JPMorgan Chase Bank, National Association** | **Order Filed on January 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Franklin Medina | Case No: 18-11629 - RG<br><br>Hearing Date: 10/02/2018<br><br>Judge: Rosemary Gambardella |

Recommended Local Form:    ☐ Followed    ☒ Modified

**Order Resolving Motion for Relief and Providing for Adequate Protection Payments**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 14, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the filing of the Debtor's Opposition to Creditor's Motion For Relief ,

And the parties having subsequently resolved their differences and for good cause shown below,

IT IS ORDERED as follows:

1. Debtor to resume making their regular ongoing payment owed pursuant to the Note and Mortgage to Secured Creditor starting with the November 1, 2018 payment. Said payments are subject to a 30-day default clause.

2. In the event of default Secured Creditor is entitled to re-list the Motion for Relief from the Automatic Stay to pursue the entire post-petition delinquency.

3. Debtor must file a Chapter 11 Bankruptcy Plan with the Court on or before January 25, 2019.

rev.8/1/15