UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Counsel to Debtor

**Order Filed on March 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Franklin Medina,

  Debtor.

| | |
|---|---|
| Case No.: | 18-11629 |
| Chapter: | 11 |
| Judge: | RG |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 7, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____03/28/2018_____ :

Property:    191 Nimitz Road, Paramus, New Jersey 07652

Creditor:    Selene Finance

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ____the Debtor____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____05/28/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2