Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11629−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Franklin Medina
  P.O. Box 1502
  Paramus, NJ 07653

Social Security No.:
  xxx−xx−8251

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/7/19 at 02:00 PM

to consider and act upon the following:

**5** − Notice of Hearing for: Status Conference. (related document:1 Chapter 11 Voluntary Petition Filed by David L. Stevens on behalf of Franklin Medina. Ch. 11 Small Business Balance The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 3/21/2018 at 02:00 PM at RG − Courtroom 3E, Newark. (slm)

Dated: 3/21/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court