Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11629−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franklin Medina
   P.O. Box 1502
   Paramus, NJ 07653

Social Security No.:
   xxx−xx−8251

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/21/19 at 10:00 AM

to consider and act upon the following:

*68* − Motion for Relief from Stay re: 522 4th Street, Union City, Hudson, NJ. Fee Amount $ 181. Filed by Laura M. Egerman on behalf of Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006−4 Mortgage Pass−Through Certificates, Series 2006−4. Hearing scheduled for 5/20/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Exhibit Loan Documents # 3 Proposed Order # 4 Certificate of Service) (Egerman, Laura) HEARING BEING RESCHEDULED BY THE COURT TO HEARING DATE BEFORE JUDGE GRAVELLE IN TRENTON Modified on 4/18/2019 (car).

Dated: 4/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court