Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11629−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franklin Medina
   P.O. Box 1502
   Paramus, NJ 07653

Social Security No.:
   xxx−xx−8251

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/21/19 at 10:00 AM

to consider and act upon the following:

*68* − Motion for Relief from Stay re: 522 4th Street, Union City, Hudson, NJ. Fee Amount $ 181. Filed by Laura M. Egerman on behalf of Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006−4 Mortgage Pass−Through Certificates, Series 2006−4. Hearing scheduled for 5/20/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Exhibit Loan Documents # 3 Proposed Order # 4 Certificate of Service) (Egerman, Laura) HEARING BEING RESCHEDULED BY THE COURT TO HEARING DATE BEFORE JUDGE GRAVELLE IN TRENTON Modified on 4/18/2019 (car).

Dated: 4/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-11629-RG
Franklin Medina                                                         Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1         Date Rcvd: Apr 18, 2019
                              Form ID: ntchrgbk        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
db          +Franklin Medina,    P.O. Box 1502,    Paramus, NJ 07653-1502
aty         +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP.,    1599 Hamburg Turnpike,    P.O. Box 2031,
              Wayne, NJ 07474-2031
cr          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
              1617 JFK Boulevard,    Suite 1400,   Philadelphia, PA 19103-1814
cr           MTGLQ Investors, LP c/o Selene Finance LP,    9990 Richmond Avenue, Suite 400 South,
              South Houston, TX  77042-4546
cr          +SN Servicing Corporation,    FRIEDMAN VARTOLO, LLP,    1325 Franklin Avenue, Suite 230,
              Garden City, NY 11530-1631
cr          +Wells Fargo Bank, National Association, as Trustee,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bnc@atlasacq.com Apr 19 2019 00:39:27     ATLAS ACQUISITIONS LLC,    294 Union St.,
              Attn:  Avi Schild,    Hackensack, NJ 07601-4303
cr           E-mail/Text: ally@ebn.phinsolutions.com Apr 19 2019 00:39:24     Ally Financial,
              PO Box 130424,    Roseville, MN  55113-0004
                                                                                                TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Franklin  Medina dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Laura M. Egerman    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Banc of America Alternative Loan Trust 2006-4 Mortgage Pass-Through Certificates , Series 2006-4
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor   MTGLQ Investors, LP c/o Selene Finance LP
               dnj@pbslaw.org
              Sherri Jennifer Smith    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10