UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina
Debtor

Case No. 18-11629
Reporting Period: 5/1/2018

Social Security # N/A
(last 4 digits only)

# MONTHLY OPERATING REPORT
# (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ Franklin Medina Date 5/3/2019

Signature of Joint Debtor Date

5:50 PM
04/24/19
Accrual Basis

# Franklin Medina DIP
## Profit & Loss
### May 2018

| | May 18 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| Amazon Income | 945.61 |
| Employment Income | 8,369.38 |
| 47400 · Rental Income | 8,763.00 |
| Total Income | 18,077.99 |
| Cost of Goods Sold | |
| 50000 · Cost of Goods Sold | 67.00 |
| Total COGS | 67.00 |
| Gross Profit | 18,010.99 |
| Expense | |
| Automobile Insurance | 266.95 |
| computer expenses | 4,057.91 |
| Donations & Contributions | 28.75 |
| Education | 15.00 |
| Entertainment | 247.00 |
| fuel | 115.00 |
| Health and Wellness | 286.76 |
| Internet Expense | 60.55 |
| Jace Investment | 720.60 |
| Miscellaneous Expense | 420.13 |
| Mortgage | 1,650.49 |
| mortgage 212-214 65th st | 2,184.00 |
| Mortgage 522 4th Street | 2,078.75 |
| Parking | 623.00 |
| Postage | 67.73 |
| service charges | 70.00 |
| Subcontractors | 2,395.57 |
| Subscriptions | 14.95 |
| 60000 · Advertising and Promotion | 1,586.14 |
| 60200 · Automobile Expense | 7.00 |
| 62500 · Dues and Subscriptions | 17.01 |
| 63300 · Insurance Expense | 1,186.82 |
| 64300 · Meals and Entertainment | 2,096.13 |
| 64900 · Office Supplies | 10.74 |
| 66700 · Professional Fees | 850.00 |
| 68100 · Telephone Expense | 453.18 |
| 68400 · Travel Expense | 5.71 |
| 68600 · Utilities | 885.34 |
| Total Expense | 22,401.21 |
| Net Ordinary Income | -4,390.22 |
| Net Income | **-4,390.22** |

11:54 AM

04/23/19

# Franklin Medina DIP
## Job Profitability Summary
### May 2018

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| 212-214 65th St Apt WestNewYork NJ 07093 | | | |
| Arelis Burgos212-214 65th St Apt | 0.00 | 1,580.00 | 1,580.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 1,580.00 | 1,580.00 |
| 212-214 65th St P1 WestNewYork NJ 07093 | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P2 WestNewYork NJ 07093 | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P3 WestNewYork NJ 07093 | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P4 WestNewYork NJ 07093 | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| 212-214 65th St P5 WestNewYork NJ 07093 | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P6 WestNewYork NJ 07093 | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| 522 4th Street #1F Union City NJ 07087 | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,282.00 | 1,282.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,282.00 | 1,282.00 |
| 522 4th Street #1R Union City NJ 07087 | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,104.00 | 1,104.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,104.00 | 1,104.00 |
| 522 4th Street #2F Union City NJ 07087 | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,400.00 | 1,400.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,400.00 | 1,400.00 |
| 522 4th Street #2R Union City NJ 07087 | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,296.00 | 1,296.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,296.00 | 1,296.00 |
| 6609 Polk Street West NY NJ | | | |
| Tenant 1 | 0.00 | 1,001.00 | 1,001.00 |
| Total 6609 Polk Street West NY NJ | 0.00 | 1,001.00 | 1,001.00 |
| **TOTAL** | **0.00** | **8,763.00** | **8,763.00** |



America's Most Convenient Bank®

E

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ 07652

Page: 1 of 16
Statement Period: May 08 2018-Jun 07 2018
Cust Ref #: ***
Primary Account #: 793

