UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY_____

In re Franklin Medina _____        Case No. 18-11629 _____
        Debtor                                        Reporting Period: 6/1/2018 _____

                                                      Social Security # N/A _____
                                                      (last 4 digits only)

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor  /s/  Franklin Medina _____        Date _____ 5/3/2019 _____

Signature of Joint Debtor _____                        Date _____

5:51 PM

04/24/19

Accrual Basis

# Franklin Medina DIP
## Profit & Loss
### June 2018

|  | Jun 18 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Amazon Income | 838.59 |
|     Employment Income | 10,551.74 |
|     47400 · Rental Income | 6,875.00 |
|   **Total Income** | 18,263.33 |
|   **Cost of Goods Sold** | |
|     50000 · Cost of Goods Sold | 1,189.43 |
|   **Total COGS** | 1,189.43 |
|   **Gross Profit** | 17,073.90 |
|   **Expense** | |
|     Automobile Insurance | 404.99 |
|     Clothes | 855.44 |
|     computer expenses | 5,030.11 |
|     Education | 131.00 |
|     Entertainment | 177.66 |
|     fuel | 228.15 |
|     Health and Wellness | 421.97 |
|     Internet Expense | 60.55 |
|     Jace Investment | 932.15 |
|     Miscellaneous Expense | 67.69 |
|     Parking | 506.00 |
|     Postage | 10.33 |
|     Subcontractors | 1,626.68 |
|     Subscriptions | 17.95 |
|     Tickets and Violations | 60.00 |
|     60000 · Advertising and Promotion | 435.76 |
|     62500 · Dues and Subscriptions | 17.01 |
|     64300 · Meals and Entertainment | 2,521.68 |
|     66700 · Professional Fees | 250.00 |
|     68100 · Telephone Expense | 453.59 |
|     68400 · Travel Expense | 844.85 |
|   **Total Expense** | 15,050.56 |
|   **Net Ordinary Income** | 2,023.34 |
| **Net Income** | **2,023.34** |

11:57 AM

04/23/19

# Franklin Medina DIP
## Job Profitability Summary
### June 2018

|  | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P4 WestNewYork NJ 07093** | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **212-214 65th St P5 WestNewYork NJ 07093** | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P6 WestNewYork NJ 07093** | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,282.00 | 1,282.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,282.00 | 1,282.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,104.00 | 1,104.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,104.00 | 1,104.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,418.00 | 1,418.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,418.00 | 1,418.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,296.00 | 1,296.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,296.00 | 1,296.00 |
| **6609 Polk Street West NY NJ** | 0.00 | 850.00 | 850.00 |
| **TOTAL** | 0.00 | 6,875.00 | 6,875.00 |



**Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ  07652

| | |
|---|---|
| Page: | 1 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-039-E-*** |
| Primary Account #: | '793 |

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account #            9793

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,843.49 | Average Collected Balance | 4,147.12 |
| Deposits | 4,490.29 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 10,780.63 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 250.00 | Days in Period | 23 |
| Electronic Payments | 12,440.32 | | |
| Ending Balance | 5,424.09 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/12 | MOBILE DEPOSIT | 151.00 |
| 06/14 | MOBILE DEPOSIT | 3,585.29 |
| 06/18 | MOBILE DEPOSIT | 200.00 |
| 06/18 | MOBILE DEPOSIT | 200.00 |
| 06/18 | MOBILE DEPOSIT | 175.00 |
| 06/18 | MOBILE DEPOSIT | 175.00 |
| 06/18 | MOBILE DEPOSIT | 4.00 |
| | Subtotal: | 4,490.29 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | ATM CHECK DEPOSIT, *****30008214587 AUT 061118 ATM CHECK DEPOSI 1820 CENTRAL PARK AVENUE    YONKERS    * NY | 2,714.00 |
| 06/15 | ACH DEPOSIT, TTS MEDIA LLC PAYROLL ****7800043594X | 3,381.15 |
| 06/18 | ATM CHECK DEPOSIT, *****30008214587 AUT 061818 ATM CHECK DEPOSI 275 FOREST AVENUE    PARAMUS    * NJ | 175.00 |
| 06/18 | DEBIT CARD CREDIT, *****30008214587, AUT 061618 VISA DDA REF PAYPAL NATHANLDOWN    402 935 7733 * CA | 17.00 |
| 06/22 | ACH DEPOSIT, GOOGLE TEST US0016YCI6 | 0.96 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 5,424.09 |
| ❷ Total Deposits | + _____ |
| ❸ Sub Total | _____ |
| ❹ Total Withdrawals | − _____ |
| ❺ Adjusted Balance | _____ |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 3 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-039-E-*** |
| Primary Account #: | 9793 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/25 | DEBIT CARD CREDIT, *****30008214587, AUT 062318 VISA DDA REF PAYPAL  JAMESHUTCHI      402 935 7733 * CA | 50.00 |
| 06/28 | ACH DEPOSIT, PAYPAL TRANSFER ****361578503 | 20.63 |
| 06/29 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****70481924FDU | 3,585.30 |
| 06/29 | CCD DEPOSIT, AMAZON.CO1080102 EDI PYMNTS OFA****17594276 | 836.59 |
| | Subtotal: | 10,780.63 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/14 | ZERO DOLLAR CR, ADP TX/FINCL SVC PAYROLL BP****115521FDU | 0.00 |
| | Subtotal: | 0.00 |

### Checks Paid    No. Checks: 1      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/20 | 151 | 250.00 |
| | Subtotal: | 250.00 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060618 VISA DDA PUR ANTHONYS COAL FIRED PIZZ    FAIR LAWN    * NJ | 69.44 |
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060718 VISA DDA PUR ASM FLIPPA        234 567890    * CA | 61.74 |
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060718 VISA DDA PUR RORY DOLANS        YONKERS      * NY | 49.09 |
| 06/08 | DEBIT CARD PAYMENT, *****30008214587, AUT 060718 VISA DDA PUR HLU HULU 22000634 U      HULU COM BILL * CA | 39.99 |
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060718 VISA DDA PUR ASM FLIPPA        234 567890    * CA | 36.01 |
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060718 VISA DDA PUR ASM FLIPPA        234 567890    * CA | 31.89 |
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060718 VISA DDA PUR GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060718 VISA DDA PUR ASM FLIPPA        234 567890    * CA | 30.87 |
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060718 VISA DDA PUR CARVEL  2544        YONKERS    * NY | 12.35 |
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060618 VISA DDA PUR STARBUCKS        800 782 7282 * WA | 10.00 |
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060718 VISA DDA PUR DMCA PROTECTION PRO      VICTORIA NORT C AN | 10.00 |
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060718 VISA DDA PUR DMCA PROTECTION PRO      VICTORIA NORT C AN | 10.00 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 4 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-039-E-*** |
| Primary Account #: | 4    :9793 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 060718 VISA DDA PUR PAYPAL  FIVERR COM      4029357733   I SR | 7.00 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR DNH GODADDY COM      480 5058855   * AZ | 272.74 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR GAP OUTLET US 7936      ELIZABETH   * NJ | 158.29 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR BR FACTORY US 6264      ELIZABETH   * NJ | 141.76 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR DNH GODADDY COM      480 5058855   * AZ | 127.05 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060818 VISA DDA PUR THE BURRITO POBLANO      TUCKAHOE   * NY | 110.00 |
| 06/11 | DEBIT POS, *****30008214587, AUT 061018 DDA PURCHASE ABERCR KIDS 2015 651 KAP   ELIZABETH   * NJ | 81.96 |
| 06/11 | DEBIT POS, *****30008214587, AUT 061018 DDA PURCHASE CONVERSE  3791 651 KA    ELIZASBETH   * NJ | 77.48 |
| 06/11 | DEBIT POS, *****30008214587, AUT 060918 DDA PURCH W/CB CVS PHARMACY  10 10166    YONKERS     * NY | 69.68 |
| 06/11 | DEBIT POS, *****30008214587, AUT 061118 DDA PURCHASE FOOTACTION 57744        YONKERS     * NY | 57.69 |
| 06/11 | DEBIT POS, *****30008214587, AUT 061018 DDA PURCHASE MARSHALLS 651 KAPKOWSK    ELIZABETH   * NJ | 52.54 |
| 06/11 | DEBIT POS, *****30008214587, AUT 061018 DDA PURCHASE VANS  0418        ELIZABETH   * NJ | 49.95 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR CALIENTE CAB COMPANY      NEW YORK   * NY | 49.20 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060818 VISA DDA PUR GLEAM IO        CHELSEA      A US | 49.00 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060818 VISA DDA PUR AMAZON COM        AMZN COM BILL * WA | 48.61 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR CENTER RACEWAY RESTAURAN  YONKERS     * NY | 43.98 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR APL  ITUNES COM BILL    866 712 7753 * CA | 42.61 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR WALMART COM 8009666546    800 966 6546 * AR | 37.99 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060818 VISA DDA PUR PAYPAL  DBA77 COM    402 935 7733 * CA | 35.00 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060818 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK   * NY | 31.00 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR OLD NAVY US 5130      ELIZABETH   * NJ | 29.71 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060818 VISA DDA PUR APL  ITUNES COM BILL    866 712 7753 * CA | 26.62 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 5 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-039-E-*** |
| Primary Account #: | 793 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR<br>OLD NAVY US 5130        ELIZABETH     * NJ | 26.59 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR<br>PARAMUS DELTA        PARAMUS      * NJ | 25.00 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR<br>CARVEL 898        HACKENSACK  * NJ | 24.65 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR<br>PERRY BAGEL CAFE        PARAMUS      * NJ | 21.63 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 12.17 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR<br>PP ITUNES COM BILL        402 935 7733  * CA | 10.99 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR<br>APL  ITUNES COM BILL        866 712 7753  * CA | 10.65 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060818 VISA DDA PUR<br>DELTA RT 4        ENGLEWOOD    * NJ | 10.00 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060818 VISA DDA PUR<br>STARBUCKS        800 782 7282  * WA | 10.00 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR<br>DNH GODADDY COM        480 505 8855  * AZ | 8.17 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 060918 VISA DDA PUR<br>NYCDOT PARKING METERS      LONG IS CITY  * NY | 8.00 |
| 06/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR<br>PAYPAL  FIVERR COM        4029357733    I SR | 7.00 |
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061118 VISA DDA PUR<br>ASM FLIPPA        234 567890    * CA | 205.80 |
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061118 VISA DDA PUR<br>ASM FLIPPA        234 567890    * CA | 77.17 |
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061118 VISA DDA PUR<br>ASM FLIPPA        234 567890    * CA | 72.03 |
| 06/12 | DEBIT CARD PAYMENT, *****30008214587, AUT 061118 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 53.97 |
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061118 VISA DDA PUR<br>ASM FLIPPA        234 567890    * CA | 46.30 |
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR<br>BURGER KING 2JG01        ELIZABETH     * NJ | 38.18 |
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061118 VISA DDA PUR<br>ASM FLIPPA        234 567890    * CA | 36.01 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 6 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-039-E-*** |
| Primary Account #: | 9793 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061118 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061118 VISA DDA PUR IT WORKS MARKETING INC   800 537 2395 * FL | 20.00 |
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061118 VISA DDA PUR SPEEDWAY 03493      FORT LEE    * NJ | 15.00 |
| 06/12 | DEBIT CARD PAYMENT, *****30008214587, AUT 061118 VISA DDA PUR TEENSAFE INC      800 245 8598 * CA | 14.95 |
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR STARBUCKS      800 782 7282 * WA | 10.00 |
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR NATHANS 2JG01      ELIZABETH    * NJ | 5.25 |
| 06/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR PP ITUNES COM BILL   402 935 7733 * CA | 3.19 |
| 06/13 | DEBIT CARD PAYMENT, *****30008214587, AUT 061318 VISA DDA PUR UPWORK 185057430REF    165 08534100 * CA | 419.94 |
| 06/13 | DEBIT CARD PURCHASE, *****30008214587, AUT 061218 VISA DDA PUR PAYPAL  BOSDOG9     402 935 7733 * CA | 212.01 |
| 06/13 | DEBIT CARD PURCHASE, *****30008214587, AUT 061218 VISA DDA PUR ASM FLIPPA      234 567890   * CA | 174.93 |
| 06/13 | DEBIT CARD PURCHASE, *****30008214587, AUT 061218 VISA DDA PUR TIN S HOUSE      PARAMUS    * NJ | 37.65 |
| 06/13 | DEBIT CARD PURCHASE, *****30008214587, AUT 061018 VISA DDA PUR AMAZON MKTPLACE PMTS WWW   WWW AMAZON CO * WA | 33.32 |
| 06/13 | DEBIT CARD PURCHASE, *****30008214587, AUT 061218 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 06/13 | DEBIT CARD PURCHASE, *****30008214587, AUT 061118 VISA DDA PUR APL  ITUNES COM BILL   866 712 7753 * CA | 25.56 |
| 06/13 | DEBIT CARD PURCHASE, *****30008214587, AUT 061218 VISA DDA PUR ASM FLIPPA      234 567890   * CA | 11.31 |
| 06/13 | DEBIT CARD PURCHASE, *****30008214587, AUT 061118 VISA DDA PUR PAYPAL FIVERR COM    4029357733   I SR | 7.00 |
| 06/14 | DEBIT POS, *****30008214587, AUT 061418 DDA PURCH W/CB CVS PHARMACY 05 05300    PARAMUS    * NJ | 61.29 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR APL  ITUNES COM BILL   866 712 7753 * CA | 37.30 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR PAYPAL FIVERR COM    4029357733   I SR | 27.00 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR PAYPAL FIVERR COM    4029357733   I SR | 22.00 |
| 06/14 | DEBIT CARD PAYMENT, *****30008214587, AUT 061318 VISA DDA PUR DNH GODADDY COM    480 5058855 * AZ | 16.94 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page:                                      7 of 14
Statement Period:      Jun 08 2018-Jun 30 2018
Cust Ref #:                  4332059793-039-E-***
Primary Account #:                          793

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061218 VISA DDA PUR<br>APL  ITUNES COM BILL      866 712 7753  * CA | 10.65 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061218 VISA DDA PUR<br>APL  ITUNES COM BILL      866 712 7753  * CA | 10.65 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061218 VISA DDA PUR<br>APL  ITUNES COM BILL      866 712 7753  * CA | 10.65 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061218 VISA DDA PUR<br>STARBUCKS          800 782 7282  * WA | 10.00 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 505 8855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>PAYPAL  FIVERR COM      4029357733    I SR | 7.00 |
| 06/14 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>PAYPAL  FIVERR COM      4029357733    I SR | 7.00 |
| 06/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 061418 VISA DDA PUR<br>CHEESECAKE HACKENSACK      HACKENSACK  * NJ | 189.75 |
| 06/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 061418 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 06/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 061418 VISA DDA PUR<br>DELTA PARAMUS          PARAMUS      * NJ | 25.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## **Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 8 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-039-E-*** |
| Primary Account #: | 9793 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 061418 VISA DDA PUR<br>ASM FLIPPA          234 567890    * CA | 19.55 |
| 06/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 061418 VISA DDA PUR<br>PARAMUS DELTA          PARAMUS      * NJ | 15.00 |
| 06/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>STARBUCKS          800 782 7282 * WA | 10.00 |
| 06/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>WENDYS  004          PARAMUS      * NJ | 9.53 |
| 06/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>GODADDY COM          480 5058855  * AZ | 8.17 |
| 06/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 061318 VISA DDA PUR<br>GODADDY COM          480 5058855  * AZ | 8.17 |
| 06/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 061418 VISA DDA PUR<br>USPS KIOSK 3363309550    PARAMUS      * NJ | 6.70 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061418 VISA DDA PUR<br>PAYPAL  TEACHPE151    402 935 7733 * CA | 717.42 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061718 VISA DDA PUR<br>ASM FLIPPA          234 567890    * CA | 262.39 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061618 VISA DDA PUR<br>GRAND LUX CAFE PARAMUS      PARAMUS      * NJ | 185.23 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061718 VISA DDA PUR<br>ASM FLIPPA          234 567890    * CA | 101.87 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061718 VISA DDA PUR<br>ASM FLIPPA          234 567890    * CA | 99.81 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061518 VISA DDA PUR<br>PAYPAL  CREATEANDGO    402 935 7733 * CA | 97.00 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061618 VISA DDA PUR<br>TOWN OF EASTCHESTER      EASTCHESTER  * NY | 60.00 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061518 VISA DDA PUR<br>ROMA RESTAURANT  TUCK    TUCKAHOE    * NY | 54.40 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061418 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753 * CA | 47.95 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061718 VISA DDA PUR<br>ASM FLIPPA          234 567890    * CA | 40.13 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061518 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061718 VISA DDA PUR<br>ASM FLIPPA          234 567890    * CA | 25.72 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061718 VISA DDA PUR<br>ASM FLIPPA          234 567890    * CA | 20.58 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061618 VISA DDA PUR<br>TST  MULINO S SNACK SHAC    EASTCHESTER  * NY | 20.00 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061518 VISA DDA PUR<br>PAYPAL  LASVEGASHOO    402 935 7733 * CA | 18.82 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 9 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-039-E-*** |
| Primary Account #: | 4 9793 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061618 VISA DDA PUR<br>LOLA ON THE GRILL        YONKERS      * NY | 17.31 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061718 VISA DDA PUR<br>ASM FLIPPA        234 567890   * CA | 16.46 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061718 VISA DDA PUR<br>ASM FLIPPA        234 567890   * CA | 13.37 |
| 06/18 | DEBIT CARD PAYMENT, *****30008214587, AUT 061718 VISA DDA PUR<br>NETFLIX COM        NETFLIX COM  * CA | 11.72 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061618 VISA DDA PUR<br>SQ  CINCO DE MAYO     NEW YORK    * NY | 11.00 |
| 06/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 061518 VISA DDA PUR<br>HUDSON FOOD COURT       NEWYORK     * NY | 8.98 |
| 06/19 | DEBIT CARD PAYMENT, *****30008214587, AUT 061818 VISA DDA PUR<br>UPWORK  185787363REF     165 08534100 * CA | 329.18 |
| 06/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 061718 VISA DDA PUR<br>PAYPAL LASVEGASHOO      402 935 7733 * CA | 123.78 |
| 06/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 061818 VISA DDA PUR<br>PAYPAL JACEINVESTM       402 935 7733 * CA | 103.20 |
| 06/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 061818 VISA DDA PUR<br>TIN S HOUSE        PARAMUS      * NJ | 37.65 |
| 06/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 061818 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK     * NY | 31.00 |
| 06/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 061718 VISA DDA PUR<br>PAYPAL LASVEGASHOO      402 935 7733 * CA | 20.88 |
| 06/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 061818 VISA DDA PUR<br>SPEEDWAY 03493        FORT LEE     * NJ | 15.00 |
| 06/19 | DEBIT CARD PAYMENT, *****30008214587, AUT 061818 VISA DDA PUR<br>NETFLIX COM        NETFLIX COM  * CA | 11.72 |
| 06/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 061718 VISA DDA PUR<br>STARBUCKS        800 782 7282 * WA | 10.00 |
| 06/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 061818 VISA DDA PUR<br>DNH GODADDY COM      480 505 8855 * AZ | 8.17 |
| 06/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 061818 VISA DDA PUR<br>DNH GODADDY COM      480 5058855 * AZ | 8.17 |
| 06/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 061818 VISA DDA PUR<br>DNH GODADDY COM      480 5058855 * AZ | 8.17 |
| 06/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 061918 VISA DDA PUR<br>PAYPAL JACEINVESTM       402 935 7733 * CA | 720.60 |
| 06/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 061918 VISA DDA PUR<br>PAYPAL JACEINVESTM       402 935 7733 * CA | 108.35 |
| 06/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 061918 VISA DDA PUR<br>CARLOS RESTAURANT       YONKERS     * NY | 39.18 |
| 06/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 061918 VISA DDA PUR<br>ELBA OPERATING CORP     NEW YORK    * NY | 34.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 10 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-039-E-*** |
| Primary Account #: | 793 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 061918 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 31.96 |
| 06/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 061918 VISA DDA PUR<br>PAYPAL FIVERR COM    4029357733  I SR | 27.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 062018 VISA DDA PUR<br>ASM FLIPPA    234 567890   * CA | 66.88 |
| 06/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 062018 VISA DDA PUR<br>CARLOS RESTAURANT    YONKERS    * NY | 45.73 |
| 06/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 062018 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 061918 VISA DDA PUR<br>SHELL OIL 57544827405    JERSEY CITY  * NJ | 25.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 062018 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 21.30 |
| 06/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 062018 VISA DDA PUR<br>DNH GODADDY COM    480 5058855  * AZ | 16.94 |
| 06/21 | DEBIT POS, *****30008214587, AUT 062118 DDA PURCHASE<br>HUDSON SQUARE PHARMACY    NEW YORK    * NY | 16.33 |
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>NEW YORK PASSPORT    NEW YORK    * NY | 170.00 |
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>ASM FLIPPA    234 567890   * CA | 108.04 |
| 06/22 | DEBIT POS, *****30008214587, AUT 062218 DDA PURCH W/CB<br>CVS PHARMACY 02 02432    EASTCHESTER * NY | 94.95 |
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>ASM FLIPPA    234 567890   * CA | 87.46 |
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>ASM FLIPPA    234 567890   * CA | 87.46 |
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>PAYPAL MRINALINIER    402 935 7733 * CA | 35.00 |
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 21.30 |
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>ASM FLIPPA    234 567890   * CA | 20.58 |
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 15.00 |
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062018 VISA DDA PUR<br>STARBUCKS    800 782 7282 * WA | 10.00 |
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>DNH GODADDY COM    480 5058855  * AZ | 8.17 |
| 06/22 | DEBIT POS, *****30008214587, AUT 062218 DDA PURCHASE<br>HUDSON SQUARE PHARMACY    NEW YORK    * NY | 2.93 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 11 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-639-5-*** |
| Primary Account #: | 48-***9793 |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>USPS KIOSK 3363309550      PARAMUS      * NJ | 2.42 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>JET BLUE AIR279210337795   PAYPAL COM   * UT | 446.40 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062418 VISA DDA PUR<br>GOOGLE  ADWS8461536286      CC GOOGLE COM * CA | 211.43 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062218 VISA DDA PUR<br>CARLOS RESTAURANT         YONKERS      * NY | 182.91 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062418 VISA DDA PUR<br>ASM FLIPPA              234 567890   * CA | 102.90 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062418 VISA DDA PUR<br>JET BLUE AIR279061964141   PAYPAL COM   * UT | 100.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062318 VISA DDA PUR<br>DEPOSITPHOTOS INC       954 9900075   * FL | 69.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062518 VISA DDA PUR<br>DOLPHIN 19 CONCESSIONS   MIAMI       * FL | 68.11 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>AMAZON MKTPLACE PMTS WWW    WWW AMAZON CO * WA | 58.29 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062318 VISA DDA PUR<br>JETBLUE    279061967999   SALT LAKE CTY * UT | 50.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062318 VISA DDA PUR<br>EL MALECON RESTAURANT     MIAMI       * FL | 43.13 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062218 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 06/25 | DEBIT CARD PAYMENT, *****30008214587, AUT 062218 VISA DDA PUR<br>CONVERTKIT COM            CONVERTKIT CO * ID | 29.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062418 VISA DDA PUR<br>CARVEL  1850            MIAMI       * FL | 26.90 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062318 VISA DDA PUR<br>JETBLUE    279260018380   SALT LAKE CTY * UT | 25.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062418 VISA DDA PUR<br>CHIPOTLE 0914           MIAMI       * FL | 18.41 |
| 06/25 | DEBIT POS, *****30008214587, AUT 062418 DDA PURCHASE<br>WALGREENS STORE 13680 SW   MIAMI       * FL | 13.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062118 VISA DDA PUR<br>STARBUCKS              800 782 7282 * WA | 10.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062218 VISA DDA PUR<br>STARBUCKS              800 782 7282 * WA | 10.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062318 VISA DDA PUR<br>ABICA BOARS HEAD  42     NEWARK      * NJ | 7.55 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062418 VISA DDA PUR<br>ASM FLIPPA              234 567890   * CA | 6.17 |
| 06/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 062318 VISA DDA PUR<br>ABICA BOARS HEAD  42     NEWARK      * NJ | 6.01 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 12 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-039-E-*** |
| Primary Account #: | '793 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 062518 VISA DDA PUR<br>VERIZON WRL MY ACCT VE     800 9220204   * CA | 453.59 |
| 06/26 | DEBIT CARD PAYMENT, *****30008214587, AUT 062518 VISA DDA PUR<br>UPWORK  186831470REF     165 08534100  * CA | 239.79 |
| 06/26 | DEBIT POS, *****30008214587, AUT 062618 DDA PURCH W/CB<br>TARGET T  3401 N MIAMI     MIAMI       * FL | 122.46 |
| 06/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 062518 VISA DDA PUR<br>LIME FRESH MEXICAN     MIAMI       * FL | 50.16 |
| 06/26 | DEBIT POS, *****30008214587, AUT 062618 DDA PURCHASE<br>SHELL SERVICE STATION     MIAMI       * FL | 48.15 |
| 06/26 | DEBIT CARD PAYMENT, *****30008214587, AUT 062518 VISA DDA PUR<br>24HOUR FITNESS USA INC     800 432 6348  * CA | 47.01 |
| 06/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 062418 VISA DDA PUR<br>STARBUCKS           800 782 7282  * WA | 10.00 |
| 06/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 062518 VISA DDA PUR<br>DNH GODADDY COM     480 5058855   * AZ | 8.47 |
| 06/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 062518 VISA DDA PUR<br>DNH GODADDY COM     480 5058855   * AZ | 8.17 |
| 06/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 062518 VISA DDA PUR<br>DNH GODADDY COM     480 5058855   * AZ | 8.17 |
| 06/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 062518 VISA DDA PUR<br>DNH GODADDY COM     480 5058855   * AZ | 8.17 |
| 06/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 062518 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800  * NJ | 8.05 |
| 06/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 062518 VISA DDA PUR<br>APL  ITUNES COM BILL     866 712 7753  * CA | 0.99 |
| 06/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 062618 VISA DDA PUR<br>ASM FLIPPA           234 567890   * CA | 112.16 |
| 06/27 | DEBIT CARD PAYMENT, *****30008214587, AUT 062618 VISA DDA PUR<br>SAMCART COM          HTTPSSAMCART * MD | 99.00 |
| 06/27 | DEBIT POS, *****30008214587, AUT 062718 DDA PURCH W/CB<br>TARGET T  15005 SW 88T     MIAMI       * FL | 57.01 |
| 06/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 062618 VISA DDA PUR<br>HAAGEN DAZS  826     MIAMI BEACH  * FL | 35.54 |
| 06/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 062618 VISA DDA PUR<br>SQ  DICED KENDALL     MIAMI       * FL | 23.18 |
| 06/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 062518 VISA DDA PUR<br>JEREMIAH S SOUTH MIAMI     SOUTH MIAMI  * FL | 14.55 |
| 06/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 062518 VISA DDA PUR<br>72424  DOWNTOWN DADELAN  MIAMI       * FL | 4.25 |
| 06/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 062618 VISA DDA PUR<br>ACE ASIAN MASSAGE     MIAMI       * FL | 70.00 |
| 06/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 062718 VISA DDA PUR<br>SQ  MILLY S EMPANAD     MIAMI       * FL | 22.26 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 13 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-039-E-*** |
| Primary Account #: | 9793 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 062618 VISA DDA PUR STARBUCKS          800 782 7282 * WA | 10.00 |
| 06/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 062718 VISA DDA PUR NETDNA  LLC          WWW MAXCDN CO * CA | 9.00 |
| 06/28 | DEBIT POS, *****30008214587, AUT 062818 DDA PURCHASE COLDSTONE 0996          MIRAMAR        * FL | 7.17 |
| 06/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 062618 VISA DDA PUR MIAMI CDD PARKING NORTH     MIAMI        * FL | 2.00 |
| 06/29 | DEBIT CARD PAYMENT, *****30008214587, AUT 062818 VISA DDA PUR GEICO   AUTO          800 841 3000 * DC | 274.99 |
| 06/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 062618 VISA DDA PUR BAROLO          MIAMI BEACH   * FL | 99.10 |
| 06/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 062818 VISA DDA PUR ASM FLIPPA          234 567890   * CA | 61.74 |
| 06/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 062818 VISA DDA PUR VERIZON     005900    800 345 6563 * TX | 60.55 |
| 06/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 062818 VISA DDA PUR ASM FLIPPA          234 567890   * CA | 30.87 |
| 06/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 062718 VISA DDA PUR STARBUCKS          800 782 7282 * WA | 10.00 |
| 06/29 | DEBIT CARD PURCHASE, *****30008214587, AUT 062818 VISA DDA PUR DNH GODADDY COM          480 5058855   * AZ | 8.17 |

| | |
|---|---|
| Subtotal: | 12,440.32 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/07 | 2,843.49 | 06/20 | 5,388.03 |
| 06/08 | 2,444.11 | 06/21 | 5,164.85 |
| 06/11 | 3,365.89 | 06/22 | 4,471.50 |
| 06/12 | 2,888.04 | 06/25 | 3,006.29 |
| 06/13 | 1,935.32 | 06/26 | 1,993.11 |
| 06/14 | 5,162.92 | 06/27 | 1,647.42 |
| 06/15 | 8,221.20 | 06/28 | 1,547.62 |
| 06/18 | 7,306.04 | 06/29 | 5,424.09 |
| 06/19 | 6,599.12 | | |



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 14 of 14 |
| Statement Period: | Jun 08 2018-Jun 30 2018 |
| Cust Ref #: | 4332059793-039-E-*** |
| Primary Account #: | 9793 |

#151            06/20            $250.00

In re Franklin Medina                                    Case No. 18-11629
            Debtor                            Reporting Period:   6/1/2018

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1  Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2  Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3  Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4  Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5  Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6  Are any post petition State or Federal income taxes past due? | | ✓ |
| 7  Are any post petition real estate taxes past due? | | ✓ |
| 8  Are any other post petition taxes past due? | | ✓ |
| 9  Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10  Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11  Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12  Is the Debtor delinquent in paying any U.S. Trustee fees? | ✓ | ✓ |
| 13  Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |