UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY_____

In re Franklin Medina _____    Case No. 18-11629 _____
    Debtor    Reporting Period:   8/1/2018 _____

Social Security #   N/A _____
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury *(28 U.S.C. Section 1746)* that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor  /s/  Franklin Medina _____    Date ___ 5/3/2019 ____

Signature of Joint Debtor _____    Date _____

5:52 PM

04/24/19

Accrual Basis

**Franklin Medina DIP**

## Profit & Loss

### August 2018

|  | Aug 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Amazon Income | 701.39 |
| Employment Income | 6,721.58 |
| 47400 · Rental Income | 10,425.00 |
| **Total Income** | 17,847.97 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 3,183.97 |
| **Total COGS** | 3,183.97 |
| **Gross Profit** | 14,664.00 |
| **Expense** | |
| computer expenses | 8,910.47 |
| fuel | 20.00 |
| Health and Wellness | 140.80 |
| Internet Expense | 127.60 |
| Miscellaneous Expense | 130.00 |
| Parking | 155.00 |
| Subcontractors | 1,021.50 |
| Subscriptions | 14.95 |
| 60000 · Advertising and Promotion | 582.73 |
| 62500 · Dues and Subscriptions | 17.01 |
| 64300 · Meals and Entertainment | 602.80 |
| 66700 · Professional Fees | 524.48 |
| 67200 · Repairs and Maintenance | -1,087.27 |
| 68600 · Utilities | 733.95 |
| **Total Expense** | 11,894.02 |
| **Net Ordinary Income** | 2,769.98 |
| **Net Income** | 2,769.98 |

11:58 AM

04/23/19

# Franklin Medina DIP
## Job Profitability Summary
### August 2018

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| **212-214 65th St Apt WestNewYork NJ 07093** | | | |
| Arelis Burgos212-214 65th St Apt | 0.00 | 2,850.00 | 2,850.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 2,850.00 | 2,850.00 |
| **212-214 65th St P1 WestNewYork NJ 07093** | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P4 WestNewYork NJ 07093** | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **212-214 65th St P5 WestNewYork NJ 07093** | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P6 WestNewYork NJ 07093** | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **212-214 65th St P7 WestNewYork NJ 07093** | | | |
| Tenant 1 212-214 65th St P7 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P7 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P8 WestNewYork NJ 07093** | | | |
| Tenant 2 212-214 65th St P8 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P8 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,282.00 | 1,282.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,282.00 | 1,282.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,104.00 | 1,104.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,104.00 | 1,104.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,418.00 | 1,418.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,418.00 | 1,418.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,296.00 | 1,296.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,296.00 | 1,296.00 |
| **6609 Polk Street West NY NJ** | | | |
| Tenant 1 | 0.00 | 175.00 | 175.00 |
| 6609 Polk Street West NY NJ - Other | 0.00 | 850.00 | 850.00 |
| Total 6609 Polk Street West NY NJ | 0.00 | 1,025.00 | 1,025.00 |
| **TOTAL** | 0.00 | 10,425.00 | 10,425.00 |



**Bank**

America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ 07652

| | |
|---|---|
| Page: | 1 of 11 |
| Statement Period: | Aug 01 2018-Aug 31 2018 |
| Cust Ref #: | ′‥‥‥‥3-039-E-*** |
| Primary Account #: | 0793 |

## Chapter 11 Checking

FRANKLIN MEDINA                                                                Account #        ‥0793
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,284.51 | Average Collected Balance | 1,198.52 |
| Deposits | 7,003.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 12,095.18 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 200.00 | Days in Period | 31 |
| Electronic Payments | 16,128.20 | | |
| Other Withdrawals | 3,000.00 | | |
| Ending Balance | 3,054.49 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | DEPOSIT | 4,425.00 |
| 08/07 | DEPOSIT | 1,282.00 |
| 08/16 | DEPOSIT | 1,296.00 |
| | Subtotal: | 7,003.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | ATM CHECK DEPOSIT, *****30008214587<br>AUT 080118 ATM CHECK DEPOSI<br>1820 CENTRAL PARK AVENUE    YONKERS        * NY | 1,180.21 |
| 08/14 | ATM CHECK DEPOSIT, *****30008214587<br>AUT 081418 ATM CHECK DEPOSI<br>1820 CENTRAL PARK AVENUE    YONKERS        * NY | 3,422.00 |
| 08/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****71104204FDU | 3,468.44 |
| 08/20 | CCD DEPOSIT, STRIPE TRANSFER | 81.26 |
| 08/24 | ATM CASH DEPOSIT, *****30008214587<br>AUT 082418 ATM CASH DEPOSIT<br>1820 CENTRAL PARK AVENUE    YONKERS        * NY | 70.00 |
| 08/29 | CCD DEPOSIT, AMAZON.CO1112263 EDI PYMNTS OFA****21358479 | 620.13 |
| 08/31 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****07661451FDU | 3,253.14 |
| | Subtotal: | 12,095.18 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 3,054.49 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

### FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 3 of 11 |
| Statement Period: | Aug 01 2018-Aug 31 2018 |
| Cust Ref #: | ?-E-*** |
| Primary Account #: | 39793 |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid     No. Checks: 1     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/31 | 118 | 200.00 |

Subtotal:     200.00

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR FACEBK 67X8LFJS72     650 5434800  * CA | 360.74 |
| 08/01 | DEBIT CARD PAYMENT, *****30008214587, AUT 080118 VISA DDA PUR UPWORK  192285372REF     165 08534100  * CA | 158.54 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR ASM FLIPPA     234 567890   * CA | 113.19 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR PAYPAL  JAMESDEXTER     402 935 7733  * CA | 58.99 |


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 4 of 11 |
| Statement Period: | Aug 01 2018-Aug 31 2018 |
| Cust Ref #: | ‑‑‑‑‑‑‑‑‑‑‑‑ ‑‑‑‑ E‑*** |
| Primary Account #: | 435‑‑‑ ‑9793 |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR<br>PAYPAL  FIVERR COM        4029357733   I SR | 52.50 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR<br>TIN S HOUSE        PARAMUS     * NJ | 51.46 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR<br>ASM FLIPPA        234 567890   * CA | 51.45 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR<br>DNH GODADDY COM        480 5058855   * AZ | 35.99 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 072918 VISA DDA PUR<br>QDOBA 2616        PARAMUS     * NJ | 33.37 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK     * NY | 31.00 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR<br>DNH GODADDY COM        480 5058855   * AZ | 8.47 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR<br>PAYPAL  FIVERR COM        4029357733   I SR | 6.41 |
| 08/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR<br>HUDSON FOOD COURT        NEWYORK     * NY | 6.16 |
| 08/02 | ELECTRONIC PMT-TEL, SUEZ SUEZ ****9403822222 | 430.00 |
| 08/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 080118 VISA DDA PUR<br>AMZN MKTP US AMZN COM BI    AMZN COM BILL * WA | 107.77 |
| 08/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 080118 VISA DDA PUR<br>NAMEJET 425 974 4687        425 974 4687 * WA | 101.48 |
| 08/02 | DEBIT CARD PAYMENT, *****30008214587, AUT 080118 VISA DDA PUR<br>24HOUR FITNESS USA INC    800 432 6348   * CA | 47.01 |
| 08/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 080118 VISA DDA PUR<br>AMZN MKTP US AMZN COM BI    AMZN COM BILL * WA | 34.98 |
| 08/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 073118 VISA DDA PUR<br>STARBUCKS        800 782 7282   * WA | 25.00 |
| 08/02 | DEBIT CARD PAYMENT, *****30008214587, AUT 080118 VISA DDA PUR<br>DNH GODADDY COM        480 5058855   * AZ | 18.46 |
| 08/02 | DEBIT CARD PAYMENT, *****30008214587, AUT 080118 VISA DDA PUR<br>LIBERATED SYNDICATION    412 621 0902   * PA | 15.00 |
| 08/02 | DEBIT CARD PAYMENT, *****30008214587, AUT 080118 VISA DDA PUR<br>LIBERATED SYNDICATION    412 621 0902   * PA | 5.00 |
| 08/03 | DEBIT CARD PURCHASE, *****30008214587, AUT 080218 VISA DDA PUR<br>PAYPAL  CHUCKIE56        402 935 7733   * CA | 643.43 |
| 08/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 080618 VISA DDA PUR<br>PAYPAL  CHUCKIE56        402 935 7733   * CA | 540.53 |
| 08/08 | DEBIT CARD PAYMENT, *****30008214587, AUT 080818 VISA DDA PUR<br>UPWORK 193345912REF        165 08534100 * CA | 210.55 |
| 08/08 | DEBIT POS, *****30008214587, AUT 080818 DDA PURCHASE<br>THE HOME DEPOT 8475        N BERGEN     * NJ | 92.94 |

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 5 of 11 |
| Statement Period: | Aug 01 2018-Aug 31 2018 |
| Cust Ref #: | ‐‐ ‐‐‐ ‐039-E-*** |
| Primary Account #: | ‐ ‐9793 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/08 | DEBIT CARD PURCHASE, *****30008214587, AUT 080618 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/08 | DEBIT CARD PAYMENT, *****30008214587, AUT 080718 VISA DDA PUR<br>HLU HULU 22000634 U      HULU COM BILL * CA | 39.99 |
| 08/08 | DEBIT CARD PAYMENT, *****30008214587, AUT 080618 VISA DDA PUR<br>GAMEFLY MEMBERSHIP      888 986 6400  * CA | 17.01 |
| 08/08 | DEBIT CARD PAYMENT, *****30008214587, AUT 080718 VISA DDA PUR<br>DROPBOX LNRZTXH2191X      DROPBOX COM  * CA | 9.99 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080818 VISA DDA PUR<br>PAYPAL  TEACHPE151      402 935 7733  * CA | 755.01 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080818 VISA DDA PUR<br>PAYPAL  LUEMADDR      402 935 7733  * CA | 524.48 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 522.75 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 509.43 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 277.78 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080818 VISA DDA PUR<br>PAYPAL  IMOTY2004      402 935 7733  * CA | 250.00 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 91.23 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 11
Statement Period: Aug 01 2018-Aug 31 2018
Cust Ref #: ***-*****-039-E-***
Primary Account #: 0793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 70.73 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080818 VISA DDA PUR<br>GLEAM IO          CHELSEA     A US | 49.00 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080818 VISA DDA PUR<br>TIN S HOUSE          PARAMUS     * NJ | 37.65 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080818 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>STARBUCKS          800 782 7282 * WA | 25.00 |
| 08/09 | DEBIT CARD PAYMENT, *****30008214587, AUT 080818 VISA DDA PUR<br>FACEBK ZEED7HA3F2      FB ME ADS  * CA | 25.00 |
| 08/09 | DEBIT CARD PAYMENT, *****30008214587, AUT 080718 VISA DDA PUR<br>ZAPIER COM CHARGE      ZAPIER COM  * CA | 20.00 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>DMCA PROTECTION PRO    VICTORIA NORT C AN | 10.00 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080718 VISA DDA PUR<br>DMCA PROTECTION PRO    VICTORIA NORT C AN | 10.00 |
| 08/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 080818 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 7.44 |
| 08/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 080818 VISA DDA PUR<br>STARBUCKS          800 782 7282 * WA | 25.00 |
| 08/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>PAYPAL CHUCKIE56      402 935 7733 * CA | 500.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 7 of 11 |
| Statement Period: | Aug 01 2018-Aug 31 2018 |
| Cust Ref #: | ***-***-***-E-*** |
| Primary Account #: | ?-?793 |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | DEBIT CARD PAYMENT, *****30008214587, AUT 081618 VISA DDA PUR<br>UPWORK  194487928REF   165 08534100 * CA | 448.50 |
| 08/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>PAYPAL  IMOTY2004      402 935 7733 * CA | 245.00 |
| 08/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>PAYPAL  WIERMANGRP       402 935 7733 * SC | 149.00 |
| 08/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 081418 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 70.73 |
| 08/16 | DEBIT CARD PAYMENT, *****30008214587, AUT 081518 VISA DDA PUR<br>24HOUR FITNESS USA INC    800 432 6348 * CA | 46.78 |
| 08/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 1,137.75 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 272.65 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 203.98 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 189.63 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 121.98 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 70.73 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 8 of 11 |
| Statement Period: | Aug 01 2018-Aug 31 2018 |
| Cust Ref #: | |
| Primary Account #: | 9793 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR UNCLE PAULIE S          MAYWOOD      * NJ | 42.45 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081618 VISA DDA PUR GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR STARBUCKS        800 782 7282  * WA | 25.00 |
| 08/17 | DEBIT CARD PAYMENT, *****30008214587, AUT 081618 VISA DDA PUR DNH GODADDY COM      480 5058855  * AZ | 19.16 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR APL  ITUNES COM BILL    866 712 7753  * CA | 10.65 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081618 VISA DDA PUR HUDSON FOOD COURT      NEWYORK      * NY | 10.45 |
| 08/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 081518 VISA DDA PUR APL ITUNES COM BILL    800 275 2273  * CA | 4.25 |
| 08/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 081618 VISA DDA PUR PAID TO PSE G NJ      800 436 7734  * NJ | 303.95 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 9 of 11 |
| Statement Period: | Aug 01 2018-Aug 31 2018 |
| Cust Ref #: | *** |
| Primary Account #: | 793 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 081618 VISA DDA PUR<br>VERIZON     011938    800 345 6563 * TX | 127.60 |
| 08/20 | DEBIT CARD PAYMENT, *****30008214587, AUT 081818 VISA DDA PUR<br>DNH GODADDY COM     480 5058855  * AZ | 53.97 |
| 08/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 081718 VISA DDA PUR<br>CALI PIZZA KITC INC 107   SCARSDALE   * NY | 32.79 |
| 08/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 081618 VISA DDA PUR<br>IHOP 3305     YONKERS   * NY | 31.11 |
| 08/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 081718 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK   * NY | 31.00 |
| 08/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 081818 VISA DDA PUR<br>CENTER RACEWAY RESTAURAN   YONKERS   * NY | 30.84 |
| 08/20 | DEBIT POS, *****30008214587, AUT 081818 DDA PURCHASE<br>FAIRWAY M 30 E RIDGEWO   PARAMUS   * NJ | 30.00 |
| 08/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 081718 VISA DDA PUR<br>WENDY S 0115     YONKERS   * NY | 22.03 |
| 08/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 081818 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 21.30 |
| 08/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 081718 VISA DDA PUR<br>IT WORKS MARKETING INC   800 537 2395  * FL | 20.00 |
| 08/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 081818 VISA DDA PUR<br>PARAMUS DELTA     PARAMUS   * NJ | 20.00 |
| 08/20 | DEBIT CARD PAYMENT, *****30008214587, AUT 081718 VISA DDA PUR<br>NETFLIX COM     NETFLIX COM * CA | 14.92 |
| 08/20 | DEBIT CARD PAYMENT, *****30008214587, AUT 081818 VISA DDA PUR<br>NETFLIX COM     NETFLIX COM * CA | 11.72 |
| 08/20 | DEBIT CARD PAYMENT, *****30008214587, AUT 081718 VISA DDA PUR<br>DNH GODADDY COM     480 5058855  * AZ | 8.47 |
| 08/21 | DEBIT CARD PAYMENT, *****30008214587, AUT 082018 VISA DDA PUR<br>LINKEDIN 4197132573 LNKD   855 6535653  * CA | 46.55 |
| 08/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 082018 VISA DDA PUR<br>APL ITUNES COM BILL    800 275 2273 * CA | 15.97 |
| 08/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 082018 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 10.65 |
| 08/22 | DEBIT CARD PAYMENT, *****30008214587, AUT 082118 VISA DDA PUR<br>TEENSAFE INC     800 245 8598 * CA | 14.95 |
| 08/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 082018 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 10.65 |
| 08/23 | DEBIT CARD PURCHASE, *****30008214587, AUT 081718 VISA DDA PUR<br>DEPOSITPHOTOS INC     954 9900075 * NY | 69.00 |
| 08/23 | DEBIT CARD PURCHASE, *****30008214587, AUT 082118 VISA DDA PUR<br>STARBUCKS STORE 11649   NEW YORK   * NY | 6.80 |
| 08/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 082318 VISA DDA PUR<br>NAMEJET 425 974 4687     425 974 4687 * WA | 70.73 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 10 of 11 |
| Statement Period: | Aug 01 2018-Aug 31 2018 |
| Cust Ref #: | ʼ ⌐ ⌐ ∞-089-E-*** |
| Primary Account #: | ⌐793 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 082318 VISA DDA PUR PP ITUNES COM BILL        402 935 7733  * CA | 4.25 |
| 08/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 082518 VISA DDA PUR PP ITUNES COM BILL        402 935 7733  * CA | 0.99 |
| 08/30 | DEBIT CARD PAYMENT, *****30008214587, AUT 083018 VISA DDA PUR UPWORK  196541086REF        165 08534100  * CA | 203.91 |
| 08/30 | DEBIT CARD PAYMENT, *****30008214587, AUT 082918 VISA DDA PUR SAMCART COM          HTTPSSAMCART  * MD | 99.00 |
| 08/30 | DEBIT CARD PAYMENT, *****30008214587, AUT 082918 VISA DDA PUR 24HOUR FITNESS USA INC     800 432 6348  * CA | 47.01 |
| 08/30 | DEBIT CARD PURCHASE, *****30008214587, AUT 082918 VISA DDA PUR NETDNA  LLC           WWW MAXCDN CO * CA | 9.00 |
| 08/31 | DEBIT CARD PURCHASE, *****30008214587, AUT 083018 VISA DDA PUR PAYPAL  CHUCKIE56        402 935 7733  * CA | 250.00 |
| 08/31 | DEBIT CARD PURCHASE, *****30008214587, AUT 083018 VISA DDA PUR PP ITUNES COM BILL        402 935 7733  * CA | 14.91 |
| | Subtotal: | 16,128.20 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | DEBIT | 1,000.00 |
| 08/20 | DEBIT | 2,000.00 |
| | Subtotal: | 3,000.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 3,284.51 | 08/16 | 6,701.23 |
| 08/01 | 1,435.50 | 08/17 | 2,864.03 |
| 08/02 | 650.80 | 08/20 | 185.59 |
| 08/03 | 7.37 | 08/21 | 112.42 |
| 08/06 | 4,432.37 | 08/22 | 86.82 |
| 08/07 | 5,173.84 | 08/23 | 11.02 |
| 08/08 | 4,732.63 | 08/24 | 6.04 |
| 08/09 | 30.80 | 08/27 | 5.05 |
| 08/10 | 5.80 | 08/29 | 625.18 |
| 08/14 | 3,427.80 | 08/30 | 266.26 |
| 08/15 | 6,896.24 | 08/31 | 3,054.49 |

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page:                                      11 of 11
Statement Period:     Aug 01 2018-Aug 31 2018
Cust Ref #:                            -E-***
Primary Account #:                    9793

FRANK MEDINA
101 NIMITZ ROAD
PARAMUS, NJ 07652

118

8/31/18

Pay to the Order of  *Taryn Medina*              $ 200.00

*Two hundred* — 00/xx                    Dollars

**TD Bank**
America's Most Convenient Bank®

For

#118            08/31            $200.00

In re Franklin Medina

Debtor

Case No. 18-11629

Reporting Period: 8/1/2018

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | | ✓ |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | ✓ | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |