UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina  
Debtor

Case No. 18-11629  
Reporting Period: 9/1/2018

Social Security # N/A  
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  /s/ Franklin Medina         Date  5/3/2019

Signature of Joint Debtor                         Date

FORM MOR (INDV)
2/2008
PAGE 1 OF 1

5:52 PM  
04/24/19  
Accrual Basis  

# Franklin Medina DIP
## Profit & Loss
### September 2018

|  | Sep 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Employment Income | 6,721.58 |
|   Other Income | 81.26 |
|   47400 · Rental Income | 4,532.00 |
| **Total Income** | 11,334.84 |
| **Cost of Goods Sold** | |
|   50000 · Cost of Goods Sold | 2,008.28 |
| **Total COGS** | 2,008.28 |
| **Gross Profit** | 9,326.56 |
| **Expense** | |
|   Automobile Insurance | 266.99 |
|   computer expenses | 927.46 |
|   Education | 174.00 |
|   Entertainment | 176.52 |
|   fuel | 115.00 |
|   Gift | -8,013.00 |
|   Health and Wellness | 225.31 |
|   Internet Expense | 265.55 |
|   Landscaping | 150.00 |
|   Miscellaneous Expense | 100.00 |
|   mortgage 212-214 65th st | 8,013.00 |
|   Parking | 291.00 |
|   Postage | 9.00 |
|   Subcontractors | 1,329.38 |
|   Subscriptions | 14.95 |
|   437 · Hartford Rd property taxes | 293.00 |
|   60000 · Advertising and Promotion | 759.55 |
|   60400 · Bank Service Charges | 60.00 |
|   62500 · Dues and Subscriptions | 80.01 |
|   64300 · Meals and Entertainment | 1,576.54 |
|   64900 · Office Supplies | 15.98 |
|   66700 · Professional Fees | 2,051.75 |
|   68400 · Travel Expense | 44.54 |
| **Total Expense** | 8,926.53 |
| **Net Ordinary Income** | 400.03 |
| **Net Income** | **400.03** |

11:59 AM
04/23/19

# Franklin Medina DIP
## Job Profitability Summary
### September 2018

|  | Act. Cost | Act. Revenue | ($) Diff. |
|---|---:|---:|---:|
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,282.00 | 1,282.00 |
| **Total 522 4th Street #1F Union City NJ 07087** | 0.00 | 1,282.00 | 1,282.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,104.00 | 1,104.00 |
| **Total 522 4th Street #1R Union City NJ 07087** | 0.00 | 1,104.00 | 1,104.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,296.00 | 1,296.00 |
| **Total 522 4th Street #2R Union City NJ 07087** | 0.00 | 1,296.00 | 1,296.00 |
| **6609 Polk Street West NY NJ** | 0.00 | 850.00 | 850.00 |
| **TOTAL** | 0.00 | 4,532.00 | 4,532.00 |



**TD Bank**
America's Most Convenient Bank®        E        STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ  07652

Page:  1 of 10
Statement Period:  Sep 01 2018-Sep 30 2018
Cust Ref #:  ***
Primary Account #:  93

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,054.49 | Average Collected Balance | 2,116.54 |
| Deposits | 12,545.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 6,820.33 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 150.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 3,897.00 | | |
| Electronic Payments | 7,142.30 | | |
| Other Withdrawals | 8,223.00 | | |
| Ending Balance | 3,307.52 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $175.00 | $245.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | DEPOSIT | 1,282.00 |
| 09/06 | MOBILE DEPOSIT | 1,104.00 |
| 09/06 | MOBILE DEPOSIT | 699.00 |
| 09/06 | MOBILE DEPOSIT | 151.00 |
| 09/19 | DEPOSIT | 1,296.00 |
| 09/25 | DEPOSIT | 8,013.00 |
| | Subtotal: | 12,545.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | DEBIT CARD CREDIT, *****30008214587, AUT 090718 VISA DDA REF ASM FLIPPA     234 567890    * CA | 17.49 |
| 09/14 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****44219642FDU | 3,468.44 |
| 09/14 | CCD DEPOSIT, STRIPE TRANSFER | 81.26 |
| 09/28 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****07632519FDU | 3,253.14 |
| | Subtotal: | 6,820.33 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 10

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    3,307.52

② Total Deposits   +

③ Sub Total

④ Total Withdrawals   −

⑤ Adjusted Balance

② 
| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

④ 
| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/06 | RETURNED ITEM | 150.00 |
| | Subtotal: | 150.00 |

### Checks Paid

No. Checks: 9    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/27 | 119 | 75.00 | 09/18 | 154 | 33.00 |
| 09/07 | 120 | 2,000.00 | 09/27 | 155 | 20.00 |
| 09/05 | 129* | 150.00 | 09/21 | 156 | 45.00 |
| 09/04 | 133* | 1,398.00 | 09/26 | 157 | 100.00 |
| 09/18 | 153* | 76.00 | | | |
| | | | | Subtotal: | 3,897.00 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090118 VISA DDA PUR<br>GEICO  AUTO         800 841 3000   * DC | 266.99 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>FACEBK 6ZT5FG2S72    650 5434800    * CA | 205.16 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090318 VISA DDA PUR<br>UPWORK  197191082REF    165 08534100  * CA | 184.90 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>IT WORKS MARKETING INC    800 537 2395  * FL | 125.95 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>MACCHINA           NEW YORK      * NY | 124.96 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090218 VISA DDA PUR<br>PF CHANGS  9826        HACKENSACK    * NJ | 75.31 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090118 VISA DDA PUR<br>EVERYTHING EMBROIDERED    PARAMUS    * NJ | 64.50 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>GS1 US             LAWRENCEVILLE * NJ | 63.00 |
| 09/04 | NONTD ATM DEBIT, *****30008214587, AUT 090318 DDA WITHDRAW<br>PAI ISO            NEW ROCHELLE   * NY | 44.00 |
| 09/04 | DEBIT POS, *****30008214587, AUT 090118 DDA PURCHASE<br>FAIRWAY M 30 E RIDGEWO    PARAMUS     * NJ | 40.37 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>CINEMA DE LUX         YONKERS    * NY | 29.25 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 083118 VISA DDA PUR<br>CONVERTKIT EMAIL      HTTPSCONVERTK * ID | 29.00 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090218 VISA DDA PUR<br>COLDSTONE  1134       WESTWOOD    * NJ | 25.24 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>NYCDOT PARKNYC       877 7275307   * NY | 25.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090118 VISA DDA PUR<br>STARBUCKS          800 782 7282  * WA | 25.00 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090118 VISA DDA PUR<br>ZAPIER COM CHARGE     ZAPIER COM   * CA | 20.00 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090218 VISA DDA PUR<br>PARAMUS DELTA       PARAMUS    * NJ | 15.00 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090118 VISA DDA PUR<br>LIBERATED SYNDICATION   412 621 0902  * PA | 15.00 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>CINEMA DE LUX       YONKERS    * NY | 14.00 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>PERRY BAGEL CAFE      PARAMUS    * NJ | 10.81 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>PARAMUS DELTA       PARAMUS    * NJ | 10.00 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090318 VISA DDA PUR<br>DROPBOX F4TG3QPNGF6Q    888 4468396  * CA | 9.99 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>STARBUCKS STORE 07533    PARAMUS    * NJ | 6.88 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090218 VISA DDA PUR<br>PP ITUNES COM BILL     402 935 7733  * CA | 6.38 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>PP ITUNES COM BILL     402 935 7733  * CA | 5.32 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090118 VISA DDA PUR<br>LIBERATED SYNDICATION   412 621 0902  * PA | 5.00 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090118 VISA DDA PUR<br>GOOGLE GSUITE UNLISTE   CC GOOGLE COM * CA | 4.51 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>NYCDOT PARKING METERS   LONG IS CITY  * NY | 3.50 |
| 09/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 090418 VISA DDA PUR<br>CONVERTKIT EMAIL      HTTPSCONVERTK * ID | 179.00 |
| 09/05 | DEBIT CARD PAYMENT, *****30008214587, AUT 090418 VISA DDA PUR<br>CONVERTKIT EMAIL      HTTPSCONVERTK * ID | 179.00 |
| 09/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>STAPLES    00100396   PARAMUS    * NJ | 15.98 |
| 09/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>GLEN ISLAND PARK      NEW ROCHELLE * NY | 8.00 |
| 09/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>ABM PARKING N OTIS GARAG   YONKERS    * NY | 2.50 |
| 09/06 | DEBIT CARD PAYMENT, *****30008214587, AUT 090418 VISA DDA PUR<br>GAMEFLY MEMBERSHIP     888 986 6400  * CA | 17.01 |
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>PAYPAL FIVERR COM     4029357733  I SR | 52.50 |
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>UBER  TRIP 2BTCW      HELP UBER COM * CA | 44.54 |



**STATEMENT OF ACCOUNT**

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #: 039-E-***
Primary Account #: 59793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>TIN S HOUSE        PARAMUS      * NJ | 39.16 |
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>SQ  CINCO DE MAYO        FLUSHING    * NY | 11.00 |
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>PP ITUNES COM BILL    402 935 7733  * CA | 7.44 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090718 VISA DDA PUR<br>RUMBA CUBANA         724 2831878   * NJ | 50.30 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR<br>GLEAM IO           CHELSEA     A US | 49.00 |
| 09/10 | DEBIT CARD PAYMENT, *****30008214587, AUT 090718 VISA DDA PUR<br>24HOUR FITNESS USA INC    800 432 6348  * CA | 46.78 |
| 09/10 | DEBIT CARD PAYMENT, *****30008214587, AUT 090718 VISA DDA PUR<br>HLU HULU 22000634 U     HULU COM BILL * CA | 39.99 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090718 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR<br>CINEMA DE LUX        YONKERS    * NY | 28.00 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>STARBUCKS          800 782 7282  * WA | 25.00 |
| 09/10 | DEBIT POS, *****30008214587, AUT 090818 DDA PURCHASE<br>FAIRWAY M 30 E RIDGEWO    PARAMUS      * NJ | 22.00 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR<br>DELTA RT 4          ENGLEWOOD    * NJ | 20.00 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR<br>CINEMA DE LUX        YONKERS    * NY | 11.50 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR<br>CINEMA DE LUX        YONKERS    * NY | 11.25 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090718 VISA DDA PUR<br>DMCA PROTECTION PRO     VICTORIA NORT C AN | 10.00 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090718 VISA DDA PUR<br>DMCA PROTECTION PRO     VICTORIA NORT C AN | 10.00 |
| 09/10 | DEBIT POS, *****30008214587, AUT 090918 DDA PURCHASE<br>TRADER JOE S  605       PARAMUS      * NJ | 9.98 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090718 VISA DDA PUR<br>HUDSON FOOD COURT       NEWYORK    * NY | 8.66 |
| 09/10 | DEBIT POS, *****30008214587, AUT 090918 DDA PURCHASE<br>FAIRWAY M 30 E RIDGEWO    PARAMUS      * NJ | 4.58 |
| 09/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 090918 VISA DDA PUR<br>PANCHOS BURRITOS      NEW MILFORD  * NJ | 119.56 |
| 09/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 090918 VISA DDA PUR<br>GLEAM IO           CHELSEA     A US | 49.00 |


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR<br>ABM PARKING N OTIS GARAG   YONKERS    * NY | 4.00 |
| 09/12 | DEBIT CARD PAYMENT, *****30008214587, AUT 091118 VISA DDA PUR<br>DNH GODADDY COM     480 5058855  * AZ | 53.97 |
| 09/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 091118 VISA DDA PUR<br>IT WORKS MARKETING INC    800 537 2395  * FL | 20.00 |
| 09/12 | DEBIT CARD PAYMENT, *****30008214587, AUT 091118 VISA DDA PUR<br>TEENSAFE INC      800 245 8598  * CA | 14.95 |
| 09/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 091118 VISA DDA PUR<br>PP ITUNES COM BILL     402 935 7733  * CA | 5.32 |
| 09/17 | ACH IAT DEBIT, S WISHART IAT PAYPAL J22222C7XNT8W | 396.00 |
| 09/17 | DEBIT CARD PAYMENT, *****30008214587, AUT 091418 VISA DDA PUR<br>UPWORK  198793545REF    165 08534100 * CA | 204.98 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091618 VISA DDA PUR<br>DEPOSITPHOTOS INC    954 9900075  * FL | 69.00 |
| 09/17 | DEBIT POS, *****30008214587, AUT 091518 DDA PURCH W/CB<br>CVS PHARM 10166  1703    YONKERS    * NY | 56.52 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091618 VISA DDA PUR<br>YONKERS WHISKEY BAR GRIL   YONKERS    * NY | 46.20 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091418 VISA DDA PUR<br>HAIKU RESTAURANT     SCARSDALE   * NY | 45.50 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091418 VISA DDA PUR<br>LEADPAGES       855 835 3877 * MN | 37.00 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091518 VISA DDA PUR<br>PAYPAL  LASVEGASHOO    402 935 7733 * CA | 36.32 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091418 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK   * NY | 31.00 |
| 09/17 | DEBIT CARD PAYMENT, *****30008214587, AUT 091418 VISA DDA PUR<br>CONVERTKIT EMAIL    HTTPSCONVERTK * ID | 29.00 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091418 VISA DDA PUR<br>STARBUCKS       800 782 7282 * WA | 25.00 |
| 09/17 | DEBIT POS, *****30008214587, AUT 091618 DDA PURCHASE<br>FAIRWAY M 30 E RIDGEWO    PARAMUS    * NJ | 23.82 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091518 VISA DDA PUR<br>SUSHI PALACE      YONKERS   * NY | 21.51 |
| 09/17 | DEBIT POS, *****30008214587, AUT 091518 DDA PURCHASE<br>FAIRWAY M 30 E RIDGEWO    PARAMUS    * NJ | 20.00 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091418 VISA DDA PUR<br>DELTA RT 4       ENGLEWOOD   * NJ | 10.00 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091518 VISA DDA PUR<br>PARAMUS DELTA      PARAMUS   * NJ | 10.00 |
| 09/18 | DEBIT CARD PAYMENT, *****30008214587, AUT 091718 VISA DDA PUR<br>UPWORK  199318578REF    165 08534100 * CA | 243.91 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 091618 VISA DDA PUR<br>OLIVE GARDEN 0024414     PARAMUS    * NJ | 117.30 |
| 09/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 091718 VISA DDA PUR<br>PAYPAL  LUEMADDR      402 935 7733  * CA | 51.75 |
| 09/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 091618 VISA DDA PUR<br>STARBUCKS           800 782 7282  * WA | 25.00 |
| 09/18 | DEBIT CARD PAYMENT, *****30008214587, AUT 091718 VISA DDA PUR<br>NETFLIX COM         NETFLIX COM   * CA | 14.92 |
| 09/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 091618 VISA DDA PUR<br>MCDONALD S F7454        PARAMUS    * NJ | 7.21 |
| 09/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 091818 VISA DDA PUR<br>CARLOS RESTAURANT       YONKERS    * NY | 46.36 |
| 09/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 091818 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 09/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 091818 VISA DDA PUR<br>MANYCHAT COM PRO 2500      8778877815   * CA | 25.00 |
| 09/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 091818 VISA DDA PUR<br>DELTA RT 4          ENGLEWOOD    * NJ | 20.00 |
| 09/19 | DEBIT CARD PAYMENT, *****30008214587, AUT 091818 VISA DDA PUR<br>NETFLIX COM         NETFLIX COM   * CA | 11.72 |
| 09/19 | DEBIT POS, *****30008214587, AUT 091918 DDA PURCHASE<br>USPS PO 3 33 E MIDLAND     PARAMUS     * NJ | 9.00 |
| 09/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 091918 VISA DDA PUR<br>CHEESECAKE HACKENSACK      HACKENSACK  * NJ | 126.48 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 091918 VISA DDA PUR<br>AMAZON COM MT0XK7372     AMZN COM BILL * WA | 48.10 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR<br>AMAZON COM MT36V03K1     AMZN COM BILL * WA | 38.10 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 091918 VISA DDA PUR<br>CENTER RACEWAY RESTAURAN    YONKERS    * NY | 31.39 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR<br>BOSTON MARKET 0533      SCARSDALE   * NY | 21.98 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR<br>SQ  CINCO DE MAYO       NEW YORK    * NY | 10.00 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092118 VISA DDA PUR<br>WESTERN UNION AUTO      216 099 7534 * NY | 610.28 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092118 VISA DDA PUR<br>VERIZON WRL MY ACCT VE    800 9220204  * CA | 200.00 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092118 VISA DDA PUR<br>PAYPAL  VISTAPRINT      402 935 7733  * MA | 72.77 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092118 VISA DDA PUR<br>PAYPAL  VISTAPRINT      402 935 7733  * MA | 67.17 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #:
Primary Account #: 4        93

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092318 VISA DDA PUR<br>GOOGLE  ADS8461536286     CC GOOGLE COM * CA | 64.38 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092118 VISA DDA PUR<br>SUBURBAN DINER          PARAMUS     * NJ | 38.51 |
| 09/24 | DEBIT CARD PAYMENT, *****30008214587, AUT 092218 VISA DDA PUR<br>CONVERTKIT EMAIL         HTTPSCONVERTK * ID | 29.00 |
| 09/24 | DEBIT POS, *****30008214587, AUT 092318 DDA PURCHASE<br>STOP   SHOP 0878        PARAMUS     * NJ | 26.19 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR<br>STARBUCKS            800 782 7282  * WA | 25.00 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR<br>STARBUCKS            800 782 7282  * WA | 25.00 |
| 09/24 | DEBIT POS, *****30008214587, AUT 092218 DDA PURCHASE<br>FAIRWAY M 30 E RIDGEWO    PARAMUS     * NJ | 24.67 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092218 VISA DDA PUR<br>PARAMUS DELTA           PARAMUS     * NJ | 20.00 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092218 VISA DDA PUR<br>MOE S SW GRILL  743      PARAMUS     * NJ | 8.84 |
| 09/25 | DEBIT CARD PAYMENT, *****30008214587, AUT 092418 VISA DDA PUR<br>UPWORK  200401895REF     165 08534100  * CA | 299.59 |
| 09/25 | NONTD ATM DEBIT, *****30008214587, AUT 092518 DDA WITHDRAW<br>345 HUDSON ST        NEW YORK     * NY | 103.00 |
| 09/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 092318 VISA DDA PUR<br>HOULIHAN S  229        PARAMUS     * NJ | 84.55 |
| 09/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 092418 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK     * NY | 31.00 |
| 09/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 092318 VISA DDA PUR<br>STARBUCKS            800 782 7282  * WA | 15.00 |
| 09/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 092318 VISA DDA PUR<br>MCDONALD S F7454         PARAMUS     * NJ | 14.42 |
| 09/26 | DEBIT CARD PAYMENT, *****30008214587, AUT 092518 VISA DDA PUR<br>24HOUR FITNESS USA INC    800 432 6348  * CA | 47.01 |
| 09/26 | DEBIT CARD PAYMENT, *****30008214587, AUT 092518 VISA DDA PUR<br>DNH GODADDY COM        480 5058855   * AZ | 16.94 |
| 09/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 092518 VISA DDA PUR<br>HUDSON FOOD COURT       NEWYORK     * NY | 8.70 |
| 09/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 092418 VISA DDA PUR<br>KING WOK           NEW YORK     * NY | 7.55 |
| 09/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 092618 VISA DDA PUR<br>HAIKU RESTAURANT        SCARSDALE    * NY | 63.00 |
| 09/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 092618 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK     * NY | 31.00 |
| 09/27 | DEBIT CARD PAYMENT, *****30008214587, AUT 092618 VISA DDA PUR<br>DNH GODADDY COM        480 5058855   * AZ | 18.46 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #:
Primary Account #:                       793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 092518 VISA DDA PUR STARBUCKS      800 782 7282  * WA | 15.00 |
| 09/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 092618 VISA DDA PUR HUDSON FOOD COURT    NEWYORK    * NY | 8.66 |
| 09/28 | TDBANK BILL PAY CHECK, MOUNT LAUREL TOWNSHIP CHECK# 995004 | 293.00 |
| 09/28 | DEBIT CARD PAYMENT, *****30008214587, AUT 092618 VISA DDA PUR SAMCART COM       HTTPSSAMCART * MD | 99.00 |
| 09/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 092618 VISA DDA PUR VERIZON    040247    800 345 6563  * TX | 65.55 |
| 09/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 092718 VISA DDA PUR GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 09/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 092718 VISA DDA PUR DELTA RT 4        ENGLEWOOD    * NJ | 10.00 |
| 09/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 092718 VISA DDA PUR NETDNA  LLC      WWW MAXCDN CO * CA | 9.00 |
|  | Subtotal: | 7,142.30 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | OVERDRAFT PD | 140.00 |
| 09/06 | OVERDRAFT PD | 35.00 |
| 09/06 | OVERDRAFT RET | 35.00 |
| 09/26 | DEBIT | 8,013.00 |
|  | Subtotal: | 8,223.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 3,054.49 | 09/18 | 1,931.75 |
| 09/04 | 201.47 | 09/19 | 3,084.67 |
| 09/05 | 808.99 | 09/20 | 2,958.19 |
| 09/06 | 2,825.98 | 09/21 | 2,732.62 |
| 09/07 | 657.83 | 09/24 | 1,520.81 |
| 09/10 | 279.79 | 09/25 | 8,986.25 |
| 09/11 | 107.23 | 09/26 | 793.05 |
| 09/12 | 12.99 | 09/27 | 561.93 |
| 09/14 | 3,562.69 | 09/28 | 3,307.52 |
| 09/17 | 2,500.84 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 10 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #:
Primary Account #:

| Check | Date | Amount |
|---|---|---|
| #119 | 09/27 | $75.00 |
| #120 | 09/07 | $2,000.00 |
| #129 | 09/05 | $150.00 |
| #133 | 09/04 | $1,398.00 |
| #153 | 09/18 | $76.00 |
| #154 | 09/18 | $33.00 |
| #155 | 09/27 | $20.00 |
| #156 | 09/21 | $45.00 |
| #157 | 09/26 | $100.00 |

In re Franklin Medina  
Debtor

Case No. 18-11629  
Reporting Period: 9/1/2018

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | | ✓ |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | ✓ | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

FORM MOR-8 (INDV)  
2/2008  
PAGE 1 OF 1