UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina

Debtor

Case No. 18-11629

Reporting Period: 10/1/2018

Social Security # N/A
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  /s/  Franklin Medina

Date    5/3/2019

Signature of Joint Debtor

Date

5:53 PM

04/24/19

Accrual Basis

# Franklin Medina DIP
## Profit & Loss
### October 2018

|  | Oct 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Amazon Income | 1,209.61 |
| Employment Income | 6,721.57 |
| Other Income | 8,129.30 |
| 47400 · Rental Income | 12,206.00 |
| **Total Income** | 28,266.48 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 3,496.51 |
| **Total COGS** | 3,496.51 |
| **Gross Profit** | 24,769.97 |
| **Expense** | |
| Appliances | 63.64 |
| Automobile Insurance | 266.99 |
| Cleaning | 629.09 |
| Clothes | 404.04 |
| computer expenses | 2,534.12 |
| Education | 144.95 |
| Entertainment | 661.43 |
| fuel | 380.06 |
| Health and Wellness | 188.18 |
| Internet Expense | 7.00 |
| Miscellaneous Expense | 710.28 |
| Office Expense | -296.99 |
| Parking | 258.75 |
| Postage | 496.09 |
| processing fees | 0.00 |
| Subcontractors | 1,726.48 |
| Subscriptions | 17.95 |
| 60000 · Advertising and Promotion | 1,923.77 |
| 62500 · Dues and Subscriptions | 17.01 |
| 63300 · Insurance Expense | 808.22 |
| 64300 · Meals and Entertainment | 2,690.54 |
| 67200 · Repairs and Maintenance | 8,697.04 |
| 68100 · Telephone Expense | 804.77 |
| 68600 · Utilities | 1,053.95 |
| **Total Expense** | 24,184.36 |
| **Net Ordinary Income** | 585.61 |
| **Net Income** | 585.61 |

11:59 AM

04/23/19

# Franklin Medina DIP
## Job Profitability Summary
### October 2018

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| **212-214 65th St Apt WestNewYork NJ 07093** | | | |
| Arelis Burgos212-214 65th St Apt | 0.00 | 2,488.00 | 2,488.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 2,488.00 | 2,488.00 |
| **212-214 65th St P1 WestNewYork NJ 07093** | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 350.00 | 350.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 350.00 | 350.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 350.00 | 350.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 350.00 | 350.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 350.00 | 350.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 350.00 | 350.00 |
| **212-214 65th St P4 WestNewYork NJ 07093** | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **212-214 65th St P5 WestNewYork NJ 07093** | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 350.00 | 350.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 350.00 | 350.00 |
| **212-214 65th St P6 WestNewYork NJ 07093** | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 375.00 | 375.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 375.00 | 375.00 |
| **212-214 65th St P7 WestNewYork NJ 07093** | | | |
| Tenant 1 212-214 65th St P7 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P7 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P8 WestNewYork NJ 07093** | | | |
| Tenant 2 212-214 65th St P8 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P8 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,282.00 | 1,282.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,282.00 | 1,282.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,104.00 | 1,104.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,104.00 | 1,104.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 2,836.00 | 2,836.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 2,836.00 | 2,836.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,296.00 | 1,296.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,296.00 | 1,296.00 |
| **6609 Polk Street West NY NJ** | 0.00 | 850.00 | 850.00 |
| **TOTAL** | 0.00 | 12,206.00 | 12,206.00 |



**Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ  07652

| | |
|---|---|
| Page: | 1 of 17 |
| Statement Period: | Oct 01 2018-Oct 31 2018 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,307.52 | Average Collected Balance | 3,575.55 |
| Deposits | 13,757.43 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 14,557.54 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 296.99 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 10,365.91 | | |
| Electronic Payments | 18,274.84 | | |
| Other Withdrawals | 600.00 | | |
| Ending Balance | 2,678.73 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $245.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | MOBILE DEPOSIT | 1,104.00 |
| 10/05 | DEPOSIT | 1,282.00 |
| 10/09 | DEPOSIT | 1,418.00 |
| 10/09 | DEPOSIT | 1,296.00 |
| 10/10 | MOBILE DEPOSIT | 3,069.65 |
| 10/10 | MOBILE DEPOSIT | 699.00 |
| 10/10 | MOBILE DEPOSIT | 151.00 |
| 10/11 | MOBILE DEPOSIT | 4,133.78 |
| 10/11 | MOBILE DEPOSIT | 4.00 |
| 10/15 | MOBILE DEPOSIT | 600.00 |
| | Subtotal: | 13,757.43 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 2,678.73 |
| ❷ Total Deposits | + | |
| Sub Total | | |
| ❹ Total Withdrawals | – | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 3 of 17 |
| Statement Period: | Oct 01 2018-Oct 31 2018 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | CCD DEPOSIT, AMAZON.CO1128931 EDI PYMNTS OFA****23368493 | 682.33 |
| 10/01 | ATM CHECK DEPOSIT, *****30008214587<br>AUT 100118 ATM CHECK DEPOSI<br>1820 CENTRAL PARK AVENUE    YONKERS    * NY | 2,143.00 |
| 10/01 | ATM CHECK DEPOSIT, *****30008214587<br>AUT 100118 ATM CHECK DEPOSI<br>1820 CENTRAL PARK AVENUE    YONKERS    * NY | 175.00 |
| 10/04 | ACH DEPOSIT, DISCOVERY BENEFI OTHER TRAN 30196QCMA8JWZC | 0.60 |
| 10/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****46707004FDU | 3,468.44 |
| 10/15 | ATM CASH DEPOSIT, *****30008214587<br>AUT 101518 ATM CASH DEPOSIT<br>1400 PALISADE AVENUE      FORT LEE    * NJ | 1,467.00 |
| 10/15 | ATM CHECK DEPOSIT, *****30008214587<br>AUT 101518 ATM CHECK DEPOSI<br>1400 PALISADE AVENUE      FORT LEE    * NJ | 900.00 |
| 10/15 | ATM CASH DEPOSIT, *****30008214587<br>AUT 101518 ATM CASH DEPOSIT<br>1400 PALISADE AVENUE      FORT LEE    * NJ | 501.00 |
| 10/15 | ATM CASH DEPOSIT, *****30008214587<br>AUT 101518 ATM CASH DEPOSIT<br>1400 PALISADE AVENUE      FORT LEE    * NJ | 470.00 |
| 10/16 | CCD DEPOSIT, STRIPE TRANSFER | 81.26 |
| 10/23 | ATM CHECK DEPOSIT, *****30028722247<br>AUT 102318 ATM CHECK DEPOSI<br>1820 CENTRAL PARK AVENUE    YONKERS    * NY | 840.61 |
| 10/29 | CCD DEPOSIT, AMAZON.CO1144401 EDI PYMNTS OFA****25409942 | 527.28 |
| 10/29 | DEBIT CARD CREDIT, *****30008214587, AUT 102818 VISA DDA REF<br>APL ITUNES COM BILL     866 712 7753 * CA | 18.09 |
| 10/31 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****48004061FDU | 3,253.13 |
| 10/31 | DEBIT CARD CREDIT, *****30028722247, AUT 103118 VISA DDA REF<br>APL ITUNES COM BILL     866 712 7753 * CA | 20.23 |
| 10/31 | DEBIT CARD CREDIT, *****30028722247, AUT 103118 VISA DDA REF<br>APL ITUNES COM BILL     866 712 7753 * CA | 5.32 |
| 10/31 | DEBIT CARD CREDIT, *****30028722247, AUT 103118 VISA DDA REF<br>APL ITUNES COM BILL     866 712 7753 * CA | 4.25 |
| | Subtotal: | 14,557.54 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/22 | CREDIT, Provisional Credit | 296.99 |
| | Subtotal: | 296.99 |

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 4 of 17 |
| Statement Period: | Oct 01 2018-Oct 31 2018 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid    No. Checks: 12    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/04 | 121 | 450.00 | 10/11 | 161 | 20.00 |
| 10/22 | 123* | 2,170.91 | 10/11 | 162 | 4,000.00 |
| 10/23 | 125* | 40.00 | 10/12 | 163 | 50.00 |
| 10/31 | 134* | 1,650.00 | 10/18 | 164 | 175.00 |
| 10/03 | 158* | 150.00 | 10/19 | 165 | 1,500.00 |
| 10/09 | 160* | 100.00 | 10/30 | 166 | 60.00 |
| | | | | Subtotal: | 10,365.91 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 093018 VISA DDA PUR FACEBK 2MJAJGNS72     650 5434800   * CA | 714.87 |
| 10/01 | DEBIT CARD PAYMENT, *****30008214587, AUT 092918 VISA DDA PUR FACEBK PYD3QHS2F2     FB ME ADS   * CA | 500.00 |
| 10/01 | DEBIT CARD PAYMENT, *****30008214587, AUT 092818 VISA DDA PUR GEICO  AUTO     800 841 3000 * DC | 266.99 |
| 10/01 | DEBIT POS, *****30008214587, AUT 092918 DDA PURCHASE USPS PO 3 33 E MIDLAND     PARAMUS   * NJ | 175.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092918 VISA DDA PUR ARRIBA ARRIBA MEXICAN RE    NEW YORK   * NY | 110.86 |
| 10/01 | DEBIT POS, *****30008214587, AUT 093018 DDA PURCHASE OLD NAVY US 5130     ELIZABETH   * NJ | 82.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 093018 VISA DDA PUR BR FACTORY US 6264    ELIZABETH   * NJ | 76.79 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092918 VISA DDA PUR JTE SERVICE STATION     NEW YORK   * NY | 70.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 093018 VISA DDA PUR GAP OUTLET US 7936    ELIZABETH   * NJ | 63.68 |
| 10/01 | DEBIT POS, *****30008214587, AUT 093018 DDA PURCHASE BR FACTORY US 6264    ELIZABETH   * NJ | 58.07 |
| 10/01 | DEBIT POS, *****30008214587, AUT 093018 DDA PURCHASE ABERCR KIDS 2015 651 KAP   ELIZABETH   * NJ | 55.89 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092818 VISA DDA PUR DNH GODADDY COM     480 5058855   * AZ | 50.27 |
| 10/01 | DEBIT POS, *****30008214587, AUT 093018 DDA PURCHASE MARSHALLS 651 KAPKOWSK     ELIZABETH   * NJ | 38.22 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092918 VISA DDA PUR TIN S HOUSE     PARAMUS   * NJ | 36.81 |
| 10/01 | DEBIT POS, *****30008214587, AUT 093018 DDA PURCHASE H M0024     ELIZABETH   * NJ | 35.98 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092918 VISA DDA PUR JOE S SEAFOOD     FAIRFIELD   * NJ | 35.90 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page:                    5 of 17
Statement Period:   Oct 01 2018-Oct 31 2018
Cust Ref #:
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092818 VISA DDA PUR GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 10/01 | DEBIT POS, *****30008214587, AUT 093018 DDA PURCHASE GAP OUTLET US 7936       ELIZABETH    * NJ | 29.39 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092918 VISA DDA PUR US GAS  DIESEL       RIDGEFIELD    * NJ | 25.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092918 VISA DDA PUR PARAMUS DELTA        PARAMUS    * NJ | 20.00 |
| 10/01 | DEBIT CARD PAYMENT, *****30008214587, AUT 093018 VISA DDA PUR DNH GODADDY COM      480 5058855   * AZ | 18.46 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092718 VISA DDA PUR STARBUCKS         800 782 7282  * WA | 15.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092718 VISA DDA PUR STARBUCKS         800 782 7282  * WA | 15.00 |
| 10/01 | DEBIT POS, *****30008214587, AUT 092918 DDA PURCHASE FAIRWAY M 30 E RIDGEWO      PARAMUS    * NJ | 12.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092818 VISA DDA PUR HUDSON FOOD COURT        NEWYORK    * NY | 10.89 |
| 10/01 | DEBIT POS, *****30008214587, AUT 093018 DDA PURCHASE FAIRWAY M 30 E RIDGEWO      PARAMUS    * NJ | 10.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 092918 VISA DDA PUR NY2 FOOD MARKET        NEW YORK    * NY | 7.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30008214587, AUT 093018 VISA DDA PUR PERRY BAGEL CAFE        PARAMUS    * NJ | 6.47 |
| 10/02 | DEBIT CARD PAYMENT, *****30008214587, AUT 100118 VISA DDA PUR UPWORK  201485930REF     165 08534100  * CA | 275.85 |
| 10/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 100118 VISA DDA PUR M  R SCARSDALE         SCARSDALE    * NY | 63.64 |
| 10/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 100118 VISA DDA PUR PAYPAL  FOODBLOGPRO     402 935 7733 * MN | 29.00 |
| 10/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 093018 VISA DDA PUR COLDSTONE  1134        WESTWOOD    * NJ | 28.87 |
| 10/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 093018 VISA DDA PUR SBARRO S 2JG01         ELIZABETH    * NJ | 27.59 |
| 10/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 093018 VISA DDA PUR EXXONMOBIL   47978747      RIDGEFIELD PA * NJ | 25.00 |
| 10/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 093018 VISA DDA PUR SBARRO S 2JG01         ELIZABETH    * NJ | 24.28 |
| 10/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 100118 VISA DDA PUR MOE S SW GRILL 743       PARAMUS    * NJ | 19.64 |
| 10/02 | DEBIT CARD PAYMENT, *****30008214587, AUT 100118 VISA DDA PUR LIBERATED SYNDICATION     412 621 0902  * PA | 15.00 |
| 10/02 | DEBIT CARD PURCHASE, *****30008214587, AUT 100118 VISA DDA PUR GOOGLE  GSUITE UNLISTE    CC GOOGLE COM * CA | 10.00 |


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 17
Statement Period: Oct 01 2018-Oct 31 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | DEBIT CARD PAYMENT, *****30008214587, AUT 100118 VISA DDA PUR LIBERATED SYNDICATION    412 621 0902 * PA | 5.00 |
| 10/03 | ACH IAT DEBIT, WHITESQUARE GMBH IAT PAYPAL J22222C96EAVJ | 75.00 |
| 10/03 | DEBIT CARD PURCHASE, *****30008214587, AUT 093018 VISA DDA PUR MELALEUCA ORDER    800 282 3000 * ID | 67.74 |
| 10/03 | DEBIT CARD PURCHASE, *****30008214587, AUT 100218 VISA DDA PUR PFI PARAMUS SCHOOL DISTR   201 261 7800 * NJ | 41.65 |
| 10/03 | DEBIT CARD PURCHASE, *****30008214587, AUT 100218 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK   * NY | 31.00 |
| 10/03 | DEBIT CARD PAYMENT, *****30008214587, AUT 100118 VISA DDA PUR ZAPIER COM CHARGE   ZAPIER COM   * CA | 20.00 |
| 10/03 | DEBIT CARD PAYMENT, *****30008214587, AUT 100218 VISA DDA PUR UPWORK 201749469REF    165 08534100 * CA | 15.41 |
| 10/03 | DEBIT CARD PURCHASE, *****30008214587, AUT 100218 VISA DDA PUR HUDSON FOOD COURT   NEWYORK   * NY | 10.83 |
| 10/03 | DEBIT CARD PURCHASE, *****30008214587, AUT 100118 VISA DDA PUR MELALEUCA ORDER    800 282 3000 * ID | 1.07 |
| 10/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 100418 VISA DDA PUR AMAZON PRIME    AMZN COM BILL * WA | 126.88 |
| 10/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 100318 VISA DDA PUR ANTHONY FRANCOS PIZZA   PARAMUS   * NJ | 29.30 |
| 10/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 100318 VISA DDA PUR DELTA RT 4    ENGLEWOOD   * NJ | 20.00 |
| 10/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 100318 VISA DDA PUR UPWORK 201863047REF    165 08534100 * CA | 15.41 |
| 10/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 100318 VISA DDA PUR HUDSON FOOD COURT   NEWYORK   * NY | 14.49 |
| 10/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 100318 VISA DDA PUR DROPBOX 1D3HH8M7CKQK   888 4468396 * CA | 9.99 |
| 10/04 | ACH DEBIT, DISCOVERY BENEFI OTHER TRAN 30196QCMA8JWZC | 0.60 |
| 10/05 | DEBIT CARD PAYMENT, *****30008214587, AUT 100418 VISA DDA PUR CONVERTKIT EMAIL    HTTPSCONVERTK * ID | 179.00 |
| 10/05 | DEBIT CARD PAYMENT, *****30008214587, AUT 100418 VISA DDA PUR NAMEJET 425 974 4687    425 974 4687 * WA | 164.00 |
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR NAMEJET 425 974 4687    425 974 4687 * WA | 164.00 |
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR NAMEJET 425 974 4687    425 974 4687 * WA | 132.23 |
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR NAMEJET 425 974 4687    425 974 4687 * WA | 118.90 |
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR NAMEJET 425 974 4687    425 974 4687 * WA | 70.73 |
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR NAMEJET 425 974 4687    425 974 4687 * WA | 70.73 |

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 7 of 17 |
| Statement Period: | Oct 01 2018-Oct 31 2018 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 10/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 100418 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687  * WA | 70.73 |
| 10/05 | DEBIT CARD PAYMENT, *****30008214587, AUT 100418 VISA DDA PUR<br>DNH GODADDY COM      480 5058855   * AZ | 36.92 |
| 10/09 | DEBIT CARD PAYMENT, *****30008214587, AUT 100818 VISA DDA PUR<br>UPWORK  202579936REF      165 08534100  * CA | 718.14 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100918 VISA DDA PUR<br>ZEL CHARLES MARTIN      VISA DIRECT  * AZ | 500.00 |
| 10/09 | ACH IAT DEBIT, S WISHART IAT PAYPAL J22222C9JVBZ2 | 396.00 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100718 VISA DDA PUR<br>CASUAL HABANA CAFE      NEW MILFORD   * NJ | 157.88 |
| 10/09 | DEBIT CARD PAYMENT, *****30008214587, AUT 100818 VISA DDA PUR<br>DNH GODADDY COM      480 5058855   * AZ | 147.68 |
| 10/09 | DEBIT CARD PAYMENT, *****30008214587, AUT 100718 VISA DDA PUR<br>FACEBK QVZEXHE2F2      FB ME ADS   * CA | 134.72 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100618 VISA DDA PUR<br>551   BOWLMOR WHITE PLAI    WHITE PLAINS * NY | 123.76 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100518 VISA DDA PUR<br>SQ  CIRCO HERMANOS      877 417 4551  * TX | 120.00 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100818 VISA DDA PUR<br>PAYPAL  JACEINVESTM      402 935 7733  * CA | 103.20 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100818 VISA DDA PUR<br>PAYPAL  JACEINVESTM      402 935 7733  * CA | 103.20 |
| 10/09 | TD ATM DEBIT, *****30008214587, AUT 100918 DDA WITHDRAW<br>175 VARICK STREET      NEW YORK    * NY | 100.00 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100618 VISA DDA PUR<br>551   BOWLMOR WHITE PLAI    WHITE PLAINS * NY | 68.85 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100518 VISA DDA PUR<br>CARVEL  1415      TUCKAHOE    * NY | 56.24 |
| 10/09 | DEBIT POS, *****30008214587, AUT 100618 DDA PURCH W/CB<br>CVS PHARM 05300  1000      PARAMUS    * NJ | 47.59 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 8 of 17 |
| Statement Period: | Oct 01 2018-Oct 31 2018 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/09 | DEBIT CARD PAYMENT, *****30008214587, AUT 100518 VISA DDA PUR<br>24 HOUR FITNESS USA I    800 4326348  * CA | 46.78 |
| 10/09 | DEBIT CARD PAYMENT, *****30008214587, AUT 100718 VISA DDA PUR<br>HLU HULU 220006340747 U   HULU COM BILL * CA | 39.99 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100818 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100518 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100718 VISA DDA PUR<br>24 HOUR FITNESS 616    CARLSBAD    * CA | 25.00 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100618 VISA DDA PUR<br>PARAMUS DELTA        PARAMUS    * NJ | 20.00 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100718 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753  * CA | 18.09 |
| 10/09 | DEBIT CARD PAYMENT, *****30008214587, AUT 100418 VISA DDA PUR<br>GAMEFLY MEMBERSHIP      888 986 6400 * CA | 17.01 |
| 10/09 | DEBIT CARD PAYMENT, *****30008214587, AUT 100818 VISA DDA PUR<br>UPWORK 202206469REF     165 08534100 * CA | 15.41 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100718 VISA DDA PUR<br>COACH HOUSE DINER      HACKENSACK   * NJ | 13.92 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100618 VISA DDA PUR<br>PERRY BAGEL CAFE       PARAMUS    * NJ | 13.16 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100718 VISA DDA PUR<br>PERRY BAGEL CAFE       PARAMUS    * NJ | 11.88 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100518 VISA DDA PUR<br>HUDSON FOOD COURT      NEWYORK    * NY | 11.43 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100518 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753  * CA | 10.65 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100718 VISA DDA PUR<br>DMCA PROTECTION PRO    VICTORIA NORT C AN | 10.00 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100718 VISA DDA PUR<br>DMCA PROTECTION PRO    VICTORIA NORT C AN | 10.00 |
| 10/09 | DEBIT CARD PURCHASE, *****30008214587, AUT 100818 VISA DDA PUR<br>HUDSON FOOD COURT      NEWYORK    * NY | 6.53 |
| 10/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 100918 VISA DDA PUR<br>VERIZON WRL MY ACCT VE    800 9220204  * CA | 355.18 |
| 10/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 100918 VISA DDA PUR<br>CALABRIA MIA CORP      YONKERS    * NY | 54.97 |
| 10/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 100818 VISA DDA PUR<br>GLEAM IO         CHELSEA     A US | 49.00 |
| 10/10 | ACH IAT DEBIT, FLOWDEE - FLORIA IAT PAYPAL ****011176189 | 46.37 |
| 10/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 100818 VISA DDA PUR<br>AMAZON COM MT3W96KL2     AMZN COM BILL * WA | 39.51 |
| 10/10 | ELECTRONIC CK PMT-ARC, LIFETOUCH 9528265500 0159 | 34.12 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## **TD Bank**
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page:                           9 of 17
Statement Period:   Oct 01 2018-Oct 31 2018
Cust Ref #:
Primary Account #:

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 100918 VISA DDA PUR<br>TIN S HOUSE        PARAMUS      * NJ | 31.42 |
| 10/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 100918 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 10/10 | DEBIT POS, *****30008214587, AUT 101018 DDA PURCHASE<br>USPS KIOS 33 E MIDLAND    PARAMUS    * NJ | 24.70 |
| 10/10 | DEBIT POS, *****30008214587, AUT 101018 DDA PURCHASE<br>USPS KIOS 33 E MIDLAND    PARAMUS    * NJ | 24.70 |
| 10/10 | DEBIT POS, *****30008214587, AUT 101018 DDA PURCHASE<br>SHOPRITE TUCKAHOE S1    YONKERS    * NY | 10.57 |
| 10/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 100918 VISA DDA PUR<br>DELTA RT 4        ENGLEWOOD    * NJ | 10.06 |
| 10/10 | ACH IAT DEBIT, INDIGO STREAM TE IAT PAYPAL ****011054154 | 10.00 |
| 10/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 101018 VISA DDA PUR<br>PAYPAL  TICKETSATWO      402 935 7733 * FL | 281.00 |
| 10/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 100918 VISA DDA PUR<br>GLEAM IO        CHELSEA      A US | 49.00 |
| 10/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 100918 VISA DDA PUR<br>STARBUCKS STORE 11649    NEW YORK    * NY | 10.73 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>GLEAM IO        CHELSEA      A US | 149.00 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR    201 261 7800 * NJ | 41.65 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 33.29 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101018 VISA DDA PUR<br>STARBUCKS        800 782 7282 * WA | 25.00 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>TIN S HOUSE        PARAMUS    * NJ | 24.33 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>DELTA RT 4        ENGLEWOOD    * NJ | 20.00 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>IT WORKS MARKETING INC    800 537 2395 * FL | 20.00 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>ESSEN        NEW YORK    * NY | 18.24 |
| 10/12 | DEBIT CARD PAYMENT, *****30008214587, AUT 101118 VISA DDA PUR<br>TEENSAFE INC        800 245 8598 * CA | 14.95 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101018 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753 * CA | 10.65 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>DNH GODADDY COM        480 5058855   * AZ | 8.47 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender ⌂



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 10 of 17 |
| Statement Period: | Oct 01 2018-Oct 31 2018 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.47 |
| 10/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>PP ITUNES COM BILL    402 935 7733 * CA | 5.32 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101318 VISA DDA PUR<br>PAYPAL  TEACHPE151    402 935 7733 * CA | 720.60 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101218 VISA DDA PUR<br>PIO PIO 8        NEW YORK    * NY | 110.00 |
| 10/15 | NONTD ATM DEBIT, *****30008214587, AUT 101418 DDA WITHDRAW<br>36 E MIDLAND AVE        PARAMUS    * NJ | 103.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101218 VISA DDA PUR<br>PAYPAL  STKRJUNKIE    402 935 7733 * CA | 80.00 |
| 10/15 | DEBIT CARD PAYMENT, *****30008214587, AUT 101118 VISA DDA PUR<br>GODADDY COM        480 5058855  * AZ | 70.91 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101218 VISA DDA PUR<br>PAYPAL  FIVERR COM    4029357733  I SR | 52.50 |
| 10/15 | DEBIT POS, *****30008214587, AUT 101418 DDA PURCHASE<br>STOP  SHOP 0813        CLIFTON    * NJ | 46.49 |
| 10/15 | DEBIT CARD PAYMENT, *****30008214587, AUT 101418 VISA DDA PUR<br>LEADPAGES        855 835 3877 * MN | 37.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101218 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 100918 VISA DDA PUR<br>DEPOSITPHOTOS INC        954 9900075  * FL | 29.00 |
| 10/15 | DEBIT CARD PAYMENT, *****30008214587, AUT 101418 VISA DDA PUR<br>CONVERTKIT EMAIL        HTTPSCONVERTK * ID | 29.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101218 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753 * CA | 26.62 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101118 VISA DDA PUR<br>GODADDY COM        480 5058855  * AZ | 25.41 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101318 VISA DDA PUR<br>STARBUCKS        800 782 7282 * WA | 25.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101318 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753 * CA | 21.30 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101318 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753 * CA | 21.30 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101218 VISA DDA PUR<br>AMAZON SELLER REPAY        AMZN COM BILL * WA | 20.50 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101418 VISA DDA PUR<br>PARAMUS DELTA        PARAMUS    * NJ | 20.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101418 VISA DDA PUR<br>PERRY BAGEL CAFE        PARAMUS    * NJ | 16.86 |
| 10/15 | DEBIT CARD PURCHASE, *****30008214587, AUT 101218 VISA DDA PUR<br>PAYPAL  GOOGLE        402 935 7733 * CA | 1.77 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 11 of 17 |
| Statement Period: | Oct 01 2018-Oct 31 2018 |
| Cust Ref #: | _ -_-*** |
| Primary Account #: | /93 |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/16 | ELECTRONIC PMT-WEB, SUEZ WATER ONLINE PMT CKF****83404POS | 300.00 |
| 10/16 | ELECTRONIC PMT-WEB, SUEZ WATER ONLINE PMT CKF****83404POS | 150.00 |
| 10/16 | DEBIT CARD PAYMENT, *****30008214587, AUT 101518 VISA DDA PUR<br>UPWORK  203667983REF    165 08534100 * CA | 118.05 |
| 10/16 | ELECTRONIC PMT-WEB, SUEZ WATER ONLINE PMT CKF****83404POS | 100.00 |
| 10/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 101418 VISA DDA PUR<br>CHEVYS 647007564700750    CLIFTON    * NJ | 91.52 |
| 10/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 101518 VISA DDA PUR<br>USPS PO BOXES ONLINE    800 344 7779 * DC | 56.00 |
| 10/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 101518 VISA DDA PUR<br>TIN S HOUSE         PARAMUS    * NJ | 24.33 |
| 10/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 101518 VISA DDA PUR<br>PRIVY COM          HTTPSPRIVY CO * MA | 24.00 |
| 10/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 101518 VISA DDA PUR<br>TAURO RESTAURANT     NEW YORK   * NY | 23.00 |
| 10/16 | DEBIT CARD PURCHASE, *****30008214587, AUT 101518 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753 * CA | 21.30 |
| 10/17 | DEBIT CARD PAYMENT, *****30008214587, AUT 101518 VISA DDA PUR<br>PEARLAND  B604724       WWW PEARLANDB * NY | 808.22 |
| 10/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 101618 VISA DDA PUR<br>PAYPAL  APMEX INC    402 935 7733 * OK | 545.91 |
| 10/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 101618 VISA DDA PUR<br>PAID TO PSE G NJ     800 436 7734 * NJ | 503.95 |
| 10/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 101618 VISA DDA PUR<br>PAYPAL  VISTAPRINT    402 935 7733 * MA | 121.52 |
| 10/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 101618 VISA DDA PUR<br>PARAMUS DELTA        PARAMUS    * NJ | 20.00 |
| 10/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 101618 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753 * CA | 14.91 |
| 10/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 101718 VISA DDA PUR<br>CARMINE S  BROADW    NEW YORK   * NY | 158.05 |
| 10/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 101618 VISA DDA PUR<br>SMOKERS CELLAR      YONKERS    * NY | 97.98 |
| 10/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 101618 VISA DDA PUR<br>DEPOSITPHOTOS INC    954 9900075 * FL | 69.00 |
| 10/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 101618 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753 * CA | 21.30 |
| 10/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 101718 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753 * CA | 21.30 |
| 10/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 101618 VISA DDA PUR<br>CHARLEYS PHILLY STEAKS 2   PARAMUS    * NJ | 18.30 |
| 10/18 | DEBIT CARD PAYMENT, *****30008214587, AUT 101718 VISA DDA PUR<br>NETFLIX COM          NETFLIX COM  * CA | 14.92 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 12 of 17 |
| Statement Period: | Oct 01 2018-Oct 31 2018 |
| Cust Ref #: | ~~~~8 039-~ *** |
| Primary Account #: | ~5 793 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/18 | DEBIT CARD PAYMENT, *****30008214587, AUT 101718 VISA DDA PUR<br>APL ITUNES COM BILL      800 275 2273 * CA | 12.78 |
| 10/18 | DEBIT CARD PAYMENT, *****30008214587, AUT 101718 VISA DDA PUR<br>APL ITUNES COM BILL      800 275 2273 * CA | 12.78 |
| 10/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 101718 VISA DDA PUR<br>NYCDOT PARKING METERS     LONG IS CITY  * NY | 10.75 |
| 10/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 101818 VISA DDA PUR<br>LOLA ON THE GRILL       YONKERS    * NY | 34.68 |
| 10/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 101818 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK    * NY | 31.00 |
| 10/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 101718 VISA DDA PUR<br>STARBUCKS       800 782 7282 * WA | 25.00 |
| 10/19 | DEBIT CARD PAYMENT, *****30008214587, AUT 101818 VISA DDA PUR<br>MANYCHAT COM PRO 2500     MANYCHAT COM * CA | 25.00 |
| 10/19 | DEBIT CARD PAYMENT, *****30008214587, AUT 101818 VISA DDA PUR<br>NETFLIX COM       NETFLIX COM  * CA | 11.72 |
| 10/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 101918 VISA DDA PUR<br>CALI CARTING INC       201 212 4970 * NJ | 629.09 |
| 10/22 | DEBIT POS, *****30028722247, AUT 102018 DDA PURCHASE<br>THE UPS STORE  0923 29     ORADELL     * NJ | 208.99 |
| 10/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 102018 VISA DDA PUR<br>COACH HOUSE DINER      HACKENSACK  * NJ | 117.52 |
| 10/22 | NONTD ATM DEBIT, *****30028722247, AUT 102118 DDA WITHDRAW<br>PAI ISO        WARWICK    * NY | 102.00 |
| 10/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 102018 VISA DDA PUR<br>CUBAN PETE S        MONTCLAIR  * NJ | 57.08 |
| 10/22 | DEBIT POS, *****30028722247, AUT 102118 DDA PURCHASE<br>BJS WHOLESALE  0 S30 ROU    PARAMUS     * NJ | 50.30 |
| 10/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 101918 VISA DDA PUR<br>MONT OLYMPOS DINER      YONKERS    * NY | 43.72 |
| 10/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 102118 VISA DDA PUR<br>PARAMUS DELTA       PARAMUS    * NJ | 20.00 |
| 10/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 102118 VISA DDA PUR<br>PERRY BAGEL CAFE       PARAMUS   * NJ | 19.22 |
| 10/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 101918 VISA DDA PUR<br>CARVEL        YONKERS    * NY | 16.28 |
| 10/22 | DEBIT CARD PURCHASE, *****30008214587, AUT 101918 VISA DDA PUR<br>PARAMUS DELTA       PARAMUS    * NJ | 10.00 |
| 10/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 102218 VISA DDA PUR<br>VERIZON WRL MY ACCT VE     800 9220204 * CA | 300.00 |
| 10/23 | DEBIT CARD PAYMENT, *****30028722247, AUT 102218 VISA DDA PUR<br>UPWORK 204770266REF     165 08534100 * CA | 59.99 |
| 10/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 102218 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR    201 261 7800 * NJ | 41.65 |



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 13 of 17 |
| Statement Period: | Oct 01 2018-Oct 31 2018 |
| Cust Ref #: | ***730 039 E *** |
| Primary Account #: | 03 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 102118 VISA DDA PUR<br>VALERO MAHWAH          MAHWAH        * NJ | 30.00 |
| 10/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 102118 VISA DDA PUR<br>STARBUCKS STORE 07533      PARAMUS      * NJ | 6.31 |
| 10/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 102318 VISA DDA PUR<br>VZWRLSS IVR VE        800 922 0204  * FL | 149.59 |
| 10/24 | NONTD ATM DEBIT, *****30028722247, AUT 102418 DDA WITHDRAW<br>345 HUDSON ST        NEW YORK      * NY | 103.00 |
| 10/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 102318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 25.41 |
| 10/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 102318 VISA DDA PUR<br>HUDSON FOOD COURT      NEWYORK      * NY | 11.16 |
| 10/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 102318 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.17 |
| 10/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 102218 VISA DDA PUR<br>STARBUCKS STORE 11649    NEW YORK    * FL | 7.78 |
| 10/24 | DEBIT CARD PAYMENT, *****30028722247, AUT 102318 VISA DDA PUR<br>VERIZON AGENT FEE      800 922 0204  * FL | 7.00 |
| 10/25 | DEBIT CARD PURCHASE, *****30028722247, AUT 102418 VISA DDA PUR<br>AMAZON COM M81L103S1    AMZN COM BILL * WA | 30.81 |
| 10/25 | DEBIT CARD PURCHASE, *****30028722247, AUT 102418 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 30.67 |
| 10/25 | DEBIT CARD PURCHASE, *****30028722247, AUT 102318 VISA DDA PUR<br>AVNGATE PUSHCREW COM    888 2471614  * GA | 26.66 |
| 10/25 | DEBIT CARD PURCHASE, *****30028722247, AUT 102318 VISA DDA PUR<br>STARBUCKS          800 782 7282  * WA | 25.00 |
| 10/25 | DEBIT CARD PURCHASE, *****30028722247, AUT 102418 VISA DDA PUR<br>TIN S HOUSE          PARAMUS      * NJ | 21.45 |
| 10/26 | DEBIT POS, *****30028722247, AUT 102618 DDA PURCHASE<br>THE HOME DEPOT 0910      SECAUCUS    * NJ | 576.13 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102718 VISA DDA PUR<br>CASUAL HABANA CAFE      HACKENSACK  * NJ | 140.48 |
| 10/29 | DEBIT POS, *****30028722247, AUT 102818 DDA PURCHASE<br>BEST BUY  474        SECAUCUS    * NJ | 106.61 |
| 10/29 | ELECTRONIC PMT-WEB,<br>CAPITAL ONE CARD ONLINE DEP SW52EHY8ITMUWQX | 49.00 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102718 VISA DDA PUR<br>PERRY BAGEL CAFE      PARAMUS      * NJ | 29.25 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102618 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 26.83 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102718 VISA DDA PUR<br>STARBUCKS          800 782 7282  * WA | 25.00 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102718 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753  * CA | 20.23 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page:                    14 of 17
Statement Period:    Oct 01 2018-Oct 31 2018
Cust Ref #:
Primary Account #:                    793

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102618 VISA DDA PUR CARVEL 1415        TUCKAHOE      * NY | 15.75 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102818 VISA DDA PUR MCDONALD S F20935      PARAMUS        * NJ | 15.09 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102618 VISA DDA PUR MCDONALD S F7454        PARAMUS        * NJ | 14.36 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102618 VISA DDA PUR DELTA RT 4        ENGLEWOOD    * NJ | 10.00 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102718 VISA DDA PUR PARAMUS DELTA        PARAMUS      * NJ | 10.00 |
| 10/29 | DEBIT POS, *****30028722247, AUT 102718 DDA PURCHASE FAIRWAY M 30 E RIDGEWO      PARAMUS      * NJ | 10.00 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102818 VISA DDA PUR NETDNA LLC        WWW MAXCDN CO * CA | 9.00 |
| 10/29 | DEBIT POS, *****30028722247, AUT 102918 DDA PURCHASE USPS KIOS 33 E MIDLAND      PARAMUS      * NJ | 6.70 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102718 VISA DDA PUR APL ITUNES COM BILL      866 712 7753 * CA | 5.32 |
| 10/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 102718 VISA DDA PUR APL ITUNES COM BILL      866 712 7753 * CA | 4.25 |
| 10/29 | DEBIT CARD PAYMENT, *****30028722247, AUT 102718 VISA DDA PUR APL ITUNES COM BILL      800 275 2273 * CA | 0.99 |
| 10/30 | DEBIT CARD PAYMENT, *****30028722247, AUT 102918 VISA DDA PUR UPWORK 205834260REF      165 08534100 * CA | 112.22 |
| 10/30 | DEBIT CARD PURCHASE, *****30028722247, AUT 102918 VISA DDA PUR CARLOS RESTAURANT        YONKERS      * NY | 60.33 |
| 10/30 | DEBIT CARD PURCHASE, *****30028722247, AUT 102818 VISA DDA PUR N BERGEN DELTA        NORTH BERGEN * NJ | 30.00 |
| 10/30 | DEBIT CARD PURCHASE, *****30028722247, AUT 102918 VISA DDA PUR ROMANTIC DEPOT SUPERSTOR  YONKERS      * NY | 21.72 |
| 10/30 | DEBIT CARD PURCHASE, *****30028722247, AUT 102918 VISA DDA PUR CARVEL        YONKERS      * NY | 17.65 |
| 10/30 | DEBIT CARD PAYMENT, *****30028722247, AUT 102918 VISA DDA PUR NETFLIX COM        NETFLIX COM  * CA | 11.72 |
| 10/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 103018 VISA DDA PUR CONVERTKIT EMAIL        HTTPSCONVERTK * ID | 149.00 |
| 10/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 103018 VISA DDA PUR TIN S HOUSE        PARAMUS      * NJ | 26.47 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 15 of 17 |
| Statement Period: | Oct 01 2018-Oct 31 2018 |
| Cust Ref #: | |
| Primary Account #: | `3 |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 102918 VISA DDA PUR SUNOCO 0225537000      MONTVALE   * NJ | 20.00 |
| 10/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 102918 VISA DDA PUR CHARLEYS PHILLY STEAKS 6   PARAMUS      * NJ | 19.15 |
| 10/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 103018 VISA DDA PUR SQ  CINCO DE MAYO      NEW YORK    * NY | 9.00 |
| | Subtotal: | 18,274.84 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/19 | DEBIT | 500.00 |
| 10/26 | DEBIT | 100.00 |
| | Subtotal: | 600.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 3,307.52 | 10/17 | 8,184.40 |
| 10/01 | 3,736.31 | 10/18 | 7,572.24 |
| 10/02 | 3,212.44 | 10/19 | 5,444.84 |
| 10/03 | 3,903.74 | 10/22 | 2,296.72 |
| 10/04 | 3,237.67 | 10/23 | 2,659.38 |
| 10/05 | 3,088.05 | 10/24 | 2,347.27 |
| 10/09 | 2,592.94 | 10/25 | 2,212.68 |
| 10/10 | 5,790.99 | 10/26 | 1,536.55 |
| 10/11 | 5,568.04 | 10/29 | 1,583.06 |
| 10/12 | 5,107.67 | 10/30 | 1,269.42 |
| 10/15 | 11,025.85 | 10/31 | 2,678.73 |
| 10/16 | 10,198.91 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## TD Bank
### America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 16 of 17
Statement Period: Oct 01 2018-Oct 31 2018
Cust Ref #:
Primary Account #:

| #121 | 10/04 | $450.00 |
| #123 | 10/22 | $2,170.91 |
| #125 | 10/23 | $40.00 |
| #134 | 10/31 | $1,650.00 |
| #158 | 10/03 | $150.00 |
| #160 | 10/09 | $100.00 |
| #161 | 10/11 | $20.00 |
| #162 | 10/11 | $4,000.00 |
| #163 | 10/12 | $50.00 |
| #164 | 10/18 | $175.00 |


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page:                                        17 of 17
Statement Period:        Oct 01 2018-Oct 31 2018
Cust Ref #:
Primary Account #:

---

FRANK MEDINA
181 NIMITZ ROAD
PARAMUS, NJ 07652

165

10/19/18

Pay to the Order of   Mega Pro                    $ 1500.00

One thousand five hundred                Dollars

**Bank**

For 181 Nimitz Roof Repair

#165          10/19          $1,500.00

---

FRANK MEDINA
181 NIMITZ ROAD
PARAMUS, NJ 07652

166

10/30/18

Pay to the Order of   Taryn Medina                $ 60.00

Sixty                            00/xx    Dollars

**Bank**
America's Most Convenient Bank®

For

#166          10/30          $60.00

In re Franklin Medina
_____
Debtor

Case No. 18-11629
Reporting Period: 10/1/2018

## DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | | ✓ |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | ✓ | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |