UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina
Debtor

Case No. 18-11629
Reporting Period: 11/1/2018

Social Security # N/A
(last 4 digits only)

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  /s/  Franklin Medina         Date   5/3/2019

Signature of Joint Debtor                         Date

5:53 PM
04/24/19
Accrual Basis

# Franklin Medina DIP
## Profit & Loss
### November 2018

|  | Nov 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Amazon Income | 376.87 |
| Employment Income | 6,721.58 |
| Other Income | 100.00 |
| 47400 · Rental Income | 8,591.62 |
| **Total Income** | 15,790.07 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 3,929.37 |
| **Total COGS** | 3,929.37 |
| **Gross Profit** | 11,860.70 |
| **Expense** | |
| Auto Expenses | 57.38 |
| Automobile Insurance | 280.00 |
| Clothes | 396.93 |
| computer expenses | 1,689.69 |
| Donations & Contributions | 70.00 |
| Education | 252.65 |
| Entertainment | 290.21 |
| fuel | 197.21 |
| Internet Expense | 477.60 |
| Landscaping | 200.00 |
| Miscellaneous Expense | 700.26 |
| Parking | 188.50 |
| Postage | 39.03 |
| processing fees | 2.00 |
| Subcontractors | 705.86 |
| Subscriptions | 14.95 |
| Taxes | 375.00 |
| Telephone for Business | 37.79 |
| 437 · Hartford Rd property taxes | 293.00 |
| 60000 · Advertising and Promotion | 1,745.19 |
| 60200 · Automobile Expense | 660.00 |
| 64300 · Meals and Entertainment | 2,008.62 |
| 64900 · Office Supplies | 75.19 |
| 66700 · Professional Fees | 741.79 |
| 67200 · Repairs and Maintenance | 92.14 |
| 68100 · Telephone Expense | 219.84 |
| 68600 · Utilities | 778.95 |
| **Total Expense** | 12,586.78 |
| **Net Ordinary Income** | -726.08 |
| **Net Income** | **-726.08** |

Page 1

12:00 PM
04/23/19

# Franklin Medina DIP
## Job Profitability Summary
### November 2018

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| **212-214 65th St Apt WestNewYork NJ 07093** | | | |
| Arelis Burgos 212-214 65th St Apt | 0.00 | 2,260.00 | 2,260.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 2,260.00 | 2,260.00 |
| **212-214 65th St P1 WestNewYork NJ 07093** | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P4 WestNewYork NJ 07093** | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 941.62 | 941.62 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 941.62 | 941.62 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,104.00 | 1,104.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,104.00 | 1,104.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,418.00 | 1,418.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,418.00 | 1,418.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,293.00 | 1,293.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,293.00 | 1,293.00 |
| 6609 Polk Street West NY NJ | 0.00 | 850.00 | 850.00 |
| **TOTAL** | 0.00 | 8,591.62 | 8,591.62 |


## Bank
America's Most Convenient Bank®    E    STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ  07652

Page: 1 of 12
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 2,678.73 | Average Collected Balance | 2,825.88 |
| Deposits | 3,423.62 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 13,118.41 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 3,764.00 | Days in Period | 30 |
| Electronic Payments | 13,429.11 | | |
| Other Withdrawals | 75.00 | | |
| Ending Balance | 1,952.65 | | |

| | Total for this Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $245.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/05 | DEPOSIT | 490.00 |
| 11/06 | MOBILE DEPOSIT | 699.00 |
| 11/07 | DEPOSIT | 941.62 |
| 11/13 | DEPOSIT | 1,293.00 |
| | Subtotal: | 3,423.62 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/09 | ATM CHECK DEPOSIT, *****30028722247<br>AUT 110918 ATM CHECK DEPOSI<br>1820 CENTRAL PARK AVENUE   YONKERS    * NY | 2,673.00 |
| 11/14 | ATM CASH DEPOSIT, *****30028722247<br>AUT 111418 ATM CASH DEPOSIT<br>1400 PALISADE AVENUE     FORT LEE   * NJ | 1,770.00 |
| 11/14 | ATM CHECK DEPOSIT, *****30028722247<br>AUT 111418 ATM CHECK DEPOSI<br>1400 PALISADE AVENUE     FORT LEE   * NJ | 725.00 |
| 11/14 | ATM CASH DEPOSIT, *****30028722247<br>AUT 111418 ATM CASH DEPOSIT<br>1400 PALISADE AVENUE     FORT LEE   * NJ | 100.00 |
| 11/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****68371007FDU | 3,468.45 |
| 11/21 | ACH DEPOSIT, SETERUS INC PMT REFUND CKF****83404 | 750.00 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page:  2 of 12

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance  1,952.65
② Total Deposits  +
③ Sub Total
④ Total Withdrawals  -
⑤ Adjusted Balance

② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS
---|---|---

Total Deposits

④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS
---|---|---

WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS
---|---|---

Total Withdrawals

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 12
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #: 4332059703-039-E-***
Primary Account #: 430_ _ _ _ _ 93

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | CCD DEPOSIT, AMAZON.CO1161766 EDI PYMNTS OFA****27398326 | 376.87 |
| 11/30 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****08938386FDU | 3,253.13 |
| 11/30 | DEBIT CARD CREDIT, *****30028722247, AUT 113018 VISA DDA REF<br>GAP OUTLET COM 2679     844 437 6654  * OH | 1.96 |
| | Subtotal: | 13,118.41 |

**Checks Paid**   No. Checks: 9   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/01 | 124 | 114.00 | 11/02 | 168 | 150.00 |
| 11/28 | 135* | 600.00 | 11/13 | 169 | 60.00 |
| 11/26 | 136 | 375.00 | 11/27 | 170 | 200.00 |
| 11/30 | 137 | 2,125.00 | 11/28 | 171 | 100.00 |
| 11/01 | 167* | 40.00 | | | |
| | | | | Subtotal: | 3,764.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | DEBIT CARD PURCHASE, *****30028722247, AUT 103118 VISA DDA PUR<br>APMEX  INC     405 595 2100  * OK | 552.62 |
| 11/01 | DEBIT CARD PURCHASE, *****30028722247, AUT 103118 VISA DDA PUR<br>FACEBK UWFBBH6S72     650 5434800  * CA | 398.61 |
| 11/01 | DEBIT CARD PURCHASE, *****30028722247, AUT 103118 VISA DDA PUR<br>AMZN MKTP US M893M7P81     AMZN COM BILL * WA | 210.94 |
| 11/01 | DEBIT CARD PURCHASE, *****30028722247, AUT 103118 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800  * NJ | 46.65 |
| 11/01 | DEBIT CARD PURCHASE, *****30028722247, AUT 103118 VISA DDA PUR<br>DNH GODADDY COM     480 5058855  * AZ | 42.98 |
| 11/01 | DEBIT CARD PURCHASE, *****30028722247, AUT 103018 VISA DDA PUR<br>DRI AMOLTO COM     ELEMENT5 INFO * MN | 31.98 |
| 11/01 | DEBIT CARD PURCHASE, *****30028722247, AUT 103018 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 11/01 | DEBIT CARD PURCHASE, *****30028722247, AUT 103018 VISA DDA PUR<br>CARVEL         YONKERS      * NY | 20.30 |
| 11/01 | DEBIT CARD PURCHASE, *****30028722247, AUT 103018 VISA DDA PUR<br>STARBUCKS STORE 11649    NEW YORK   * NY | 3.67 |
| 11/01 | DEBIT CARD PURCHASE, *****30028722247, AUT 103118 VISA DDA PUR<br>IT WORKS MARKETING INC    800 537 2395  * FL | 3.65 |
| 11/02 | TDBANK BILL PAY CHECK,<br>MOUNT LAUREL TOWNSHIP<br>CHECK# 995005 | 293.00 |
| 11/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 110118 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 12
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #: _793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 110118 VISA DDA PUR ANTHONY FRANCOS PIZZA   PARAMUS    * NJ | 30.00 |
| 11/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 110118 VISA DDA PUR CHIPOTLE 0642    NEW YORK    * NY | 27.93 |
| 11/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 103118 VISA DDA PUR STARBUCKS    800 782 7282 * WA | 25.00 |
| 11/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 103118 VISA DDA PUR TEDS NORTH INC    PARAMUS    * NJ | 20.04 |
| 11/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 110118 VISA DDA PUR CHIPOTLE 0642    NEW YORK    * NY | 2.67 |
| 11/02 | DEBIT POS, *****30028722247, AUT 110218 DDA PURCHASE USPS KIOSK 33633 33 E MI    PARAMUS    * NJ | 1.63 |
| 11/05 | DEBIT POS, *****30028722247, AUT 110318 DDA PURCHASE JOANN STORES 2241    SCARSDALE    * NY | 75.19 |
| 11/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 110218 VISA DDA PUR RANCHO GRANDE    YONKERS    * NY | 71.67 |
| 11/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 110118 VISA DDA PUR VERIZON    022416    800 345 6563 * TX | 65.55 |
| 11/05 | ELECTRONIC PMT-WEB, PAYPAL INST XFER TICKETSATWO | 42.40 |
| 11/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 110318 VISA DDA PUR CINEMA DE LUX    YONKERS    * NY | 40.50 |
| 11/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 110218 VISA DDA PUR STARBUCKS STORE 29968    PARAMUS    * NJ | 25.00 |
| 11/05 | ELECTRONIC PMT-WEB, PAYPAL INST XFER DEPOSITPH | 23.90 |
| 11/05 | DEBIT POS, *****30028722247, AUT 110318 DDA PURCHASE H MART YONKERS INC    YONKERS    * NY | 14.47 |
| 11/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 110218 VISA DDA PUR PARAMUS DELTA    PARAMUS    * NJ | 10.00 |
| 11/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 110418 VISA DDA PUR GOOGLE GSUITE UNLISTE    CC GOOGLE COM * CA | 10.00 |
| 11/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 110318 VISA DDA PUR PERRY BAGEL CAFE    PARAMUS    * NJ | 9.91 |
| 11/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 110118 VISA DDA PUR STARBUCKS STORE 11649    NEW YORK    * NY | 3.01 |
| 11/06 | NONTD ATM DEBIT, *****30028722247, AUT 110618 DDA WITHDRAW 345 HUDSON ST    NEW YORK    * NY | 103.00 |
| 11/06 | DEBIT CARD PAYMENT, *****30028722247, AUT 110518 VISA DDA PUR UPWORK 206957862REF    165 08534100 * CA | 90.54 |
| 11/06 | DEBIT CARD PURCHASE, *****30028722247, AUT 110418 VISA DDA PUR ELSA LA REINA DEL CHIC    TEANECK    * NJ | 55.89 |
| 11/06 | DEBIT CARD PURCHASE, *****30028722247, AUT 110518 VISA DDA PUR HUDSON FOOD COURT    NEWYORK    * NY | 10.34 |
| 11/06 | DEBIT CARD PURCHASE, *****30028722247, AUT 110418 VISA DDA PUR INTUIT QUICKBOOKS SE    800 446 8848 * CA | 5.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 12
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #:  ..93

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 110518 VISA DDA PUR<br>BROADWAY BRIDGE CARWAS    NEW YORK    * NY | 54.38 |
| 11/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 110618 VISA DDA PUR<br>CARVEL            YONKERS      * NY | 35.59 |
| 11/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 110518 VISA DDA PUR<br>STARBUCKS         800 782 7282  * WA | 25.00 |
| 11/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 110618 VISA DDA PUR<br>DELTA RT 4        ENGLEWOOD     * NJ | 20.00 |
| 11/08 | ELECTRONIC PMT-WEB, PAYPAL INST XFER WARFAREPLUG | 135.00 |
| 11/08 | DEBIT CARD PAYMENT, *****30028722247, AUT 110718 VISA DDA PUR<br>HLU HULU 220006340987 U   HULU COM BILL * CA | 39.99 |
| 11/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 110718 VISA DDA PUR<br>JACQUES TORRES CHOCOLA   NEW YORK    * NY | 17.45 |
| 11/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 110718 VISA DDA PUR<br>SQ  CINCO DE MAYO       FLUSHING    * NY | 10.00 |
| 11/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 110718 VISA DDA PUR<br>JACQUES TORRES CHOCOLA   NEW YORK    * NY | 9.15 |
| 11/09 | ELECTRONIC PMT-WEB, TOYOTA/LEXUS SAMEDAYPMT CKF****83404POS | 300.00 |
| 11/09 | DEBIT CARD PURCHASE, *****30028722247, AUT 110718 VISA DDA PUR<br>AMC RIDGEFIELD PARK 12   RIDGEFIELD PK * NJ | 68.35 |
| 11/09 | DEBIT CARD PURCHASE, *****30028722247, AUT 110718 VISA DDA PUR<br>FANDANGO COM            FANDANGO COM * CA | 57.50 |
| 11/09 | DEBIT CARD PURCHASE, *****30028722247, AUT 110718 VISA DDA PUR<br>STARBUCKS         800 782 7282  * WA | 25.00 |
| 11/09 | DEBIT CARD PURCHASE, *****30028722247, AUT 110818 VISA DDA PUR<br>JACQUES TORRES CHOCOLA   NEW YORK    * NY | 19.63 |
| 11/09 | DEBIT CARD PURCHASE, *****30028722247, AUT 110818 VISA DDA PUR<br>HUDSON FOOD COURT       NEWYORK    * NY | 8.66 |
| 11/09 | eBillPay Fee, SAME DAY BILLPMT SAMEDAYFEE CKF****83404POS | 2.00 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111018 VISA DDA PUR<br>IN  WORDS YOU WANT     903 3832331  * TX | 180.00 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111218 VISA DDA PUR<br>GLEAM IO            CHELSEA    A US | 149.00 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111218 VISA DDA PUR<br>IT WORKS MARKETING INC   800 537 2395  * FL | 125.95 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111118 VISA DDA PUR<br>AMAZON COM M81FZ5SE0    AMZN COM BILL * WA | 123.53 |
| 11/13 | DEBIT CARD PAYMENT, *****30028722247, AUT 111218 VISA DDA PUR<br>UPWORK  208044947REF   165 08534100 * CA | 115.10 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111018 VISA DDA PUR<br>ELSA LA REINA DEL CHIC   TEANECK    * NJ | 59.69 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111218 VISA DDA PUR<br>DNH GODADDY COM       480 5058855  * AZ | 53.97 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page:                          6 of 12
Statement Period:    Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 110918 VISA DDA PUR<br>MONT OLYMPOS DINER     YONKERS     * NY | 37.56 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 110918 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA     PARAMUS     * NJ | 36.96 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 110918 VISA DDA PUR<br>JTE SERVICE STATION     NEW YORK     * NY | 32.00 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111018 VISA DDA PUR<br>DELTA RT 4     ENGLEWOOD     * NJ | 30.00 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111018 VISA DDA PUR<br>STARBUCKS     800 782 7282  * WA | 25.00 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111018 VISA DDA PUR<br>PARAMUS DELTA     PARAMUS     * NJ | 16.92 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111018 VISA DDA PUR<br>DNH GODADDY COM     480 5058855  * AZ | 11.17 |
| 11/13 | DEBIT POS, *****30028722247, AUT 111018 DDA PURCHASE<br>THE UPS STORE  0923 29     ORADELL     * NJ | 10.00 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111018 VISA DDA PUR<br>PERRY BAGEL CAFE     PARAMUS     * NJ | 9.64 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111118 VISA DDA PUR<br>PERRY BAGEL CAFE     PARAMUS     * NJ | 9.25 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 111218 VISA DDA PUR<br>HUDSON FOOD COURT     NEWYORK     * NY | 7.62 |
| 11/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 110818 VISA DDA PUR<br>WENDY S 0115     YONKERS     * NY | 2.60 |
| 11/14 | ELECTRONIC PMT-WEB, SETERUS INC ONLINE PMT CKF****83404POS | 750.00 |
| 11/14 | ELECTRONIC PMT-WEB, SUEZ WATER ONLINE PMT CKF****83404POS | 100.00 |
| 11/14 | ELECTRONIC PMT-WEB, SUEZ WATER ONLINE PMT CKF****83404POS | 100.00 |
| 11/14 | ELECTRONIC PMT-WEB, SUEZ WATER ONLINE PMT CKF****83404POS | 75.00 |
| 11/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 110818 VISA DDA PUR<br>DEPOSITPHOTOS INC     954 9900075   * FL | 69.00 |
| 11/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 111318 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800  * NJ | 41.65 |
| 11/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 111318 VISA DDA PUR<br>TAURO RESTAURANT     NEW YORK     * NY | 12.00 |
| 11/14 | DEBIT POS, *****30028722247, AUT 111418 DDA PURCHASE<br>USPS KIOS 33 E MIDLAND     PARAMUS     * NJ | 7.00 |
| 11/14 | DEBIT POS, *****30028722247, AUT 111418 DDA PURCHASE<br>USPS KIOS 33 E MIDLAND     PARAMUS     * NJ | 5.66 |
| 11/15 | DEBIT CARD PURCHASE, *****30028722247, AUT 111418 VISA DDA PUR<br>PAYPAL TEACHPE151     402 935 7733  * CA | 720.60 |
| 11/15 | DEBIT CARD PURCHASE, *****30028722247, AUT 111418 VISA DDA PUR<br>NAMEJET 425 974 4687     425 974 4687  * WA | 135.30 |
| 11/15 | DEBIT CARD PURCHASE, *****30028722247, AUT 111318 VISA DDA PUR<br>ANGELINA S OF TUCKAHOE     TUCKAHOE     * NY | 43.43 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 12
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/15 | DEBIT CARD PURCHASE, *****30028722247, AUT 111418 VISA DDA PUR<br>TIN S HOUSE            PARAMUS      * NJ | 34.77 |
| 11/15 | DEBIT CARD PURCHASE, *****30028722247, AUT 111318 VISA DDA PUR<br>STARBUCKS            800 782 7282  * WA | 25.00 |
| 11/15 | DEBIT CARD PURCHASE, *****30028722247, AUT 111418 VISA DDA PUR<br>PRIVY COM            HTTPSPRIVY CO * MA | 24.00 |
| 11/15 | DEBIT CARD PURCHASE, *****30028722247, AUT 111318 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION   201 2617800  * NJ | 4.35 |
| 11/16 | DEBIT CARD PAYMENT, *****30028722247, AUT 111518 VISA DDA PUR<br>FACEBK B29EAJS2F2     FB ME ADS    * CA | 642.06 |
| 11/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 111518 VISA DDA PUR<br>PAYPAL  APMEX INC     402 935 7733  * OK | 531.15 |
| 11/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 111518 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687 * WA | 512.50 |
| 11/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 111518 VISA DDA PUR<br>PAID TO PSE G NJ      800 436 7734  * NJ | 503.95 |
| 11/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 111518 VISA DDA PUR<br>VERIZON WRL MY ACCT VE   800 9220204  * CA | 300.00 |
| 11/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 111518 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687 * WA | 116.85 |
| 11/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 111518 VISA DDA PUR<br>LOLA ON THE GRILL      YONKERS    * NY | 40.24 |
| 11/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 111518 VISA DDA PUR<br>SPEEDWAY 03493       FORT LEE    * NJ | 18.29 |
| 11/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 111418 VISA DDA PUR<br>TAURO RESTAURANT      NEW YORK   * NY | 17.25 |
| 11/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 111518 VISA DDA PUR<br>TAURO RESTAURANT      NEW YORK   * NY | 17.25 |
| 11/16 | DEBIT POS, *****30028722247, AUT 111618 DDA PURCHASE<br>USPS PO 3 33 E MIDLAND    PARAMUS    * NJ | 14.74 |
| 11/19 | DEBIT CARD PURCHASE, *****30028722247, AUT 111818 VISA DDA PUR<br>GAP OUTLET US 7936     ELIZABETH   * NJ | 110.44 |
| 11/19 | DEBIT CARD PAYMENT, *****30028722247, AUT 111818 VISA DDA PUR<br>UPWORK 208715209REF    165 08534100 * CA | 102.75 |
| 11/19 | DEBIT CARD PURCHASE, *****30028722247, AUT 111718 VISA DDA PUR<br>TONY S DINAPOLI EAST S  NEW YORK   * NY | 91.33 |
| 11/19 | DEBIT POS, *****30028722247, AUT 111818 DDA PURCHASE<br>ABERCR KIDS 2015 651 KAP  ELIZABETH   * NJ | 88.00 |
| 11/19 | DEBIT POS, *****30028722247, AUT 111818 DDA PURCHASE<br>BR FACTORY US 6264     ELIZABETH   * NJ | 87.79 |
| 11/19 | DEBIT CARD PURCHASE, *****30028722247, AUT 111618 VISA DDA PUR<br>IL BACIO TRATTORIA     BRONX    * NY | 54.03 |
| 11/19 | DEBIT CARD PURCHASE, *****30028722247, AUT 111818 VISA DDA PUR<br>OLD NAVY US 5130      ELIZABETH   * NJ | 49.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 12
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/19 | DEBIT CARD PURCHASE, *****30028722247, AUT 111818 VISA DDA PUR<br>COLD STONE CREAMERY    ELIZABETH    * NJ | 37.56 |
| 11/19 | DEBIT CARD PURCHASE, *****30028722247, AUT 111518 VISA DDA PUR<br>PAYPAL  SPECIALOLYM    402 935 7733 * NY | 35.00 |
| 11/19 | DEBIT CARD PAYMENT, *****30028722247, AUT 111718 VISA DDA PUR<br>APL ITUNES COM BILL    800 275 2273 * CA | 25.57 |
| 11/19 | DEBIT CARD PURCHASE, *****30028722247, AUT 111618 VISA DDA PUR<br>STARBUCKS    800 782 7282 * WA | 25.00 |
| 11/19 | DEBIT CARD PURCHASE, *****30028722247, AUT 111818 VISA DDA PUR<br>DELTA PARAMUS    PARAMUS    * NJ | 20.00 |
| 11/19 | DEBIT CARD PURCHASE, *****30028722247, AUT 111818 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 10.00 |
| 11/19 | DEBIT CARD PAYMENT, *****30028722247, AUT 111818 VISA DDA PUR<br>DMCA PROTECTION PRO    VICTORIA NORT C AN | 10.00 |
| 11/19 | DEBIT CARD PURCHASE, *****30028722247, AUT 111818 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 8.78 |
| 11/19 | DEBIT CARD PURCHASE, *****30028722247, AUT 111818 VISA DDA PUR<br>DNH GODADDY COM    480 5058855 * AZ | 8.47 |
| 11/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 111818 VISA DDA PUR<br>GEICO  AUTO    MACON    * DC | 280.00 |
| 11/20 | DEBIT CARD PAYMENT, *****30028722247, AUT 111918 VISA DDA PUR<br>UPWORK  209143144REF    165 08534100 * CA | 215.25 |
| 11/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 111818 VISA DDA PUR<br>CHILI S 2JG01    ELIZABETH    * NJ | 72.63 |
| 11/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 111718 VISA DDA PUR<br>SPECIAL OLYMPICS OF NEW    SCHENECTADY * NY | 35.00 |
| 11/21 | DEBIT POS, *****30028722247, AUT 112118 DDA PURCH W/CB<br>THE HOME DEPOT 0904    PARAMUS    * NJ | 76.63 |
| 11/21 | DEBIT CARD PURCHASE, *****30028722247, AUT 112018 VISA DDA PUR<br>AP SUPERSOFTLTD    SUPERSOFTLTD G BR | 45.14 |
| 11/21 | DEBIT CARD PURCHASE, *****30028722247, AUT 112018 VISA DDA PUR<br>CARLOS RESTAURANT    YONKERS    * NY | 32.64 |
| 11/21 | DEBIT CARD PURCHASE, *****30028722247, AUT 112018 VISA DDA PUR<br>TEENSAFE INC    800 245 8598 * CA | 14.95 |
| 11/21 | DEBIT CARD PURCHASE, *****30028722247, AUT 112018 VISA DDA PUR<br>PUNTA CANA RESTAURANT    FORT LEE    * NJ | 10.55 |
| 11/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 112118 VISA DDA PUR<br>PAYPAL  LUEMADDR    402 935 7733 * CA | 141.79 |
| 11/23 | DEBIT POS, *****30028722247, AUT 112218 DDA PURCH W/CB<br>SHOPRITE TUCKAHOE S1    YONKERS    * NY | 135.73 |
| 11/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 112118 VISA DDA PUR<br>DRI WWW SHAREIT INFO    925 9084089 * MN | 63.92 |
| 11/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 112118 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 43.89 |


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 12
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #:           ˙3

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 112118 VISA DDA PUR<br>DNH GODADDY COM    480 5058855  * AZ | 25.41 |
| 11/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 112018 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 11/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 112218 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 20.00 |
| 11/23 | DEBIT CARD PAYMENT, *****30028722247, AUT 112118 VISA DDA PUR<br>DNH GODADDY COM    480 5058855  * AZ | 18.46 |
| 11/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 112218 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 7.92 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112218 VISA DDA PUR<br>SEGOVIA STEAKHOUSE    LITTLE FERRY  * NJ | 225.60 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112218 VISA DDA PUR<br>MICHAELS COM    800 642 4235  * PA | 106.61 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112518 VISA DDA PUR<br>BAUMGARTS CAFE    RIDGEWOOD    * NJ | 85.95 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 111918 VISA DDA PUR<br>DEPOSITPHOTOS INC    954 9900075  * FL | 69.00 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112318 VISA DDA PUR<br>CARVEL    YONKERS    * NY | 49.63 |
| 11/26 | NONTD ATM DEBIT, *****30028722247, AUT 112518 DDA WITHDRAW<br>385 RTE 17 S    PARAMUS    * NJ | 41.75 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112318 VISA DDA PUR<br>GRASSHOPPER COM    LOGMEIN COM  * MA | 37.79 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112418 VISA DDA PUR<br>TST  BAREBURGER HARTSDAL    HARTSDALE    * NY | 37.68 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112418 VISA DDA PUR<br>CINEMA DE LUX    YONKERS    * NY | 29.75 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112318 VISA DDA PUR<br>2CO COM PUSHCREW COM 864    AMSTERDAM    N LD | 25.00 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112418 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112418 VISA DDA PUR<br>LOWES  03305    YONKERS    * NY | 15.51 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112318 VISA DDA PUR<br>GAP OUTLET COM 2679    844 437 6654  * OH | 9.79 |
| 11/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 112618 VISA DDA PUR<br>GAP OUTLET COM 2679    844 437 6654  * OH | 5.59 |
| 11/26 | DEBIT CARD PAYMENT, *****30028722247, AUT 112518 VISA DDA PUR<br>APL ITUNES COM BILL    800 275 2273  * CA | 0.99 |
| 11/27 | DEBIT CARD PAYMENT, *****30028722247, AUT 112618 VISA DDA PUR<br>UPWORK  210196353REF    165 08534100  * CA | 182.22 |
| 11/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 112518 VISA DDA PUR<br>VERIZON ONETIMEPAY    VERIZON COM  * FL | 112.05 |


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 10 of 12
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #: ***
Primary Account #: 93

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 112518 VISA DDA PUR<br>SQ  BEN   JERRY S      RIDGEWOOD    * NJ | 32.44 |
| 11/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 112618 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 11/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 112618 VISA DDA PUR<br>IT WORKS MARKETING INC    800 537 2395 * FL | 20.00 |
| 11/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 112618 VISA DDA PUR<br>HUDSON FOOD COURT        NEWYORK     * NY | 15.26 |
| 11/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 112418 VISA DDA PUR<br>ABM PARKING N OTIS GARAG   YONKERS    * NY | 2.50 |
| 11/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 112718 VISA DDA PUR<br>VERIZON WRL MY ACCT VE    800 9220204   * CA | 219.84 |
| 11/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 112618 VISA DDA PUR<br>GAP OUTLET COM 2679       844 437 6654  * OH | 48.11 |
| 11/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 112718 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800  * NJ | 41.65 |
| 11/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 112718 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 11/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 112718 VISA DDA PUR<br>DELTA RT 4              ENGLEWOOD    * NJ | 20.00 |
| 11/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 112718 VISA DDA PUR<br>HUDSON FOOD COURT         NEWYORK    * NY | 14.49 |
| 11/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 112718 VISA DDA PUR<br>NETDNA  LLC         WWW MAXCDN CO * CA | 9.00 |
| 11/29 | DEBIT CARD PAYMENT, *****30028722247, AUT 112818 VISA DDA PUR<br>CONVERTKIT EMAIL       HTTPSCONVERTK * ID | 149.00 |
| 11/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 112818 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 11/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 112818 VISA DDA PUR<br>CARLOS RESTAURANT        YONKERS    * NY | 30.46 |
| 11/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 112718 VISA DDA PUR<br>STARBUCKS             800 782 7282  * WA | 25.00 |
| 11/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 112818 VISA DDA PUR<br>HUDSON FOOD COURT         NEWYORK    * NY | 16.34 |
| 11/29 | DEBIT CARD PAYMENT, *****30028722247, AUT 112818 VISA DDA PUR<br>NETFLIX COM          NETFLIX COM  * CA | 11.72 |
| 11/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 112718 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION   201 2617800  * NJ | 4.35 |
| 11/30 | ELECTRONIC PMT-WEB, TOYOTA/LEXUS ONLINE PMT CKF****83404POS | 360.00 |
| 11/30 | DEBIT CARD PURCHASE, *****30028722247, AUT 112918 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 11 of 12
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/30 | DEBIT CARD PURCHASE, *****30028722247, AUT 112918 VISA DDA PUR HUDSON FOOD COURT    NEWYORK    * NY | 18.79 |
| 11/30 | DEBIT CARD PAYMENT, *****30028722247, AUT 112918 VISA DDA PUR NETFLIX COM    NETFLIX COM    * CA | 11.72 |
| 11/30 | DEBIT CARD PURCHASE, *****30028722247, AUT 112918 VISA DDA PUR DROPBOX SS8SC7WT125Q    DROPBOX COM    * CA | 9.99 |
| | Subtotal: | 13,429.11 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | DEBIT | 75.00 |
| | Subtotal: | 75.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 2,678.73 | 11/16 | 5,319.06 |
| 11/01 | 1,182.33 | 11/19 | 4,555.17 |
| 11/02 | 601.06 | 11/20 | 3,952.29 |
| 11/05 | 699.46 | 11/21 | 4,522.38 |
| 11/06 | 1,133.69 | 11/23 | 4,040.26 |
| 11/07 | 1,940.34 | 11/26 | 2,899.62 |
| 11/08 | 1,728.75 | 11/27 | 2,304.15 |
| 11/09 | 3,920.61 | 11/28 | 1,220.06 |
| 11/13 | 4,117.65 | 11/29 | 1,254.06 |
| 11/14 | 5,552.34 | 11/30 | 1,952.65 |
| 11/15 | 8,033.34 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page:                  12 of 12
Statement Period:      Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #:

| Check | Date | Amount |
|---|---|---|
| #124 | 11/01 | $114.00 |
| #135 | 11/28 | $600.00 |
| #136 | 11/26 | $375.00 |
| #137 | 11/30 | $2,125.00 |
| #167 | 11/01 | $40.00 |
| #168 | 11/02 | $150.00 |
| #169 | 11/13 | $60.00 |
| #170 | 11/27 | $200.00 |
| #171 | 11/28 | $100.00 |

In re Franklin Medina
Debtor

Case No. 18-11629
Reporting Period: 11/1/2018

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | | ✓ |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | ✓ | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |