UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina
Debtor

Case No. 18-11629
Reporting Period: 12/1/2018

Social Security # N/A
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ Franklin Medina          Date 5/3/2019

Signature of Joint Debtor          Date

FORM MOR (INDV)
2/2008
PAGE 1 OF 1

5:54 PM
04/24/19
Accrual Basis

# Franklin Medina DIP
## Profit & Loss
### December 2018

|  | Dec 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Amazon Income | 428.00 |
| Employment Income | 6,729.29 |
| Other Income | 1,443.93 |
| 47400 · Rental Income | 8,650.00 |
| **Total Income** | 17,251.22 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 1,210.60 |
| **Total COGS** | 1,210.60 |
| **Gross Profit** | 16,040.62 |
| **Expense** | |
| computer expenses | 2,686.41 |
| Education | 95.05 |
| Entertainment | 667.60 |
| fuel | 281.02 |
| Health and Wellness | 58.12 |
| Landscaping | 100.00 |
| Miscellaneous Expense | 1,710.19 |
| Mortgage | 1,650.00 |
| Parking | 31.00 |
| reimbursement expense | 463.65 |
| student loans | 25.00 |
| Subcontractors | 1,374.79 |
| Telephone for Business | 37.79 |
| 437 · Hartford Rd property taxes | 160.00 |
| 60000 · Advertising and Promotion | 604.96 |
| 60400 · Bank Service Charges | 35.00 |
| 63300 · Insurance Expense | 807.68 |
| 64300 · Meals and Entertainment | 1,841.49 |
| 64900 · Office Supplies | 87.64 |
| 67200 · Repairs and Maintenance | 2,144.75 |
| 68600 · Utilities | 388.95 |
| **Total Expense** | 15,251.09 |
| **Net Ordinary Income** | 789.53 |
| **Net Income** | **789.53** |

12:00 PM
04/23/19

# Franklin Medina DIP
## Job Profitability Summary
December 2018

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---:|---:|---:|
| **212-214 65th St Apt WestNewYork NJ 07093** | | | |
| Arelis Burgos 212-214 65th St Apt | 0.00 | 1,800.00 | 1,800.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 1,800.00 | 1,800.00 |
| **212-214 65th St P1 WestNewYork NJ 07093** | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P4 WestNewYork NJ 07093** | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **212-214 65th St P5 WestNewYork NJ 07093** | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P7 WestNewYork NJ 07093** | | | |
| Tenant 1 212-214 65th St P7 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P7 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,282.00 | 1,282.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,282.00 | 1,282.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,101.00 | 1,101.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,101.00 | 1,101.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,418.00 | 1,418.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,418.00 | 1,418.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,296.00 | 1,296.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,296.00 | 1,296.00 |
| 522 4th Street Union City NJ | 2,144.75 | 0.00 | -2,144.75 |
| 6609 Polk Street West NY NJ | 0.00 | 678.00 | 678.00 |
| **TOTAL** | **2,144.75** | **8,650.00** | **6,505.25** |


# TD Bank
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

FRANKLIN MEDINA  
TARYN MEDINA  
DIP CASE 18-11629 DIST NJ  
191 NIMITZ RD  
PARAMUS NJ  07652

Page: 1 of 14  
Statement Period: Dec 01 2018-Dec 31 2018  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

FRANKLIN MEDINA  
TARYN MEDINA  
DIP CASE 18-11629 DIST NJ

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,952.65 | Average Collected Balance | 2,667.41 |
| Deposits | 4,378.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 13,377.03 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 160.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 2,244.75 | | |
| Electronic Payments | 14,595.75 | | |
| Other Withdrawals | 285.00 | | |
| Ending Balance | 2,742.18 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $245.00 |
| Total Returned Item Fees (NSF) | $35.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEPOSIT | 1,296.00 |
| 12/11 | DEPOSIT | 1,800.00 |
| 12/11 | DEPOSIT | 1,282.00 |
| | Subtotal: | 4,378.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | ATM CHECK DEPOSIT, *****30028722247<br>AUT 120418 ATM CHECK DEPOSI<br>1820 CENTRAL PARK AVENUE   YONKERS   * NY | 678.00 |
| 12/07 | ATM CHECK DEPOSIT, *****30028722247<br>AUT 120718 ATM CHECK DEPOSI<br>275 FOREST AVENUE   PARAMUS   * NJ | 1,276.00 |
| 12/07 | DEBIT CARD CREDIT, *****30028722247, AUT 120718 VISA DDA REF<br>HLU HULU 220006345717 U   HULU COM BILL * CA | 1.54 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF<br>ASM FLIPPA   234 567890   * CA | 52.47 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF<br>ASM FLIPPA   234 567890   * CA | 51.45 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF<br>ASM FLIPPA   234 567890   * CA | 51.45 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 14

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    2,742.18
② Total Deposits    +
③ Sub Total
④ Total Withdrawals    -
⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 14
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #:
Primary Account #: 93

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 51.45 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 51.45 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 41.16 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 39.10 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 25.72 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 20.58 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 20.58 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 16.46 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 16.46 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 16.46 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 16.46 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 6.17 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 6.17 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 6.17 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 6.17 |
| 12/10 | DEBIT CARD CREDIT, *****30008214587, AUT 121018 VISA DDA REF ASM FLIPPA       234 567890   * CA | 1.02 |
| 12/11 | ATM CHECK DEPOSIT, *****30028722247 AUT 121118 ATM CHECK DEPOSI 1820 CENTRAL PARK AVENUE   YONKERS    * NY | 900.00 |
| 12/12 | CCD DEPOSIT, STRIPE TRANSFER | 81.26 |
| 12/13 | ATM CHECK DEPOSIT, *****30028722247 AUT 121318 ATM CHECK DEPOSI 1820 CENTRAL PARK AVENUE   YONKERS    * NY | 1,418.00 |
| 12/14 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****47822276FDU | 3,476.16 |
| 12/17 | ATM CHECK DEPOSIT, *****30028722247 AUT 121718 ATM CHECK DEPOSI 275 FOREST AVENUE       PARAMUS    * NJ | 1,362.67 |

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 14
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #:
Primary Account #: .793

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17 | DEBIT CARD CREDIT, *****30028722247, AUT 121518 VISA DDA REF APL ITUNES COM BILL 866 712 7753 * CA | 5.32 |
| 12/31 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****08796143FDU | 3,253.13 |
| 12/31 | CCD DEPOSIT, AMAZON.CO1180440 EDI PYMNTS OFA****29600263 | 428.00 |
| | Subtotal: | 13,377.03 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | RETURNED ITEM, MOUNT LAUREL TOWNSHIP CHECK# 995017 | 160.00 |
| | Subtotal: | 160.00 |

### Checks Paid    No. Checks: 2
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/19 | 138 | 2,144.75 |
| 12/03 | 172* | 100.00 |
| | Subtotal: | 2,244.75 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 113018 VISA DDA PUR FACEBK SRSVMHSS72 650 5434800 * CA | 154.01 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 113018 VISA DDA PUR TUCKHOE RELAX INC TUCKHOE * NY | 105.20 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 120118 VISA DDA PUR PAPASITO MEXICAN GRILL NEW YORK * NY | 58.09 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 113018 VISA DDA PUR DNH GODADDY COM 480 505 8855 * AZ | 55.15 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 113018 VISA DDA PUR HAVANA CENTRAL RID YONKERS * NY | 38.50 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 120218 VISA DDA PUR AMAZON COM M03I82VY0 AMZN COM BILL * WA | 33.95 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 112918 VISA DDA PUR DOMINO S 3030 660 826 2933 * NY | 33.37 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 120218 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 30.00 |
| 12/03 | DEBIT CARD PAYMENT, *****30028722247, AUT 120118 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 26.93 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 120218 VISA DDA PUR AMZN MKTP US M08KC5VE0 AMZN COM BILL * WA | 25.99 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 120118 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 120118 VISA DDA PUR GOOGLE GSUITE UNLISTE CC GOOGLE COM * CA | 17.33 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 14
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #:
Primary Account #:                ˜3

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 120118 VISA DDA PUR<br>CHIPOTLE 1823    PARAMUS    * NJ | 15.03 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 120118 VISA DDA PUR<br>CHARLEYS PHILLY STEAKS 6    PARAMUS    * NJ | 10.64 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 113018 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 10.00 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 113018 VISA DDA PUR<br>DNH GODADDY COM    480 5058855   * AZ | 8.47 |
| 12/03 | DEBIT POS, *****30028722247, AUT 120218 DDA PURCHASE<br>FAIRWAY M 30 E RIDGEWO    PARAMUS    * NJ | 7.29 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 120118 VISA DDA PUR<br>CHIPOTLE 1823    PARAMUS    * NJ | 2.35 |
| 12/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 120118 VISA DDA PUR<br>CHIPOTLE 1823    PARAMUS    * NJ | 1.60 |
| 12/03 | DEBIT CARD PAYMENT, *****30028722247, AUT 120118 VISA DDA PUR<br>HLU HULU 220006345717 U    HULU COM BILL * CA | 1.54 |
| 12/04 | DEBIT CARD PAYMENT, *****30028722247, AUT 120318 VISA DDA PUR<br>UPWORK  211326085REF    165 08534100  * CA | 256.80 |
| 12/04 | TDBANK BILL PAY CHECK,<br>MOUNT LAUREL TOWNSHIP<br>CHECK# 995011 | 160.00 |
| 12/04 | TD ATM DEBIT, *****30028722247, AUT 120418 DDA WITHDRAW<br>1820 CENTRAL PARK AVENUE    YONKERS    * NY | 100.00 |
| 12/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 120218 VISA DDA PUR<br>CASUAL HABANA CAFE    NEW MILFORD  * NJ | 68.64 |
| 12/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 120318 VISA DDA PUR<br>JTE SERVICE STATION    NEW YORK    * NY | 32.00 |
| 12/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 120318 VISA DDA PUR<br>PAYPAL  FOODBLOGPRO    402 935 7733 * MN | 29.00 |
| 12/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 120218 VISA DDA PUR<br>COLDSTONE  1134    WESTWOOD    * NJ | 23.72 |
| 12/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 120318 VISA DDA PUR<br>DELTA RT 4    ENGLEWOOD    * NJ | 20.00 |
| 12/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 120318 VISA DDA PUR<br>USA ALL AMERICAN VENDING    HARRISON    * NY | 4.20 |
| 12/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 120318 VISA DDA PUR<br>USA ALL AMERICAN VENDING    HARRISON    * NY | 1.35 |
| 12/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 120318 VISA DDA PUR<br>USA ALL AMERICAN VENDING    HARRISON    * NY | 1.35 |
| 12/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 120318 VISA DDA PUR<br>USA ALL AMERICAN VENDING    HARRISON    * NY | 1.35 |
| 12/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 120318 VISA DDA PUR<br>USA ALL AMERICAN VENDING    HARRISON    * NY | 1.35 |
| 12/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 120418 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687  * WA | 665.23 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 14
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #: 
Primary Account #:             0793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 120418 VISA DDA PUR<br>NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 12/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 120318 VISA DDA PUR<br>ALBERTO MOFONGO         NEW YORK    * NY | 59.61 |
| 12/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 120418 VISA DDA PUR<br>BOBBY S BURGER PALACE     PARAMUS    * NJ | 26.60 |
| 12/05 | DEBIT CARD PAYMENT, *****30028722247, AUT 120418 VISA DDA PUR<br>INTUIT  QUICKBOOKS SE    800 446 8848  * CA | 5.00 |
| 12/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 120318 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION    201 2617800  * NJ | 4.35 |
| 12/06 | DEBIT CARD PURCHASE, *****30028722247, AUT 120518 VISA DDA PUR<br>NAMEJET 425 974 4687     425 974 4687  * WA | 512.50 |
| 12/06 | DEBIT CARD PURCHASE, *****30028722247, AUT 120518 VISA DDA PUR<br>NAMEJET 425 974 4687     425 974 4687  * WA | 184.50 |
| 12/06 | DEBIT CARD PURCHASE, *****30028722247, AUT 120518 VISA DDA PUR<br>NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 12/06 | DEBIT CARD PURCHASE, *****30028722247, AUT 120518 VISA DDA PUR<br>DNH GODADDY COM         480 5058855  * AZ | 8.47 |
| 12/06 | DEBIT CARD PURCHASE, *****30028722247, AUT 120418 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION    201 2617800  * NJ | 4.35 |
| 12/07 | DEBIT CARD PAYMENT, *****30028722247, AUT 120618 VISA DDA PUR<br>UPWORK  211811852REF     165 08534100  * CA | 113.03 |
| 12/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 120518 VISA DDA PUR<br>TRATTORIA VIVOLO         HARRISON   * NY | 73.25 |
| 12/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 120618 VISA DDA PUR<br>WP COPYSCAPE             UNITED KINGDO G IB | 19.60 |
| 12/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 120518 VISA DDA PUR<br>CHARLEYS PHILLY STEAKS 2    PARAMUS    * NJ | 10.11 |
| 12/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 120618 VISA DDA PUR<br>DELTA RT 4             ENGLEWOOD    * NJ | 10.00 |
| 12/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 120618 VISA DDA PUR<br>JOANN STORES JOANN COM    888 739 4120  * OH | 9.32 |
| 12/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 120818 VISA DDA PUR<br>BRPBOXSHOP COM         563 243 5210  * IA | 87.64 |
| 12/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 120818 VISA DDA PUR<br>DEPOSITPHOTOS INC       954 9900075  * FL | 69.00 |
| 12/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 120418 VISA DDA PUR<br>DEPOSITPHOTOS INC       954 9900075  * FL | 69.00 |
| 12/10 | DEBIT POS, *****30028722247, AUT 120918 DDA PURCHASE<br>SUPERCUTS             GARFIELD    * NJ | 58.12 |
| 12/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 120818 VISA DDA PUR<br>RANCHO GRANDE         YONKERS    * NY | 46.05 |
| 12/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 120718 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR    201 261 7800  * NJ | 41.65 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page:                 7 of 14
Statement Period:     Dec 01 2018-Dec 31 2018
Cust Ref #:
Primary Account #:

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/10 | DEBIT CARD PAYMENT, *****30028722247, AUT 120718 VISA DDA PUR<br>HLU HULU 220006340441 U    HULU COM BILL * CA | 39.99 |
| 12/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 120918 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 37.44 |
| 12/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 120818 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 35.69 |
| 12/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 120618 VISA DDA PUR<br>STARBUCKS    800 782 7282 * WA | 25.00 |
| 12/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 120818 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 15.97 |
| 12/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 120718 VISA DDA PUR<br>CARVEL    YONKERS    * NY | 10.85 |
| 12/10 | DEBIT CARD PAYMENT, *****30028722247, AUT 120718 VISA DDA PUR<br>MICROSOFT XBOX    MSBILL INFO * WA | 10.65 |
| 12/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 120718 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION   201 2617800 * NJ | 4.35 |
| 12/11 | DEBIT CARD PAYMENT, *****30028722247, AUT 121018 VISA DDA PUR<br>UPWORK 212442720REF    165 08534100 * CA | 291.77 |
| 12/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 120918 VISA DDA PUR<br>STARBUCKS    800 782 7282 * WA | 25.00 |
| 12/11 | DEBIT CARD PAYMENT, *****30028722247, AUT 120918 VISA DDA PUR<br>GODADDY COM    480 5058855 * AZ | 8.47 |
| 12/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 121018 VISA DDA PUR<br>JUST SALAD 325 HUDSON    NEW YORK    * NY | 6.52 |
| 12/12 | DEBIT CARD PURCHASE, *****30028722247, AUT 121118 VISA DDA PUR<br>PAYPAL TEACHPE151    402 935 7733 * CA | 720.60 |
| 12/12 | DEBIT CARD PAYMENT, *****30028722247, AUT 121118 VISA DDA PUR<br>DNH GODADDY COM    480 5058855 * AZ | 53.97 |
| 12/12 | DEBIT CARD PURCHASE, *****30028722247, AUT 121118 VISA DDA PUR<br>JUST SALAD 325 HUDSON    NEW YORK    * NY | 6.52 |
| 12/12 | DEBIT CARD PURCHASE, *****30028722247, AUT 121118 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 5.32 |
| 12/12 | DEBIT CARD PURCHASE, *****30028722247, AUT 121118 VISA DDA PUR<br>PAYPAL GOOGLE    402 935 7733 * CA | 1.99 |
| 12/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 121218 VISA DDA PUR<br>PAYPAL IMOTY2004    402 935 7733 * CA | 490.00 |
| 12/13 | DEBIT CARD PAYMENT, *****30028722247, AUT 121218 VISA DDA PUR<br>DNH GODADDY COM    480 5058855 * AZ | 119.88 |
| 12/13 | DEBIT CARD PAYMENT, *****30028722247, AUT 121218 VISA DDA PUR<br>GLEAM IO    CHELSEA    A US | 49.00 |
| 12/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 121118 VISA DDA PUR<br>STARBUCKS    800 782 7282 * WA | 25.00 |
| 12/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 121218 VISA DDA PUR<br>DELTA RT 4    ENGLEWOOD    * NJ | 19.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 14
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #: 4332059793
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 121218 VISA DDA PUR<br>JUST SALAD 325 HUDSON    NEW YORK    * NY | 6.52 |
| 12/14 | DEBIT CARD PAYMENT, *****30028722247, AUT 121318 VISA DDA PUR<br>UPWORK  212920949REF    165 08534100   * CA | 154.13 |
| 12/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 121318 VISA DDA PUR<br>JUST SALAD 325 HUDSON    NEW YORK    * NY | 10.87 |
| 12/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 121318 VISA DDA PUR<br>DNH GODADDY COM    480 5058855   * AZ | 8.17 |
| 12/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 121218 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION   201 2617800   * NJ | 4.35 |
| 12/17 | ELECTRONIC PMT-WEB, SN SERVICING DEBIT 570842 | 1,650.00 |
| 12/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 121618 VISA DDA PUR<br>PEARLAND  B604724    WWW PEARLANDB * NY | 807.68 |
| 12/17 | DEBIT CARD PAYMENT, *****30028722247, AUT 121418 VISA DDA PUR<br>DNH GODADDY COM    480 5058855   * AZ | 73.84 |
| 12/17 | DEBIT CARD PAYMENT, *****30028722247, AUT 121618 VISA DDA PUR<br>DNH GODADDY COM    480 5058855   * AZ | 73.84 |
| 12/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 121318 VISA DDA PUR<br>TASTY HOUSE    YONKERS    * NY | 35.49 |
| 12/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 121518 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 30.24 |
| 12/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 121618 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 30.00 |
| 12/17 | DEBIT CARD PAYMENT, *****30028722247, AUT 121618 VISA DDA PUR<br>CONVERTKIT EMAIL    HTTPSCONVERTK * ID | 29.00 |
| 12/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 121318 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 12/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 121418 VISA DDA PUR<br>PREMIER  BANKCARD LLC    605 3573440   * SD | 25.00 |
| 12/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 121518 VISA DDA PUR<br>CINEMA DE LUX    YONKERS    * NY | 24.25 |
| 12/17 | DEBIT CARD PAYMENT, *****30028722247, AUT 121318 VISA DDA PUR<br>PRIVY COM    HTTPSPRIVY CO * MA | 24.00 |
| 12/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 121618 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 12.89 |
| 12/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 121418 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION   201 2617800   * NJ | 4.35 |
| 12/18 | DEBIT CARD PAYMENT, *****30028722247, AUT 121718 VISA DDA PUR<br>UPWORK  213551780REF    165 08534100   * CA | 290.71 |
| 12/18 | DEBIT CARD PURCHASE, *****30028722247, AUT 121618 VISA DDA PUR<br>HOULIHAN S  229    PARAMUS    * NJ | 107.13 |
| 12/18 | NONTD ATM DEBIT, *****30028722247, AUT 121818 DDA WITHDRAW<br>FORT LEE MAIN    FORT LEE    * NJ | 103.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 14
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | DEBIT CARD PAYMENT, *****30028722247, AUT 121718 VISA DDA PUR<br>DNH GODADDY COM     480 5058855   * AZ | 73.84 |
| 12/18 | DEBIT CARD PURCHASE, *****30028722247, AUT 121618 VISA DDA PUR<br>MCDONALD S F7454     PARAMUS    * NJ | 16.54 |
| 12/18 | DEBIT CARD PURCHASE, *****30028722247, AUT 121718 VISA DDA PUR<br>JUST SALAD 325 HUDSON   NEW YORK   * NY | 10.87 |
| 12/19 | DEBIT CARD PAYMENT, *****30028722247, AUT 121718 VISA DDA PUR<br>APL ITUNES COM BILL    800 275 2273  * CA | 25.57 |
| 12/19 | DEBIT CARD PAYMENT, *****30028722247, AUT 121818 VISA DDA PUR<br>DMCA PROTECTION PRO    VICTORIA NORT C AN | 10.00 |
| 12/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 121918 VISA DDA PUR<br>WALMART COM      800 966 6546   * AR | 421.18 |
| 12/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 121818 VISA DDA PUR<br>PAID TO PSE G NJ     800 436 7734   * NJ | 388.95 |
| 12/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 121918 VISA DDA PUR<br>GROUPON INC      GROUPON COM   * IL | 198.00 |
| 12/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 121918 VISA DDA PUR<br>WALMART COM 8009666546    800 966 6546   * AR | 126.88 |
| 12/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 121918 VISA DDA PUR<br>DEPOSITPHOTOS INC    954 9900075   * NY | 69.00 |
| 12/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 121918 VISA DDA PUR<br>CARVEL         YONKERS    * NY | 31.32 |
| 12/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 121818 VISA DDA PUR<br>STARBUCKS       800 782 7282   * WA | 25.00 |
| 12/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 121918 VISA DDA PUR<br>JUST SALAD 325 HUDSON   NEW YORK   * NY | 13.59 |
| 12/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 121918 VISA DDA PUR<br>DELTA RT 4       ENGLEWOOD   * NJ | 10.00 |
| 12/20 | DEBIT CARD PURCHASE, *****30028722247, AUT 121918 VISA DDA PUR<br>JACQUES TORRES CHOCOLA   NEW YORK   * NY | 3.49 |
| 12/21 | CCD DEBIT, CAPITAL ONE MOBILE PMT ****39800195976 | 191.52 |
| 12/21 | DEBIT CARD PURCHASE, *****30028722247, AUT 121918 VISA DDA PUR<br>ROMANTIC DEPOT SUPERSTOR   YONKERS    * NY | 105.35 |
| 12/21 | DEBIT CARD PURCHASE, *****30028722247, AUT 121918 VISA DDA PUR<br>AMAZON COM M228X20M2    AMZN COM BILL * WA | 99.05 |
| 12/21 | DEBIT CARD PURCHASE, *****30028722247, AUT 122018 VISA DDA PUR<br>DNH GODADDY COM     480 5058855   * AZ | 88.92 |
| 12/21 | DEBIT CARD PURCHASE, *****30028722247, AUT 122018 VISA DDA PUR<br>HAVANA CENTRAL RID    YONKERS    * NY | 67.60 |
| 12/21 | DEBIT CARD PURCHASE, *****30028722247, AUT 122018 VISA DDA PUR<br>TIN S HOUSE       PARAMUS    * NJ | 30.82 |
| 12/21 | DEBIT CARD PURCHASE, *****30028722247, AUT 122018 VISA DDA PUR<br>TICKETSATWORK COM    800 331 6483  * FL | 21.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.TDBank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 10 of 14
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #: 032059793-039-T ***
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21 | DEBIT CARD PAYMENT, *****30028722247, AUT 122018 VISA DDA PUR<br>DNH GODADDY COM      480 5058855   * AZ | 18.46 |
| 12/24 | DEBIT POS, *****30028722247, AUT 122418 DDA PURCH W/CB<br>WAL MART 3420        SECAUCUS    * NJ | 408.29 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122118 VISA DDA PUR<br>AMZN MKTP US M29O06AO2     AMZN COM BILL * WA | 255.84 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122118 VISA DDA PUR<br>IT WORKS MARKETING INC    800 537 2395  * FL | 125.95 |
| 12/24 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****39910127956 | 100.00 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122218 VISA DDA PUR<br>GRUBHUBNOCHESDECOLOMB    GRUBHUB COM  * NY | 87.64 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122118 VISA DDA PUR<br>AMAZON COM M26BV01D2     AMZN COM BILL * WA | 70.37 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122118 VISA DDA PUR<br>JUNIORS            NEW YORK    * NY | 60.95 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122118 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800  * NJ | 31.65 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122218 VISA DDA PUR<br>PARAMUS DELTA       PARAMUS    * NJ | 30.00 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122218 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 25.50 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122318 VISA DDA PUR<br>CHICKEN BAR         NEW YORK   * NY | 25.26 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122318 VISA DDA PUR<br>2CO COM PUSHCREW COM 876   AMSTERDAM    N LD | 25.00 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122318 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 24.20 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122118 VISA DDA PUR<br>SOBOL            YONKERS    * NY | 23.73 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122018 VISA DDA PUR<br>CINEMA DE LUX        YONKERS    * NY | 21.25 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122118 VISA DDA PUR<br>HALE AND HEARTY SOUPS    NEW YORK   * NY | 17.91 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122118 VISA DDA PUR<br>SANDBAR MARQUIS BAR     NEW YORK   * NY | 16.00 |
| 12/24 | DEBIT CARD PAYMENT, *****30028722247, AUT 122218 VISA DDA PUR<br>EFTY B V          GRONININGEN  N LD | 15.00 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122218 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 12.93 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122318 VISA DDA PUR<br>PERRY BAGEL CAFE      PARAMUS    * NJ | 11.74 |
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122118 VISA DDA PUR<br>DELTA RT 4         ENGLEWOOD   * NJ | 10.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 11 of 14
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 122118 VISA DDA PUR CHICKEN BAR    NEW YORK    * NY | | 3.81 |
| 12/26 | DEBIT CARD PAYMENT, *****30028722247, AUT 122418 VISA DDA PUR UPWORK  214628574REF    165 08534100  * CA | | 268.35 |
| 12/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 122418 VISA DDA PUR C I LOBSTER CORP    BRONX    * NY | | 168.44 |
| 12/26 | DEBIT CARD PAYMENT, *****30028722247, AUT 122418 VISA DDA PUR GRASSHOPPER COM    LOGMEIN COM  * MA | | 37.79 |
| 12/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 122518 VISA DDA PUR STARBUCKS    800 782 7282  * WA | | 25.00 |
| 12/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 122318 VISA DDA PUR MCDONALD S F7454    PARAMUS    * NJ | | 14.42 |
| 12/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 122518 VISA DDA PUR PERRY BAGEL CAFE    PARAMUS    * NJ | | 10.86 |
| 12/26 | DEBIT CARD PURCHASE, *****30028722247, AUT 122418 VISA DDA PUR APL  ITUNES COM BILL    866 712 7753  * CA | | 2.12 |
| 12/26 | DEBIT CARD PAYMENT, *****30028722247, AUT 122518 VISA DDA PUR APL ITUNES COM BILL    800 275 2273  * CA | | 0.99 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | | 74.16 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | | 50.82 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | | 42.35 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | | 42.35 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK   * NY | | 31.00 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | | 25.41 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR FACEBK J7EBNJE7P2    650 5434800  * CA | | 25.00 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122518 VISA DDA PUR STARBUCKS    800 782 7282  * WA | | 25.00 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR SPEEDWAY 03493    FORT LEE    * NJ | | 16.05 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | | 8.47 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | | 8.47 |
| 12/27 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | | 8.47 |
| 12/28 | TDBANK BILL PAY CHECK, MOUNT LAUREL TOWNSHIP CHECK# 995017 | | 160.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 12 of 14
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #:
Primary Account #:

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28 | DEBIT CARD PAYMENT, *****30028722247, AUT 122718 VISA DDA PUR<br>IT WORKS MARKETING INC    800 537 2395  * FL | 20.00 |
| 12/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 122618 VISA DDA PUR<br>HALE AND HEARTY SOUPS    NEW YORK    * NY | 10.89 |
| 12/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 122718 VISA DDA PUR<br>NETDNA  LLC    WWW MAXCDN CO * CA | 9.00 |
| 12/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 123018 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT    * CA | 360.45 |
| 12/31 | DEBIT CARD PAYMENT, *****30028722247, AUT 122918 VISA DDA PUR<br>CONVERTKIT EMAIL    HTTPSCONVERTK * ID | 149.00 |
| 12/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 122918 VISA DDA PUR<br>WEST SIDE COMEDY CLUB    NEW YORK    * NY | 134.24 |
| 12/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 122918 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT    * CA | 103.20 |
| 12/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 122918 VISA DDA PUR<br>ALBERTO MOFONGO    NEW YORK    * NY | 86.68 |
| 12/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 122718 VISA DDA PUR<br>JTE SERVICE STATION    NEW YORK    * NY | 48.00 |
| 12/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 122918 VISA DDA PUR<br>16 HANDLES    NEW YORK    * NY | 14.65 |
| 12/31 | DEBIT CARD PAYMENT, *****30028722247, AUT 122918 VISA DDA PUR<br>NETFLIX COM    NETFLIX COM   * CA | 11.72 |
| 12/31 | DEBIT CARD PAYMENT, *****30028722247, AUT 122918 VISA DDA PUR<br>NETFLIX COM    NETFLIX COM   * CA | 11.72 |
| 12/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 123018 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 10.92 |
| 12/31 | DEBIT CARD PAYMENT, *****30028722247, AUT 122918 VISA DDA PUR<br>DROPBOX VK2KJ48TVSD6    888 4468396   * CA | 9.99 |
| 12/31 | DEBIT CARD PURCHASE, *****30028722247, AUT 122918 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 7.12 |
| | Subtotal: | 14,595.75 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEBIT | 100.00 |
| 12/10 | DEBIT | 150.00 |
| 12/31 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 285.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

STATEMENT OF ACCOUNT

Page: 13 of 14
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #: ***
Primary Account #:

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 1,952.65 | 12/17 | 7,064.91 |
| 12/03 | 2,388.21 | 12/18 | 6,462.82 |
| 12/04 | 2,366.45 | 12/19 | 4,282.50 |
| 12/05 | 1,534.93 | 12/20 | 2,995.09 |
| 12/06 | 754.38 | 12/21 | 2,372.17 |
| 12/07 | 1,796.61 | 12/24 | 969.15 |
| 12/10 | 1,592.16 | 12/26 | 441.18 |
| 12/11 | 5,242.40 | 12/27 | 83.63 |
| 12/12 | 4,535.26 | 12/28 | -116.26 |
| 12/13 | 5,243.86 | 12/31 | 2,742.18 |
| 12/14 | 8,542.50 | | |



**TD Bank**
America's Most Convenient Bank®

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

STATEMENT OF ACCOUNT

Page:                 14 of 14
Statement Period:     Dec 01 2018-Dec 31 2018
Cust Ref #:
Primary Account #:    433-2059



#138        12/19        $2,144.75



#172        12/03        $100.00

In re Franklin Medina                                    Case No. 18-11629
     Debtor                                              Reporting Period: 12/1/2018

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | | ✓ |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | ✓ | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

FORM MOR-8 (INDV)
2/2008
PAGE 1 OF 1