UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY_____

In re Franklin Medina _____    Case No. 18-11629 _____
Debtor                                           Reporting Period: ___1/1/2019___

                                    Social Security # N/A _____
                                         (last 4 digits only)

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor  /s/  Franklin Medina _____    Date ___5/3/2019___

Signature of Joint Debtor _____    Date _____

5:55 PM

04/24/19

Accrual Basis

## Franklin Medina DIP
## Profit & Loss
### January 2019

|  | Jan 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Advertising Income | 478.29 |
| Amazon Income | 421.28 |
| Employment Income | 6,710.60 |
| Other Income | 212.33 |
| 47400 · Rental Income | 7,430.00 |
| **Total Income** | 15,252.50 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 3,695.60 |
| **Total COGS** | 3,695.60 |
| **Gross Profit** | 11,556.90 |
| **Expense** | |
| Clothes | 47.98 |
| computer expenses | 3,122.70 |
| Education | 92.00 |
| Entertainment | 132.25 |
| fuel | 147.36 |
| Health and Wellness | 155.54 |
| Internet Expense | 64.18 |
| Miscellaneous Expense | 1,716.20 |
| Parking | 155.00 |
| reimbursement expense | 258.15 |
| Subcontractors | 1,139.59 |
| Telephone for Business | 37.78 |
| 437 · Hartford Rd property taxes | 0.00 |
| 60000 · Advertising and Promotion | 592.58 |
| 60400 · Bank Service Charges | 140.00 |
| 63300 · Insurance Expense | 382.25 |
| 64300 · Meals and Entertainment | 1,748.98 |
| 68100 · Telephone Expense | 1,034.13 |
| 68600 · Utilities | 157.00 |
| **Total Expense** | 11,123.67 |
| **Net Ordinary Income** | 433.23 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70300 · Late Fees Income | 100.00 |
| **Total Other Income** | 100.00 |
| **Net Other Income** | 100.00 |
| **Net Income** | 533.23 |

12:01 PM

04/23/19

**Franklin Medina DIP**
# Job Profitability Summary
### January 2019

| | Act. Cost | | Act. Revenue | ($) Diff. |
|---|---|---|---|---|
| **212-214 65th St Apt WestNewYork NJ 07093** | | | | |
| Arelis Burgos212-214 65th St Apt | 0.00 | | 1,580.00 | 1,580.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | | 0.00 | 1,580.00 | 1,580.00 |
| **212-214 65th St P1 WestNewYork NJ 07093** | | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P4 WestNewYork NJ 07093** | | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | | 200.00 | 200.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | | 0.00 | 200.00 | 200.00 |
| **212-214 65th St P6 WestNewYork NJ 07093** | | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | | 0.00 | 200.00 | 200.00 |
| **522 4th Street #1F Union City NJ 07087** | | | | |
| Denis Castro 522 4th St #1F | 0.00 | | 1,282.00 | 1,282.00 |
| Total 522 4th Street #1F Union City NJ 07087 | | 0.00 | 1,282.00 | 1,282.00 |
| **522 4th Street #1R Union City NJ 07087** | | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | | 1,104.00 | 1,104.00 |
| Total 522 4th Street #1R Union City NJ 07087 | | 0.00 | 1,104.00 | 1,104.00 |
| **522 4th Street #2F Union City NJ 07087** | | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | | 1,418.00 | 1,418.00 |
| Total 522 4th Street #2F Union City NJ 07087 | | 0.00 | 1,418.00 | 1,418.00 |
| **522 4th Street #2R Union City NJ 07087** | | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | | 1,296.00 | 1,296.00 |
| Total 522 4th Street #2R Union City NJ 07087 | | 0.00 | 1,296.00 | 1,296.00 |
| **TOTAL** | | 0.00 | 7,430.00 | 7,430.00 |

 **Bank**

America's Most Convenient Bank®        E        STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ  07652

| | |
|---|---|
| Page: | 1 of 11 |
| Statement Period: | Jan 01 2019-Jan 31 2019 |
| Cust Ref #: | ‾ *** |
| Primary Account #: | |

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account #

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 2,742.18 | Average Collected Balance | 2,104.92 |
| Deposits | 4,289.07 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 11,063.43 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 160.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 2,125.00 | | |
| Electronic Payments | 12,744.31 | | |
| Other Withdrawals | 240.00 | | |
| Ending Balance | 3,145.37 | | |

| | Total for this Period | Total Prior Year |
|---|---|---|
| Total Overdraft Fees | $105.00 | $245.00 |
| Total Returned Item Fees (NSF) | $35.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | DEPOSIT | 1,296.00 |
| 01/07 | DEPOSIT | 1,282.00 |
| 01/14 | DEPOSIT | 1,580.00 |
| 01/22 | DEPOSIT | 131.07 |
| | Subtotal: | 4,289.07 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | ACH DEPOSIT, MEDIAVINE INC. EDI PYMNTS ****96004765427 | 478.29 |
| 01/07 | ATM CHECK DEPOSIT, *****30028722247<br>AUT 010719 ATM CHECK DEPOSI<br>1820 CENTRAL PARK AVENUE   YONKERS      * NY | 1,954.00 |
| 01/10 | ATM CHECK DEPOSIT, *****30028722247<br>AUT 011019 ATM CHECK DEPOSI<br>1820 CENTRAL PARK AVENUE   YONKERS      * NY | 1,418.00 |
| 01/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****36654055FDU | 3,466.93 |
| 01/15 | CCD DEPOSIT, STRIPE TRANSFER | 81.26 |
| 01/29 | CCD DEPOSIT, AMAZON.CO1198094 EDI PYMNTS OFA****31675355 | 421.28 |
| 01/31 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****08703822FDU | 3,243.67 |
| | Subtotal: | 11,063.43 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance        3,145.37

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 3 of 11 |
| Statement Period: | Jan 01 2019-Jan 31 2019 |
| Cust Ref #: | |
| Primary Account #: | 03 |

---

## DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/30 | RETURNED ITEM, MOUNT LAUREL TOWNSHIP<br>CHECK# 995018 | 160.00 |
| | Subtotal: | 160.00 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/15 | 139 | 2,125.00 |
| | Subtotal: | 2,125.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | ELECTRONIC PMT-WEB, FPB CR CARD INTERNET    WEB****18868 | 350.00 |
| 01/02 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****39910008744 | 192.70 |
| 01/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 123018 VISA DDA PUR<br>LA FORTALEZA        GARFIELD    * NJ | 124.83 |
| 01/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 123118 VISA DDA PUR<br>SQ  CAFE NUCCIO        YONKERS    * NY | 56.00 |
| 01/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 123118 VISA DDA PUR<br>CONOCO  76 CLIFFSIDE PA    CLIFFSIDE PAR * NJ | 30.00 |
| 01/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 123018 VISA DDA PUR<br>STARBUCKS        800 782 7282  * WA | 25.00 |
| 01/02 | DEBIT CARD PAYMENT, *****30028722247, AUT 123118 VISA DDA PUR<br>UPWORK  215500909REF      165 08534100  * CA | 23.09 |
| 01/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 123118 VISA DDA PUR<br>HIGHRIDGE BAGEL FACTORY    YONKERS      * NY | 18.25 |
| 01/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 123118 VISA DDA PUR<br>AMAZON COM M215Q4DD2      AMZN COM BILL * WA | 10.48 |
| 01/02 | DEBIT POS, *****30028722247, AUT 123118 DDA PURCHASE<br>DISCOUNT WINE AND SPIRIT   WEEHAWKEN    * NJ | 7.50 |
| 01/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 010119 VISA DDA PUR<br>LIBERATED SYNDICATION    412 621 0902  * PA | 7.00 |
| 01/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 010119 VISA DDA PUR<br>LIBERATED SYNDICATION    412 621 0902  * PA | 7.00 |
| 01/02 | DEBIT CARD PURCHASE, *****30028722247, AUT 123118 VISA DDA PUR<br>FACEBK Y9KP7KJ7P2      650 5434800  * CA | 6.96 |
| 01/03 | ELECTRONIC PMT-WEB, PAYPAL ECHECK ****643505549 | 137.50 |
| 01/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 010219 VISA DDA PUR<br>PAYPAL  THRIVETHEME      4029357733   C HE | 75.00 |
| 01/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 010219 VISA DDA PUR<br>TIN S HOUSE        PARAMUS    * NJ | 32.79 |
| 01/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 010219 VISA DDA PUR<br>PAYPAL  FOODBLOGPRO      402 935 7733  * MN | 29.00 |
| 01/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 123118 VISA DDA PUR<br>AMAZON COM MB3WN6CP0      AMZN COM BILL * WA | 24.99 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 4 of 11 |
| Statement Period: | Jan 01 2019-Jan 31 2019 |
| Cust Ref #: | ***** *** |
| Primary Account #: | |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 010219 VISA DDA PUR<br>GOOGLE  GSUITE UNLISTE    CC GOOGLE COM * CA | 20.00 |
| 01/03 | DEBIT CARD PURCHASE, *****30028722247, AUT 010119 VISA DDA PUR<br>HIGHRIDGE BAGEL FACTORY    YONKERS    * NY | 14.00 |
| 01/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 010319 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687 * WA | 634.48 |
| 01/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 010319 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687 * WA | 512.50 |
| 01/04 | DEBIT CARD PAYMENT, *****30028722247, AUT 010319 VISA DDA PUR<br>UPWORK  215848227REF    165 08534100 * CA | 184.95 |
| 01/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 010319 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687 * WA | 166.05 |
| 01/04 | ELECTRONIC PMT-WEB, CREDIT ONE BANK PAYMENT ****312043987 | 75.00 |
| 01/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 010319 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687 * WA | 70.73 |
| 01/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 010319 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687 * WA | 70.73 |
| 01/07 | TD ATM DEBIT, *****30028722247, AUT 010719 DDA WITHDRAW<br>1820 CENTRAL PARK AVENUE    YONKERS    * NY | 100.00 |
| 01/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 010319 VISA DDA PUR<br>DEPOSITPHOTOS INC    954 9900075 * NY | 69.00 |
| 01/07 | DEBIT CARD PAYMENT, *****30028722247, AUT 010419 VISA DDA PUR<br>DNH GODADDY COM    480 5058855 * AZ | 53.86 |
| 01/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 010319 VISA DDA PUR<br>PAYPAL  FIVERR COM    4029357733  I SR | 52.50 |
| 01/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 010419 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 44.64 |
| 01/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 010419 VISA DDA PUR<br>AMAZON SELLER REPAY    AMZN COM BILL * WA | 39.99 |
| 01/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 010319 VISA DDA PUR<br>BURGER KING  5040    BRONX    * NY | 18.05 |
| 01/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 010319 VISA DDA PUR<br>JUST SALAD 325 HUDSON    NEW YORK    * NY | 11.42 |
| 01/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 010419 VISA DDA PUR<br>HALE AND HEARTY SOUPS    NEW YORK    * NY | 10.89 |
| 01/07 | DEBIT CARD PAYMENT, *****30028722247, AUT 010419 VISA DDA PUR<br>INTUIT  QUICKBOOKS SE    800 446 8848 * CA | 5.00 |
| 01/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 010719 VISA DDA PUR<br>PAYPAL  APMEX INC    402 935 7733 * OK | 850.00 |
| 01/08 | DEBIT CARD PAYMENT, *****30028722247, AUT 010819 VISA DDA PUR<br>UPWORK  216580299REF    165 08534100 * CA | 174.58 |
| 01/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 010819 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT  * CA | 103.20 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 5 of 11 |
| Statement Period: | Jan 01 2019-Jan 31 2019 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 010719 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA     PARAMUS     * NJ | 33.76 |
| 01/08 | DEBIT POS, *****30028722247, AUT 010819 DDA PURCHASE<br>STOP   SHOP 0878     PARAMUS     * NJ | 28.99 |
| 01/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 010719 VISA DDA PUR<br>CARVEL          YONKERS     * NY | 23.33 |
| 01/09 | DEBIT CARD PURCHASE, *****30028722247, AUT 010819 VISA DDA PUR<br>DEPOSITPHOTOS INC     954 9900075  * NY | 69.00 |
| 01/09 | DEBIT CARD PURCHASE, *****30028722247, AUT 010819 VISA DDA PUR<br>HUMDINGERS  PARAMUS     PARAMUS     * NJ | 56.32 |
| 01/09 | DEBIT CARD PURCHASE, *****30028722247, AUT 010819 VISA DDA PUR<br>HUMDINGERS  PARAMUS     PARAMUS     * NJ | 54.88 |
| 01/09 | DEBIT CARD PURCHASE, *****30028722247, AUT 010819 VISA DDA PUR<br>DNH GODADDY COM     480 5058855  * AZ | 50.82 |
| 01/09 | DEBIT CARD PURCHASE, *****30028722247, AUT 010819 VISA DDA PUR<br>DUNKIN  338873 Q35     PARAMUS     * NJ | 19.98 |
| 01/09 | DEBIT CARD PURCHASE, *****30028722247, AUT 010819 VISA DDA PUR<br>HUMDINGERS  PARAMUS     PARAMUS     * NJ | 10.64 |
| 01/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 010819 VISA DDA PUR<br>HUMDINGERS  PARAMUS  I   PARAMUS     * NJ | 40.00 |
| 01/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 010819 VISA DDA PUR<br>STARBUCKS          800 782 7282 * WA | 25.00 |
| 01/10 | DEBIT CARD PAYMENT, *****30028722247, AUT 010919 VISA DDA PUR<br>DNH GODADDY COM     480 5058855  * AZ | 16.94 |
| 01/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 010919 VISA DDA PUR<br>HALE AND HEARTY SOUPS     NEW YORK    * NY | 16.06 |
| 01/10 | DEBIT CARD PAYMENT, *****30028722247, AUT 010919 VISA DDA PUR<br>NETFLIX COM          NETFLIX COM  * CA | 11.72 |
| 01/10 | DEBIT CARD PURCHASE, *****30028722247, AUT 010819 VISA DDA PUR<br>HUMDINGERS  PARAMUS  I   PARAMUS     * NJ | 10.00 |
| 01/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 010919 VISA DDA PUR<br>VZWRLSS IVR VE          800 922 0204  * FL | 583.91 |
| 01/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 011119 VISA DDA PUR<br>PAYPAL  JACEINVESTM     VISA DIRECT  * CA | 103.20 |
| 01/11 | DEBIT CARD PAYMENT, *****30028722247, AUT 010919 VISA DDA PUR<br>VERIZON ONETIMEPAYMENT    800 VERIZON  * FL | 64.18 |
| 01/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 011019 VISA DDA PUR<br>SQ  SHAKE SHACK          NEW YORK    * NY | 15.43 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011019 VISA DDA PUR<br>STG PLYMOUTH ROCK     800 437 5556 * NJ | 382.25 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011319 VISA DDA PUR<br>DNH GODADDY COM     480 5058855  * AZ | 168.47 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011219 VISA DDA PUR<br>CITY LIMITS DINER     WHITE PLAINS * NY | 69.71 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 6 of 11 |
| Statement Period: | Jan 01 2019-Jan 31 2019 |
| Cust Ref #: | ~~~~~~~~~~~~ *** |
| Primary Account #: | ~~~~~ |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011119 VISA DDA PUR<br>RANCHO GRANDE          YONKERS     * NY | 68.42 |
| 01/14 | DEBIT CARD PAYMENT, *****30028722247, AUT 011119 VISA DDA PUR<br>DNH GODADDY COM          480 5058855   * AZ | 53.97 |
| 01/14 | DEBIT CARD PAYMENT, *****30028722247, AUT 011219 VISA DDA PUR<br>GLEAM IO             CHELSEA     A US | 49.00 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011219 VISA DDA PUR<br>LA CANASTA RESTAURANT     UNION CITY  * NJ | 39.50 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011219 VISA DDA PUR<br>DELTA PARAMUS          PARAMUS     * NJ | 33.46 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011319 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA     PARAMUS     * NJ | 33.34 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011119 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA     PARAMUS     * NJ | 26.94 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011119 VISA DDA PUR<br>DNH GODADDY COM          480 5058855   * AZ | 25.41 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011119 VISA DDA PUR<br>STARBUCKS             800 782 7282  * WA | 25.00 |
| 01/14 | DEBIT CARD PAYMENT, *****30028722247, AUT 011319 VISA DDA PUR<br>PRIVY COM             HTTPSPRIVY CO * MA | 24.00 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011319 VISA DDA PUR<br>TIN S HOUSE           PARAMUS     * NJ | 21.34 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011119 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA     PARAMUS     * NJ | 17.73 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011219 VISA DDA PUR<br>CITY LIMITS DINER       WHITE PLAINS * NY | 16.95 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011319 VISA DDA PUR<br>PERRY BAGEL CAFE       PARAMUS     * NJ | 12.54 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011119 VISA DDA PUR<br>WENDY S 0115          YONKERS     * NY | 11.09 |
| 01/14 | DEBIT CARD PURCHASE, *****30028722247, AUT 011119 VISA DDA PUR<br>DNH GODADDY COM          480 5058855   * AZ | 8.47 |
| 01/15 | DEBIT CARD PURCHASE, *****30028722247, AUT 011519 VISA DDA PUR<br>PAYPAL TEACHPE151       VISA DIRECT  * CA | 720.60 |
| 01/15 | DEBIT CARD PAYMENT, *****30028722247, AUT 011419 VISA DDA PUR<br>UPWORK 217454119REF     165 08534100 * CA | 389.33 |
| 01/15 | DEBIT CARD PURCHASE, *****30028722247, AUT 011419 VISA DDA PUR<br>UNCLE PAULIE S         MAYWOOD     * NJ | 41.92 |
| 01/15 | DEBIT CARD PURCHASE, *****30028722247, AUT 011319 VISA DDA PUR<br>DAIRY QUEEN 15254       ROCHELLE PARK * NJ | 26.59 |
| 01/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 011519 VISA DDA PUR<br>DNH GODADDY COM          480 5058855   * AZ | 617.41 |
| 01/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 011519 VISA DDA PUR<br>VISTAPR VISTAPRINT COM   866 8936743  * MA | 202.95 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 7 of 11 |
| Statement Period: | Jan 01 2019-Jan 31 2019 |
| Cust Ref #: | |
| Primary Account #: | .93 |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 011519 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR    201 261 7800  * NJ | 41.65 |
| 01/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 011519 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 22.17 |
| 01/16 | DEBIT CARD PURCHASE, *****30028722247, AUT 011419 VISA DDA PUR<br>JUST SALAD 325 HUDSON    NEW YORK   * NY | 13.59 |
| 01/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 011519 VISA DDA PUR<br>24HOUR FITNESS USA INC    800 432 6348  * CA | 155.54 |
| 01/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 011619 VISA DDA PUR<br>GOOGLE  ADS8461536286      CC GOOGLE COM * CA | 82.67 |
| 01/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 011519 VISA DDA PUR<br>ANGELINA S OF TUCKAHOE    TUCKAHOE   * NY | 40.43 |
| 01/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 011619 VISA DDA PUR<br>TIN S HOUSE        PARAMUS    * NJ | 28.75 |
| 01/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 011619 VISA DDA PUR<br>DELTA RT 4        ENGLEWOOD   * NJ | 15.00 |
| 01/17 | DEBIT CARD PURCHASE, *****30028722247, AUT 011519 VISA DDA PUR<br>JUST SALAD 325 HUDSON    NEW YORK   * NY | 13.59 |
| 01/18 | DEBIT CARD PURCHASE, *****30028722247, AUT 011719 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK   * NY | 31.00 |
| 01/18 | DEBIT CARD PAYMENT, *****30028722247, AUT 011619 VISA DDA PUR<br>CONVERTKIT EMAIL        HTTPSCONVERTK * ID | 29.00 |
| 01/18 | DEBIT CARD PURCHASE, *****30028722247, AUT 011619 VISA DDA PUR<br>STARBUCKS        800 782 7282  * WA | 25.00 |
| 01/18 | DEBIT CARD PAYMENT, *****30028722247, AUT 011719 VISA DDA PUR<br>APL ITUNES COM BILL    800 275 2273  * CA | 12.78 |
| 01/18 | DEBIT CARD PAYMENT, *****30028722247, AUT 011719 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 8.47 |
| 01/22 | DEBIT CARD PAYMENT, *****30028722247, AUT 011819 VISA DDA PUR<br>UPWORK  218022706REF      165 08534100  * CA | 184.95 |
| 01/22 | DEBIT CARD PAYMENT, *****30028722247, AUT 012119 VISA DDA PUR<br>UPWORK  218546731REF      165 08534100  * CA | 182.69 |
| 01/22 | DEBIT POS, *****30028722247, AUT 012119 DDA PURCHASE<br>BEDBATH BEYOND  500 EAST   MT VERNON    * NY | 130.04 |
| 01/22 | NONTD ATM DEBIT, *****30028722247, AUT 012119 DDA WITHDRAW<br>RT 4E FORT LEE        FORT LEE   * NJ | 103.00 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 012019 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 89.00 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 011819 VISA DDA PUR<br>DEPOSITPHOTOS INC        954 9900075  * NY | 69.00 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 011919 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA     PARAMUS    * NJ | 46.20 |
| 01/22 | DEBIT CARD PAYMENT, *****30028722247, AUT 011919 VISA DDA PUR<br>DNH GODADDY COM        480 5058855  * AZ | 36.58 |


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 8 of 11 |
| Statement Period: | Jan 01 2019-Jan 31 2019 |
| Cust Ref #: | |
| Primary Account #: | 93 |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 012019 VISA DDA PUR PARAMUS DELTA          PARAMUS      * NJ | 30.00 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 011819 VISA DDA PUR CINEMA DE LUX          YONKERS      * NY | 26.85 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 012019 VISA DDA PUR DAIRY QUEEN  15254      ROCHELLE PARK * NJ | 25.83 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 012019 VISA DDA PUR DNH GODADDY COM      480 5058855  * AZ | 25.41 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 011919 VISA DDA PUR STARBUCKS          800 782 7282  * WA | 25.00 |
| 01/22 | ELECTRONIC PMT-WEB, PAYPAL INST XFER TICKETSATWO | 21.20 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 012119 VISA DDA PUR RALPHY S PIZZA   BREAD    201 880 4333  * NJ | 19.50 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 011819 VISA DDA PUR CINEMA DE LUX          YONKERS      * NY | 14.25 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 011819 VISA DDA PUR ANTHONY FRANCOS PIZZA      PARAMUS      * NJ | 14.23 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 012119 VISA DDA PUR APL  ITUNES COM BILL    866 712 7753  * CA | 12.78 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 011719 VISA DDA PUR JUST SALAD 325 HUDSON      NEW YORK    * NY | 10.11 |
| 01/22 | DEBIT CARD PAYMENT, *****30028722247, AUT 011819 VISA DDA PUR DMCA PROTECTION PRO      VICTORIA NORT C AN | 10.00 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 011919 VISA DDA PUR PERRY BAGEL CAFE          PARAMUS      * NJ | 7.59 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 012019 VISA DDA PUR PERRY BAGEL CAFE          PARAMUS      * NJ | 7.50 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 011819 VISA DDA PUR PARAMUSBOARDOFEDUCATION   201 2617800  * NJ | 4.35 |
| 01/22 | DEBIT CARD PURCHASE, *****30028722247, AUT 011819 VISA DDA PUR ANTHONY FRANCOS PIZZA      PARAMUS      * NJ | 4.00 |
| 01/23 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****39910259099 | 140.00 |
| 01/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 012219 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 01/23 | DEBIT CARD PAYMENT, *****30028722247, AUT 012219 VISA DDA PUR MANYCHAT COM PRO 2500     MANYCHAT COM * CA | 25.00 |
| 01/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 012219 VISA DDA PUR DELTA RT 4          ENGLEWOOD    * NJ | 18.00 |
| 01/23 | DEBIT CARD PAYMENT, *****30028722247, AUT 012219 VISA DDA PUR EFTY B V          GRONINGEN    N LD | 15.00 |
| 01/23 | DEBIT CARD PURCHASE, *****30028722247, AUT 012219 VISA DDA PUR DELTA RT 4          ENGLEWOOD    * NJ | 6.00 |
| 01/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 012319 VISA DDA PUR PFI PARAMUS SCHOOL DISTR   201 261 7800  * NJ | 41.65 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page:                                    9 of 11
Statement Period:    Jan 01 2019-Jan 31 2019
Cust Ref #:
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 012319 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 01/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 012319 VISA DDA PUR ANTHONY FRANCOS PIZZA      PARAMUS     * NJ | 30.48 |
| 01/24 | DEBIT CARD PAYMENT, *****30028722247, AUT 012319 VISA DDA PUR DNH GODADDY COM        480 505 8855  * AZ | 26.93 |
| 01/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 012319 VISA DDA PUR 2CO COM PUSHCREW COM 898   AMSTERDAM    N LD | 25.00 |
| 01/24 | DEBIT CARD PAYMENT, *****30028722247, AUT 012219 VISA DDA PUR APL ITUNES COM BILL       800 275 2273  * CA | 17.05 |
| 01/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 012319 VISA DDA PUR HUDSON FOOD COURT        NEWYORK     * NY | 8.66 |
| 01/24 | DEBIT CARD PURCHASE, *****30028722247, AUT 012219 VISA DDA PUR JUST SALAD 325 HUDSON      NEW YORK    * NY | 6.52 |
| 01/25 | DEBIT CARD PURCHASE, *****30028722247, AUT 012419 VISA DDA PUR VERIZON WRL MY ACCT VE     800 9220204  * CA | 225.00 |
| 01/25 | ACH IAT DEBIT, EDGE22 STUDIOS L IAT PAYPAL ****798134813 | 49.95 |
| 01/25 | DEBIT CARD PAYMENT, *****30028722247, AUT 012419 VISA DDA PUR GRASSHOPPER COM        LOGMEIN COM  * MA | 37.78 |
| 01/25 | DEBIT CARD PURCHASE, *****30028722247, AUT 012419 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 01/25 | DEBIT CARD PURCHASE, *****30028722247, AUT 012319 VISA DDA PUR STARBUCKS          800 782 7282  * WA | 25.00 |
| 01/25 | DEBIT CARD PURCHASE, *****30028722247, AUT 012319 VISA DDA PUR JUST SALAD 325 HUDSON      NEW YORK    * NY | 6.52 |
| 01/25 | DEBIT CARD PURCHASE, *****30028722247, AUT 012419 VISA DDA PUR HALE AND HEARTY SOUPS     NEW YORK    * NY | 5.17 |
| 01/28 | NONTD ATM DEBIT, *****30028722247, AUT 012719 DDA WITHDRAW PARAMUS  FOREST AVEN     PARAMUS     * NJ | 503.00 |
| 01/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 012519 VISA DDA PUR VERIZON WRL MY ACCT VE     800 9220204  * CA | 225.22 |
| 01/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 012519 VISA DDA PUR RANCHO GRANDE          YONKERS     * NY | 68.59 |
| 01/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 012619 VISA DDA PUR GAP OUTLET US 726        PARAMUS     * NJ | 47.98 |
| 01/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 012519 VISA DDA PUR ANTHONY FRANCOS PIZZA      PARAMUS     * NJ | 36.05 |
| 01/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 012619 VISA DDA PUR CINEMA DE LUX          YONKERS     * NY | 34.79 |
| 01/28 | DEBIT CARD PAYMENT, *****30028722247, AUT 012719 VISA DDA PUR IT WORKS MARKETING INC    800 537 2395  * FL | 20.00 |
| 01/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 012519 VISA DDA PUR TEDS NORTH INC          PARAMUS     * NJ | 17.98 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 10 of 11 |
| Statement Period: | Jan 01 2019-Jan 31 2019 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 012519 VISA DDA PUR<br>PARAMUS DELTA           PARAMUS     * NJ | 14.90 |
| 01/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 012619 VISA DDA PUR<br>PERRY BAGEL CAFE       PARAMUS     * NJ | 14.66 |
| 01/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 012719 VISA DDA PUR<br>NETDNA  LLC          WWW MAXCDN CO * CA | 9.00 |
| 01/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 012719 VISA DDA PUR<br>PERRY BAGEL CAFE       PARAMUS     * NJ | 6.59 |
| 01/28 | DEBIT CARD PURCHASE, *****30028722247, AUT 012519 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION    201 2617800  * NJ | 4.35 |
| 01/28 | DEBIT CARD PAYMENT, *****30028722247, AUT 012519 VISA DDA PUR<br>APL ITUNES COM BILL     800 275 2273  * CA | 0.99 |
| 01/29 | TDBANK BILL PAY CHECK,<br>MOUNT LAUREL TOWNSHIP<br>CHECK# 995018 | 160.00 |
| 01/29 | DEBIT POS, *****30028722247, AUT 012919 DDA PURCHASE<br>SHOPRITE TUCKAHOE S1     YONKERS     * NY | 60.00 |
| 01/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 012919 VISA DDA PUR<br>PAYPAL  JACEINVESTM     VISA DIRECT  * CA | 51.75 |
| 01/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 012719 VISA DDA PUR<br>STARBUCKS           800 782 7282  * WA | 25.00 |
| 01/29 | DEBIT CARD PURCHASE, *****30028722247, AUT 012719 VISA DDA PUR<br>MCDONALD S F7454       PARAMUS     * NJ | 4.01 |
| 01/30 | DEBIT CARD PURCHASE, *****30028722247, AUT 012919 VISA DDA PUR<br>SUEZ WATER   NEWJERSEY    800 422 5987  * NJ | 157.00 |
| 01/30 | DEBIT CARD PAYMENT, *****30028722247, AUT 012919 VISA DDA PUR<br>DNH GODADDY COM       480 5058855   * AZ | 45.39 |
| 01/30 | DEBIT CARD PURCHASE, *****30028722247, AUT 012919 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK   * NY | 31.00 |
| 01/30 | DEBIT CARD PAYMENT, *****30028722247, AUT 012919 VISA DDA PUR<br>NETFLIX COM         NETFLIX COM  * CA | 11.72 |
| 01/30 | DEBIT CARD PAYMENT, *****30028722247, AUT 012919 VISA DDA PUR<br>NETFLIX COM         NETFLIX COM  * CA | 11.72 |
| | Subtotal: | 12,744.31 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/24 | DEBIT | 100.00 |
| 01/29 | OVERDRAFT PD | 35.00 |
| 01/30 | OVERDRAFT RET | 35.00 |
| 01/31 | OVERDRAFT PD | 70.00 |
| | Subtotal: | 240.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| Page: | 11 of 11 |
|---|---|
| Statement Period: | Jan 01 2019-Jan 31 2019 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 2,742.18 | 01/16 | 3,336.04 |
| 01/02 | 1,883.37 | 01/17 | 3,000.06 |
| 01/03 | 2,028.38 | 01/18 | 2,893.81 |
| 01/04 | 313.94 | 01/22 | 1,924.82 |
| 01/07 | 4,440.59 | 01/23 | 1,689.82 |
| 01/08 | 3,226.73 | 01/24 | 1,402.53 |
| 01/09 | 2,965.09 | 01/25 | 1,022.11 |
| 01/10 | 4,263.37 | 01/28 | 18.01 |
| 01/11 | 3,496.65 | 01/29 | 103.53 |
| 01/14 | 3,989.06 | 01/30 | -28.30 |
| 01/15 | 4,233.81 | 01/31 | 3,145.37 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

In re Franklin Medina _____          Case No. 18-11629
    Debtor                                      Reporting Period:    1/1/2019

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 Are any post petition real estate taxes past due? | | ✓ |
| 8 Are any other post petition taxes past due? | | ✓ |
| 9 Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | ✓ | |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |