UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina
Debtor

Case No. 18-11629
Reporting Period: 2/1/2019

Social Security # N/A
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  /s/  Franklin Medina     Date     5/3/2019

Signature of Joint Debtor                     Date

5:55 PM
04/24/19
Accrual Basis

# Franklin Medina DIP
## Profit & Loss
### February 2019

|  | Feb 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Advertising Income | 639.23 |
| Amazon Income | 569.30 |
| Employment Income | 6,710.58 |
| Other Income | 361.26 |
| 47400 · Rental Income | 8,832.00 |
| **Total Income** | 17,112.37 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 3,226.72 |
| **Total COGS** | 3,226.72 |
| **Gross Profit** | 13,885.65 |
| **Expense** | |
| Auto Expenses | 25.51 |
| Clothes | 9.99 |
| computer expenses | 2,153.26 |
| Education | 138.30 |
| Entertainment | 238.05 |
| fuel | 96.53 |
| Health and Wellness | 360.88 |
| Internet Expense | 178.36 |
| Miscellaneous Expense | 1,207.52 |
| Mortgage | 1,650.00 |
| Parking | 4.00 |
| Postage | 30.85 |
| processing fees | 4.00 |
| reimbursement expense | 525.58 |
| Subcontractors | 1,331.66 |
| 60000 · Advertising and Promotion | 556.84 |
| 60200 · Automobile Expense | 650.00 |
| 60400 · Bank Service Charges | -5.00 |
| 63300 · Insurance Expense | 223.95 |
| 64300 · Meals and Entertainment | 687.16 |
| 64900 · Office Supplies | 7.00 |
| 66700 · Professional Fees | 1,750.00 |
| 67200 · Repairs and Maintenance | 800.00 |
| 68600 · Utilities | 803.95 |
| **Total Expense** | 13,428.39 |
| **Net Ordinary Income** | 457.26 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70300 · Late Fees Income | 100.00 |
| **Total Other Income** | 100.00 |
| **Net Other Income** | 100.00 |
| **Net Income** | **557.26** |

12:01 PM
04/23/19

# Franklin Medina DIP
## Job Profitability Summary
February 2019

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| **212-214 65th St Apt WestNewYork NJ 07093** | | | |
| Arelis Burgos 212-214 65th St Apt | 0.00 | 2,282.00 | 2,282.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 2,282.00 | 2,282.00 |
| **212-214 65th St P1 WestNewYork NJ 07093** | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P4 WestNewYork NJ 07093** | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **212-214 65th St P5 WestNewYork NJ 07093** | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P6 WestNewYork NJ 07093** | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **212-214 65th St P7 WestNewYork NJ 07093** | | | |
| Tenant 1 212-214 65th St P7 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P7 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P8 WestNewYork NJ 07093** | | | |
| Tenant 2 212-214 65th St P8 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P8 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,282.00 | 1,282.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,282.00 | 1,282.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,104.00 | 1,104.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,104.00 | 1,104.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,418.00 | 1,418.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,418.00 | 1,418.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,296.00 | 1,296.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,296.00 | 1,296.00 |
| **TOTAL** | 0.00 | 8,832.00 | 8,832.00 |



**TD Bank**
America's Most Convenient Bank®         E       STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ  07652

Page: 1 of 9
Statement Period: Feb 01 2019-Feb 28 2019
Cust Ref #:
Primary Account #:               3

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account #             93

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,145.37 | Average Collected Balance | 1,943.86 |
| Deposits | 3,996.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 13,266.85 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 75.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Checks Paid | 2,675.00 | | |
| Electronic Payments | 14,035.59 | | |
| Other Withdrawals | 70.00 | | |
| Ending Balance | 3,702.63 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $140.00 |
| Total Returned Item Fees (NSF) | $35.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | DEPOSIT | 1,282.00 |
| 02/08 | DEPOSIT | 1,418.00 |
| 02/08 | DEPOSIT | 1,296.00 |
| | Subtotal: | 3,996.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | ACH DEPOSIT, VENMO CASHOUT ****434741 | 50.00 |
| 02/01 | ACH DEPOSIT, VENMO VERIFYBAN ****433441 | 0.31 |
| 02/01 | ACH DEPOSIT, VENMO VERIFYBAN ****433446 | 0.17 |
| 02/04 | ACH DEPOSIT, MEDIAVINE INC. EDI PYMNTS ****96005039731 | 639.23 |
| 02/06 | ATM CHECK DEPOSIT, *****30028722247<br>AUT 020619 ATM CHECK DEPOSI<br>275 FOREST AVENUE     PARAMUS    * NJ | 1,954.00 |
| 02/08 | ATM CASH DEPOSIT, *****30028722247<br>AUT 020819 ATM CASH DEPOSIT<br>1400 PALISADE AVENUE    FORT LEE    * NJ | 1,982.00 |
| 02/08 | ATM CHECK DEPOSIT, *****30028722247<br>AUT 020819 ATM CHECK DEPOSI<br>1400 PALISADE AVENUE    FORT LEE    * NJ | 1,000.00 |
| 02/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****09614644FDU | 3,466.91 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:     2 of 9

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance     3,702.63

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

② 
| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  |  |

④ 
| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 9
Statement Period: Feb 01 2019-Feb 28 2019
Cust Ref #:
Primary Account #: ⌣793

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/20 | CCD DEPOSIT, STRIPE TRANSFER | 81.26 |
| 02/21 | ATM CASH DEPOSIT, *****30037388436<br>AUT 022119 ATM CASH DEPOSIT<br>275 FOREST AVENUE   PARAMUS   * NJ | 180.00 |
| 02/26 | ATM CASH DEPOSIT, *****30037388436<br>AUT 022619 ATM CASH DEPOSIT<br>175 VARICK STREET   NEW YORK   * NY | 80.00 |
| 02/26 | ATM CASH DEPOSIT, *****30037388436<br>AUT 022619 ATM CASH DEPOSIT<br>175 VARICK STREET   NEW YORK   * NY | 20.00 |
| 02/28 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****49813627FDU | 3,243.67 |
| 02/28 | CCD DEPOSIT, AMAZON.CO1217316 EDI PYMNTS OFA****33773995 | 569.30 |
| | Subtotal: | 13,266.85 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | RETURNED ITEM | 75.00 |
| | Subtotal: | 75.00 |

### Checks Paid   No. Checks: 4
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 02/11 | 173 | 50.00 | 02/14 | 14762302* | 800.00 |
| 02/22 | 174 | 75.00 | 02/12 | 14762303 | 1,750.00 |
| | | | | Subtotal: | 2,675.00 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | ELECTRONIC PMT-WEB, SN SERVICING DEBIT 582718 | 1,650.00 |
| 02/01 | DEBIT CARD PAYMENT, *****30028722247, AUT 020119 VISA DDA PUR<br>UPWORK 220228068REF   165 08534100   * CA | 487.47 |
| 02/01 | DEBIT CARD PURCHASE, *****30028722247, AUT 013119 VISA DDA PUR<br>FACEBK RSSGKHES72   650 5434800   * CA | 483.84 |
| 02/01 | TD ATM DEBIT, *****30028722247, AUT 020119 DDA WITHDRAW<br>275 FOREST AVENUE   PARAMUS   * NJ | 480.00 |
| 02/01 | DEBIT CARD PAYMENT, *****30028722247, AUT 013119 VISA DDA PUR<br>DNH GODADDY COM   480 5058855   * AZ | 18.46 |
| 02/01 | DEBIT CARD PAYMENT, *****30028722247, AUT 013119 VISA DDA PUR<br>DROPBOX VS32Z6K4RDBP   DROPBOX COM   * CA | 9.99 |
| 02/01 | ELECTRONIC PMT-WEB, VENMO VERIFYBAN ****433454 | 0.31 |
| 02/01 | ELECTRONIC PMT-WEB, VENMO VERIFYBAN ****433458 | 0.17 |
| 02/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 013119 VISA DDA PUR<br>STARBUCKS   800 782 7282   * WA | 25.00 |
| 02/04 | DEBIT CARD PURCHASE, *****30028722247, AUT 013119 VISA DDA PUR<br>WENDYS 005   PARAMUS   * NJ | 10.53 |


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 9
Statement Period: Feb 01 2019-Feb 28 2019
Cust Ref #: _***
Primary Account #: _793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | DEBIT CARD PAYMENT, *****30028722247, AUT 020119 VISA DDA PUR<br>DNH GODADDY COM    480 5058855  * AZ | 8.47 |
| 02/04 | DEBIT CARD PAYMENT, *****30028722247, AUT 020119 VISA DDA PUR<br>LIBERATED SYNDICATION    412 621 0902  * PA | 7.00 |
| 02/04 | DEBIT CARD PAYMENT, *****30028722247, AUT 020119 VISA DDA PUR<br>LIBERATED SYNDICATION    412 621 0902  * PA | 7.00 |
| 02/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 020419 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687 * WA | 367.98 |
| 02/05 | DEBIT CARD PAYMENT, *****30028722247, AUT 020419 VISA DDA PUR<br>UPWORK  220837845REF    165 08534100 * CA | 202.41 |
| 02/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 020519 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT * CA | 41.46 |
| 02/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 020419 VISA DDA PUR<br>HALE AND HEARTY SOUPS    NEW YORK * NY | 10.89 |
| 02/05 | DEBIT CARD PURCHASE, *****30028722247, AUT 020419 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS * NJ | 10.00 |
| 02/05 | DEBIT CARD PAYMENT, *****30028722247, AUT 020419 VISA DDA PUR<br>INTUIT  QUICKBOOKS SE    800 446 8848 * CA | 10.00 |
| 02/07 | DEBIT CARD PURCHASE, *****30028722247, AUT 020719 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT * CA | 206.10 |
| 02/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 020719 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687 * WA | 1,145.95 |
| 02/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 020719 VISA DDA PUR<br>DNH GODADDY COM    480 5058855 * AZ | 103.16 |
| 02/08 | ELECTRONIC PMT-WEB, FPB CR CARD INTERNET    WEB****78436 | 68.87 |
| 02/08 | DEBIT CARD PAYMENT, *****30028722247, AUT 020719 VISA DDA PUR<br>HLU HULU 220006347870 U    HULU COM BILL * CA | 39.99 |
| 02/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 020719 VISA DDA PUR<br>AMZN MKTP US MI4VG6FM0 A    AMZN COM BILL * WA | 35.96 |
| 02/08 | ELECTRONIC PMT-WEB, CREDIT ONE BANK PAYMENT ****319234575 | 25.00 |
| 02/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 020719 VISA DDA PUR<br>GOOGLE  GSUITE UNLISTE    CC GOOGLE COM * CA | 23.57 |
| 02/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 020719 VISA DDA PUR<br>HALE AND HEARTY SOUPS    NEW YORK * NY | 10.89 |
| 02/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 020719 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS * NJ | 10.00 |
| 02/08 | DEBIT CARD PURCHASE, *****30028722247, AUT 020619 VISA DDA PUR<br>AMAZON COM MI9RQ6FS0    AMZN COM BILL * WA | 7.75 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 020919 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687 * WA | 123.00 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 021119 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT * CA | 103.20 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 021019 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS * NJ | 64.20 |


**TD Bank**
America's Most Convenient Bank®

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

STATEMENT OF ACCOUNT

Page: 5 of 9
Statement Period:  Feb 01 2019-Feb 28 2019
Cust Ref #:
Primary Account #:  93

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 020919 VISA DDA PUR<br>NOCHES DE COLOMBIA 354    FAIRVIEW    * NJ | 57.60 |
| 02/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 021119 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT  * CA | 56.90 |
| 02/11 | DEBIT CARD PAYMENT, *****30028722247, AUT 020819 VISA DDA PUR<br>24 HOUR FITNESS USA  I    800 4326348  * CA | 46.58 |
| 02/11 | DEBIT POS, *****30037388436, AUT 021119 DDA PURCHASE<br>USPS PO 3 33 E MIDLAND    PARAMUS    * NJ | 30.85 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 021019 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 30.00 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 021019 VISA DDA PUR<br>DAIRY QUEEN  15254    ROCHELLE PARK * NJ | 25.81 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 020919 VISA DDA PUR<br>CENTRAL AVE CARWASH INC    YONKERS    * NY | 25.51 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 020719 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 020919 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 020819 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR    201 261 7800 * NJ | 21.65 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 020919 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 20.21 |
| 02/11 | DEBIT CARD PAYMENT, *****30028722247, AUT 020919 VISA DDA PUR<br>NETFLIX COM    NETFLIX COM  * CA | 11.72 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 020819 VISA DDA PUR<br>HUDSON FOOD COURT    NEWYORK    * NY | 8.66 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 021019 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 7.92 |
| 02/11 | DEBIT CARD PURCHASE, *****30028722247, AUT 020819 VISA DDA PUR<br>PAYPAL  FIVERR COM    4029357733    I SR | 7.00 |
| 02/12 | ACH DEBIT, PLYMOUTH ROCK P&CMONTHLY HPA****2617577 | 223.95 |
| 02/12 | DEBIT CARD PURCHASE, *****30028722247, AUT 021019 VISA DDA PUR<br>SKY ZONE  ALLENDALE    ALLENDALE    * NJ | 143.94 |
| 02/12 | NONTD ATM DEBIT, *****30037388436, AUT 021219 DDA WITHDRAW<br>RT 4E FORT LEE    FORT LEE    * NJ | 103.00 |
| 02/12 | DEBIT CARD PAYMENT, *****30028722247, AUT 021119 VISA DDA PUR<br>UPWORK  221996867REF    165 08534100  * CA | 88.30 |
| 02/12 | DEBIT CARD PAYMENT, *****30028722247, AUT 021119 VISA DDA PUR<br>DNH GODADDY COM    480 5058855  * AZ | 53.97 |
| 02/12 | DEBIT POS, *****30037388436, AUT 021219 DDA PURCHASE<br>CVS PHARM 10166  1703    YONKERS    * NY | 27.27 |
| 02/13 | DEBIT CARD PURCHASE, *****30037388436, AUT 021219 VISA DDA PUR<br>PAYPAL  APMEX INC    402 935 7733  * OK | 2,187.12 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 9
Statement Period: Feb 01 2019-Feb 28 2019
Cust Ref #:
Primary Account #: J793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/13 | DEBIT CARD PURCHASE, *****30037388436, AUT 021219 VISA DDA PUR<br>GLEAM IO              MORNINGTON    A US | 49.00 |
| 02/13 | DEBIT CARD PURCHASE, *****30037388436, AUT 021219 VISA DDA PUR<br>SPEEDWAY 03493         FORT LEE      * NJ | 16.73 |
| 02/13 | DEBIT CARD PURCHASE, *****30028722247, AUT 021119 VISA DDA PUR<br>DIG INN SEASONAL MARKET    NEW YORK    * NY | 12.65 |
| 02/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 021519 VISA DDA PUR<br>PAYPAL  TEACHPE151      VISA DIRECT  * CA | 720.60 |
| 02/15 | NONTD ATM DEBIT, *****30037388436, AUT 021519 DDA WITHDRAW<br>RT 4E FORT LEE         FORT LEE       * NJ | 103.00 |
| 02/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 021419 VISA DDA PUR<br>JACQUES TORRES CHOCOLA    NEW YORK    * NY | 98.71 |
| 02/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 021419 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800 * NJ | 41.65 |
| 02/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 021419 VISA DDA PUR<br>PRIVY COM             HTTPSPRIVY CO * MA | 24.00 |
| 02/19 | ELECTRONIC PMT-WEB, TOYOTA/LEXUS ONLINE PMT CKF****83404POS | 650.00 |
| 02/19 | TD ATM DEBIT, *****30037388436, AUT 021919 DDA WITHDRAW<br>1820 CENTRAL PARK AVENUE   YONKERS      * NY | 440.00 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021519 VISA DDA PUR<br>PAYPAL  IMOTY2004      402 935 7733 * CA | 319.00 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021519 VISA DDA PUR<br>PAID TO PSE G NJ       800 436 7734 * NJ | 303.95 |
| 02/19 | ELECTRONIC PMT-WEB, SUEZ WATER SAMEDAYPMT CKF****83404POS | 300.00 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021819 VISA DDA PUR<br>APPLE PAY  SENT MONEY    1INFINITELOOP * CA | 200.00 |
| 02/19 | ELECTRONIC PMT-WEB, SUEZ WATER SAMEDAYPMT CKF****83404POS | 200.00 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021619 VISA DDA PUR<br>24 HOUR FITNESS  616     PARAMUS      * NJ | 188.04 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021419 VISA DDA PUR<br>HOULIHAN S  232         RAMSEY       * NJ | 106.59 |
| 02/19 | DEBIT POS, *****30037388436, AUT 021719 DDA PURCH W/CB<br>CVS PHARM 05300  1000      PARAMUS       * NJ | 48.99 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021619 VISA DDA PUR<br>MILLER S ALE HOUSE 062    PARAMUS      * NJ | 38.29 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021519 VISA DDA PUR<br>LEFTERIS GYRO PLUS       YONKERS      * NY | 36.34 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021519 VISA DDA PUR<br>STARBUCKS STORE 11649     NEW YORK    * NY | 25.00 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021519 VISA DDA PUR<br>PAYPAL  TICKETSATWO     402 935 7733 * FL | 21.20 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021519 VISA DDA PUR<br>PAYPAL  TICKETSATWO     402 935 7733 * FL | 21.20 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 9
Statement Period: Feb 01 2019-Feb 28 2019
Cust Ref #:
Primary Account #: ____9793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021619 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 14.80 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021619 VISA DDA PUR<br>AIRMONT DINER    SUFFERN    * NY | 13.51 |
| 02/19 | DEBIT POS, *****30037388436, AUT 021619 DDA PURCHASE<br>MARSHALLS 545 N RTE 17    PARAMUS    * NJ | 9.99 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021719 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 9.20 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021719 VISA DDA PUR<br>PAYPAL  FIVERR COM    4029357733   I SR | 7.00 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021519 VISA DDA PUR<br>JUST SALAD 325 HUDSON    NEW YORK    * NY | 6.52 |
| 02/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 021519 VISA DDA PUR<br>ABM PARKING N OTIS GARAG    YONKERS    * NY | 4.00 |
| 02/19 | SAMEDAYFEE, SAME DAY BILLPMT SAMEDAYFEE CKF****83404POS | 2.00 |
| 02/19 | SAMEDAYFEE, SAME DAY BILLPMT SAMEDAYFEE CKF****83404POS | 2.00 |
| 02/20 | DEBIT CARD PAYMENT, *****30037388436, AUT 022019 VISA DDA PUR<br>UPWORK  223529941REF    165 08534100  * CA | 553.48 |
| 02/20 | DEBIT CARD PURCHASE, *****30037388436, AUT 021919 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 24.23 |
| 02/20 | DEBIT CARD PURCHASE, *****30037388436, AUT 021919 VISA DDA PUR<br>PAYPAL  SCREENCASTI    402 935 7733  * CA | 24.00 |
| 02/20 | DEBIT CARD PURCHASE, *****30037388436, AUT 021819 VISA DDA PUR<br>MILLER S ALE HOUSE 062    PARAMUS    * NJ | 12.06 |
| 02/21 | DEBIT CARD PURCHASE, *****30037388436, AUT 021919 VISA DDA PUR<br>STARBUCKS STORE 11649    NEW YORK    * NY | 25.00 |
| 02/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 022119 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 15.00 |
| 02/25 | DEBIT CARD PAYMENT, *****30037388436, AUT 022119 VISA DDA PUR<br>VERIZON ONETIMEPAYMENT    800 VERIZON    * FL | 178.36 |
| 02/26 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****39910022222 | 25.00 |
| 02/28 | DEBIT CARD PURCHASE, *****30037388436, AUT 022819 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT  * CA | 117.92 |
| | Subtotal: | 14,035.59 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | OVERDRAFT RET | 35.00 |
| 02/26 | OVERDRAFT PD | 35.00 |
| | Subtotal: | 70.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 9
Statement Period: Feb 01 2019-Feb 28 2019
Cust Ref #: -03? ?***
Primary Account #: 0793

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 3,145.37 | 02/14 | 1,062.12 |
| 02/01 | 65.61 | 02/15 | 3,541.07 |
| 02/04 | 646.84 | 02/19 | 573.45 |
| 02/05 | 4.10 | 02/20 | 40.94 |
| 02/06 | 1,958.10 | 02/21 | 195.94 |
| 02/07 | 3,034.00 | 02/22 | 105.94 |
| 02/08 | 7,258.86 | 02/25 | -32.42 |
| 02/11 | 6,518.05 | 02/26 | 7.58 |
| 02/12 | 4,127.62 | 02/28 | 3,702.63 |
| 02/13 | 1,862.12 | | |



**TD Bank**
America's Most Convenient Bank®

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

STATEMENT OF ACCOUNT

Page: 9 of 9
Statement Period: Feb 01 2019-Feb 28 2019
Cust Ref #:
Primary Account #:

| #173 | 02/11 | $50.00 | #174 | 02/22 | $75.00 |
| #14762302 | 02/14 | $800.00 | #14762303 | 02/12 | $1,750.00 |

In re Franklin Medina    Case No. 18-11629
Debtor    Reporting Period: 2/1/2019

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | | ✓ |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | ✓ | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

FORM MOR-8 (INDV)
2/2008
PAGE 1 OF 1