UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina
Debtor

Case No. 18-11629
Reporting Period: 3/1/2019

Social Security # N/A
(last 4 digits only)

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  /s/  Franklin Medina        Date  5/3/2019

Signature of Joint Debtor        Date

FORM MOR (INDV)
2/2008
PAGE 1 OF 1

5:56 PM
04/24/19
Accrual Basis

# Franklin Medina DIP
# Profit & Loss
### March 2019

|  | Mar 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Advertising Income | 635.18 |
| Amazon Income | 438.65 |
| Employment Income | 6,710.59 |
| Other Income | 101.26 |
| 47400 · Rental Income | 7,741.00 |
| **Total Income** | 15,626.68 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 1,980.89 |
| **Total COGS** | 1,980.89 |
| **Gross Profit** | 13,645.79 |
| **Expense** | |
| Auto Expenses | 75.27 |
| Clothes | 290.90 |
| computer expenses | 2,803.84 |
| Education | 212.05 |
| Entertainment | 94.59 |
| fuel | 150.00 |
| Health and Wellness | 619.72 |
| Internet Expense | 67.18 |
| Miscellaneous Expense | 755.52 |
| Parking | 116.00 |
| Postage | 178.83 |
| reimbursement expense | 861.92 |
| Subcontractors | 1,922.98 |
| Telephone for Business | 130.00 |
| 437 · Hartford Rd property taxes | 160.00 |
| 60000 · Advertising and Promotion | 431.46 |
| 60400 · Bank Service Charges | 175.00 |
| 63300 · Insurance Expense | 1,373.76 |
| 64300 · Meals and Entertainment | 1,903.09 |
| 67200 · Repairs and Maintenance | 789.03 |
| 68100 · Telephone Expense | 471.01 |
| **Total Expense** | 13,579.15 |
| **Net Ordinary Income** | 66.64 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70300 · Late Fees Income | 100.00 |
| **Total Other Income** | 100.00 |
| **Net Other Income** | 100.00 |
| **Net Income** | **166.64** |

12:01 PM
04/23/19

# Franklin Medina DIP
## Job Profitability Summary
### March 2019

|  | Act. Cost | Act. Revenue | ($) Diff. |
|---|---:|---:|---:|
| **212-214 65th St Apt WestNewYork NJ 07093** | | | |
| Arelis Burgos 212-214 65th St Apt | 0.00 | 1,716.00 | 1,716.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 1,716.00 | 1,716.00 |
| **212-214 65th St P1 WestNewYork NJ 07093** | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P4 WestNewYork NJ 07093** | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **212-214 65th St P6 WestNewYork NJ 07093** | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,282.00 | 1,282.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,282.00 | 1,282.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,104.00 | 1,104.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,104.00 | 1,104.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,418.00 | 1,418.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,418.00 | 1,418.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,296.00 | 1,296.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,296.00 | 1,296.00 |
| **TOTAL** | 0.00 | 7,741.00 | 7,741.00 |


**Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ  07652

Page:                    1 of 13
Statement Period:        Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,702.63 | Average Collected Balance | 1,738.06 |
| Deposits | 3,996.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 11,887.68 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 789.03 | Days in Period | 31 |
| Electronic Payments | 14,753.01 | | |
| Other Withdrawals | 175.00 | | |
| Ending Balance | 3,869.27 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $175.00 | $315.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/06 | DEPOSIT | 1,296.00 |
| 03/08 | DEPOSIT | 1,418.00 |
| 03/11 | DEPOSIT | 1,282.00 |
| | Subtotal: | 3,996.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | ACH DEPOSIT, MEDIAVINE INC. EDI PYMNTS ****96005320339 | 635.18 |
| 03/07 | ACH DEPOSIT, VENMO CASHOUT ****697138 | 130.00 |
| 03/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****09193349FDU | 3,466.91 |
| 03/18 | ATM CHECK DEPOSIT, *****30037388436<br>AUT 031819 ATM CHECK DEPOSI<br>175 VARICK STREET     NEW YORK     * NY | 986.00 |
| 03/18 | ATM CASH DEPOSIT, *****30037388436<br>AUT 031819 ATM CASH DEPOSIT<br>175 VARICK STREET     NEW YORK     * NY | 730.00 |
| 03/18 | ATM CHECK DEPOSIT, *****30037388436<br>AUT 031819 ATM CHECK DEPOSI<br>175 VARICK STREET     NEW YORK     * NY | 175.00 |
| 03/22 | DEBIT CARD CREDIT, *****30037388436, AUT 032219 VISA DDA REF<br>MELALEUCA ORDER     800 282 3000  * ID | 9.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    3,869.27
② Total Deposits    +
③ Sub Total
④ Total Withdrawals    -
⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 13
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/22 | DEBIT CARD CREDIT, *****30037388436, AUT 032219 VISA DDA REF MELALEUCA ORDER    800 282 3000  * ID | 9.00 |
| 03/22 | DEBIT CARD CREDIT, *****30037388436, AUT 032219 VISA DDA REF MELALEUCA ORDER    800 282 3000  * ID | 9.00 |
| 03/25 | ATM CASH DEPOSIT, *****30037388436 AUT 032519 ATM CASH DEPOSIT 175 VARICK STREET    NEW YORK    * NY | 20.00 |
| 03/26 | ATM CHECK DEPOSIT, *****30037388436 AUT 032619 ATM CHECK DEPOSI 275 FOREST AVENUE    PARAMUS    * NJ | 1,954.00 |
| 03/29 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****10542974FDU | 3,243.68 |
| 03/29 | CCD DEPOSIT, AMAZON.CO1235136 EDI PYMNTS FCS****80063732 | 438.65 |
| 03/29 | CCD DEPOSIT, STRIPE TRANSFER | 81.26 |
| | Subtotal: | 11,887.68 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/18 | 14762304 | 789.03 |
| | Subtotal: | 789.03 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | TDBANK BILL PAY CHECK, MOUNT LAUREL TOWNSHIP CHECK# 995019 | 160.00 |
| 03/01 | DEBIT CARD PAYMENT, *****30037388436, AUT 030119 VISA DDA PUR UPWORK  224907920REF    165 08534100  * CA | 145.57 |
| 03/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 022819 VISA DDA PUR MELALEUCA ORDER    800 282 3000  * ID | 76.82 |
| 03/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 022819 VISA DDA PUR TIN S HOUSE    PARAMUS    * NJ | 35.09 |
| 03/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 022819 VISA DDA PUR HUDSON FOOD COURT    NEWYORK    * NY | 11.70 |
| 03/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 022819 VISA DDA PUR PARAMUS DELTA    PARAMUS    * NJ | 10.00 |
| 03/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 022819 VISA DDA PUR PAYPAL  MOBILESPHER SLY    402 935 7733  * CA | 10.00 |
| 03/01 | DEBIT CARD PAYMENT, *****30037388436, AUT 022819 VISA DDA PUR DROPBOX 918MG5VZDHFR    888 4468396  * CA | 9.99 |
| 03/04 | DEBIT POS, *****30037388436, AUT 030419 DDA PURCHASE PEARLAND BROKERAGE INC    NEW YORK CITY * NY | 704.26 |
| 03/04 | ELECTRONIC PMT-TEL, VZ WIRELESS VE E CHECK 5706434 | 471.01 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030319 VISA DDA PUR FACEBK 5DCXFJNS72    650 5434800  * CA | 321.46 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 13
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/04 | DEBIT POS, *****30037388436, AUT 030219 DDA PURCHASE<br>THE UPS STORE 0923 29    ORADELL    * NJ | 149.28 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030219 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT  * CA | 103.20 |
| 03/04 | TD ATM DEBIT, *****30037388436, AUT 030219 DDA WITHDRAW<br>1400 PALISADE AVENUE    FORT LEE    * NJ | 100.00 |
| 03/04 | DEBIT CARD PAYMENT, *****30037388436, AUT 030219 VISA DDA PUR<br>BIGSCOOTS  INC    WWW BIGSCOOTS * FL | 94.65 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030219 VISA DDA PUR<br>DOS CAMINOS MP    NEW YORK    * NY | 93.83 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030119 VISA DDA PUR<br>PAYPAL  MOBILESPHER SLY    402 935 7733  * CA | 60.00 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030119 VISA DDA PUR<br>DNH GODADDY COM    480 5058855   * AZ | 58.74 |
| 03/04 | DEBIT CARD PAYMENT, *****30037388436, AUT 030119 VISA DDA PUR<br>24 HOUR FITNESS USA  I    800 4326348   * CA | 47.01 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030219 VISA DDA PUR<br>TROYS LIQUOR BAR    NEW YORK    * NY | 47.00 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030119 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR    201 261 7800  * NJ | 41.65 |
| 03/04 | DEBIT POS, *****30037388436, AUT 030319 DDA PURCHASE<br>SHOPRITE ROCHELLEPK S1    ROCHELLE PARK * NJ | 32.37 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 022819 VISA DDA PUR<br>STARBUCKS STORE 11649    NEW YORK    * NY | 30.00 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030119 VISA DDA PUR<br>IHOP 3305    YONKERS    * NY | 27.29 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030319 VISA DDA PUR<br>DAIRY QUEEN  15254    ROCHELLE PARK * NJ | 26.91 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030219 VISA DDA PUR<br>GOOGLE  GSUITE UNLISTE    CC GOOGLE COM * CA | 20.35 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030219 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 20.00 |
| 03/04 | DEBIT CARD PAYMENT, *****30037388436, AUT 030119 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753  * CA | 17.05 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030219 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 12.22 |
| 03/04 | DEBIT CARD PAYMENT, *****30037388436, AUT 030319 VISA DDA PUR<br>NETFLIX COM    NETFLIX COM  * CA | 11.72 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030319 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 9.72 |
| 03/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 030119 VISA DDA PUR<br>GRASSY SPRAIN PHARMACY    YONKERS    * NY | 7.69 |
| 03/05 | DEBIT CARD PAYMENT, *****30037388436, AUT 030419 VISA DDA PUR<br>UPWORK  225540933REF    165 08534100  * CA | 177.24 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 13
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/05 | DEBIT CARD PURCHASE, *****30037388436, AUT 030319 VISA DDA PUR  24 HOUR FITNESS 616     CARLSBAD    * CA | 114.08 |
| 03/05 | DEBIT CARD PURCHASE, *****30037388436, AUT 030319 VISA DDA PUR  CASUAL HABANA CAFE      NEW MILFORD   * NJ | 98.37 |
| 03/05 | ELECTRONIC PMT-WEB, FPB CR CARD INTERNET    WEB****10258 | 67.33 |
| 03/05 | DEBIT CARD PURCHASE, *****30037388436, AUT 030419 VISA DDA PUR  PAYPAL  MOBILESPHER SLY    402 935 7733 * CA | 60.00 |
| 03/05 | DEBIT CARD PURCHASE, *****30037388436, AUT 030319 VISA DDA PUR  2COCOM PUSHCREW COM      888 2471614  * GA | 26.66 |
| 03/05 | ELECTRONIC PMT-WEB, CREDIT ONE BANK PAYMENT ****325115614 | 25.00 |
| 03/05 | DEBIT CARD PURCHASE, *****30037388436, AUT 030419 VISA DDA PUR  EONS          PARAMUS     * NJ | 14.33 |
| 03/05 | DEBIT CARD PURCHASE, *****30037388436, AUT 030119 VISA DDA PUR  CALLFIRE COM       877 8973473  * CA | 4.00 |
| 03/06 | DEBIT CARD PURCHASE, *****30037388436, AUT 030519 VISA DDA PUR  CONVERTKIT EMAIL      HTTPSCONVERTK * ID | 149.00 |
| 03/06 | DEBIT CARD PURCHASE, *****30037388436, AUT 030419 VISA DDA PUR  PARAMUS RECREATION      201 265 2100 * NJ | 41.10 |
| 03/06 | DEBIT CARD PURCHASE, *****30037388436, AUT 030419 VISA DDA PUR  STARBUCKS          800 782 7282  * WA | 25.00 |
| 03/06 | DEBIT CARD PURCHASE, *****30037388436, AUT 030519 VISA DDA PUR  CARVEL           YONKERS    * NY | 17.03 |
| 03/06 | DEBIT CARD PURCHASE, *****30037388436, AUT 030519 VISA DDA PUR  DELTA RT 4           ENGLEWOOD   * NJ | 10.00 |
| 03/07 | DEBIT CARD PURCHASE, *****30037388436, AUT 030619 VISA DDA PUR  NAMEJET 425 974 4687     425 974 4687  * WA | 305.45 |
| 03/07 | DEBIT CARD PURCHASE, *****30037388436, AUT 030619 VISA DDA PUR  NAMEJET 425 974 4687     425 974 4687  * WA | 302.38 |
| 03/07 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****202746 | 230.00 |
| 03/07 | DEBIT CARD PURCHASE, *****30037388436, AUT 030619 VISA DDA PUR  NAMEJET 425 974 4687     425 974 4687  * WA | 194.75 |
| 03/07 | DEBIT CARD PURCHASE, *****30037388436, AUT 030619 VISA DDA PUR  NAMEJET 425 974 4687     425 974 4687  * WA | 102.50 |
| 03/07 | DEBIT CARD PURCHASE, *****30037388436, AUT 030619 VISA DDA PUR  NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 03/07 | DEBIT CARD PURCHASE, *****30037388436, AUT 030619 VISA DDA PUR  NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 03/07 | DEBIT CARD PURCHASE, *****30037388436, AUT 030619 VISA DDA PUR  NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 03/07 | DEBIT CARD PURCHASE, *****30037388436, AUT 030619 VISA DDA PUR  PARAMUS DELTA       PARAMUS    * NJ | 30.00 |
| 03/07 | DEBIT POS, *****30037388436, AUT 030719 DDA PURCHASE  USPS PO 3 33 E MIDLAND     PARAMUS    * NJ | 27.80 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 13
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | DEBIT CARD PURCHASE, *****30037388436, AUT 030619 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 23.90 |
| 03/07 | DEBIT CARD PURCHASE, *****30037388436, AUT 030519 VISA DDA PUR<br>DIG INN SEASONAL MARKET    NEW YORK    * NY | 13.00 |
| 03/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 030819 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT  * CA | 103.20 |
| 03/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 030719 VISA DDA PUR<br>PAYPAL  IWRITER    402 935 7733  * CA | 66.00 |
| 03/08 | DEBIT CARD PAYMENT, *****30037388436, AUT 030719 VISA DDA PUR<br>HLU HULU 220006349434  U    HULU COM BILL * CA | 44.99 |
| 03/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 030719 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 15.00 |
| 03/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 030719 VISA DDA PUR<br>CARVEL    YONKERS    * NY | 12.35 |
| 03/11 | NONTD ATM DEBIT, *****30037388436, AUT 030819 DDA WITHDRAW<br>RT 4E FORT LEE    FORT LEE    * NJ | 103.00 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 030819 VISA DDA PUR<br>PAYPAL  IWRITER    402 935 7733  * CA | 66.00 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 031019 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 60.25 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 030919 VISA DDA PUR<br>BELLA LUNA    NEW YORK    * NY | 57.74 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 031019 VISA DDA PUR<br>CITYMD  NJ7    PARAMUS    * NJ | 50.00 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 030919 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 38.23 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 030719 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 030819 VISA DDA PUR<br>TIN S HOUSE    PARAMUS    * NJ | 24.33 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 030919 VISA DDA PUR<br>CARVEL    YONKERS    * NY | 23.23 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 030919 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 22.65 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 030819 VISA DDA PUR<br>KFC  J235021    YONKERS    * NY | 18.49 |
| 03/11 | DEBIT POS, *****30037388436, AUT 031119 DDA PURCHASE<br>HUDSON SQUARE PHARMACY    NEW YORK    * NY | 16.31 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 031019 VISA DDA PUR<br>DAIRY QUEEN  15254    ROCHELLE PARK * NJ | 16.04 |
| 03/11 | DEBIT CARD PAYMENT, *****30037388436, AUT 031019 VISA DDA PUR<br>NETFLIX COM    NETFLIX COM   * CA | 13.85 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 030919 VISA DDA PUR<br>BROADWAY BRIDGE CARWAS    NEW YORK    * NY | 10.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 13
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 031019 VISA DDA PUR<br>CVS PHARMACY 05300       PARAMUS     * NJ | 9.23 |
| 03/11 | DEBIT POS, *****30037388436, AUT 031019 DDA PURCHASE<br>CVS PHARMACY 05 05300    PARAMUS     * NJ | 8.69 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 030819 VISA DDA PUR<br>CALLFIRE COM           877 8973473   * CA | 4.00 |
| 03/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 030919 VISA DDA PUR<br>NYCDOT PARKING METERS     LONG IS CITY * NY | 2.50 |
| 03/11 | DEBIT POS, *****30037388436, AUT 030919 DDA PURCHASE<br>USPS KIOSK 33633 33 E MI    PARAMUS     * NJ | 1.75 |
| 03/12 | ACH DEBIT, PLYMOUTH ROCK P&CMONTHLY HPA****2617577 | 669.50 |
| 03/12 | DEBIT CARD PAYMENT, *****30037388436, AUT 031119 VISA DDA PUR<br>UPWORK 226731613REF     165 08534100 * CA | 195.35 |
| 03/12 | DEBIT POS, *****30037388436, AUT 031219 DDA PURCHASE<br>SHOPRITE TUCKAHOE S1     YONKERS    * NY | 116.28 |
| 03/12 | DEBIT CARD PURCHASE, *****30037388436, AUT 031119 VISA DDA PUR<br>PAYPAL CLOUDINARY      4029357733  I SR | 40.00 |
| 03/12 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****484707 | 23.00 |
| 03/12 | DEBIT CARD PURCHASE, *****30037388436, AUT 030919 VISA DDA PUR<br>FAMOUS PEPPINOS        YONKERS    * NY | 10.88 |
| 03/13 | DEBIT CARD PURCHASE, *****30037388436, AUT 031219 VISA DDA PUR<br>NAMEJET 425 974 4687    425 974 4687 * WA | 70.73 |
| 03/13 | DEBIT CARD PURCHASE, *****30037388436, AUT 031219 VISA DDA PUR<br>PAYPAL IWRITER       402 935 7733 * CA | 66.00 |
| 03/13 | DEBIT CARD PURCHASE, *****30037388436, AUT 031119 VISA DDA PUR<br>BROADWAY BRIDGE CARWAS    NEW YORK    * NY | 65.27 |
| 03/13 | DEBIT CARD PAYMENT, *****30037388436, AUT 031219 VISA DDA PUR<br>GLEAM IO           MORNINGTON  A US | 49.00 |
| 03/13 | DEBIT CARD PURCHASE, *****30037388436, AUT 031319 VISA DDA PUR<br>PAYPAL JACEINVESTM      VISA DIRECT * CA | 41.46 |
| 03/13 | DEBIT CARD PURCHASE, *****30037388436, AUT 031119 VISA DDA PUR<br>ALBERTO MOFONGO       NEW YORK    * NY | 28.90 |
| 03/13 | DEBIT CARD PURCHASE, *****30037388436, AUT 031119 VISA DDA PUR<br>STARBUCKS          800 782 7282 * WA | 25.00 |
| 03/14 | ACH DEBIT, FIRST PREMIER PAYMENT ****0    4095 | 49.00 |
| 03/14 | DEBIT CARD PURCHASE, *****30037388436, AUT 031319 VISA DDA PUR<br>WEBWATCHER888 682 9501   BRISTOL    G BR | 39.95 |
| 03/14 | DEBIT CARD PURCHASE, *****30037388436, AUT 031219 VISA DDA PUR<br>ANGELINA S OF TUCKAHOE   TUCKAHOE   * NY | 25.33 |
| 03/14 | DEBIT CARD PAYMENT, *****30037388436, AUT 031319 VISA DDA PUR<br>PRIVY COM          HTTPSPRIVY CO * MA | 24.00 |
| 03/14 | DEBIT CARD PURCHASE, *****30037388436, AUT 031219 VISA DDA PUR<br>DIG INN SEASONAL MARKET   NEW YORK   * NY | 15.00 |

Case 18-11629-RG    Doc 83    Filed 05/07/19    Entered 05/07/19 09:59:56    Desc Main
Document    Page 11 of 17



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 13
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/14 | DEBIT CARD PURCHASE, *****30037388436, AUT 031319 VISA DDA PUR<br>DELTA RT 4          ENGLEWOOD    * NJ | 10.00 |
| 03/15 | DEBIT CARD PAYMENT, *****30037388436, AUT 031319 VISA DDA PUR<br>VERIZON ONETIMEPAY      VERIZON COM   * FL | 64.18 |
| 03/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 031319 VISA DDA PUR<br>AWARENESS TECHNOLOGIES    310 8224460   * CT | 59.95 |
| 03/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 031419 VISA DDA PUR<br>PAYPAL  JACEINVESTM     VISA DIRECT   * CA | 51.75 |
| 03/15 | DEBIT POS, *****30037388436, AUT 031519 DDA PURCHASE<br>STEVEN Y TENNENBAUM MD     TEANECK     * NJ | 50.00 |
| 03/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 031419 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR    201 261 7800  * NJ | 41.65 |
| 03/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 031519 VISA DDA PUR<br>PAYPAL  STACIKARIN     VISA DIRECT   * CA | 37.24 |
| 03/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 031419 VISA DDA PUR<br>PARAMUS DELTA       PARAMUS     * NJ | 30.00 |
| 03/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 031319 VISA DDA PUR<br>CAVA GRILL PARAMUS     PARAMUS     * NJ | 25.29 |
| 03/15 | DEBIT POS, *****30037388436, AUT 031519 DDA PURCHASE<br>TARGET T  900 BERGEN T    PARAMUS     * NJ | 23.19 |
| 03/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 031419 VISA DDA PUR<br>PERRY BAGEL CAFE      PARAMUS     * NJ | 4.89 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031719 VISA DDA PUR<br>PAYPAL  CHUCKIE56      VISA DIRECT   * CA | 1,029.30 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031619 VISA DDA PUR<br>PAYPAL  TEACHPE151     VISA DIRECT   * CA | 720.60 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031519 VISA DDA PUR<br>FS  DATAFORSEO        877 3278914   * CA | 500.00 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031719 VISA DDA PUR<br>PAYPAL  IMOTY2004      402 935 7733  * CA | 230.99 |
| 03/18 | DEBIT POS, *****30037388436, AUT 031719 DDA PURCHASE<br>LEVIS OUTLET 335       ELIZABETH    * NJ | 119.97 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031619 VISA DDA PUR<br>MELALEUCA ORDER       800 282 3000  * ID | 114.05 |
| 03/18 | DEBIT POS, *****30037388436, AUT 031719 DDA PURCHASE<br>ABERCR KIDS 2015 651 KAP   ELIZABETH    * NJ | 107.50 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031619 VISA DDA PUR<br>PAYPAL  JACEINVESTM     VISA DIRECT   * CA | 103.20 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031519 VISA DDA PUR<br>NAMEJET 425 974 4687     425 974 4687  * WA | 93.28 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031619 VISA DDA PUR<br>NAMEJET 425 974 4687     425 974 4687  * WA | 70.73 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031519 VISA DDA PUR<br>CASA DEL MOFONGO       NEW YORK     * NY | 69.12 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 13
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/18 | DEBIT POS, *****30037388436, AUT 031619 DDA PURCH W/CB<br>CVS PHARM 05300  1000    PARAMUS    * NJ | 58.79 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031619 VISA DDA PUR<br>PREMIER 57          NEW YORK    * NY | 43.46 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031519 VISA DDA PUR<br>CHIPOTLE 1062        PARAMUS    * NJ | 39.77 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031619 VISA DDA PUR<br>NEW YORK PARKING 57TH S    NEW YORK    * NY | 39.00 |
| 03/18 | DEBIT POS, *****30037388436, AUT 031719 DDA PURCHASE<br>BR FACTORY US 6264      ELIZABETH    * NJ | 34.97 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031519 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA      PARAMUS    * NJ | 30.24 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031719 VISA DDA PUR<br>NIKE JERSEY GARD 173    ELIZABETH    * NJ | 28.46 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031419 VISA DDA PUR<br>STARBUCKS         800 782 7282  * WA | 25.00 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031619 VISA DDA PUR<br>CENTER RACEWAY RESTAURAN    YONKERS    * NY | 22.59 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031819 VISA DDA PUR<br>PAYPAL  JACEINVESTM     VISA DIRECT  * CA | 20.88 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031719 VISA DDA PUR<br>PERRY BAGEL CAFE       PARAMUS    * NJ | 18.27 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031519 VISA DDA PUR<br>CASA DEL MOFONGO       NEW YORK    * NY | 16.07 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031619 VISA DDA PUR<br>CONOCO  76 CLIFFSIDE PA   CLIFFSIDE PAR * NJ | 15.00 |
| 03/18 | DEBIT POS, *****30037388436, AUT 031719 DDA PURCHASE<br>GAMESTOP  1032 651 KAPKO   ELIZABETH    * NJ | 11.35 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031619 VISA DDA PUR<br>PERRY BAGEL CAFE       PARAMUS    * NJ | 11.21 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031619 VISA DDA PUR<br>FAMOUS PEPPINOS        YONKERS    * NY | 10.88 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031519 VISA DDA PUR<br>PERRY BAGEL CAFE       PARAMUS    * NJ | 10.72 |
| 03/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 031519 VISA DDA PUR<br>CVS PHARMACY  05300      PARAMUS    * NJ | 10.00 |
| 03/19 | DEBIT CARD PAYMENT, *****30037388436, AUT 031819 VISA DDA PUR<br>UPWORK  227923035REF     165 08534100  * CA | 251.22 |
| 03/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 031919 VISA DDA PUR<br>PAYPAL  JACEINVESTM     VISA DIRECT  * CA | 206.10 |
| 03/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 031819 VISA DDA PUR<br>DNH GODADDY COM      480 5058855  * AZ | 98.54 |
| 03/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 031819 VISA DDA PUR<br>TIN S HOUSE         PARAMUS    * NJ | 35.63 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 10 of 13
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/19 | CCD DEBIT, CAPITAL ONE MOBILE PMT ****39800008018 | 25.00 |
| 03/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 031819 VISA DDA PUR<br>HALE AND HEARTY SOUPS    NEW YORK    * NY | 11.43 |
| 03/20 | DEBIT CARD PURCHASE, *****30037388436, AUT 031919 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR    201 261 7800  * NJ | 41.65 |
| 03/20 | DEBIT CARD PURCHASE, *****30037388436, AUT 031919 VISA DDA PUR<br>MELALEUCA INC RENEWAL    800 282 3000  * ID | 27.00 |
| 03/20 | DEBIT CARD PURCHASE, *****30037388436, AUT 031819 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 03/20 | DEBIT CARD PURCHASE, *****30037388436, AUT 031919 VISA DDA PUR<br>CARVEL    YONKERS    * NY | 18.40 |
| 03/20 | DEBIT CARD PURCHASE, *****30037388436, AUT 031919 VISA DDA PUR<br>HUDSON FOOD COURT    NEWYORK    * NY | 9.74 |
| 03/20 | DEBIT POS, *****30037388436, AUT 032019 DDA PURCHASE<br>CVS PHARMACY 05 05300    PARAMUS    * NJ | 7.59 |
| 03/20 | DEBIT CARD PURCHASE, *****30037388436, AUT 031919 VISA DDA PUR<br>DUNKIN  331991 Q35    YONKERS    * NY | 4.45 |
| 03/20 | DEBIT CARD PURCHASE, *****30037388436, AUT 031919 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION    201 2617800  * NJ | 4.35 |
| 03/21 | DEBIT CARD PURCHASE, *****30037388436, AUT 031919 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 03/21 | DEBIT CARD PURCHASE, *****30037388436, AUT 032019 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 10.00 |
| 03/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 032019 VISA DDA PUR<br>OLIVE GARDEN 0024478    YONKERS    * NY | 86.50 |
| 03/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 032119 VISA DDA PUR<br>DUMPLING PLUS NOODLE    BRONXVILLE   * NY | 32.76 |
| 03/25 | TD ATM DEBIT, *****30037388436, AUT 032319 DDA WITHDRAW<br>1820 CENTRAL PARK AVENUE    YONKERS    * NY | 240.00 |
| 03/25 | DEBIT CARD PURCHASE, *****30037388436, AUT 032319 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 03/25 | DEBIT CARD PURCHASE, *****30037388436, AUT 032319 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 20.70 |
| 03/25 | DEBIT CARD PURCHASE, *****30037388436, AUT 032219 VISA DDA PUR<br>CARVEL    YONKERS    * NY | 13.59 |
| 03/25 | DEBIT CARD PURCHASE, *****30037388436, AUT 032319 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 10.34 |
| 03/25 | DEBIT CARD PURCHASE, *****30037388436, AUT 032319 VISA DDA PUR<br>NYCDOT PARKING METERS    LONG IS CITY * NY | 8.50 |
| 03/27 | DEBIT CARD PURCHASE, *****30037388436, AUT 032119 VISA DDA PUR<br>DEPOSITPHOTOS INC    954 9900075  * NY | 29.00 |
| 03/28 | DEBIT CARD PURCHASE, *****30037388436, AUT 032819 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT  * CA | 154.65 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 11 of 13
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/28 | DEBIT CARD PAYMENT, *****30037388436, AUT 032719 VISA DDA PUR<br>PAYPAL  CLOUDINARY      402 935 7733  * CA | 99.00 |
| 03/28 | DEBIT CARD PURCHASE, *****30037388436, AUT 032819 VISA DDA PUR<br>PAYPAL  JACEINVESTM     VISA DIRECT  * CA | 77.48 |
| 03/28 | DEBIT CARD PURCHASE, *****30037388436, AUT 032719 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800  * NJ | 41.65 |
| 03/28 | DEBIT CARD PURCHASE, *****30037388436, AUT 032719 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 33.00 |
| 03/28 | DEBIT CARD PURCHASE, *****30037388436, AUT 032719 VISA DDA PUR<br>CINEMA DE LUX         YONKERS      * NY | 24.03 |
| 03/28 | DEBIT POS, *****30037388436, AUT 032719 DDA PURCHASE<br>CVS PHARM 10166  1703      YONKERS     * NY | 22.31 |
| 03/28 | DEBIT CARD PURCHASE, *****30037388436, AUT 032719 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA     PARAMUS    * NJ | 18.23 |
| 03/28 | DEBIT CARD PURCHASE, *****30037388436, AUT 032719 VISA DDA PUR<br>HUDSON FOOD COURT       NEWYORK    * NY | 9.25 |
| 03/29 | DEBIT CARD PAYMENT, *****30037388436, AUT 032819 VISA DDA PUR<br>UPWORK  229613809REF     165 08534100  * CA | 918.36 |
| 03/29 | DEBIT CARD PAYMENT, *****30037388436, AUT 032819 VISA DDA PUR<br>CONVERTKIT EMAIL       HTTPSCONVERTK * ID | 149.00 |
| 03/29 | NONTD ATM DEBIT, *****30037388436, AUT 032919 DDA WITHDRAW<br>HOT BAGELS  R010010     PARAMUS    * NJ | 101.75 |
| 03/29 | DEBIT CARD PAYMENT, *****30037388436, AUT 032819 VISA DDA PUR<br>BIGSCOOTS  INC       WWW BIGSCOOTS * FL | 94.65 |
| 03/29 | DEBIT CARD PURCHASE, *****30037388436, AUT 032819 VISA DDA PUR<br>SQ  JENAVIES CAFE       BRONX     * NY | 65.11 |
| 03/29 | DEBIT CARD PURCHASE, *****30037388436, AUT 032819 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 33.00 |
| 03/29 | DEBIT CARD PURCHASE, *****30037388436, AUT 032719 VISA DDA PUR<br>STARBUCKS         800 782 7282  * WA | 25.00 |
| 03/29 | DEBIT CARD PURCHASE, *****30037388436, AUT 032819 VISA DDA PUR<br>HUDSON FOOD COURT       NEWYORK    * NY | 10.34 |
| | Subtotal: | 14,753.01 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/19 | OVERDRAFT PD | 175.00 |
| | Subtotal: | 175.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 12 of 13
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 3,702.63 | 03/15 | 3,927.41 |
| 03/01 | 3,243.46 | 03/18 | 1,423.98 |
| 03/04 | 1,371.23 | 03/19 | 621.06 |
| 03/05 | 784.22 | 03/20 | 482.88 |
| 03/06 | 1,838.09 | 03/21 | 447.88 |
| 03/07 | 526.12 | 03/22 | 355.62 |
| 03/08 | 1,702.58 | 03/25 | 57.49 |
| 03/11 | 2,413.29 | 03/26 | 2,011.49 |
| 03/12 | 1,358.28 | 03/27 | 1,982.49 |
| 03/13 | 1,011.92 | 03/28 | 1,502.89 |
| 03/14 | 848.64 | 03/29 | 3,869.27 |


**Bank**
America's Most Convenient Bank®

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

STATEMENT OF ACCOUNT

Page:                13 of 13
Statement Period:    Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:



#14762304     03/18     $789.03

In re Franklin Medina    Case No. 18-11629
Debtor    Reporting Period: 3/1/2019

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | | ✓ |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | ✓ | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

FORM MOR-6 (INDV)
2/2008
PAGE 1 OF 1