UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina
Debtor

Case No. 18-11629
Reporting Period: 4/1/2019

Social Security # N/A
(last 4 digits only)

# MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ Franklin Medina — Date 6/5/2019

Signature of Joint Debtor — Date

12:04 PM
05/21/19
Accrual Basis

# Franklin Medina DIP
## Profit & Loss
### April 2019

| | Apr 19 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| Advertising Income | 368.40 |
| Amazon Income | 408.70 |
| Employment Income | 9,882.26 |
| Other Income | 81.26 |
| Stripe Transfer | 1,231.66 |
| 47400 · Rental Income | 9,150.00 |
| Total Income | 21,122.28 |
| Cost of Goods Sold | |
| 50000 · Cost of Goods Sold | 4,346.60 |
| Total COGS | 4,346.60 |
| Gross Profit | 16,775.68 |
| Expense | |
| Auto Expenses | 174.00 |
| Clothes | 34.96 |
| computer expenses | 1,062.25 |
| Education | 92.00 |
| Entertainment | 599.40 |
| fuel | 170.45 |
| Health and Wellness | 517.61 |
| Internet Expense | 129.18 |
| Miscellaneous Expense | 1,351.00 |
| Mortgage | 2,000.00 |
| Parking | 68.75 |
| Postage | 89.57 |
| Real Estate Expense | 24.99 |
| reimbursement expense | 2,072.19 |
| Subcontractors | 2,366.89 |
| Taxes | 375.00 |
| Telephone for Business | 60.00 |
| Tickets and Violations | 188.47 |
| 437 · Hartford Rd property taxes | 320 00 |
| 60000 · Advertising and Promotion | 364.29 |
| 60200 · Automobile Expense | 431.75 |
| 63300 · Insurance Expense | 344.10 |
| 64300 · Meals and Entertainment | 2,198.77 |
| 64900 · Office Supplies | 20.00 |
| 67200 · Repairs and Maintenance | 688.23 |
| 68400 · Travel Expense | 213.40 |
| 68600 · Utilities | 475 00 |
| Total Expense | 16,432.25 |
| Net Ordinary Income | 343.43 |
| Net Income | **343.43** |

12:03 PM

05/21/19

# Franklin Medina DIP

## Job Profitability Summary

### April 2019

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| 212-214 65th St Apt WestNewYork NJ 07093 | | | |
| Arells Burgos212-214 65th St Apt | 0.00 | 2,300.00 | 2,300.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 2,300.00 | 2,300.00 |
| 212-214 65th St P1 WestNewYork NJ 07093 | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P2 WestNewYork NJ 07093 | | | |
| Marla Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P3 WestNewYork NJ 07093 | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P4 WestNewYork NJ 07093 | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| 212-214 65th St P5 WestNewYork NJ 07093 | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 522 4th Street #1F Union City NJ 07087 | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,282.00 | 1,282.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,282.00 | 1,282.00 |
| 522 4th Street #1R Union City NJ 07087 | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,104.00 | 1,104.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,104.00 | 1,104.00 |
| 522 4th Street #2F Union City NJ 07087 | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,418.00 | 1,418.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,418.00 | 1,418.00 |
| 522 4th Street #2R Union City NJ 07087 | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,296.00 | 1,296.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,296.00 | 1,296.00 |
| 6609 Polk Street West NY NJ | 0.00 | 850.00 | 850.00 |
| TOTAL | **0.00** | **9,150.00** | **9,150.00** |



America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ 07652

Page: 1 of 13
Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #: 4332059793-039-E-***
Primary Account #: ...93

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account # ...793

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,869.27 | Average Collected Balance | 2,024.60 |
| Deposits | 4,674.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 16,499.61 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 4,165.00 | Days in Period | 30 |
| Electronic Payments | 16,705.18 | | |
| Ending Balance | 4,172.70 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $315.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05 | DEPOSIT | 1,296.00 |
| 04/05 | DEPOSIT | 1,282.00 |
| 04/08 | DEPOSIT | 1,418.00 |
| 04/26 | DEPOSIT | 678.00 |
| | Subtotal: | 4,674.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | ACH DEPOSIT, MEDIAVINE INC. EDI PYMNTS ****96005626070 | 395.06 |
| 04/02 | DEBIT CARD CREDIT, *****30028722247, AUT 040219 VISA DDA REF UPWORK 216580299REF 165 08534100 * CA | 24.66 |
| 04/08 | ATM CHECK DEPOSIT, *****30037388436 AUT 040819 ATM CHECK DEPOSI 275 FOREST AVENUE PARAMUS * NJ | 1,104.00 |
| 04/09 | CCD DEPOSIT, STRIPE TRANSFER ST-P3C5G2O5A2E2 | 1,231.66 |
| 04/10 | ATM CHECK DEPOSIT, *****30037388436 AUT 041019 ATM CHECK DEPOSI 1820 CENTRAL PARK AVENUE YONKERS * NY | 725.00 |
| 04/10 | ATM CHECK DEPOSIT, *****30037388436 AUT 041019 ATM CHECK DEPOSI 1820 CENTRAL PARK AVENUE YONKERS * NY | 175.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 4,172.70 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 13
Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #: ***
Primary Account #: 9793

DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/11 | ATM CASH DEPOSIT, *****30037388436<br>AUT 041119 ATM CASH DEPOSIT<br>175 VARICK STREET NEW YORK * NY | 1,000.00 |
| 04/11 | ATM CASH DEPOSIT, *****30037388436<br>AUT 041119 ATM CASH DEPOSIT<br>175 VARICK STREET NEW YORK * NY | 980.00 |
| 04/11 | ATM CASH DEPOSIT, *****30037388436<br>AUT 041119 ATM CASH DEPOSIT<br>175 VARICK STREET NEW YORK * NY | 320.00 |
| 04/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****49669793FDU | 3,538.32 |
| 04/15 | CCD DEPOSIT, STRIPE TRANSFER ST-N8P1X6T6A3L0 | 81.26 |
| 04/25 | ATM DEPOSIT, *****30037388436, AUT 042519 DDA DEPOSIT<br>1820 CENTRAL PARK AVENUE YONKERS * NY | 0.01 |
| 04/29 | CCD DEPOSIT, AMAZON.CO1254154 EDI PYMNTS FCS****23260482 | 408.70 |
| 04/30 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****10627618FDU | 3,315.09 |
| 04/30 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****10627619FDU | 3,028.85 |
| 04/30 | ATM CHECK DEPOSIT, *****30045413234<br>AUT 043019 ATM CHECK DEPOSI<br>275 FOREST AVENUE PARAMUS * NJ | 172.00 |
| | Subtotal: | 16,499.61 |

**Checks Paid** No. Checks: 3 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/03 | 140 | 40.00 | 04/30 | 142 | 2,125.00 |
| 04/10 | 141 | 2,000.00 | | | |
| | | | | Subtotal: | 4,165.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 032919 VISA DDA PUR<br>PARAMOUNT EXTERMINATING UNION CITY * NJ | 661.08 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 032919 VISA DDA PUR<br>ITI NY DMV ALBANY * NY | 431.75 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 033119 VISA DDA PUR<br>FACEBK MNYE7K6S72 650 5434800 * CA | 164.29 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 033019 VISA DDA PUR<br>PAYPAL JACEINVESTM VISA DIRECT * CA | 154.65 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 033019 VISA DDA PUR<br>DENINOS PIZZERIA NEW YORK * NY | 111.90 |
| 04/01 | NONTD ATM DEBIT, *****30037388436, AUT 040119 DDA WITHDRAW<br>RT 4E FORT LEE FORT LEE * NJ | 103.00 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 033119 VISA DDA PUR<br>BENSI OF HASBROUCK HEI HASBROUCK HEI * NJ | 82.24 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #:
Primary Account #: ...793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 032919 VISA DDA PUR RANCHO GRANDE YONKERS * NY | 77.63 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 033019 VISA DDA PUR SQ MALY LLC NEW YORK * NY | 54.44 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 032919 VISA DDA PUR SMOKERS CELLAR YONKERS * NY | 48.97 |
| 04/01 | DEBIT CARD PAYMENT, *****30037388436, AUT 032919 VISA DDA PUR 24 HOUR FITNESS USA I 800 4326348 * CA | 47.01 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 032919 VISA DDA PUR 24HOUR FITNESS MSO 888 900 3194 * CA | 46.78 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 033019 VISA DDA PUR CPBIKETOUR1 2125418759 * NY | 37.01 |
| 04/01 | DEBIT POS, *****30037388436, AUT 033019 DDA PURCHASE OMG NEW YORK * NY | 34.96 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 032919 VISA DDA PUR LABCORP NYD23 BRONX * NY | 32.00 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 032919 VISA DDA PUR NYCDOT PARKNYC 877 7275307 * NY | 25.00 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 032919 VISA DDA PUR EZPASS PREPAID TOLL 800 333 8655 * NY | 25.00 |
| 04/01 | DEBIT POS, *****30037388436, AUT 033019 DDA PURCHASE CENTURY TWENTY ONE 50 PARAMUS * NJ | 24.99 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 033019 VISA DDA PUR IT SUGAR NOHO NEW YORK * NY | 21.61 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 033019 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 18.37 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 032919 VISA DDA PUR MAJESTIC RESTAURANT INC BRONX * NY | 17.16 |
| 04/01 | DEBIT CARD PAYMENT, *****30037388436, AUT 032819 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 17.05 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 033119 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 13.29 |
| 04/01 | DEBIT POS, *****30037388436, AUT 033019 DDA PURCHASE MTA METROCARD MACHINE NEW YORK * NY | 10.00 |
| 04/01 | DEBIT CARD PAYMENT, *****30037388436, AUT 032919 VISA DDA PUR DROPBOX 25CMDT6CPG9L 888 4468396 * CA | 9.99 |
| 04/01 | DEBIT CARD PURCHASE, *****30037388436, AUT 032919 VISA DDA PUR PARAMUSBOARDOFEDUCATION 201 2617800 * NJ | 4.35 |
| 04/02 | DEBIT CARD PAYMENT, *****30037388436, AUT 040119 VISA DDA PUR UPWORK 230334072REF 165 08534100 * CA | 507.72 |
| 04/02 | DEBIT CARD PURCHASE, *****30037388436, AUT 040119 VISA DDA PUR GOOGLE ADS8461536286 CC GOOGLE COM * CA | 228.70 |
| 04/02 | TDBANK BILL PAY CHECK, MOUNT LAUREL TOWNSHIP CHECK# 995025 | 160.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 13
Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #:
Primary Account #: -9793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | DEBIT CARD PURCHASE, *****30037388436, AUT 033119 VISA DDA PUR<br>SLI BETFAIR PREPAID 877 220 3988 * NV | 50.00 |
| 04/02 | DEBIT CARD PURCHASE, *****30037388436, AUT 033119 VISA DDA PUR<br>SLI BETFAIR PREPAID 877 220 3988 * NV | 50.00 |
| 04/02 | DEBIT CARD PURCHASE, *****30037388436, AUT 040119 VISA DDA PUR<br>GOOGLE GSUITE UNLISTE CC GOOGLE COM * CA | 25.00 |
| 04/02 | DEBIT CARD PURCHASE, *****30037388436, AUT 033119 VISA DDA PUR<br>STARBUCKS 800 782 7282 * WA | 25.00 |
| 04/02 | DEBIT CARD PURCHASE, *****30037388436, AUT 040119 VISA DDA PUR<br>DNH GODADDY COM 480 5058855 * AZ | 17.17 |
| 04/02 | DEBIT CARD PURCHASE, *****30037388436, AUT 040119 VISA DDA PUR<br>SPEEDWAY 03493 FORT LEE * NJ | 15.00 |
| 04/02 | DEBIT CARD PURCHASE, *****30037388436, AUT 033119 VISA DDA PUR<br>MCDONALD S F7454 PARAMUS * NJ | 14.71 |
| 04/02 | DEBIT CARD PAYMENT, *****30037388436, AUT 040119 VISA DDA PUR<br>HVSEO CO HVSEO CO * AZ | 10.00 |
| 04/03 | DEBIT CARD PURCHASE, *****30037388436, AUT 040219 VISA DDA PUR<br>HAIKU RESTAURANT SCARSDALE * NY | 62.05 |
| 04/03 | DEBIT CARD PURCHASE, *****30037388436, AUT 040219 VISA DDA PUR<br>DNH GODADDY COM 480 5058855 * AZ | 16.17 |
| 04/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 040419 VISA DDA PUR<br>PAYPAL JACEINVESTM VISA DIRECT * CA | 216.39 |
| 04/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 040319 VISA DDA PUR<br>DNH GODADDY COM 480 5058855 * AZ | 74.16 |
| 04/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 040319 VISA DDA PUR<br>LOLA ON THE GRILL YONKERS * NY | 29.96 |
| 04/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 040219 VISA DDA PUR<br>STARBUCKS 800 782 7282 * WA | 25.00 |
| 04/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 040319 VISA DDA PUR<br>NETFLIX COM NETFLIX COM * CA | 13.85 |
| 04/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 040319 VISA DDA PUR<br>DNH GODADDY COM 480 5058855 * AZ | 13.47 |
| 04/04 | DEBIT CARD PURCHASE, *****30037388436, AUT 040319 VISA DDA PUR<br>HUDSON FOOD COURT NEWYORK * NY | 10.83 |
| 04/05 | DEBIT CARD PURCHASE, *****30037388436, AUT 040319 VISA DDA PUR<br>2COCOM PUSHCREW COM 888 2471614 * GA | 26.66 |
| 04/05 | DEBIT CARD PURCHASE, *****30037388436, AUT 040419 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION 201 2617800 * NJ | 4.35 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040819 VISA DDA PUR<br>PAYPAL JACEINVESTM VISA DIRECT * CA | 103.20 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040719 VISA DDA PUR<br>BOOM BURGER CLIFTON * NJ | 102.76 |
| 04/08 | TD ATM DEBIT, *****30037388436, AUT 040819 DDA WITHDRAW<br>275 FOREST AVENUE PARAMUS * NJ | 100.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #:
Primary Account #: ../93

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/08 | DEBIT CARD PAYMENT, *****30037388436, AUT 040519 VISA DDA PUR 24 HOUR FITNESS USA I 800 4326348 * CA | 99.11 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040619 VISA DDA PUR LUNA PARK IN C I BROOKLYN * NY | 50.00 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040619 VISA DDA PUR CARLOS RESTAURANT YONKERS * NY | 45.90 |
| 04/08 | DEBIT CARD PAYMENT, *****30037388436, AUT 040719 VISA DDA PUR HLU HULU 220006340687 U HULU COM BILL * CA | 44.99 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040719 VISA DDA PUR PFI PARAMUS SCHOOL DISTR 201 261 7800 * NJ | 41.65 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040519 VISA DDA PUR LOLA ON THE GRILL YONKERS * NY | 32.05 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040619 VISA DDA PUR ANTHONY FRANCOS PIZZA PARAMUS * NJ | 30.24 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040619 VISA DDA PUR LUNA PARK IN C I BROOKLYN * NY | 30.00 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040519 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 30.00 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040719 VISA DDA PUR EZPASS PREPAID TOLL 800 333 8655 * NY | 25.00 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040619 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040619 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 21.65 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040719 VISA DDA PUR PAYPAL PAYPAL 402 935 7733 * CA | 20.00 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040419 VISA DDA PUR JACQUES TORRES CHOCOLA NEW YORK * NY | 18.75 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040419 VISA DDA PUR DIG INN SEASONAL MARKET NEW YORK * NY | 17.00 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040619 VISA DDA PUR DELTA RT 4 ENGLEWOOD * NJ | 15.00 |
| 04/08 | DEBIT CARD PURCHASE, *****30037388436, AUT 040719 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 8.45 |
| 04/09 | DEBIT CARD PAYMENT, *****30037388436, AUT 040819 VISA DDA PUR UPWORK 231541071REF 165 08534100 * CA | 647.67 |
| 04/09 | DEBIT CARD PURCHASE, *****30037388436, AUT 040819 VISA DDA PUR AMZN MKTP US MZ9LC3CD1 A AMZN COM BILL * WA | 90.13 |
| 04/09 | DEBIT CARD PURCHASE, *****30037388436, AUT 040919 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 51.75 |
| 04/09 | DEBIT CARD PURCHASE, *****30037388436, AUT 040719 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 04/09 | DEBIT CARD PURCHASE, *****30037388436, AUT 040719 VISA DDA PUR MCDONALD S F7454 PARAMUS * NJ | 17.04 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #:
Primary Account #: 703

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/09 | DEBIT CARD PURCHASE, *****30037388436, AUT 040819 VISA DDA PUR AMZN MKTP US MW1P087T2 A AMZN COM BILL * WA | 14.24 |
| 04/09 | DEBIT CARD PURCHASE, *****30037388436, AUT 040819 VISA DDA PUR EONS PARAMUS * NJ | 13.22 |
| 04/09 | DEBIT CARD PURCHASE, *****30037388436, AUT 040819 VISA DDA PUR EONS PARAMUS * NJ | 4.11 |
| 04/10 | DEBIT CARD PURCHASE, *****30037388436, AUT 041019 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 154.65 |
| 04/10 | DEBIT CARD PURCHASE, *****30037388436, AUT 040919 VISA DDA PUR NJMVC LODI LODI * NJ | 71.50 |
| 04/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 041019 VISA DDA PUR APMEX INC 405 595 2100 * OK | 1,263.00 |
| 04/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 041019 VISA DDA PUR PAYPAL PILLAR INC 402 935 7733 * CA | 75.00 |
| 04/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 041019 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 60.81 |
| 04/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 041119 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 51.75 |
| 04/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 041019 VISA DDA PUR NETFLIX COM NETFLIX COM * CA | 13.85 |
| 04/11 | DEBIT CARD PURCHASE, *****30037388436, AUT 041019 VISA DDA PUR DELTA RT 4 ENGLEWOOD * NJ | 10.00 |
| 04/11 | DEBIT POS, *****30037388436, AUT 041119 DDA PURCHASE HUDSON SQUARE PHARMACY NEW YORK * NY | 7.49 |
| 04/12 | ACH DEBIT, PLYMOUTH ROCK P&CMONTHLY HPA****2617577 | 344.10 |
| 04/12 | ELECTRONIC PMT-WEB, SUEZ WATER ONLINE PMT CKF****83404POS | 250.00 |
| 04/12 | CCD DEBIT, CAPITAL ONE MOBILE PMT ****39800005165 | 202.71 |
| 04/12 | ELECTRONIC PMT-WEB, SUEZ WATER ONLINE PMT CKF****83404POS | 150.00 |
| 04/12 | ELECTRONIC PMT-WEB, FPB CR CARD INTERNET WEB****91431 | 100.00 |
| 04/12 | ELECTRONIC PMT-WEB, SUEZ WATER ONLINE PMT CKF****83404POS | 75.00 |
| 04/12 | DEBIT CARD PURCHASE, *****30037388436, AUT 041119 VISA DDA PUR MCDONALD S M2167 OF NY NEW YORK * NY | 11.34 |
| 04/12 | DEBIT CARD PURCHASE, *****30037388436, AUT 041119 VISA DDA PUR PAYPAL LIBSYN 402 935 7733 * PA | 7.00 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041319 VISA DDA PUR PAYPAL TEACHPE151 VISA DIRECT * CA | 720.60 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041519 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 545.67 |
| 04/15 | ELECTRONIC PMT-WEB, CREDIT ONE BANK PAYMENT ****333486235 | 275.36 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041319 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 206.10 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041219 VISA DDA PUR NEW BALTIMORE FARRELL 518 7562079 * NY | 183.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/15 | NONTD ATM DEBIT, *****30037388436, AUT 041419 DDA WITHDRAW HOT BAGELS R010010 PARAMUS * NJ | 101.75 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041219 VISA DDA PUR SLI BETFAIR PREPAID 877 220 3988 * NV | 100.00 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041319 VISA DDA PUR JIN RAMEN NEW YORK * NY | 87.57 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041419 VISA DDA PUR TIN S HOUSE PARAMUS * NJ | 52.31 |
| 04/15 | DEBIT CARD PAYMENT, *****30037388436, AUT 041219 VISA DDA PUR GLEAM IO MORNINGTON A US | 49.00 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041219 VISA DDA PUR AMAZON COM MZ8OK54A0 AMZ AMZN COM BILL * WA | 37.44 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041319 VISA DDA PUR CPBIKETOUR1 2125418759 * NY | 37.01 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041219 VISA DDA PUR CARVEL 1415 TUCKAHOE * NY | 27.99 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041219 VISA DDA PUR EZPASS PREPAID TOLL 800 333 8655 * NY | 25.00 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041119 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041119 VISA DDA PUR JACQUES TORRES CHOCOLA NEW YORK * NY | 24.74 |
| 04/15 | DEBIT CARD PAYMENT, *****30037388436, AUT 041319 VISA DDA PUR PRIVY COM HTTPSPRIVY CO * MA | 24.00 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041319 VISA DDA PUR SQ VAN LEEUWEN ICE NEW YORK * NY | 21.78 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041419 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 20.00 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041419 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 18.25 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041319 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 16.95 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041319 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 15.00 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041319 VISA DDA PUR NYCTAXI5K81 LONG IS CITY * NY | 14.80 |
| 04/15 | DEBIT CARD PURCHASE, *****30037388436, AUT 041219 VISA DDA PUR NEW BALTIMORE FARRELL FE 678 7315516 * TN | 5.47 |
| 04/16 | DEBIT CARD PAYMENT, *****30037388436, AUT 041519 VISA DDA PUR UPWORK 232724652REF 165 08534100 * CA | 649.81 |
| 04/16 | DEBIT CARD PURCHASE, *****30037388436, AUT 041519 VISA DDA PUR OTF MONTVALE 1054 MONTVALE * NJ | 169.00 |
| 04/16 | DEBIT CARD PURCHASE, *****30037388436, AUT 041619 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 123.78 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 13
Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/16 | DEBIT CARD PURCHASE, *****30037388436, AUT 041419 VISA DDA PUR THE FUNPLEX MT LAURE MOUNT LAUREL * NJ | 104.00 |
| 04/16 | ACH DEBIT, FIRST PREMIER PAYMENT ****0 4095 | 48.00 |
| 04/16 | DEBIT CARD PURCHASE, *****30037388436, AUT 041519 VISA DDA PUR EZPASS PREPAID TOLL 800 333 8655 * NY | 25.00 |
| 04/16 | DEBIT CARD PURCHASE, *****30037388436, AUT 041419 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 04/16 | DEBIT CARD PURCHASE, *****30037388436, AUT 041519 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 16.94 |
| 04/16 | DEBIT CARD PURCHASE, *****30037388436, AUT 041519 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 9.45 |
| 04/17 | DEBIT CARD PAYMENT, *****30037388436, AUT 041519 VISA DDA PUR VERIZON ONETIMEPAY VERIZON COM * FL | 129.18 |
| 04/17 | DEBIT CARD PURCHASE, *****30037388436, AUT 041719 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 51.75 |
| 04/17 | DEBIT CARD PURCHASE, *****30037388436, AUT 041619 VISA DDA PUR MARIACHI LOCO WHITE PLAINS * NY | 29.91 |
| 04/17 | DEBIT CARD PAYMENT, *****30037388436, AUT 041619 VISA DDA PUR NETFLIX COM NETFLIX COM * CA | 13.85 |
| 04/18 | CCD DEBIT, NJ WEB PMT 02301 NJWEB02301 ****00018514517 | 375.00 |
| 04/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 041619 VISA DDA PUR CENTER RACEWAY RESTAURAN YONKERS * NY | 32.83 |
| 04/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 041619 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 04/18 | DEBIT CARD PURCHASE, *****30037388436, AUT 041719 VISA DDA PUR CARVEL YONKERS * NY | 11.94 |
| 04/19 | DEBIT CARD PAYMENT, *****30037388436, AUT 041819 VISA DDA PUR MOZ INC HTTPSMOZ COM * WA | 250.00 |
| 04/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 041819 VISA DDA PUR PAYPAL IMOTY2004 402 935 7733 * CA | 238.00 |
| 04/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 041919 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 154.65 |
| 04/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 041819 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 20.17 |
| 04/19 | DEBIT CARD PURCHASE, *****30037388436, AUT 041819 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.47 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 042119 VISA DDA PUR GRAND LUX CAFE PARAMUS PARAMUS * NJ | 105.71 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 041919 VISA DDA PUR STEW LEONARDS YONK YONKERS * NY | 73.89 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 042119 VISA DDA PUR PAYPAL MOBILESPHER SLYB 402 935 7733 * CA | 60.00 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 042019 VISA DDA PUR BEANS VINES CORP NEW YORK * NY | 54.82 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #: 93-039-
Primary Account #: -295

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/22 | DEBIT POS, *****30037388436, AUT 042019 DDA PURCHASE<br>TARGET T 40 W 225TH S BRONX * NY | 47.97 |
| 04/22 | DEBIT POS, *****30037388436, AUT 042119 DDA PURCHASE<br>SHOPRITE ROCHELLEPK S1 ROCHELLE PARK * NJ | 45.71 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 041919 VISA DDA PUR<br>UBER TECHNOLOGIES INC 866 576 1039 * CA | 38.60 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 042119 VISA DDA PUR<br>SQ BEN JERRY S R RIDGEWOOD * NJ | 34.27 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 042019 VISA DDA PUR<br>DEPOSITPHOTOS INC 954 9900075 * NY | 29.00 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 042019 VISA DDA PUR<br>CARVEL YONKERS * NY | 25.44 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 042119 VISA DDA PUR<br>EZPASS PREPAID TOLL 800 333 8655 * NY | 25.00 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 042019 VISA DDA PUR<br>STARBUCKS 800 782 7282 * WA | 25.00 |
| 04/22 | DEBIT POS, *****30037388436, AUT 042019 DDA PURCHASE<br>FIVE BELO 171 W 230TH BRONX * NY | 20.00 |
| 04/22 | DEBIT CARD PAYMENT, *****30037388436, AUT 042119 VISA DDA PUR<br>UPWORK 233442403REF 165 08534100 * CA | 15.41 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 042119 VISA DDA PUR<br>PERRY BAGEL CAFE PARAMUS * NJ | 14.61 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 042019 VISA DDA PUR<br>NYCDOT PARKING METERS LONG IS CITY * NY | 10.75 |
| 04/22 | DEBIT CARD PURCHASE, *****30037388436, AUT 042119 VISA DDA PUR<br>PERRY BAGEL CAFE PARAMUS * NJ | 10.32 |
| 04/23 | DEBIT CARD PAYMENT, *****30037388436, AUT 042219 VISA DDA PUR<br>UPWORK 233858917REF 165 08534100 * CA | 422.63 |
| 04/23 | DEBIT CARD PURCHASE, *****30037388436, AUT 042319 VISA DDA PUR<br>PAYPAL JACEINVESTM VISA DIRECT * CA | 51.75 |
| 04/23 | DEBIT CARD PURCHASE, *****30037388436, AUT 042119 VISA DDA PUR<br>STARBUCKS 800 782 7282 * WA | 25.00 |
| 04/23 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****39910029442 | 25.00 |
| 04/23 | DEBIT CARD PURCHASE, *****30037388436, AUT 042219 VISA DDA PUR<br>PARAMUS DELTA PARAMUS * NJ | 15.00 |
| 04/23 | DEBIT CARD PURCHASE, *****30037388436, AUT 042119 VISA DDA PUR<br>CALLFIRE COM 877 8973473 * CA | 15.00 |
| 04/24 | DEBIT CARD PURCHASE, *****30037388436, AUT 042319 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR 201 261 7800 * NJ | 41.65 |
| 04/24 | DEBIT CARD PAYMENT, *****30037388436, AUT 042319 VISA DDA PUR<br>UPWORK 234129711REF 165 08534100 * CA | 15.41 |
| 04/24 | DEBIT CARD PURCHASE, *****30037388436, AUT 042219 VISA DDA PUR<br>SHAKE SHACK 1120 646 747 7200 * NJ | 14.90 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 11 of 13
Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/24 | DEBIT CARD PURCHASE, *****30037388436, AUT 042319 VISA DDA PUR CARVEL YONKERS * NY | 11.94 |
| 04/25 | TD ATM DEBIT, *****30037388436, AUT 042419 DDA WITHDRAW 275 FOREST AVENUE PARAMUS * NJ | 300.00 |
| 04/25 | DEBIT CARD PURCHASE, *****30037388436, AUT 042419 VISA DDA PUR OTF MONTVALE 1054 MONTVALE * NJ | 116.22 |
| 04/25 | DEBIT CARD PURCHASE, *****30037388436, AUT 042419 VISA DDA PUR EONS PARAMUS * NJ | 14.33 |
| 04/25 | DEBIT CARD PURCHASE, *****30037388436, AUT 042319 VISA DDA PUR DIG INN SEASONAL MARKET NEW YORK * NY | 13.00 |
| 04/26 | TD ATM DEBIT, *****30045413234, AUT 042619 DDA WITHDRAW 1820 CENTRAL PARK AVENUE YONKERS * NY | 100.00 |
| 04/26 | DEBIT CARD PURCHASE, *****30037388436, AUT 042519 VISA DDA PUR PARAMOUNT EXTERMINATING UNION CITY * NJ | 27.15 |
| 04/26 | DEBIT CARD PURCHASE, *****30037388436, AUT 042419 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 04/26 | DEBIT CARD PAYMENT, *****30037388436, AUT 042519 VISA DDA PUR UPWORK 234373739REF 165 08534100 * CA | 15.41 |
| 04/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 042719 VISA DDA PUR CINEMA DE LUX YONKERS * NY | 33.06 |
| 04/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 042819 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 30.00 |
| 04/29 | DEBIT CARD PURCHASE, *****30037388436, AUT 042519 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 04/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 042719 VISA DDA PUR CENTER RACEWAY RESTAURAN YONKERS * NY | 24.12 |
| 04/29 | DEBIT POS, *****30045413234, AUT 042719 DDA PURCHASE DTS AMOCO CORP YONKERS * NY | 20.45 |
| 04/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 042819 VISA DDA PUR GMASS 8778877815 * WI | 19.95 |
| 04/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 042819 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 14.79 |
| 04/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 042819 VISA DDA PUR SENDGRID 1 877 969 8647 877 9698647 * CO | 3.00 |
| 04/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 043019 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 206.10 |
| 04/30 | TDBANK BILL PAY CHECK, MOUNT LAUREL TOWNSHIP CHECK# 995026 | 160.00 |
| 04/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 042819 VISA DDA PUR ANTHONYS COAL FIRED PIZZ FAIR LAWN * NJ | 144.41 |
| 04/30 | DEBIT CARD PAYMENT, *****30045413234, AUT 042919 VISA DDA PUR UPWORK 235032557REF 165 08534100 * CA | 117.49 |
| 04/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 042919 VISA DDA PUR NJ MOTOR VEHICLE PAY EGOV COM * NJ | 102.50 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 12 of 13
Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | DEBIT POS, *****30045413234, AUT 043019 DDA PURCHASE THE UPS STORE 0923 29 ORADELL * NJ | 89.57 |
| 04/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 042719 VISA DDA PUR CASA DEL MOFONGO NEW YORK * NY | 83.51 |
| 04/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 042919 VISA DDA PUR PAYPAL IWRITER 402 935 7733 * FL | 73.00 |
| 04/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 042919 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 33.00 |
| 04/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 042919 VISA DDA PUR EZPASS PREPAID TOLL 800 333 8655 * NY | 25.00 |
| 04/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 042819 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| | Subtotal: | 16,705.18 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/31 | 3,869.27 | 04/16 | 3,151.64 |
| 04/01 | 1,594.75 | 04/17 | 2,926.95 |
| 04/02 | 911.17 | 04/18 | 2,482.18 |
| 04/03 | 792.95 | 04/19 | 1,810.89 |
| 04/04 | 409.29 | 04/22 | 1,174.39 |
| 04/05 | 2,956.28 | 04/23 | 620.01 |
| 04/08 | 4,617.53 | 04/24 | 536.11 |
| 04/09 | 4,986.03 | 04/25 | 92.57 |
| 04/10 | 3,659.88 | 04/26 | 603.01 |
| 04/11 | 4,477.98 | 04/29 | 841.34 |
| 04/12 | 3,337.83 | 04/30 | 4,172.70 |
| 04/15 | 4,322.62 | | |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 13 of 13 |
| Statement Period: | Apr 01 2019-Apr 30 2019 |
| Cust Ref #: | |
| Primary Account #: | |

FRANK MEDINA
191 NIMITZ ROAD
PARAMUS, NJ 07652
140
3/29/19
Pay to the Order of City of Union City $ 40 xx/
forty xx/ Dollars
TD Bank
America's Most Convenient Bank®
For Rent Registration

#140 04/03 $40.00



FRANK MEDINA
191 NIMITZ ROAD
PARAMUS, NJ 07652
141
4/9/19
Pay to the Order of Iris V. Medina $ 2000 xx/
Two thousand xx/ Dollars
TD Bank
America's Most Convenient Bank®
For

#141 04/10 $2,000.00

FRANK MEDINA
191 NIMITZ ROAD
PARAMUS, NJ 07652
142
4/30/19
Pay to the Order of Charles Martin $ 2125 xx/
Two thousand one hundred twenty five xx/ Dollars
TD Bank
America's Most Convenient Bank®
For Products

#142 04/30 $2,125.00