UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**RAS Crane, LLC**
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone Number 470-321-7112
Attorneys For Secured Creditor

Laura Egerman, Esq. (LE-8250)

Order Filed on June 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Franklin Medina,**

    **Debtor.**

Case No.:    18-11629-RG

Chapter:    11

Hearing Date:  June 4, 2019

Judge:    Rosemary Gambardella

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: June 4, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page **2**
Debtors: Franklin Medina
Case No.:        18-11629-RG
Caption of Order:   **Order Vacating Stay**

_____

Upon the motion of WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4, ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

**522 4th Street, Union City, New Jersey 07087**

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtors, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-11629-RG
Franklin Medina                                                                     Chapter 11
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Jun 05, 2019
                             Form ID: pdf903         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2019.
db           +Franklin Medina,    P.O. Box 1502,    Paramus, NJ 07653-1502
aty          +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP.,    1599 Hamburg Turnpike,    P.O. Box 2031,
              Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2019 at the address(es) listed below:

            David L. Stevens    on behalf of Debtor Franklin  Medina dstevens@scuramealey.com,
             ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
             scuramealey.com
            Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
             dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
             mortoncraigecf@gmail.com
            Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
             bankruptcy@friedmanvartolo.com
            Laura M. Egerman    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
             Banc of America Alternative Loan Trust 2006-4 Mortgage Pass-Through Certificates , Series 2006-4
             bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
            Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             nj.bkecf@fedphe.com
            Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
             rsolarz@kmllawgroup.com
            Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Selene Finance LP
             dnj@pbslaw.org
            Sherri Jennifer Smith    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                     TOTAL: 10