Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−11629−RG
        Chapter: 11
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franklin Medina
   P.O. Box 1502
   Paramus, NJ 07653

Social Security No.:
   xxx−xx−8251

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/22/19 at 10:00 AM

to consider and act upon the following:

**47** − Motion for Relief from Stay re: 212 214 65TH STREET, WEST NEW YORK, NJ 07093. Fee Amount $ 181. Filed by Nicholas V. Rogers on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. Hearing scheduled for 10/2/2018 at 11:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certificate of Service # 2 Supporting Documents # 3 Proposed Order) (Rogers, Nicholas)

**68** − Motion for Relief from Stay re: 522 4th Street, Union City, Hudson, NJ. Fee Amount $ 181. Filed by Laura M. Egerman on behalf of Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006−4 Mortgage Pass−Through Certificates, Series 2006−4. Hearing scheduled for 5/20/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Exhibit Loan Documents # 3 Proposed Order # 4 Certificate of Service) (Egerman, Laura) HEARING BEING RESCHEDULED BY THE COURT TO HEARING DATE BEFORE JUDGE GRAVELLE IN TRENTON Modified on 4/18/2019 (car).

Dated: 6/26/19

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court