Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−11629−RG
Chapter:  11
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Franklin Medina
    P.O. Box 1502
    Paramus, NJ 07653

Social Security No.:
    xxx−xx−8251

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/13/19 at 11:00 AM

to consider and act upon the following:

*91* – Request to Relist in support of (related document:47 Motion for Relief From Stay filed by Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION) filed by Nicholas V. Rogers on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Rogers, Nicholas)

Dated: 7/9/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court