UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina
Debtor

Case No. 18-11629
Reporting Period: 5/1/2019

Social Security # N/A
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ Franklin Medina Date 8/13/2019

Signature of Joint Debtor Date

8:40 AM

07/19/19

# Franklin Medina DIP
## Job Profitability Summary
May 2019

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| 212-214 65th St Apt WestNewYork NJ 07093 | | | |
| Arelis Burgos212-214 65th St Apt | 0.00 | 2,905.00 | 2,905.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 2,905.00 | 2,905.00 |
| 212-214 65th St P1 WestNewYork NJ 07093 | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P2 WestNewYork NJ 07093 | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P3 WestNewYork NJ 07093 | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P5 WestNewYork NJ 07093 | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P6 WestNewYork NJ 07093 | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| 522 4th Street #1F Union City NJ 07087 | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,292.00 | 1,292.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,292.00 | 1,292.00 |
| 522 4th Street #1R Union City NJ 07087 | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,116.00 | 1,116.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,116.00 | 1,116.00 |
| 522 4th Street #2F Union City NJ 07087 | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,432.00 | 1,432.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,432.00 | 1,432.00 |
| 522 4th Street #2R Union City NJ 07087 | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,309.00 | 1,309.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,309.00 | 1,309.00 |
| 6609 Polk Street West NY NJ | 0.00 | 850.00 | 850.00 |
| TOTAL | 0.00 | 9,804.00 | 9,804.00 |



America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ 07652

Page: 1 of 11
Statement Period: Jun 01 2019-Jun 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,776.07 | Average Collected Balance | 3,636.20 |
| Deposits | 4,706.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 13,852.51 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 7,460.00 | Days in Period | 30 |
| Electronic Payments | 8,750.41 | | |
| Ending Balance | 6,124.17 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $315.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

DAILY ACCOUNT ACTIVITY

### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | DEPOSIT | 1,309.00 |
| 06/04 | MOBILE DEPOSIT | 683.00 |
| 06/05 | DEPOSIT | 1,282.00 |
| 06/10 | DEPOSIT | 1,432.00 |
| | Subtotal: | 4,706.00 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | ACH DEPOSIT, MEDIAVINE INC. EDI PYMNTS ****96006391133 | 567.69 |
| 06/05 | CCD DEPOSIT, STRIPE TRANSFER ST-C4C4Z4I8V1B0 | 209.13 |
| 06/06 | DEBIT CARD CREDIT, *****30045413234, AUT 060619 VISA DDA REF LOFT 1472 EASTCHESTER SH SCARSDALE * NY | 13.21 |
| 06/07 | ATM CHECK DEPOSIT, *****30045413234 AUT 060719 ATM CHECK DEPOSI 275 FOREST AVENUE PARAMUS * NJ | 1,116.00 |
| 06/10 | ATM CASH DEPOSIT, *****30045413234 AUT 061019 ATM CASH DEPOSIT 1820 CENTRAL PARK AVENUE YONKERS * NY | 2,130.00 |
| 06/10 | ATM CHECK DEPOSIT, *****30045413234 AUT 061019 ATM CHECK DEPOSI 1820 CENTRAL PARK AVENUE YONKERS * NY | 900.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 6,124.17 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 11
Statement Period: Jun 01 2019-Jun 30 2019
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/10 | ATM CASH DEPOSIT, *****30045413234 AUT 061019 ATM CASH DEPOSIT 1820 CENTRAL PARK AVENUE YONKERS * NY | 500.00 |
| 06/12 | DEBIT CARD CREDIT, 6/10/19 PAYPAL *TEACHPE151 D3E00206 | 195.81 |
| 06/14 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****44631732FDU | 4,238.33 |
| 06/24 | VISA TRANSFER, *****30045413234, AUT 062419 VISA TRANSFER PAYPAL MEDINA FRANKLIN SAN JOSE * CA | 434.61 |
| 06/24 | POS CREDIT, *****30045413234, AUT 062219 DDA PURCH REF MACY S 173 CROSS CO YONKERS * NY | 65.65 |
| 06/27 | ATM CHECK DEPOSIT, *****30045413234 AUT 062719 ATM CHECK DEPOSI 1820 CENTRAL PARK AVENUE YONKERS * NY | 167.00 |
| 06/28 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****10935531FDU | 3,315.08 |
| | Subtotal: | 13,852.51 |

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/04 | 145 | 3,250.00 | 06/13 | 148* | 4,000.00 |
| 06/11 | 146 | 200.00 | 06/06 | 175* | 10.00 |
| | | | | Subtotal: | 7,460.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | ELECTRONIC PMT-WEB, COINBASE.COM/BTC 8889087930 6XT44DBL27DA | 500.00 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 053119 VISA DDA PUR FACEBK UMNRKKWS72 650 5434800 * CA | 207.60 |
| 06/03 | NONTD ATM DEBIT, *****30045413234, AUT 060119 DDA WITHDRAW PAI ISO ASTORIA * NY | 101.75 |
| 06/03 | TD ATM DEBIT, *****30045413234, AUT 060319 DDA WITHDRAW 175 VARICK STREET NEW YORK * NY | 100.00 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 053119 VISA DDA PUR MALECON RESTAURANT BRONX * NY | 57.00 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 060119 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 41.46 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 060219 VISA DDA PUR JOHNS FRIED CHICKEN GUTTENBERG * NJ | 39.32 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 060119 VISA DDA PUR JTE SERVICE STATION NEW YORK * NY | 38.00 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 060119 VISA DDA PUR GOOGLE GSUITE UNLISTE CC GOOGLE COM * CA | 34.82 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 060119 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 20.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 11
Statement Period: Jun 01 2019-Jun 30 2019
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 060119 VISA DDA PUR SUBWAY 05449079 YONKERS * NY | 19.71 |
| 06/03 | DEBIT CARD PAYMENT, *****30045413234, AUT 060119 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 17.05 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 060119 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 11.26 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 060219 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 8.70 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 060119 VISA DDA PUR SUBWAY 05449079 YONKERS * NY | 7.35 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 060119 VISA DDA PUR PAYPAL LIBSYN 402 935 7733 * PA | 7.00 |
| 06/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 053119 VISA DDA PUR PARAMUSBOARDOFEDUCATION 201 2617800 * NJ | 4.35 |
| 06/04 | ELECTRONIC PMT-WEB, CREDIT ONE BANK PAYMENT ****344536259 | 302.60 |
| 06/04 | ELECTRONIC PMT-WEB, FPB CR CARD INTERNET WEB****14652 | 300.00 |
| 06/04 | CCD DEBIT, CAPITAL ONE MOBILE PMT ****39800745700 | 250.00 |
| 06/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 060319 VISA DDA PUR FS DATAFORSEO 877 3278914 * CA | 200.00 |
| 06/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 060319 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 15.00 |
| 06/04 | DEBIT CARD PAYMENT, *****30045413234, AUT 060319 VISA DDA PUR NETFLIX COM NETFLIX COM * CA | 13.85 |
| 06/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 060319 VISA DDA PUR SQ CINCO DE MAYO NEW YORK * NY | 10.00 |
| 06/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 060219 VISA DDA PUR MAGIC TOUCH AUTO SPA LODI * NJ | 7.00 |
| 06/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 060319 VISA DDA PUR PARAMUSBOARDOFEDUCATION 201 2617800 * NJ | 3.60 |
| 06/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 060519 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 62.04 |
| 06/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 060419 VISA DDA PUR PFI PARAMUS SCHOOL DISTR 201 261 7800 * NJ | 36.65 |
| 06/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 060319 VISA DDA PUR 2COCOM PUSHCREW COM 888 2471614 * GA | 26.66 |
| 06/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 060319 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 06/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 060319 VISA DDA PUR JACQUES TORRES CHOCOLA NEW YORK * NY | 24.16 |
| 06/06 | DEBIT CARD PAYMENT, *****30045413234, AUT 060519 VISA DDA PUR MOZ INC HTTPSMOZ COM * WA | 320.00 |
| 06/06 | DEBIT POS, *****30045413234, AUT 060519 DDA PURCHASE KOHLS 0393 2350 CENTRAL YONKERS * NY | 146.81 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 11
Statement Period: Jun 01 2019-Jun 30 2019
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 060519 VISA DDA PUR CALI PIZZA KITC INC 107 SCARSDALE * NY | 43.69 |
| 06/06 | DEBIT POS, *****30045413234, AUT 060619 DDA PURCHASE PETCO 1714 YONKERS * NY | 34.83 |
| 06/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 060419 VISA DDA PUR WENDY S 0115 YONKERS * NY | 27.51 |
| 06/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 060419 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 06/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 060719 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 206.10 |
| 06/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 060619 VISA DDA PUR NYC PARKS RECREATION 212 3608260 * NY | 75.00 |
| 06/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 060619 VISA DDA PUR ANTHONY FRANCOS PIZZA PARAMUS * NJ | 26.72 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060919 VISA DDA PUR PARAMUS POOL 201 265 2100 * NJ | 436.69 |
| 06/10 | TD ATM DEBIT, *****30045413234, AUT 060919 DDA WITHDRAW 275 FOREST AVENUE PARAMUS * NJ | 300.00 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060819 VISA DDA PUR PAYPAL TEACHPE151 VISA DIRECT * CA | 195.81 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060819 VISA DDA PUR CALI PIZZA KITC INC 107 SCARSDALE * NY | 68.92 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060719 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 63.17 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060919 VISA DDA PUR PAYPAL JACEINVESTM VISA DIRECT * CA | 51.75 |
| 06/10 | DEBIT CARD PAYMENT, *****30045413234, AUT 060719 VISA DDA PUR 24 HOUR FITNESS USA I 800 4326348 * CA | 49.01 |
| 06/10 | DEBIT CARD PAYMENT, *****30045413234, AUT 060719 VISA DDA PUR HLU HULU 220006347150 U HULU COM BILL * CA | 44.99 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060719 VISA DDA PUR BUFFALO WILD WINGS 0471 SECAUCUS * NJ | 41.20 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060819 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 38.15 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060819 VISA DDA PUR TIN S HOUSE PARAMUS * NJ | 32.27 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060619 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060819 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060719 VISA DDA PUR EONS PARAMUS * NJ | 24.36 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060719 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 15.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 11
Statement Period: Jun 01 2019-Jun 30 2019
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060919 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 15.00 |
| 06/10 | DEBIT CARD PAYMENT, *****30045413234, AUT 060919 VISA DDA PUR EFTY B V GRONINGEN N LD | 15.00 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060919 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 14.10 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060719 VISA DDA PUR EONS PARAMUS * NJ | 13.22 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060919 VISA DDA PUR EONS PARAMUS * NJ | 13.22 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060619 VISA DDA PUR WENDY S 0115 YONKERS * NY | 11.58 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060819 VISA DDA PUR FAMOUS PEPPINOS YONKERS * NY | 9.59 |
| 06/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 060819 VISA DDA PUR CALLFIRE COM 877 8973473 * CA | 0.87 |
| 06/11 | DEBIT CARD PAYMENT, *****30045413234, AUT 061019 VISA DDA PUR NETFLIX COM NETFLIX COM * CA | 13.85 |
| 06/11 | DEBIT CARD PURCHASE, *****30045413234, AUT 061019 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 2.62 |
| 06/12 | ACH DEBIT, PLYMOUTH ROCK P&CMONTHLY HPA****2617577 | 344.10 |
| 06/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 061119 VISA DDA PUR RANCHO GRANDE YONKERS * NY | 74.38 |
| 06/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 061119 VISA DDA PUR PFI PARAMUS SCHOOL DISTR 201 261 7800 * NJ | 31.65 |
| 06/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 061019 VISA DDA PUR MONT OLYMPOS DINER YONKERS * NY | 11.17 |
| 06/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 061119 VISA DDA PUR PAYPAL GOOGLE 402 935 7733 * CA | 1.99 |
| 06/13 | DEBIT CARD PAYMENT, *****30045413234, AUT 061219 VISA DDA PUR GLEAM IO MORNINGTON A US | 49.00 |
| 06/13 | ACH DEBIT, FIRST PREMIER PAYMENT ****0 4095 | 46.00 |
| 06/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 061219 VISA DDA PUR AMZN MKTP US M637M1B91 A AMZN COM BILL * WA | 43.57 |
| 06/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 061219 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 30.00 |
| 06/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 061219 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 15.00 |
| 06/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 061319 VISA DDA PUR DNH GODADDY COM 480 505 8855 * AZ | 232.39 |
| 06/14 | DEBIT POS, *****30045413234, AUT 061419 DDA PURCHASE SHOPRITE NEW MILFORD S NEW MILFORD * NJ | 33.43 |
| 06/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 061219 VISA DDA PUR TASTY HOUSE YONKERS * NY | 26.50 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 11
Statement Period: Jun 01 2019-Jun 30 2019
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/14 | DEBIT CARD PAYMENT, *****30045413234, AUT 061319 VISA DDA PUR PRIVY COM HTTPSPRIVY CO * MA | 24.00 |
| 06/14 | DEBIT POS, *****30045413234, AUT 061419 DDA PURCHASE HUDSON SQUARE PHARMACY NEW YORK * NY | 22.50 |
| 06/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 061419 VISA DDA PUR CHEESECAKE HACKENSACK HACKENSACK * NJ | 170.34 |
| 06/17 | TD ATM DEBIT, *****30045413234, AUT 061619 DDA WITHDRAW 275 FOREST AVENUE PARAMUS * NJ | 140.00 |
| 06/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 061519 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 96.94 |
| 06/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 061519 VISA DDA PUR SOJO SPA CLUB EDGEWATER * NJ | 82.00 |
| 06/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 061519 VISA DDA PUR SOJO SPA CLUB EDGEWATER * NJ | 75.00 |
| 06/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 061319 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 06/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 061419 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 06/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 061619 VISA DDA PUR NETFLIX COM NETFLIX COM * CA | 13.85 |
| 06/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 061619 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 06/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 061719 VISA DDA PUR DNH GODADDY COM 480 5058855 * AZ | 8.17 |
| 06/19 | DEBIT CARD PAYMENT, *****30045413234, AUT 061819 VISA DDA PUR MOZ INC HTTPSMOZ COM * WA | 250.00 |
| 06/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 061819 VISA DDA PUR DUMPLING PLUS NOODLE BRONXVILLE * NY | 43.59 |
| 06/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 061819 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 33.00 |
| 06/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 061819 VISA DDA PUR PARAMUSBOARDOFEDUCATION 201 2617800 * NJ | 4.35 |
| 06/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 061919 VISA DDA PUR EONS PARAMUS * NJ | 13.22 |
| 06/20 | DEBIT POS, *****30045413234, AUT 062019 DDA PURCHASE R S WASH AND LUBE NORTH BERGEN * NJ | 11.73 |
| 06/21 | DEBIT POS, *****30045413234, AUT 062119 DDA PURCHASE KOHLS 0393 2350 CENTRAL YONKERS * NY | 186.93 |
| 06/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 062019 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 33.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 061919 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 062019 VISA DDA PUR PFI PARAMUS SCHOOL DISTR 201 261 7800 * NJ | 24.65 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 11
Statement Period: Jun 01 2019-Jun 30 2019
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062119 VISA DDA PUR EZPASS PREPAID TOLL 800 333 8655 * NY | 235.00 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062019 VISA DDA PUR CASUAL HABANA CAFE HACKENSACK * NJ | 85.57 |
| 06/24 | DEBIT POS, *****30045413234, AUT 062319 DDA PURCHASE HOLLISTER 575 651 KAPKO ELIZABETH * NJ | 66.06 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062319 VISA DDA PUR FERRY STREET BBQ INC NEWARK * NJ | 62.90 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062219 VISA DDA PUR MACYS CROSS COUNTY YONKERS * NY | 46.97 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062219 VISA DDA PUR SURF CITY JERSEY CITY * NJ | 44.57 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062319 VISA DDA PUR NIKE JERSEY GARD 173 ELIZABETH * NJ | 40.49 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062119 VISA DDA PUR TASTY HOUSE YONKERS * NY | 39.57 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062119 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 33.00 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062219 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 30.00 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062119 VISA DDA PUR SWIMOUTLET COM 800 691 4065 * CA | 28.30 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062119 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062119 VISA DDA PUR ALBERTO MOFONGO NEW YORK * NY | 24.73 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062219 VISA DDA PUR SURF CITY JERSEY CITY * NJ | 22.00 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062219 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 20.00 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062319 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 17.41 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062219 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 16.62 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062319 VISA DDA PUR SQ MANGO BICHE MIA ELIZABETH * NJ | 14.93 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062219 VISA DDA PUR SURF CITY JERSEY CITY * NJ | 12.00 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062219 VISA DDA PUR AUNTIE ANNE S YONKERS * NY | 11.73 |
| 06/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 062019 VISA DDA PUR DULCE DE LECHE BAKERY GUTTENBERG * NJ | 8.64 |
| 06/24 | DEBIT POS, *****30045413234, AUT 062419 DDA PURCHASE HUDSON SQUARE PHARMACY NEW YORK * NY | 6.64 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 11
Statement Period: Jun 01 2019-Jun 30 2019
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 062419 VISA DDA PUR GREENWICH ST PARKING LLC NEW YORK * NY | 33.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 062419 VISA DDA PUR CARVEL YONKERS * NY | 17.51 |
| 06/26 | TD ATM DEBIT, *****30045413234, AUT 062619 DDA WITHDRAW 275 FOREST AVENUE PARAMUS * NJ | 100.00 |
| 06/26 | DEBIT CARD PAYMENT, *****30045413234, AUT 062519 VISA DDA PUR 24 HOUR FITNESS USA I 800 4326348 * CA | 47.01 |
| 06/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 062419 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 06/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 062519 VISA DDA PUR EONS PARAMUS * NJ | 13.22 |
| 06/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 062419 VISA DDA PUR DIG INN SEASONAL MARKET NEW YORK * NY | 13.00 |
| 06/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 062519 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 12.45 |
| 06/27 | DEBIT CARD PURCHASE, *****30045413234, AUT 062619 VISA DDA PUR JTE SERVICE STATION NEW YORK * NY | 32.00 |
| 06/27 | DEBIT POS, *****30045413234, AUT 062619 DDA PURCHASE ELSA LA REINA DEL CHIC NEW YORK * NY | 14.15 |
| 06/27 | DEBIT CARD PURCHASE, *****30045413234, AUT 062519 VISA DDA PUR WENDY S 0115 YONKERS * NY | 8.24 |
| 06/28 | DEBIT POS, *****30045413234, AUT 062819 DDA PURCHASE KOHLS 0393 2350 CENTRAL YONKERS * NY | 154.32 |
| 06/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 062719 VISA DDA PUR PAYPAL CLOUDINARY 4029357733 I SR | 99.00 |
| 06/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 062619 VISA DDA PUR HABIT RIVER EDGE 112 RIVER EDGE * NJ | 35.51 |
| 06/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 062719 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 30.91 |
| 06/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 062719 VISA DDA PUR DELTA RT 4 ENGLEWOOD * NJ | 20.00 |
| 06/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 062619 VISA DDA PUR HABIT RIVER EDGE 112 RIVER EDGE * NJ | 12.55 |
| | Subtotal: | 8,750.41 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 3,776.07 | 06/17 | 4,360.47 |
| 06/03 | 4,437.39 | 06/18 | 4,327.30 |
| 06/04 | 768.34 | 06/19 | 3,996.36 |
| 06/05 | 2,084.96 | 06/20 | 3,971.41 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: Jun 01 2019-Jun 30 2019
Cust Ref #:
Primary Account #:

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/06 | 1,490.33 | 06/21 | 3,701.83 |
| 06/07 | 2,298.51 | 06/24 | 3,309.96 |
| 06/10 | 5,756.61 | 06/25 | 3,259.45 |
| 06/11 | 5,540.14 | 06/26 | 3,048.77 |
| 06/12 | 5,272.66 | 06/27 | 3,161.38 |
| 06/13 | 1,089.09 | 06/28 | 6,124.17 |
| 06/14 | 4,988.60 | | |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: Jun 01 2019-Jun 30 2019
Cust Ref #:
Primary Account #:

FRANK MEDINA
191 NIMITZ ROAD
PARAMUS, NJ 07652
145
Date 5/15/2019
Pay to the Order of U.S Trustee $ $3,250 00/xx
Three thousand two hundred fifty 00/xx Dollars
TD Bank America's Most Convenient Bank®
For

#145 06/04 $3,250.00


FRANK MEDINA
191 NIMITZ ROAD
PARAMUS, NJ 07652
146
Date 6/7/19
Pay to the Order of $ 200.00
Two hundred 00/xx Dollars
TD Bank America's Most Convenient Bank®
For Graduation Luncheon

#146 06/11 $200.00

FRANK MEDINA
191 NIMITZ ROAD
PARAMUS, NJ 07652
148
Date 6/12/19
Pay to the Order of Iris J. Medina $ 4000 xx
Four thousand xx Dollars
TD Bank America's Most Convenient Bank®
For Mortgage

#148 06/13 $4,000.00

FRANK MEDINA
191 NIMITZ ROAD
PARAMUS, NJ 07652
175
Date 4/30/19
Pay to the Order of East Brook Middle School PTA $ 10.00
Ten xx/00 Dollars
TD Bank America's Most Convenient Bank®
For Eastbrook T-shirt

#175 06/06 $10.00