UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY _____

In re Franklin Medina
    Debtor

Case No. 18-11629
Reporting Period: 5/1/2019

Social Security # N/A
(last 4 digits only)

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury *(28 U.S.C. Section 1746)* that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  /s/ Franklin Medina      Date 8/13/2019

Signature of Joint Debtor      Date _____

8:42 AM
07/19/19
Accrual Basis

# Franklin Medina DIP
## Profit & Loss
### January through May 2019

|  | Jan - May 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Advertising Income | 2,603.78 |
| Amazon Income | 2,248.03 |
| Employment Income | 36,867.44 |
| Other Income | 1,091.62 |
| Stripe Transfer | 1,231.66 |
| 47400 · Rental Income | 42,957.00 |
| **Total Income** | 86,999.53 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 15,196.23 |
| **Total COGS** | 15,196.23 |
| **Gross Profit** | 71,803.30 |
| **Expense** | |
| Auto Expenses | 274.78 |
| Clothes | 549.74 |
| computer expenses | 12,461.34 |
| Education | 680.40 |
| Entertainment | 1,331.31 |
| fuel | 813.85 |
| Health and Wellness | 2,458.81 |
| Internet Expense | 510.08 |
| Landscaping | 200.00 |
| Miscellaneous Expense | 7,399.58 |
| Mortgage | 4,650.00 |
| Parking | 642.25 |
| Permits and Fees | 40.00 |
| Postage | 369.83 |
| processing fees | 4.00 |
| Real Estate Expense | 24.99 |
| reimbursement expense | 5,029.17 |
| Subcontractors | 7,679.68 |
| Taxes | 375.00 |
| Telephone for Business | 227.78 |
| Tickets and Violations | 188.47 |
| 437 · Hartford Rd property taxes | 640.00 |
| 60000 · Advertising and Promotion | 2,959.15 |
| 60200 · Automobile Expense | 1,081.75 |
| 60400 · Bank Service Charges | 310.00 |
| 63300 · Insurance Expense | 3,412.59 |
| 64300 · Meals and Entertainment | 8,534.14 |
| 64900 · Office Supplies | 27.00 |
| 66700 · Professional Fees | 2,084.73 |
| 67200 · Repairs and Maintenance | 2,283.06 |
| 68100 · Telephone Expense | 1,505.14 |
| 68400 · Travel Expense | 854.80 |
| 68600 · Utilities | 1,435.95 |
| **Total Expense** | 71,039.37 |
| **Net Ordinary Income** | 763.93 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70300 · Late Fees Income | 400.00 |
| **Total Other Income** | 400.00 |
| **Net Other Income** | 400.00 |
| **Net Income** | **1,163.93** |

8:40 AM
07/19/19

**Franklin Medina DIP**
## Job Profitability Summary
May 2019

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| **212-214 65th St Apt WestNewYork NJ 07093** | | | |
| Arelis Burgos 212-214 65th St Apt | 0.00 | 2,905.00 | 2,905.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 2,905.00 | 2,905.00 |
| **212-214 65th St P1 WestNewYork NJ 07093** | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P5 WestNewYork NJ 07093** | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P6 WestNewYork NJ 07093** | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,292.00 | 1,292.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,292.00 | 1,292.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,116.00 | 1,116.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,116.00 | 1,116.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,432.00 | 1,432.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,432.00 | 1,432.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,309.00 | 1,309.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,309.00 | 1,309.00 |
| 6609 Polk Street West NY NJ | 0.00 | 850.00 | 850.00 |
| **TOTAL** | 0.00 | 9,804.00 | 9,804.00 |

Page 1



**TD Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ  07652

Page:                          1 of 14
Statement Period:   May 01 2019-May 31 2019
Cust Ref #:            ****-****-039-E-***
Primary Account #:   ****-****93

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account # ****93

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,172.70 | Average Collected Balance | 3,359.93 |
| Deposits | 6,233.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 44,812.37 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,200.00 | Days in Period | 31 |
| Electronic Payments | 16,508.99 | | |
| Other Withdrawals | 33,733.01 | | |
| Ending Balance | 3,776.07 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $315.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | DEPOSIT | 1,309.00 |
| 05/06 | DEPOSIT | 1,432.00 |
| 05/06 | DEPOSIT | 1,292.00 |
| 05/16 | DEPOSIT | 2,200.00 |
| | Subtotal: | 6,233.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | ACH DEPOSIT, MEDIAVINE INC. EDI PYMNTS ****96006046678 | 509.34 |
| 05/03 | CCD DEPOSIT, STRIPE TRANSFER ST-F7S0Y7F5Z4O4 | 209.13 |
| 05/06 | ATM CHECK DEPOSIT, *****30045413234<br>AUT 050619 ATM CHECK DEPOSI<br>275 FOREST AVENUE    PARAMUS    * NJ | 1,116.00 |
| 05/08 | ACH DEPOSIT, PAYPAL TRANSFER ****583698632 | 705.00 |
| 05/13 | ATM CHECK DEPOSIT, *****30045413234<br>AUT 051319 ATM CHECK DEPOSI<br>1820 CENTRAL PARK AVENUE    YONKERS    * NY | 33,883.01 |
| 05/13 | ATM CASH DEPOSIT, *****30045413234<br>AUT 051319 ATM CASH DEPOSIT<br>1820 CENTRAL PARK AVENUE    YONKERS    * NY | 100.00 |
| 05/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****77573001FDU | 3,538.32 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    3,776.07

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 14
Statement Period: May 01 2019-May 31 2019
Cust Ref #: ############-039-E-***
Primary Account #: ########793

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/15 | ATM CHECK DEPOSIT, *****30045413234<br>AUT 051519 ATM CHECK DEPOSI<br>1400 PALISADE AVENUE    FORT LEE    * NJ | 900.00 |
| 05/29 | CCD DEPOSIT, AMAZON.CO1271356 EDI PYMNTS FCS****44468452 | 410.10 |
| 05/29 | CCD DEPOSIT, PAYONEER INC. MEDIA.NET ****82348301549 | 126.38 |
| 05/31 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****34743332FDU | 3,315.09 |
|  | Subtotal: | 44,812.37 |

### Checks Paid    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/07 | 143 | 1,000.00 |
| 05/29 | 144 | 200.00 |
|  | Subtotal: | 1,200.00 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | ELECTRONIC PMT-WEB, FPB CR CARD INTERNET    WEB****75559 | 623.00 |
| 05/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 043019 VISA DDA PUR<br>PAYPAL  LUEMADDR    VISA DIRECT   * CA | 334.73 |
| 05/01 | ELECTRONIC PMT-WEB, CREDIT ONE BANK PAYMENT ****337069175 | 283.37 |
| 05/01 | CCD DEBIT, CAPITAL ONE MOBILE PMT ****39800187674 | 198.48 |
| 05/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 043019 VISA DDA PUR<br>FACEBK T5V6LK6S72    650 5434800   * CA | 139.98 |
| 05/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 042919 VISA DDA PUR<br>PAYPAL  IWRITER    402 935 7733  * FL | 66.00 |
| 05/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 042919 VISA DDA PUR<br>EZPASS PREPAID TOLL    800 333 8655  * NY | 46.40 |
| 05/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 043019 VISA DDA PUR<br>CARVEL    YONKERS    * NY | 10.85 |
| 05/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 050119 VISA DDA PUR<br>DNH GODADDY COM    480 505 8855  * AZ | 237.13 |
| 05/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 050219 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT   * CA | 154.65 |
| 05/02 | DEBIT CARD PAYMENT, *****30045413234, AUT 050119 VISA DDA PUR<br>BIGSCOOTS  INC    WWW BIGSCOOTS * FL | 109.83 |
| 05/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 050119 VISA DDA PUR<br>GOOGLE  GSUITE UNLISTE    CC GOOGLE COM * CA | 29.83 |
| 05/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 050119 VISA DDA PUR<br>DNH GODADDY COM    480 505 8855  * AZ | 25.41 |
| 05/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 043019 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 05/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 043019 VISA DDA PUR<br>RALPH S ITALIAN ICES    YONKERS    * NY | 13.98 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 14
Statement Period: May 01 2019-May 31 2019
Cust Ref #: ***████████-039-E-***
Primary Account #: ████████93

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 050119 VISA DDA PUR<br>DNH GODADDY COM      480 505 8855  * AZ | 8.47 |
| 05/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 050119 VISA DDA PUR<br>PAYPAL  LIBSYN       402 935 7733  * PA | 7.00 |
| 05/02 | DEBIT POS, *****30045413234, AUT 050219 DDA PURCHASE<br>GRASSY SPRAIN HARDWARE    YONKERS    * NY | 5.80 |
| 05/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 050219 VISA DDA PUR<br>PEARLAND B604724      WWW PEARLANDB * NY | 744.43 |
| 05/03 | DEBIT CARD PAYMENT, *****30045413234, AUT 050219 VISA DDA PUR<br>CONVERTKIT EMAIL       HTTPSCONVERTK * ID | 366.82 |
| 05/03 | DEBIT CARD PAYMENT, *****30045413234, AUT 050219 VISA DDA PUR<br>SENDGRID 1 877 969 8647    877 9698647  * CO | 29.95 |
| 05/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 050219 VISA DDA PUR<br>EZPASS PREPAID TOLL    800 333 8655  * NY | 25.00 |
| 05/03 | DEBIT CARD PAYMENT, *****30045413234, AUT 050219 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753  * CA | 17.05 |
| 05/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 050219 VISA DDA PUR<br>SPEEDWAY 03493        FORT LEE    * NJ | 15.00 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050419 VISA DDA PUR<br>SHANTI FOOT SPA II INC    FORT LEE    * NJ | 204.00 |
| 05/06 | DEBIT CARD PAYMENT, *****30045413234, AUT 050519 VISA DDA PUR<br>24 HOUR FITNESS USA  I   800 4326348  * CA | 99.11 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050219 VISA DDA PUR<br>OUTBACK 3312          YONKERS    * NY | 94.42 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050319 VISA DDA PUR<br>SUSHI PALACE          YONKERS    * NY | 88.77 |
| 05/06 | DEBIT POS, *****30045413234, AUT 050419 DDA PURCHASE<br>USPS PO 3 33 E MIDLAND    PARAMUS    * NJ | 61.00 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050419 VISA DDA PUR<br>LEFTERIS GYRO PLUS     YONKERS    * NY | 47.09 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050319 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800  * NJ | 36.65 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050419 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 34.29 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050319 VISA DDA PUR<br>2COCOM PUSHCREW COM     888 2471614  * GA | 26.66 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050319 VISA DDA PUR<br>EZPASS PREPAID TOLL    800 333 8655  * NY | 25.00 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050219 VISA DDA PUR<br>STARBUCKS             800 782 7282  * WA | 25.00 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050519 VISA DDA PUR<br>EZPASS PREPAID TOLL    800 333 8655  * NY | 25.00 |
| 05/06 | DEBIT CARD PAYMENT, *****30045413234, AUT 050319 VISA DDA PUR<br>NETFLIX COM           NETFLIX COM  * CA | 13.85 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 14
Statement Period: May 01 2019-May 31 2019
Cust Ref #: 4332050700-000-E-***
Primary Account #: 435-xxxx793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050419 VISA DDA PUR<br>PERRY BAGEL CAFE      PARAMUS    * NJ | 13.70 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050519 VISA DDA PUR<br>PERRY BAGEL CAFE      PARAMUS    * NJ | 11.61 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050419 VISA DDA PUR<br>PARIS BAGUETTE E2 FORT L   FORT LEE   * NJ | 11.05 |
| 05/06 | DEBIT CARD PAYMENT, *****30045413234, AUT 050319 VISA DDA PUR<br>DROPBOX 25GDHV76QYB8    DROPBOX COM  * CA | 9.99 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050419 VISA DDA PUR<br>LIQUORFELLERS LIQUORS    YONKERS    * NY | 8.70 |
| 05/06 | DEBIT POS, *****30045413234, AUT 050419 DDA PURCHASE<br>USPS PO 3 33 E MIDLAND     PARAMUS    * NJ | 8.20 |
| 05/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 050419 VISA DDA PUR<br>FORT LEE PARKING AUTHORI   FORT LEE   * NJ | 1.50 |
| 05/07 | DEBIT CARD PAYMENT, *****30045413234, AUT 050619 VISA DDA PUR<br>UPWORK   236208144REF    165 08534100  * CA | 314.94 |
| 05/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 050619 VISA DDA PUR<br>PAYPAL   JACEINVESTM    VISA DIRECT  * CA | 103.20 |
| 05/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 050519 VISA DDA PUR<br>PAYPAL   IWRITER      402 935 7733  * FL | 66.00 |
| 05/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 050519 VISA DDA PUR<br>STARBUCKS         800 782 7282  * WA | 25.00 |
| 05/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 050519 VISA DDA PUR<br>HIGHRIDGE BAGEL FACTORY    YONKERS    * NY | 16.20 |
| 05/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 050619 VISA DDA PUR<br>EONS            PARAMUS    * NJ | 13.22 |
| 05/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 050619 VISA DDA PUR<br>JUICE PRESS JP24      NEW YORK   * NY | 11.00 |
| 05/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 050619 VISA DDA PUR<br>PARAMUS DELTA       PARAMUS    * NJ | 10.00 |
| 05/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 050619 VISA DDA PUR<br>PAYPAL   SCRAPEDMEDI    4029357733   A US | 97.00 |
| 05/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 050819 VISA DDA PUR<br>PAYPAL   JACEINVESTM    VISA DIRECT  * CA | 82.62 |
| 05/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 050719 VISA DDA PUR<br>PAYPAL   IWRITER      402 935 7733  * FL | 66.00 |
| 05/08 | DEBIT CARD PAYMENT, *****30045413234, AUT 050719 VISA DDA PUR<br>HLU HULU 220006348642 U   HULU COM BILL * CA | 44.99 |
| 05/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 050719 VISA DDA PUR<br>EZPASS PREPAID TOLL     800 333 8655  * NY | 25.00 |
| 05/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 050719 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION   201 2617800  * NJ | 4.35 |
| 05/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 050819 VISA DDA PUR<br>PAYPAL   APMEX INC     402 935 7733  * OK | 1,017.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 14
Statement Period: May 01 2019-May 31 2019
Cust Ref #: 4???????-???-E-***
Primary Account #: ???????793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 050819 VISA DDA PUR<br>CALI PIZZA KITC INC 107   SCARSDALE    * NY | 63.53 |
| 05/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 050919 VISA DDA PUR<br>PAYPAL   JACEINVESTM    VISA DIRECT   * CA | 62.04 |
| 05/09 | DEBIT POS, *****30045413234, AUT 050919 DDA PURCHASE<br>DTS AMOCO CORP         YONKERS      * NY | 44.51 |
| 05/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 050719 VISA DDA PUR<br>9640 AMC ONLINE       888 440 4262  * KS | 25.60 |
| 05/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 050719 VISA DDA PUR<br>STARBUCKS              800 782 7282  * WA | 25.00 |
| 05/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 050719 VISA DDA PUR<br>CRAVWINGS              YONKERS      * NY | 22.05 |
| 05/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 050819 VISA DDA PUR<br>TRADER JOE S  539 QPS     NEW YORK     * NY | 11.95 |
| 05/10 | DEBIT POS, *****30045413234, AUT 051019 DDA PURCH W/CB<br>CVS PHARM 00687  20 SO     WEST ORANGE  * NJ | 74.57 |
| 05/10 | DEBIT CARD PAYMENT, *****30045413234, AUT 050819 VISA DDA PUR<br>VERIZON ONETIMEPAY     VERIZON COM  * FL | 74.18 |
| 05/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 050819 VISA DDA PUR<br>PAYPAL   SCRAPEDMEDI     4029357733    A US | 37.00 |
| 05/10 | DEBIT CARD PAYMENT, *****30045413234, AUT 050919 VISA DDA PUR<br>EFTY B V              GRONINGEN    N LD | 15.00 |
| 05/10 | DEBIT CARD PAYMENT, *****30045413234, AUT 050919 VISA DDA PUR<br>EFTY B V              GRONINGEN    N LD | 15.00 |
| 05/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 050919 VISA DDA PUR<br>DELTA RT 4            ENGLEWOOD    * NJ | 10.00 |
| 05/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 050919 VISA DDA PUR<br>DNH GODADDY COM       480 5058855  * AZ | 8.47 |
| 05/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 050919 VISA DDA PUR<br>PARAMUSBOARDOFEDUCATION   201 2617800  * NJ | 4.35 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051119 VISA DDA PUR<br>EZPASS PREPAID TOLL    800 333 8655 * NY | 235.00 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051019 VISA DDA PUR<br>PAYPAL   IWRITER       402 935 7733 * FL | 88.00 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051019 VISA DDA PUR<br>PAYPAL   KIMITUCA       402 935 7733 * CA | 74.88 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051319 VISA DDA PUR<br>PAYPAL   JACEINVESTM    VISA DIRECT   * CA | 51.75 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051119 VISA DDA PUR<br>PAYPAL   JACEINVESTM    VISA DIRECT   * CA | 51.75 |
| 05/13 | DEBIT CARD PAYMENT, *****30045413234, AUT 051219 VISA DDA PUR<br>GLEAM IO              MORNINGTON    A US | 49.00 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051019 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800  * NJ | 41.65 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 14
Statement Period: May 01 2019-May 31 2019
Cust Ref #: 4352050700-030-E-***
Primary Account #: 430-2050793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051119 VISA DDA PUR CASA DEL MOFONGO    NEW YORK    * NY | 34.52 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051019 VISA DDA PUR VILLAGE DINER    973 7616666  * NJ | 30.32 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051019 VISA DDA PUR LOLA ON THE GRILL    YONKERS    * NY | 28.78 |
| 05/13 | DEBIT POS, *****30045413234, AUT 051119 DDA PURCHASE CVS PHARM 00534  2290    YONKERS    * NY | 28.36 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051119 VISA DDA PUR STARBUCKS    800 782 7282 * WA | 25.00 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051019 VISA DDA PUR EZPASS PREPAID TOLL    800 333 8655 * NY | 25.00 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051119 VISA DDA PUR PARAMUS DELTA    PARAMUS    * NJ | 20.00 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051219 VISA DDA PUR PERRY BAGEL CAFE    PARAMUS    * NJ | 17.03 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051219 VISA DDA PUR DELTA RT 4    ENGLEWOOD    * NJ | 15.00 |
| 05/13 | DEBIT CARD PAYMENT, *****30045413234, AUT 051019 VISA DDA PUR NETFLIX COM    NETFLIX COM  * CA | 13.85 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051119 VISA DDA PUR PERRY BAGEL CAFE    PARAMUS    * NJ | 12.44 |
| 05/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 051019 VISA DDA PUR PARAMUSBOARDOFEDUCATION    201 2617800 * NJ | 4.35 |
| 05/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 051319 VISA DDA PUR PAYPAL  TEACHPE151    VISA DIRECT  * CA | 720.60 |
| 05/14 | ACH DEBIT, PLYMOUTH ROCK P&CMONTHLY HPA****2617577 | 344.10 |
| 05/14 | DEBIT CARD PAYMENT, *****30045413234, AUT 051319 VISA DDA PUR UPWORK  237388190REF    165 08534100 * CA | 154.33 |
| 05/14 | ACH DEBIT, FIRST PREMIER PAYMENT ****0    4095 | 41.00 |
| 05/14 | DEBIT CARD PAYMENT, *****30045413234, AUT 051319 VISA DDA PUR PRIVY COM    HTTPSPRIVY CO * MA | 24.00 |
| 05/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 051319 VISA DDA PUR DNH GODADDY COM    480 505 8855 * AZ | 20.47 |
| 05/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 051319 VISA DDA PUR PAYPAL  GOOGLE    402 935 7733 * CA | 1.99 |
| 05/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 051519 VISA DDA PUR PAYPAL  JACEINVESTM    VISA DIRECT  * CA | 154.65 |
| 05/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 051419 VISA DDA PUR PAYPAL  CLOUDINARY    4029357733   I SR | 99.00 |
| 05/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 051419 VISA DDA PUR PAYPAL  IWRITER    402 935 7733 * FL | 88.00 |
| 05/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 051419 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 33.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 14
Statement Period: May 01 2019-May 31 2019
Cust Ref #: ~~4382050700-000~~-E-***
Primary Account #: ~~400-2058~~793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 051319 VISA DDA PUR STARBUCKS   800 782 7282 * WA | 25.00 |
| 05/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 051419 VISA DDA PUR HUDSON FOOD COURT   NEWYORK * NY | 10.34 |
| 05/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 051419 VISA DDA PUR DNH GODADDY COM   480 5058855 * AZ | 8.47 |
| 05/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 051419 VISA DDA PUR CARVEL   YONKERS * NY | 6.18 |
| 05/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 051419 VISA DDA PUR PARAMUSBOARDOFEDUCATION   201 2617800 * NJ | 4.35 |
| 05/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 051319 VISA DDA PUR CALLFIRE COM   877 8973473 * CA | 1.00 |
| 05/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 051519 VISA DDA PUR OTF MONTVALE 1054   MONTVALE * NJ | 169.00 |
| 05/16 | ELECTRONIC PMT-WEB, PAYPAL INST XFER IWRITER | 66.00 |
| 05/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 051419 VISA DDA PUR JACQUES TORRES CHOCOLA   NEW YORK * NY | 25.92 |
| 05/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 051519 VISA DDA PUR ALIEXPRESS   114 087855580 * CA | 10.82 |
| 05/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 051619 VISA DDA PUR LOFT 1771 THE WESTCHESTE   WHITE PLAINS * NY | 165.91 |
| 05/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 051619 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK * NY | 33.00 |
| 05/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 051519 VISA DDA PUR CENTER RACEWAY RESTAURAN   YONKERS * NY | 26.51 |
| 05/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 051519 VISA DDA PUR DNH GODADDY COM   480 5058855 * AZ | 20.47 |
| 05/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 051519 VISA DDA PUR DELTA RT 4   ENGLEWOOD * NJ | 15.00 |
| 05/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 051619 VISA DDA PUR NETFLIX COM   NETFLIX COM * CA | 13.85 |
| 05/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 051519 VISA DDA PUR DULCE DE LECHE BAKERY   GUTTENBERG * NJ | 10.56 |
| 05/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 051519 VISA DDA PUR DULCE DE LECHE BAKERY   GUTTENBERG * NJ | 8.64 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051719 VISA DDA PUR DNH GODADDY COM   480 5058855 * AZ | 568.47 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051719 VISA DDA PUR DNH GODADDY COM   480 5058855 * AZ | 471.90 |
| 05/20 | DEBIT CARD PAYMENT, *****30045413234, AUT 051819 VISA DDA PUR MOZ INC   HTTPSMOZ COM * WA | 250.00 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051819 VISA DDA PUR PAYPAL JACEINVESTM   VISA DIRECT * CA | 123.78 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 14
Statement Period: May 01 2019-May 31 2019
Cust Ref #: ***********-E-***
Primary Account #: ********93

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051919 VISA DDA PUR<br>CPBIKETOUR1          2125418759   * NY | 111.05 |
| 05/20 | DEBIT POS, *****30045413234, AUT 051819 DDA PURCHASE<br>MACY S   CROSS COUNTY    YONKERS     * NY | 99.84 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051819 VISA DDA PUR<br>YARD HOUSE 0108333     YONKERS     * NY | 91.48 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051919 VISA DDA PUR<br>PAYPAL  IWRITER      402 935 7733  * FL | 88.00 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051719 VISA DDA PUR<br>PAYPAL  IWRITER      402 935 7733  * FL | 88.00 |
| 05/20 | DEBIT POS, *****30045413234, AUT 051819 DDA PURCHASE<br>MACY S    173 CROSS CO    YONKERS     * NY | 81.17 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051919 VISA DDA PUR<br>PAYPAL  IWRITER      402 935 7733  * FL | 66.00 |
| 05/20 | DEBIT POS, *****30045413234, AUT 051819 DDA PURCHASE<br>MACY S    173 CROSS CO    YONKERS     * NY | 64.60 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 052019 VISA DDA PUR<br>PAYPAL  JACEINVESTM     VISA DIRECT  * CA | 51.75 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051919 VISA DDA PUR<br>SQ  VAN LEEUWEN ICE    NEW YORK    * NY | 50.46 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051819 VISA DDA PUR<br>24 HOUR FITNESS  731    SCARSDALE    * NY | 47.01 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051619 VISA DDA PUR<br>SUSHI PALACE        YONKERS     * NY | 40.93 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051819 VISA DDA PUR<br>PARAMUS DELTA       PARAMUS     * NJ | 40.00 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051719 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 33.00 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051819 VISA DDA PUR<br>CINEMA DE LUX       YONKERS     * NY | 28.50 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051719 VISA DDA PUR<br>STARBUCKS         800 782 7282  * WA | 25.00 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051919 VISA DDA PUR<br>PERRY BAGEL CAFE      PARAMUS    * NJ | 11.79 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051919 VISA DDA PUR<br>DELTA RT 4        ENGLEWOOD    * NJ | 10.00 |
| 05/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 051819 VISA DDA PUR<br>PERRY BAGEL CAFE      PARAMUS    * NJ | 6.02 |
| 05/20 | DEBIT POS, *****30045413234, AUT 052019 DDA PURCHASE<br>USPS PO 33633006 33 E MI   PARAMUS    * NJ | 1.38 |
| 05/21 | DEBIT CARD PAYMENT, *****30045413234, AUT 052019 VISA DDA PUR<br>UPWORK  238557286REF    165 08534100  * CA | 449.29 |
| 05/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 052019 VISA DDA PUR<br>PAYPAL  IMOTY2004     402 935 7733  * CA | 198.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 10 of 14
Statement Period: May 01 2019-May 31 2019
Cust Ref #: ***********-E-***
Primary Account #: 4___-___793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 051919 VISA DDA PUR NY PIZZA SUPREMA     NEW YORK    * NY | 44.00 |
| 05/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 052019 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 33.00 |
| 05/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 051919 VISA DDA PUR STARBUCKS          800 782 7282  * WA | 25.00 |
| 05/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 052019 VISA DDA PUR DNH GODADDY COM     480 5058855  * AZ | 13.47 |
| 05/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 052019 VISA DDA PUR EONS            PARAMUS      * NJ | 13.22 |
| 05/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 052119 VISA DDA PUR PAYPAL IWRITER     402 935 7733  * FL | 88.00 |
| 05/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 052119 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 33.00 |
| 05/22 | DEBIT CARD PAYMENT, *****30045413234, AUT 052119 VISA DDA PUR APL ITUNES COM BILL    866 712 7753  * CA | 10.99 |
| 05/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 052119 VISA DDA PUR PARAMUSBOARDOFEDUCATION   201 2617800  * NJ | 4.35 |
| 05/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 052319 VISA DDA PUR PAYPAL JACEINVESTM    VISA DIRECT  * CA | 103.20 |
| 05/23 | NONTD ATM DEBIT, *****30045413234, AUT 052319 DDA WITHDRAW 345 HUDSON ST        NEW YORK    * NY | 103.00 |
| 05/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 052219 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 33.00 |
| 05/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 052119 VISA DDA PUR STARBUCKS          800 782 7282  * WA | 25.00 |
| 05/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 052219 VISA DDA PUR HUDSON FOOD COURT     NEWYORK     * NY | 10.34 |
| 05/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 052219 VISA DDA PUR DELTA RT 4         ENGLEWOOD    * NJ | 10.00 |
| 05/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 052319 VISA DDA PUR AMZN MKTP US MN90G4KU1 A   AMZN COM BILL * WA | 42.64 |
| 05/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 052319 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 33.00 |
| 05/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 052419 VISA DDA PUR PAYPAL JACEINVESTM    VISA DIRECT  * CA | 31.17 |
| 05/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 052319 VISA DDA PUR ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 21.23 |
| 05/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 052319 VISA DDA PUR CINEMA DE LUX        YONKERS    * NY | 15.33 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052619 VISA DDA PUR OLIVE GARDEN 0021640    SECAUCUS    * NJ | 167.53 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052419 VISA DDA PUR DNH GODADDY COM     480 5058855  * AZ | 163.47 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 11 of 14
Statement Period: May 01 2019-May 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052519 VISA DDA PUR SHANTI FOOT SPA NJ      FORT LEE    * NJ | 136.00 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052819 VISA DDA PUR PAYPAL  JACEINVESTM      VISA DIRECT  * CA | 123.78 |
| 05/28 | TD ATM DEBIT, *****30045413234, AUT 052819 DDA WITHDRAW 275 FOREST AVENUE       PARAMUS    * NJ | 100.00 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052719 VISA DDA PUR PAYPAL  CLOUDINARY      4029357733   I SR | 99.00 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052419 VISA DDA PUR STANDARD HIGH LINE F     NEW YORK    * NY | 79.51 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052519 VISA DDA PUR AQUARIUS SEAFOOD RESTAUR   FORT LEE    * NJ | 54.82 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052419 VISA DDA PUR ON THE BORDER         PARAMUS    * NJ | 51.22 |
| 05/28 | DEBIT CARD PAYMENT, *****30045413234, AUT 052519 VISA DDA PUR 24 HOUR FITNESS USA  I    800 4326348   * CA | 47.01 |
| 05/28 | DEBIT POS, *****30045413234, AUT 052819 DDA PURCH W/CB SHOPRITE TUCKAHOE S1      YONKERS    * NY | 45.43 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052719 VISA DDA PUR ANTHONY FRANCOS PIZZA     PARAMUS    * NJ | 42.18 |
| 05/28 | DEBIT POS, *****30045413234, AUT 052719 DDA PURCHASE DTS AMOCO CORP        YONKERS    * NY | 40.00 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052419 VISA DDA PUR DNH GODADDY COM      480 5058855   * AZ | 35.99 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052419 VISA DDA PUR LI LAC CHOCOLATES   C    NEW YORK    * NY | 31.36 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052719 VISA DDA PUR APL  ITUNES COM BILL    866 712 7753 * CA | 30.91 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052519 VISA DDA PUR SUBWAY     05449079   YONKERS    * NY | 29.67 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052519 VISA DDA PUR STARBUCKS          800 782 7282  * WA | 25.00 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052619 VISA DDA PUR STARBUCKS          800 782 7282  * WA | 25.00 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052319 VISA DDA PUR STARBUCKS          800 782 7282  * WA | 25.00 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052519 VISA DDA PUR CARVEL             YONKERS    * NY | 18.28 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052519 VISA DDA PUR PERRY BAGEL CAFE       PARAMUS    * NJ | 9.75 |
| 05/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 052419 VISA DDA PUR PERRY BAGEL CAFE       PARAMUS    * NJ | 8.76 |
| 05/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 052819 VISA DDA PUR CONVERTKIT EMAIL       HTTPSCONVERTK * ID | 259.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 12 of 14
Statement Period: May 01 2019-May 31 2019
Cust Ref #: 4#########-029-E-***
Primary Account #: ########793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/29 | TDBANK BILL PAY CHECK, MOUNT LAUREL TOWNSHIP CHECK# 995030 | 160.00 |
| 05/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 052819 VISA DDA PUR BIGSCOOTS INC     WWW BIGSCOOTS * FL | 114.55 |
| 05/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 052719 VISA DDA PUR RONBLACKSBEERHALL    WHITE PLAINS * NY | 83.70 |
| 05/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 052819 VISA DDA PUR PFI PARAMUS SCHOOL DISTR  201 261 7800 * NJ | 41.65 |
| 05/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 052819 VISA DDA PUR GMASS    HTTPSWWW GMAS * WI | 19.95 |
| 05/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 052819 VISA DDA PUR PARAMUS DELTA    PARAMUS * NJ | 10.00 |
| 05/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 053019 VISA DDA PUR PAYPAL JACEINVESTM    VISA DIRECT * CA | 41.46 |
| 05/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 052919 VISA DDA PUR GREENWICH ST PARKING LLC  NEW YORK * NY | 33.00 |
| 05/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 052919 VISA DDA PUR CARVEL    YONKERS * NY | 16.86 |
| 05/30 | DEBIT CARD PAYMENT, *****30045413234, AUT 052919 VISA DDA PUR DROPBOX 6YH8BNCNT8Y1  888 4468396 * CA | 9.99 |
| 05/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 052919 VISA DDA PUR PARAMUSBOARDOFEDUCATION  201 2617800 * NJ | 4.35 |
| 05/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 053019 VISA DDA PUR EZPASS PREPAID TOLL  800 333 8655 * NY | 235.00 |
| 05/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 053119 VISA DDA PUR PAYPAL JACEINVESTM    VISA DIRECT * CA | 154.65 |
| 05/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 053019 VISA DDA PUR DNH GODADDY COM    480 5058855 * AZ | 153.56 |
| 05/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 053019 VISA DDA PUR GREENWICH ST PARKING LLC  NEW YORK * NY | 33.00 |
| 05/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 052919 VISA DDA PUR STARBUCKS    800 782 7282 * WA | 25.00 |
| 05/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 053119 VISA DDA PUR PAYPAL JACEINVESTM    VISA DIRECT * CA | 20.88 |
| 05/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 053019 VISA DDA PUR PARAMUS DELTA    PARAMUS * NJ | 10.00 |
| | Subtotal: | 16,508.99 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 13 of 14 |
| Statement Period: | May 01 2019-May 31 2019 |
| Cust Ref #: | ████████-███-E-*** |
| Primary Account #: | ████████93 |

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | DEBIT | 700.00 |
| 05/14 | DEBIT, 9534100024EE<br>ADJ 9534100024 ENCODING ERROR | 33,033.01 |
| | Subtotal: | 33,733.01 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 4,172.70 | 05/16 | 7,025.07 |
| 05/01 | 3,778.89 | 05/17 | 6,731.13 |
| 05/02 | 3,671.13 | 05/20 | 4,281.00 |
| 05/03 | 2,682.01 | 05/21 | 3,505.02 |
| 05/06 | 5,676.42 | 05/22 | 3,368.68 |
| 05/07 | 4,116.86 | 05/23 | 3,084.14 |
| 05/08 | 3,801.90 | 05/24 | 2,940.77 |
| 05/09 | 2,530.22 | 05/28 | 1,551.10 |
| 05/10 | 2,291.65 | 05/29 | 1,198.73 |
| 05/13 | 35,427.98 | 05/30 | 1,093.07 |
| 05/14 | 1,088.48 | 05/31 | 3,776.07 |
| 05/15 | 5,096.81 | | |



FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

STATEMENT OF ACCOUNT

Page: 14 of 14
Statement Period: May 01 2019-May 31 2019
Cust Ref #: ●●●●●●●●●●-●●●-E-***
Primary Account #: ●●●-●●●●●●●93



#143         05/07         $1,000.00



#144         05/29         $200.00