UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

# CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| | | |
|---|---|---|
| **Ally Financial**<br>Attn: Bankruptcy<br>Po Box 130424<br>Roseville, MN 55113 | **NJ Attorney General Office**<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625 | **Ditech**<br>Attn: Bankruptcy<br>Po Box 6172<br>Rapid City, SD 57709 |
| **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101 | **McCalla Raymer Leibert Pierce, LLC.**<br>99 Wood Avenue South, Suite 803<br>Iselin, NJ 08830<br>Attn. President, CEO, Reg. Agent | **Milton Regional Sewer Authority**<br>5585 State Route 405<br>Milton, PA 17847<br>Attn. President, CEO, Reg. Agent |
| **Motor Vehicle Commission**<br>New Jersey Motor Vehicle Commission<br>Administrative Unit<br>225 East State Street<br>Trenton, NJ 08666 | **Navient**<br>Attn: Bankruptcy<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | **New Jersey Attorney General Office**<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market St., PO Box 112<br>Trenton, NJ 08625 |
| **North Hudson Sewerage Authority**<br>1600 Adams Street<br>Hoboken, NJ 07030<br>Attn. President, CEO, Reg. Agent | **Online Collections**<br>Po Box 1489<br>Winterville, NC 28590<br>Attn. President, CEO, Reg. Agent | **Seterus, Inc.**<br>Attn: Bankruptcy<br>Po Box 1077<br>Hartford, CT 06143 |
| **State of New Jersey Division of Taxation**<br>Compliance & Enforcement - Compliance<br>50 Barrack Street, 9th Floor<br>Trenton, NJ 08695 | **Stern, Lavinthal & Frankenberg, LLC**<br>105 Eisenhower Parkway, Ste. 302<br>Attn. Maria Cozzini<br>Roseland, NJ 07068 | **Tolls By Mail**<br>P.O. Box 15183<br>Albany, NY 12212<br>Attn. President, CEO, Reg. Agent |
| **Toyota Motor Credit Co**<br>Toyota Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 5240 | **Union City Tax Assessor**<br>3715 Palisade Avenue #1st<br>Union City, NJ 07087 | **United States Attorney General**<br>U.S. Dept of Justice<br>P.O. Box 683<br>Washington, DC 20044 |
| **West New York Tax Assessor**<br>428 60th Street, #3<br>West New York, NJ 07093 | **United States Attorney**<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | **PLUESE, BECKER & SALTZMAN, LLC**<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318<br>Attn. Robert P. Saltzman |
| **RAS Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Attn. Laura Egerman | **Synchrony Bank**<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | **Phelan Hallinan Diamond & Jones, PC**<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>Attn. Sherri Braunstein |