Form 195 – ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–11629–RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Franklin Medina
  P.O. Box 1502
  Paramus, NJ 07653

Social Security No.:
  xxx–xx–8251

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

A Disclosure Statement was filed by Debtor Franklin Medina on September 16, 2019 , pursuant to Fed. R. Bankr. P. 3016.

The Court shall conduct a hearing as to the adequacy of such statement before Honorable Rosemary Gambardella on :

Date:            November 12, 2019
Time:             11:00 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

David L. Stevens
Scura, Wigfield, Heyer & Stevens
1599 Hamburg Turnpike
Wayne, NJ 07470
973–696–8391


Dated: September 27, 2019
JAN: slm

                                                                Jeanne Naughton
                                                                Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                        Case No. 18-11629-RG
   Franklin Medina                                            Chapter 11
             Debtor                  CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 3                  Date Rcvd: Sep 27, 2019
                              Form ID: 195               Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db             +Franklin Medina,    P.O. Box 1502,    Paramus, NJ 07653-1502
aty            +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP.,    1599 Hamburg Turnpike,    P.O. Box 2031,
                 Wayne, NJ 07474-2031
cr             +City of Union City,    Joel R. Glucksman, Esq.,    Scarinci & Hollenbeck,
                 1100 Valley Brook Avenue,    PO Box 790,    Lyndhurst, NJ 07071-0790
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              MTGLQ Investors, LP c/o Selene Finance LP,     9990 Richmond Avenue, Suite 400 South,
                 South Houston, TX 77042-4546
cr             +SN Servicing Corporation,    FRIEDMAN VARTOLO, LLP,    1325 Franklin Avenue, Suite 230,
                 Garden City, NY 11530-1631
cr             +Wells Fargo Bank, National Association, as Trustee,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
517776888       Angel Miguel,    212-214 65th Street,    West New York, NJ 07093
517300010      +Chase Bank N.A.,    270 Park Avenue,    New York, NY 10017-2070
517776889      +Constancia Burgos,    214 65th Street,    Apt. 2,    West New York, NJ 07093-3105
517776890       Diego Valle,    212-214 65th Street,    West New York, NJ 07093
517776915       Doris H. Navas,    212-214 65th Street,    West New York, NJ 07093
517776916       German Cruz,    212-214 65th Street,    West New York, NJ 07093
517776917      +Hugo Claros,    522 4th Street,    Apt. 1R,    Union City, NJ 07087-2897
517575106      +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
517776924      +Lorenzo & Maria Gonzalez,    522 4th Street,    Apt. 2F,    Union City, NJ 07087-2897
517776925       Luis Rodriguez,    212-214 65th Street,    West New York, NJ 07093
517539338       MTGLQ Investors, LP c/o,    Selene Finance LP,    9990 Richmond Ave., Ste. 400 South,
                 Houston, TX 77042-4546
517776926       Maria Contino,    212-214 65th Street,    West New York, NJ 07093
517300013     #+McCalla Raymer Leibert Pierce, LLC.,    99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
517300014      +Milton Regional Sewer Authority,    5585 State Route 405,    Milton, PA 17847-7519
517300015      +Motor Vehicle Commission,    New Jersey Motor Vehicle Commission,    Administrative Unit,
                 225 East State Street,    Trenton, NJ 08666-0001
517787823     ++NORTHUMBERLAND COUNTY TAX CLAIM BUREAU,    399 STADIUM DRIVE,    SUNBURY PA 17801-3201
               (address filed with court: Northumberland County Tax Claim Bureau,    399 Stadium Drive,
                 Sunbury, Pa 17801)
517353931      +NYS Thruway Authority,    200 Southern Blvd.,    Albany, NY 12209-2098
517300017      +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 Market St., PO Box 112,    Trenton, NJ 08625-0112
517300018      +North Hudson Sewerage Authority,    1600 Adams Street,    Hoboken, NJ 07030-2304
517775764      +Northumberland County Assesor,    399 S. 5th #301,    Sunbury, PA 17801-3201
517776944       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517776945      +Reyna Maravilla,    522 4th Street,    Apt. 1F,    Union City, NJ 07087-2897
517776946      +Roberto Carlos Mejivar,    214 65th Street,    Apt. 1,    West New York, NJ 07093-3105
517491216     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517300020     #+Seterus, Inc.,    Attn: Bankruptcy,    Po Box 1077,    Hartford, CT 06143-1077
517776947      +Sonia Cabrera,    522 4th Street,    Apt. 2R,    Union City, NJ 07087-2897
517300021      +State of New Jersey Division of Taxation,    Compliance & Enforcement - Compliance,
                 50 Barrack Street, 9th Floor,    Trenton, NJ 08695-0001
517300022      +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Ste. 302,    Attn. Maria Cozzini,
                 Roseland, NJ 07068-1640
517776948      +Suez Water New Jersey,    Customer Service Center,    69 DeVoe Place,    Hackensack, NJ 07601-6105
517300024     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
517775765      +Tax Claim Bureau Northumberland County,    399 Stadium Drive,    Sunbury, PA 17801-3201
517300023      +Tolls By Mail,    P.O. Box 15183,    Albany, NY 12212-5183
517367423      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517300025      +Union City Tax Assessor,    3715 Palisade Avenue #1st,    Union City, NJ 07087-4809
517563115      +WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE,    LOAN TRUST 2006-4 MORTGAGE PASS-THROUGH,
                 PO BOX 619096,    DALLAS, TX 75261-9096
517300026      +Wells Fargo Bank, N.A.,    420 Montgomery Street,    Attn: Bankruptcy Dept.,
                 San Francisco, CA 94104-1298
517300027      +West New York Tax Assessor,    428 60th Street, #3,    West New York, NJ 07093-2222
517776951       William Gonzalez,    212-214 65th Street,    West New York, NJ 07093
517776952       Yaimee Herrera,    212-214 65th Street,    West New York, NJ 07093
517776953      +Yonir & Denis Castro,    522 4th Street,    Apt. 1F,    Union City, NJ 07087-2897
```

```
District/off: 0312-2           User: admin                Page 2 of 3                   Date Rcvd: Sep 27, 2019
                               Form ID: 195               Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: cio.bncmail@irs.gov Sep 28 2019 01:04:40      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2019 01:05:28      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2019 01:05:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
cr              +E-mail/Text: bnc@atlasacq.com Sep 28 2019 01:04:14       ATLAS ACQUISITIONS LLC,   294 Union St.,
                 Attn: Avi Schild,    Hackensack, NJ  07601-4303
517300009       +E-mail/Text: ally@ebn.phinsolutions.com Sep 28 2019 01:02:28      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN  55438-0901
517312015        E-mail/Text: ally@ebn.phinsolutions.com Sep 28 2019 01:02:28      Ally Financial,
                 PO Box 130424,    Roseville MN  55113-0004
517464142       +E-mail/Text: bnc@atlasacq.com Sep 28 2019 01:04:14       Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ  07601-4303
517300011       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 28 2019 01:04:55       Ditech,   Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD  57709-6172
517413899        E-mail/Text: bankruptcy.bnc@ditech.com Sep 28 2019 01:04:55
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota  57709-6154
517776918       +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Sep 28 2019 01:06:29       Kabbage,
                 PO Box 77081,    Atlanta, GA  30357-1081
517300016       +E-mail/PDF: pa_dc_claims@navient.com Sep 28 2019 01:18:51      Navient,   Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA  18773-9500
517321189       +E-mail/PDF: pa_dc_claims@navient.com Sep 28 2019 01:17:28      Navient Solutions, LLC..,
                 220 Lasley Ave,    Wilkes-Barre, PA  18706-1430
517300019       +E-mail/Text: bankruptcy@onlineis.com Sep 28 2019 01:06:04      Online Collections,   Po Box 1489,
                 Winterville, NC  28590-1489
517300400       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 01:18:36      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
517468150       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2019 01:19:26       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK  73118-7901
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Ally Financial,   PO Box 130424,   Roseville, MN  55113-0004
517571181*      +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ  07601-4303
517300012*      +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA  19101-7346
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
              Carlos D Martinez    on behalf of Debtor Franklin  Medina cmartinez@scura.com,
               ecfbkfilings@scurameadey.com;mmack@scura.com;dstevens@scura.com;jesposito@scurameadey.com;lrichar
               d@scura.com
```

```
District/off: 0312-2           User: admin              Page 3 of 3             Date Rcvd: Sep 27, 2019
                               Form ID: 195             Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      David L. Stevens    on behalf of Debtor Franklin  Medina dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com

      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

      Joel R. Glucksman    on behalf of Creditor   City of Union City jglucksman@sh-law.com, rjoyce@sh-law.com

      John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

      Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation bankruptcy@friedmanvartolo.com

      Laura M. Egerman    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-4 Mortgage Pass-Through Certificates , Series 2006-4 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

      Nicholas V. Rogers    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com

      Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

      Robert P. Saltzman    on behalf of Creditor   MTGLQ Investors, LP c/o Selene Finance LP dnj@pbslaw.org

      Sherri Jennifer Smith    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                      TOTAL: 12