**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
*Counsel for Debtor*

**Order Filed on September 27, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>FRANKLIN MEDINA,<br><br>　　　　　　Debtor. | Case No. 18-11629-RG<br><br>Chapter 11<br><br>Judge:  Hon. Rosemary Gambardella |

### Order and Notice for Hearing on Disclosure Statement

The relief set forth on the following page is hereby **ORDERED**

**DATED: September 27, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

A disclosure statement and a plan under chapter 11 [or chapter 9] of the Bankruptcy Code having been

filed by **David L. Stevens, Esq. on September 16, 2019.**

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the adequacy of the

Disclosure Statement shall be held before the **Honorable Rosemary Gambardella at the following time**

**and place:**:

DATE AND TIME:        **November 12, 2019**
Courtroom:                **3E_____**
Place:                         **MLK, Jr. Federal Building**
                                   **3rd Floor**
                                   **50 Walnut Street, Newark, NJ 07102**

    ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court in accordance

with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the hearing date. Written

objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of this Court and

served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States

Trustee no later than 14 days prior to the hearing before this Court, unless otherwise directed by the

court; and it is further

    ORDERED that copies of the Disclosure Statement and Plan, together with copies of this Notice and

Order, shall be served by the proponent of the Disclosure Statement and Plan on the Debtor, United

State Trustee, Counsel for the Creditor's Committee, and the Securities and Exchange Commission. Such

copies shall also be provided by the proponent to any party in interest, upon written request; and it is

further

    ORDERED that no creditor or other party in interest shall be heard in opposition to the adequacy of

the Disclosure Statement without good cause, unless such party shall have served and filed such

objection within the aforementioned time and effected service upon the parties named above.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-11629-RG
Franklin Medina                                                        Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Sep 27, 2019
                             Form ID: pdf903           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db          +Franklin Medina,    P.O. Box 1502,   Paramus, NJ 07653-1502
aty         +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP.,   1599 Hamburg Turnpike,   P.O. Box 2031,
             Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          Carlos D Martinez    on behalf of Debtor Franklin  Medina cmartinez@scura.com,
          ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposito@scuramealey.com;lrichar
          d@scura.com
          David L. Stevens    on behalf of Debtor Franklin  Medina dstevens@scuramealey.com,
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
          scuramealey.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joel R. Glucksman   on behalf of Creditor   City of Union City jglucksman@sh-law.com,
          rjoyce@sh-law.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
          Jonathan C. Schwalb   on behalf of Creditor   SN Servicing Corporation
          bankruptcy@friedmanvartolo.com
          Laura M. Egerman    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for
          Banc of America Alternative Loan Trust 2006-4 Mortgage Pass-Through Certificates , Series 2006-4
          bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
          Nicholas V. Rogers   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          nj.bkecf@fedphe.com
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
          Robert P. Saltzman   on behalf of Creditor   MTGLQ Investors, LP c/o Selene Finance LP
          dnj@pbslaw.org
          Sherri Jennifer Smith   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                             TOTAL: 12