UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391
David L. Stevens, Esq.

Order Filed on October 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Franklin Medina,

                Debtor.

Case No.:    18-11629

Hearing Date:   Oct 22, 2019 @ 10AM

Judge:    RG

Chapter:    11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 25, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer Stevens, & Cammarota, LLP | $25,975.00 | $779.65 |

*rev.8/1/15*