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account # 793

### ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance | 2,528.33 |
| Deposits | 6,562.00 |
| Electronic Deposits | 11,069.99 |
| Checks Paid | 1,050.00 |
| Electronic Payments | 16,196.83 |
| Other Withdrawals | 70.00 |
| Ending Balance | 2,843.49 |

| | |
|---|---|
| Average Collected Balance | 1,765.20 |
| Interest Earned This Period | 0.00 |
| Interest Paid Year-to-Date | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Days in Period | 31 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $70.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/10 | MOBILE DEPOSIT | 1,104.00 |
| 05/11 | MOBILE DEPOSIT | 151.00 |
| 05/14 | MOBILE DEPOSIT | 200.00 |
| 05/14 | MOBILE DEPOSIT | 200.00 |
| 05/14 | MOBILE DEPOSIT | 175.00 |
| 05/14 | MOBILE DEPOSIT | 175.00 |
| 05/14 | MOBILE DEPOSIT | 175.00 |
| 05/16 | DEPOSIT | 1,282.00 |
| 06/04 | DEPOSIT | 1,282.00 |
| 06/04 | MOBILE DEPOSIT | 699.00 |
| 06/04 | MOBILE DEPOSIT | 15.00 |
| 06/06 | MOBILE DEPOSIT | 1,104.00 |
| | Subtotal: | 6,562.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ | Ending Balance | 2,843.49 |
| ❷ | Total Deposits | + |
| ❸ | Sub Total | |
| ❹ | Total Withdrawals | - |
| ❺ | Adjusted Balance | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 16
Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #: :793

DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/14 | ATM CASH DEPOSIT, *****30008214587 AUT 051418 ATM CASH DEPOSIT 1820 CENTRAL PARK AVENUE YONKERS * NY | 900.00 |
| 05/14 | ATM CASH DEPOSIT, *****30008214587 AUT 051418 ATM CASH DEPOSIT 1820 CENTRAL PARK AVENUE YONKERS * NY | 440.00 |
| 05/14 | ATM CASH DEPOSIT, *****30008214587 AUT 051418 ATM CASH DEPOSIT 1820 CENTRAL PARK AVENUE YONKERS * NY | 240.00 |
| 05/14 | ATM CHECK DEPOSIT, *****30008214587 AUT 051418 ATM CHECK DEPOSI 1820 CENTRAL PARK AVENUE YONKERS * NY | 175.00 |
| 05/15 | ACH DEPOSIT, TTS MEDIA LLC PAYROLL ****5300012302X | 4,127.38 |
| 05/29 | CCD DEPOSIT, AMAZON.CO1063820 EDI PYMNTS OFA****15720589 | 945.61 |
| 05/31 | ACH DEPOSIT, TTS MEDIA LLC PAYROLL ****7100006016X | 4,242.00 |
| | Subtotal: | 11,069.99 |

**Checks Paid** No. Checks: 2 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/01 | 116 | 850.00 |
| 05/09 | 126* | 200.00 |

Subtotal: 1,050.00

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 050718 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 360.15 |
| 05/08 | DEBIT CARD PAYMENT, *****30008214587, AUT 050718 VISA DDA PUR UPWORK 179527415REF 165 08534100 * CA | 228.90 |
| 05/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 050718 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 78.75 |
| 05/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 050618 VISA DDA PUR HOULIHANS PARAMUS PARAMUS * NJ | 78.03 |
| 05/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 050718 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 66.88 |
| 05/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 050718 VISA DDA PUR RORY DOLANS YONKERS * NY | 37.46 |
| 05/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 050718 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 050718 VISA DDA PUR DMCA PROTECTION PRO VICTORIA NORT C AN | 10.00 |
| 05/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 050718 VISA DDA PUR DMCA PROTECTION PRO VICTORIA NORT C AN | 10.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 16
Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #: ...793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 050718 VISA DDA PUR CHIPOTLE 0642 NEW YORK * NY | 9.42 |
| 05/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 050718 VISA DDA PUR DNH GODADDY COM 480 505 8855 * AZ | 8.17 |
| 05/09 | NONTD ATM DEBIT, *****30008214587, AUT 050918 DDA WITHDRAW 345 HUDSON ST NEW YORK * NY | 103.00 |
| 05/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 050818 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 75.11 |
| 05/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 050818 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 59.29 |
| 05/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 050818 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 57.62 |
| 05/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 050818 VISA DDA PUR GLEAM IO CHELSEA A US | 49.00 |
| 05/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 050818 VISA DDA PUR TIN S HOUSE PARAMUS * NJ | 37.65 |
| 05/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 050818 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 33.88 |
| 05/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 050818 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 050818 VISA DDA PUR BP 2141141METIS GASOLINE ENGLEWOOD * NJ | 10.00 |
| 05/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 050918 VISA DDA PUR GLEAM IO CHELSEA A US | 149.00 |
| 05/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 050918 VISA DDA PUR CALI PIZZA KITC INC 107 SCARSDALE * NY | 32.79 |
| 05/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 050918 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 050918 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 11.17 |
| 05/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 050818 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 10.00 |
| 05/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 050918 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 050918 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 050918 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 050818 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 6.00 |
| 05/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 050818 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 3.19 |
| 05/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 051018 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 77.17 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 16
Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #: 793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 051018 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 50.42 |
| 05/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 051018 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 051018 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 21.60 |
| 05/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 051018 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 12.34 |
| 05/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 050918 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 10.00 |
| 05/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 051018 VISA DDA PUR DELTA RT 4 ENGLEWOOD * NJ | 10.00 |
| 05/14 | ELECTRONIC CK PMT-ARC, JPMCHASE BANK NA CHECK PYMT 0112 | 2,184.00 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051218 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 360.15 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 164.64 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051218 VISA DDA PUR WALGREENS STORE 7401 RIV NORTH BERGEN * NJ | 132.77 |
| 05/14 | DEBIT CARD PAYMENT, *****30008214587, AUT 051218 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 87.30 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 77.17 |
| 05/14 | DEBIT CARD PAYMENT, *****30008214587, AUT 051118 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 67.43 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR CARLOS RESTAURANT YONKERS * NY | 63.35 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 51.45 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051318 VISA DDA PUR PAYPAL SPLASHEO 402 935 7733 * CA | 47.00 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051218 VISA DDA PUR CENTER RACEWAY RESTAURAN YONKERS * NY | 33.48 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051318 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 21.44 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 20.58 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR IT WORKS MARKETING INC 800 537 2395 * FL | 20.00 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 15.43 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 16
Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #: 793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051318 VISA DDA PUR<br>ASM FLIPPA 234 567890 * CA | 15.43 |
| 05/14 | DEBIT CARD PAYMENT, *****30008214587, AUT 051118 VISA DDA PUR<br>TEENSAFE INC 800 245 8598 * CA | 14.95 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051218 VISA DDA PUR<br>PARAMUS DELTA PARAMUS * NJ | 10.00 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR<br>STARBUCKS 800 782 7282 * WA | 10.00 |
| 05/14 | DEBIT CARD PAYMENT, *****30008214587, AUT 051318 VISA DDA PUR<br>DNH GODADDY COM 480 5058855 * AZ | 8.47 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR<br>DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR<br>DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051318 VISA DDA PUR<br>DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR<br>PAYPAL FIVERR COM 4029357733 I SR | 6.00 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR<br>PAYPAL FIVERR COM 4029357733 I SR | 6.00 |
| 05/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 051118 VISA DDA PUR<br>PAYPAL FIVERR COM 4029357733 I SR | 6.00 |
| 05/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 051318 VISA DDA PUR<br>GIANNAS RESTAURANT CARLSTADT * NJ | 290.31 |
| 05/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 051318 VISA DDA PUR<br>PAYPAL FIVERR COM 4029357733 I SR | 6.00 |
| 05/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 051318 VISA DDA PUR<br>PAYPAL FIVERR COM 4029357733 I SR | 6.00 |
| 05/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 051318 VISA DDA PUR<br>PAYPAL FIVERR COM 4029357733 I SR | 2.91 |
| 05/16 | DEBIT CARD PAYMENT, *****30008214587, AUT 051518 VISA DDA PUR<br>PEARLAND B604724 WWW PEARLANDB * NY | 1,186.82 |
| 05/16 | DEBIT CARD PAYMENT, *****30008214587, AUT 051618 VISA DDA PUR<br>UPWORK 180869955REF 165 08534100 * CA | 756.73 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR<br>ASM FLIPPA 234 567890 * CA | 51.45 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR<br>ASM FLIPPA 234 567890 * CA | 51.45 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR<br>PAYPAL ABHISHEKPAR 402 935 7733 * CA | 50.00 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR<br>PAYPAL ABHISHEKPAR 402 935 7733 * CA | 50.00 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR<br>PAYPAL ABHISHEKPAR 402 935 7733 * CA | 50.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 16
Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR PAYPAL ABHISHEKPAR 402 935 7733 * CA | 50.00 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 41.16 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR PFI PARAMUS SCHOOL DISTR 201 261 7800 * NJ | 36.65 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 21.60 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 20.58 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 18.52 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR PAYPAL NATHANLDOWN 402 935 7733 * CA | 17.00 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 11.31 |
| 05/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 051518 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.47 |
| 05/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 051618 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/17 | DEBIT CARD PAYMENT, *****30008214587, AUT 051618 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.47 |
| 05/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 051618 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 051618 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 051718 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 87.46 |
| 05/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 051718 VISA DDA PUR TIN S HOUSE PARAMUS * NJ | 37.65 |
| 05/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 051718 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 36.01 |
| 05/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 051718 VISA DDA PUR ANTHONY FRANCOS PIZZA PARAMUS * NJ | 32.11 |
| 05/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 051718 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 051618 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 05/18 | DEBIT CARD PAYMENT, *****30008214587, AUT 051718 VISA DDA PUR NETFLIX COM NETFLIX COM * CA | 11.72 |
| 05/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 051718 VISA DDA PUR PAYPAL LASVEGASHOO 402 935 7733 * CA | 9.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 16
Statement Period: May 08 2018-Jun 07 2018
Cust Ref #: 4352...
Primary Account #: 793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/18 | DEBIT CARD PAYMENT, *****30008214587, AUT 051718 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.47 |
| 05/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 051718 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 051718 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 051718 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051918 VISA DDA PUR VERIZON WRL MY ACCT VE 800 9220204 * CA | 453.18 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051818 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 105.00 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 052018 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 77.17 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 052018 VISA DDA PUR CVS PHARMACY 05 05300 PARAMUS * NJ | 60.20 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 052018 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 56.59 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 052018 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 50.42 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051918 VISA DDA PUR CENTER RACEWAY RESTAURAN YONKERS * NY | 40.23 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051918 VISA DDA PUR CARVEL YONKERS * NY | 39.22 |
| 05/21 | DEBIT CARD PAYMENT, *****30008214587, AUT 052018 VISA DDA PUR EVERNOTE CORP 408 7479208 * CA | 34.99 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051818 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 052018 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 27.30 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051818 VISA DDA PUR WPY OUR PRINCESS FUNERAL 855 4693729 * CA | 25.00 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051918 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 22.10 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051818 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 18.64 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051918 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 18.64 |
| 05/21 | DEBIT CARD PAYMENT, *****30008214587, AUT 051918 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 18.46 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051818 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 16.94 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051818 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 15.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #: ˙793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051718 VISA DDA PUR MCDONALD S F7454 PARAMUS * NJ | 13.99 |
| 05/21 | DEBIT CARD PAYMENT, *****30008214587, AUT 051818 VISA DDA PUR NETFLIX COM NETFLIX COM * CA | 11.72 |
| 05/21 | DEBIT CARD PAYMENT, *****30008214587, AUT 052018 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.47 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051918 VISA DDA PUR USPS KIOSK 3363309550 PARAMUS * NJ | 7.26 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051718 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 5.32 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051818 VISA DDA PUR WPY GOFUNDME 855 4693729 * CA | 3.75 |
| 05/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 051818 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 2.55 |
| 05/22 | DEBIT CARD PAYMENT, *****30008214587, AUT 052118 VISA DDA PUR UPWORK 181620883REF 165 08534100 * CA | 406.24 |
| 05/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 052218 VISA DDA PUR BJ S RESTAURANTS 591 TETERBORO * NJ | 199.07 |
| 05/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 052018 VISA DDA PUR PAYPAL FLOWDEE 402 935 7733 * CA | 47.53 |
| 05/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 052018 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 47.25 |
| 05/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 052118 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/23 | DEBIT CARD PURCHASE, *****30008214587, AUT 052118 VISA DDA PUR BJ S RESTAURANTS 559 NANUET * NY | 85.97 |
| 05/23 | DEBIT CARD PURCHASE, *****30008214587, AUT 052218 VISA DDA PUR PAYPAL JAMESHUTCHI 402 935 7733 * CA | 50.00 |
| 05/23 | DEBIT CARD PURCHASE, *****30008214587, AUT 052218 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 42.18 |
| 05/23 | DEBIT CARD PURCHASE, *****30008214587, AUT 052218 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/23 | DEBIT CARD PURCHASE, *****30008214587, AUT 052218 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 25.72 |
| 05/23 | DEBIT CARD PURCHASE, *****30008214587, AUT 052118 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 21.30 |
| 05/23 | DEBIT CARD PURCHASE, *****30008214587, AUT 052218 VISA DDA PUR DELTA RT 4 ENGLEWOOD * NJ | 15.00 |
| 05/24 | DEBIT CARD PAYMENT, *****30008214587, AUT 052318 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 34.98 |
| 05/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 052318 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/24 | DEBIT CARD PAYMENT, *****30008214587, AUT 052218 VISA DDA PUR CONVERTKIT COM CONVERTKIT CO * ID | 29.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 10 of 16
Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 052318 VISA DDA PUR CARVEL YONKERS * NY | 25.30 |
| 05/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 052218 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 05/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 052318 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 6.17 |
| 05/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 051918 VISA DDA PUR DEPOSITPHOTOS INC 954 9900075 * FL | 69.00 |
| 05/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 052318 VISA DDA PUR VERIZON 084651 800 345 6563 * TX | 60.55 |
| 05/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 052418 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 052418 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 19.64 |
| 05/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 052418 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 16.94 |
| 05/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 052418 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 16.46 |
| 05/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 052418 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 10.00 |
| 05/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 052418 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 052418 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 05/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 052418 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 2.91 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052518 VISA DDA PUR GOOGLE ADWS8461536286 CC GOOGLE COM * CA | 409.40 |
| 05/29 | DEBIT CARD PAYMENT, *****30008214587, AUT 052818 VISA DDA PUR GEICO AUTO 800 841 3000 * DC | 266.95 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052618 VISA DDA PUR RED PLUM RESTAURANT MAMARONECK * NY | 114.49 |
| 05/29 | DEBIT CARD PAYMENT, *****30008214587, AUT 052618 VISA DDA PUR SAMCART COM HTTPSSAMCART * MD | 99.00 |
| 05/29 | DEBIT CARD PAYMENT, *****30008214587, AUT 052518 VISA DDA PUR 24HOUR FITNESS USA INC 800 432 6348 * CA | 47.01 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052518 VISA DDA PUR PFI PARAMUS SCHOOL DISTR 201 261 7800 * NJ | 41.65 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052418 VISA DDA PUR WENDYS 005 PARAMUS * NJ | 40.55 |
| 05/29 | DEBIT CARD PAYMENT, *****30008214587, AUT 052718 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 36.92 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052618 VISA DDA PUR CENTER RACEWAY RESTAURAN YONKERS * NY | 36.21 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052718 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 36.01 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052618 VISA DDA PUR CARVEL 2544 YONKERS * NY | 34.84 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052718 VISA DDA PUR ANTHONY FRANCOS PIZZA PARAMUS * NJ | 33.60 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052718 VISA DDA PUR TIN S HOUSE PARAMUS * NJ | 31.63 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052518 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052518 VISA DDA PUR ANGELINA S OF TUCKAHOE TUCKAHOE * NY | 27.86 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052718 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 24.57 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052618 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 21.39 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052518 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 20.58 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052718 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 16.46 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052718 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 15.00 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052618 VISA DDA PUR FIVE BELOW 350 WHITE PLAINS * NY | 10.74 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052718 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 10.65 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052518 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 10.65 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052718 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 10.00 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052418 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 10.00 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052418 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 10.00 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052718 VISA DDA PUR NETDNA LLC WWW MAXCDN CO * CA | 9.00 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052618 VISA DDA PUR USPS KIOSK 3363309550 PARAMUS * NJ | 4.47 |
| 05/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 052518 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 0.99 |
| 05/30 | DEBIT CARD PURCHASE, *****30008214587, AUT 052918 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/30 | DEBIT CARD PURCHASE, *****30008214587, AUT 052818 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 10.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 12 of 16
Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #: 793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/30 | DEBIT CARD PAYMENT, *****30008214587, AUT 052918 VISA DDA PUR LIBERATED SYNDICATION 412 621 0902 * PA | 0.51 |
| 05/31 | DEBIT CARD PURCHASE, *****30008214587, AUT 053018 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 05/31 | DEBIT CARD PURCHASE, *****30008214587, AUT 053018 VISA DDA PUR DELTA RT 4 ENGLEWOOD * NJ | 10.00 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 340.59 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR FACEBK AZW8WEAS72 650 5434800 * CA | 257.19 |
| 06/01 | DEBIT CARD PAYMENT, *****30008214587, AUT 060118 VISA DDA PUR UPWORK 183158940REF 165 08534100 * CA | 235.81 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 108.04 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 101.87 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 51.45 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 46.30 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR FACEBK CQXE3FN872 650 5434800 * CA | 40.57 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 40.13 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 30.87 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 22.45 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR PAYPAL ENVATO USA 402 935 7733 * UT | 21.00 |
| 06/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR CARVEL 2544 YONKERS * NY | 17.78 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 202.71 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060118 VISA DDA PUR JTE SERVICE STATION NEW YORK * NY | 130.00 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 89.52 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060318 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 51.45 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060318 VISA DDA PUR PAYPAL DBA77 COM 402 935 7733 * CA | 45.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #: ...793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060218 VISA DDA PUR CENTER RACEWAY RESTAURAN YONKERS * NY | 40.77 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060318 VISA DDA PUR CHIPOTLE 3030 TETERBORO * NJ | 39.24 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 32.00 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 31.96 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060118 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060318 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 25.72 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060318 VISA DDA PUR CARVEL 898 HACKENSACK * NJ | 20.82 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR PAYPAL FOODBLOGPRO 402 935 7733 * MN | 20.57 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060318 VISA DDA PUR PAYPAL SARAAMATULL 402 935 7733 * CA | 20.00 |
| 06/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 060118 VISA DDA PUR ZAPIER COM CHARGE ZAPIER COM * CA | 20.00 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060118 VISA DDA PUR CARVEL 2544 YONKERS * NY | 19.28 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060318 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 16.80 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060218 VISA DDA PUR DELTA RT 4 ENGLEWOOD * NJ | 15.00 |
| 06/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 060118 VISA DDA PUR LIBERATED SYNDICATION 412 621 0902 * PA | 15.00 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060218 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 14.97 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060118 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 13.37 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 053118 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 10.00 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060118 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 10.00 |
| 06/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 060318 VISA DDA PUR DROPBOX QJZL5X5GZRGK 888 4468396 * CA | 9.99 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060118 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 7.00 |
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060118 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 7.00 |
| 06/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 060118 VISA DDA PUR LIBERATED SYNDICATION 412 621 0902 * PA | 5.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 14 of 16
Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #: ͻ793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 060218 VISA DDA PUR USPS KIOSK 3363309550 PARAMUS * NJ | 1.21 |
| 06/05 | DEBIT CARD PAYMENT, *****30008214587, AUT 060418 VISA DDA PUR UPWORK 183722649REF 165 08534100 * CA | 401.96 |
| 06/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 060418 VISA DDA PUR PAYPAL DBA77 COM 402 935 7733 * CA | 165.00 |
| 06/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 060418 VISA DDA PUR TST WESTVILLE HUDSON NEW YORK * NY | 67.70 |
| 06/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 060418 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 06/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 060418 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 10.00 |
| 06/05 | DEBIT CARD PAYMENT, *****30008214587, AUT 060418 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.47 |
| 06/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 060418 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 7.00 |
| 06/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 060318 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 7.00 |
| 06/06 | DEBIT CARD PURCHASE, *****30008214587, AUT 060518 VISA DDA PUR PAYPAL IMOTY2004 402 935 7733 * CA | 255.00 |
| 06/06 | DEBIT CARD PAYMENT, *****30008214587, AUT 060518 VISA DDA PUR 24HOUR FITNESS USA INC 800 432 6348 * CA | 46.78 |
| 06/06 | DEBIT CARD PURCHASE, *****30008214587, AUT 060518 VISA DDA PUR CARVEL 2544 YONKERS * NY | 35.77 |
| 06/06 | DEBIT CARD PURCHASE, *****30008214587, AUT 060518 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 06/06 | DEBIT CARD PURCHASE, *****30008214587, AUT 060418 VISA DDA PUR RALPHY S PIZZA RESTAURAN PARAMUS * NJ | 28.20 |
| 06/06 | DEBIT CARD PAYMENT, *****30008214587, AUT 060418 VISA DDA PUR GAMEFLY MEMBERSHIP 888 986 6400 * CA | 17.01 |
| 06/06 | DEBIT CARD PAYMENT, *****30008214587, AUT 060518 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.47 |
| 06/06 | DEBIT CARD PURCHASE, *****30008214587, AUT 060518 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 06/06 | DEBIT CARD PURCHASE, *****30008214587, AUT 060518 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060618 VISA DDA PUR PFI PARAMUS SCHOOL DISTR 201 261 7800 * NJ | 41.65 |
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060618 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 31.00 |
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060618 VISA DDA PUR AMAZON MKTPLACE PMTS WWW WWW AMAZON CO * WA | 29.85 |
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060518 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 29.81 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060618 VISA DDA PUR AMAZON COM AMZN COM BILL AMZN COM BILL * WA | 20.16 |
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060518 VISA DDA PUR AMAZON COM AMZN COM BILL AMZN COM BILL * WA | 11.98 |
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060618 VISA DDA PUR SQ CINCO DE MAYO FLUSHING * NY | 11.00 |
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060618 VISA DDA PUR ASM FLIPPA 234 567890 * CA | 10.29 |
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060518 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 10.00 |
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060618 VISA DDA PUR DELTA RT 4 ENGLEWOOD * NJ | 10.00 |
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060518 VISA DDA PUR AMAZON MKTPLACE PMTS WWW WWW AMAZON CO * WA | 8.39 |
| 06/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 060618 VISA DDA PUR PAYPAL JACKPOTSHOP 402 935 7733 * CA | 1.00 |
| | Subtotal: | 16,196.83 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/15 | OVERDRAFT PD | 70.00 |
| | Subtotal: | 70.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/07 | 2,528.33 | 05/23 | 986.56 |
| 05/08 | 1,609.57 | 05/24 | 835.11 |
| 05/09 | 953.02 | 05/25 | 592.27 |
| 05/10 | 1,789.36 | 05/29 | 76.26 |
| 05/11 | 1,727.83 | 05/30 | 34.75 |
| 05/14 | 929.28 | 05/31 | 4,235.75 |
| 05/15 | 4,681.44 | 06/01 | 2,040.70 |
| 05/16 | 3,510.70 | 06/04 | 3,091.32 |
| 05/17 | 3,454.89 | 06/05 | 2,393.19 |
| 05/18 | 3,151.96 | 06/06 | 3,058.62 |
| 05/21 | 1,988.82 | 06/07 | 2,843.49 |
| 05/22 | 1,257.73 | | |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 16 of 16
Statement Period: May 08 2018-Jun 07 2018
Cust Ref #:
Primary Account #: 3

FRANK MEDINA
191 NIMITZ ROAD
PARAMUS, NJ 07652
116
5/31/18
Pay to the Order of Lucille Mazza $ 850.00
Eight hundred and fifty 00/XX Dollars
TD Bank
America's Most Convenient Bank®
For

#116 06/01 $850.00

FRANK MEDINA
191 NIMITZ ROAD
PARAMUS, NJ 07652
126
5/9/18
Pay to the Order of Taryn Medina $ 200.00
Two hundred 00/XX Dollars
TD Bank
America's Most Convenient Bank®
For

#126 05/09 $200.00

In re Franklin Medina
Debtor

Case No. 18-11629
Reporting Period: 5/1/2018

# DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | | ✓ |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | ✓ | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |