UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina
Debtor

Case No. 18-11629
Reporting Period: 7/1/2019

Social Security # N/A
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  /s/ Franklin Medina                                    Date   10/22/2019

Signature of Joint Debtor                                                                  Date

3:12 PM
08/29/19

# Franklin Medina DIP
## Job Profitability Summary
### July 2019

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| **212-214 65th St Apt WestNewYork NJ 07093** | | | |
| Arelis Burgos 212-214 65th St Apt | 0.00 | 2,645.00 | 2,645.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 2,645.00 | 2,645.00 |
| **212-214 65th St P1 WestNewYork NJ 07093** | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 176.00 | 176.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 176.00 | 176.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P5 WestNewYork NJ 07093** | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P6 WestNewYork NJ 07093** | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,310.00 | 1,310.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,310.00 | 1,310.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,116.00 | 1,116.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,116.00 | 1,116.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,432.00 | 1,432.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,432.00 | 1,432.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,309.00 | 1,309.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,309.00 | 1,309.00 |
| 6609 Polk Street West NY NJ | 0.00 | 855.00 | 855.00 |
| **TOTAL** | 0.00 | 9,568.00 | 9,568.00 |

3:14 PM
08/29/19
Accrual Basis

# Franklin Medina DIP
# Profit & Loss
### July 2019

|  | Jul 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     Advertising Income | 554.96 |
|     Amazon Income | 831.91 |
|     Employment Income | 6,853.42 |
|     Other Income | 209.13 |
|     47400 · Rental Income | 9,568.00 |
| **Total Income** | 18,017.42 |
| **Gross Profit** | 18,017.42 |
| **Expense** | |
|     Clothes | 26.29 |
|     computer expenses | 1,751.86 |
|     Dry Cleaning | 18.50 |
|     Entertainment | 526.72 |
|     fuel | 276.00 |
|     Gift | 597.09 |
|     Health and Wellness | 321.50 |
|     Miscellaneous Expense | 30.00 |
|     Mortgage | 8,008.00 |
|     Parking | 133.25 |
|     reimbursement expense | 100.00 |
|     437 · Hartford Rd property taxes | 320.00 |
|     60000 · Advertising and Promotion | 111.08 |
|     60200 · Automobile Expense | 105.40 |
|     60400 · Bank Service Charges | 25.00 |
|     63300 · Insurance Expense | 313.54 |
|     64300 · Meals and Entertainment | 1,770.77 |
|     67200 · Repairs and Maintenance | 275.00 |
|     68400 · Travel Expense | 115.97 |
| **Total Expense** | 14,825.97 |
| **Net Ordinary Income** | 3,191.45 |
| **Net Income** | **3,191.45** |



**STATEMENT OF ACCOUNT**

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ  07652

Page: 1 of 10
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #: ***
Primary Account #: 59793

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account # 59793

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,124.17 | Average Collected Balance | 7,470.11 |
| Deposits | 7,769.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 10,321.19 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 275.00 | Days in Period | 31 |
| Electronic Payments | 5,965.74 | | |
| Other Withdrawals | 8,658.00 | | |
| Ending Balance | 9,315.62 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $315.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | DEPOSIT | 1,309.00 |
| 07/08 | DEPOSIT | 1,432.00 |
| 07/08 | DEPOSIT | 1,310.00 |
| 07/12 | DEPOSIT | 3,718.00 |
| | Subtotal: | 7,769.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | CCD DEPOSIT, AMAZON.CO1291296 EDI PYMNTS FCS****27140392 | 469.01 |
| 07/01 | POS CREDIT, *****30045413234, AUT 062819 DDA PURCH REF KOHLS 039 2350 CENTRAL YONKERS * NY | 30.67 |
| 07/02 | ACH DEPOSIT, MEDIAVINE INC. EDI PYMNTS ****96006729187 | 554.96 |
| 07/10 | CCD DEPOSIT, STRIPE TRANSFER ST-X7S1W0B1Y0A7 | 209.13 |
| 07/10 | ATM CHECK DEPOSIT, *****30045413234 AUT 071019 ATM CHECK DEPOSI 1820 CENTRAL PARK AVENUE YONKERS * NY | 1,799.00 |
| 07/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****11501944FDU | 3,538.33 |
| 07/22 | DEBIT CARD CREDIT, *****30045413234, AUT 072119 VISA DDA REF SWIMOUTLET COM CAMPBELL * CA | 19.86 |

## How to Balance your Account

Page: 2 of 10

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    9,315.62

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 10
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #:
Primary Account #: 59793

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/29 | CCD DEPOSIT, AMAZON.CO1310828 EDI PYMNTS FCS****68413442 | 362.90 |
| 07/30 | DEBIT CARD CREDIT, *****30045413234, AUT 073019 VISA DDA REF<br>J CREW RETAIL 560   WHITE PLAINS  * NY | 22.24 |
| 07/31 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****73372996FDU | 3,315.09 |
| | Subtotal: | 10,321.19 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/15 | 149 | 275.00 |
| | Subtotal: | 275.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | TDBANK BILL PAY CHECK,<br>MOUNT LAUREL TOWNSHIP<br>CHECK# 995031 | 160.00 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 062819 VISA DDA PUR<br>BIGSCOOTS INC   WWW BIGSCOOTS * FL | 114.55 |
| 07/01 | DEBIT CARD PAYMENT, *****30045413234, AUT 062819 VISA DDA PUR<br>CONVERTKIT EMAIL   HTTPSCONVERTK * ID | 40.03 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 063019 VISA DDA PUR<br>PARAMUS DELTA   PARAMUS  * NJ | 30.00 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 062719 VISA DDA PUR<br>WINGSTOP 1314   YONKERS  * NY | 25.56 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 062819 VISA DDA PUR<br>STARBUCKS   800 782 7282  * WA | 25.00 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 062919 VISA DDA PUR<br>PERRY BAGEL CAFE   PARAMUS  * NJ | 22.64 |
| 07/01 | DEBIT CARD PAYMENT, *****30045413234, AUT 062819 VISA DDA PUR<br>GMASS   HTTPSWWW GMAS * WI | 19.95 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 062819 VISA DDA PUR<br>JACQUES TORRES CHOCOLA   NEW YORK  * NY | 17.03 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 062919 VISA DDA PUR<br>WINGSTOP 1314   YONKERS  * NY | 14.45 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 063019 VISA DDA PUR<br>PERRY BAGEL CAFE   PARAMUS  * NJ | 13.60 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 062719 VISA DDA PUR<br>SUBWAY   05449079   YONKERS  * NY | 12.30 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 063019 VISA DDA PUR<br>CHIPOTLE 3030   TETERBORO  * NJ | 11.20 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 062719 VISA DDA PUR<br>SUBWAY   05449079   YONKERS  * NY | 10.07 |
| 07/01 | DEBIT CARD PAYMENT, *****30045413234, AUT 062919 VISA DDA PUR<br>DROPBOX ZRY5KXXJ72CC   888 4468396  * CA | 9.99 |


## TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 10
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #: 039-E-***
Primary Account #: 793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 062719 VISA DDA PUR<br>SUBWAY     05449079     YONKERS   * NY | 9.64 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 062819 VISA DDA PUR<br>GLEN ISLAND PARK     NEW ROCHELLE * NY | 8.00 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 063019 VISA DDA PUR<br>CHIPOTLE 3030     TETERBORO   * NJ | 4.27 |
| 07/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 063019 VISA DDA PUR<br>CHIPOTLE 3030     TETERBORO   * NJ | 1.60 |
| 07/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 070119 VISA DDA PUR<br>GOOGLE GSUITE UNLISTED     CC GOOGLE COM * CA | 42.00 |
| 07/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 063019 VISA DDA PUR<br>SARKU JAPAN TERIYAKI   S   TETERBORO   * NJ | 21.91 |
| 07/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 070119 VISA DDA PUR<br>JUICE PRESS JP24     NEW YORK   * NY | 11.00 |
| 07/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 070119 VISA DDA PUR<br>PAYPAL  LIBSYN     402 935 7733 * PA | 7.00 |
| 07/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 070119 VISA DDA PUR<br>STARBUCKS     800 782 7282 * WA | 25.00 |
| 07/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 070119 VISA DDA PUR<br>DELTA RT 4     ENGLEWOOD   * NJ | 20.00 |
| 07/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 070219 VISA DDA PUR<br>GOLDMINE CAFE     BRONX     * NY | 17.05 |
| 07/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 070219 VISA DDA PUR<br>JUICE PRESS JP24     NEW YORK   * NY | 11.00 |
| 07/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 070219 VISA DDA PUR<br>SQ CINCO DE MAYO     NEW YORK   * NY | 10.00 |
| 07/05 | NONTD ATM DEBIT, *****30045413234, AUT 070419 DDA WITHDRAW<br>COSTA FOODS  394106     YONKERS   * NY | 104.00 |
| 07/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 070319 VISA DDA PUR<br>JTE SERVICE STATION     NEW YORK   * NY | 46.00 |
| 07/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 070319 VISA DDA PUR<br>2COCOM PUSHCREW COM     888 2471614 * GA | 26.66 |
| 07/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 070419 VISA DDA PUR<br>PERRY BAGEL CAFE     PARAMUS   * NJ | 19.51 |
| 07/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 070319 VISA DDA PUR<br>BURGOS CAFE RESTAURANT     NEW YORK   * NY | 13.89 |
| 07/05 | DEBIT CARD PAYMENT, *****30045413234, AUT 070319 VISA DDA PUR<br>NETFLIX COM     NETFLIX COM  * CA | 13.85 |
| 07/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 070319 VISA DDA PUR<br>MR KOLD KUTS     YONKERS   * NY | 11.18 |
| 07/08 | DEBIT CARD PAYMENT, *****30045413234, AUT 070519 VISA DDA PUR<br>24 HOUR FITNESS USA  I   800 4326348  * CA | 49.01 |
| 07/08 | DEBIT CARD PAYMENT, *****30045413234, AUT 070719 VISA DDA PUR<br>HLU HULU 220006348472 U   HULU COM BILL * CA | 44.99 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 10
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #:
Primary Account #:  9793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 070419 VISA DDA PUR  MANGIAMO PIZZA  RESTAUR   PARAMUS   * NJ | 32.80 |
| 07/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 070419 VISA DDA PUR  STARBUCKS        800 782 7282  * WA | 25.00 |
| 07/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 070519 VISA DDA PUR  APL  ITUNES COM BILL   866 712 7753  * CA | 17.05 |
| 07/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 070419 VISA DDA PUR  TIBBETTS BROOK PARK   YONKERS   * NY | 11.00 |
| 07/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 070619 VISA DDA PUR  NYCDOT PARKING METERS   LONG IS CITY * NY | 1.25 |
| 07/09 | DEBIT POS, *****30045413234, AUT 070819 DDA PURCHASE  STOP  SHOP 0878     PARAMUS    * NJ | 37.13 |
| 07/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 070719 VISA DDA PUR  STARBUCKS        800 782 7282  * WA | 25.00 |
| 07/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 070819 VISA DDA PUR  PARAMUS DELTA      PARAMUS    * NJ | 20.00 |
| 07/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 070619 VISA DDA PUR  GABREILLA S PLACE    NUTLEY    * NJ | 112.29 |
| 07/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 070819 VISA DDA PUR  SRV CATERING CO INC    MONSEY   * NY | 22.58 |
| 07/10 | DEBIT CARD PAYMENT, *****30045413234, AUT 070919 VISA DDA PUR  EFTY B V          GRONINGEN   N LD | 15.00 |
| 07/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 070819 VISA DDA PUR  CALLFIRE COM     877 8973473  * CA | 1.00 |
| 07/11 | DEBIT CARD PURCHASE, *****30045413234, AUT 070919 VISA DDA PUR  TASTY HOUSE        YONKERS   * NY | 39.57 |
| 07/11 | DEBIT CARD PURCHASE, *****30045413234, AUT 071019 VISA DDA PUR  CARVEL          YONKERS    * NY | 17.54 |
| 07/11 | DEBIT CARD PURCHASE, *****30045413234, AUT 070919 VISA DDA PUR  JUICE PRESS JP24     NEW YORK   * NY | 14.26 |
| 07/11 | DEBIT CARD PAYMENT, *****30045413234, AUT 071019 VISA DDA PUR  NETFLIX COM      408 5403700  * CA | 13.85 |
| 07/12 | ACH DEBIT, PLYMOUTH ROCK P&CMONTHLY HPA****2617577 | 313.54 |
| 07/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 071019 VISA DDA PUR  ALLY FOOT RELAX STATION   YONKERS   * NY | 105.40 |
| 07/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 071019 VISA DDA PUR  STARBUCKS        800 782 7282  * WA | 25.00 |
| 07/15 | DEBIT CARD PAYMENT, *****30045413234, AUT 071219 VISA DDA PUR  GLEAM IO         MORNINGTON   A US | 49.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 071319 VISA DDA PUR  PARAMUS DELTA      PARAMUS    * NJ | 30.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 071419 VISA DDA PUR  ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 24.43 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 10
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #:
Primary Account #: 9793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | DEBIT CARD PAYMENT, *****30045413234, AUT 071319 VISA DDA PUR PRIVY COM   HTTPSPRIVY CO * MA | 24.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 071319 VISA DDA PUR PERRY BAGEL CAFE   PARAMUS   * NJ | 17.21 |
| 07/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 071219 VISA DDA PUR PAYPAL  GOOGLE   402 935 7733 * CA | 1.99 |
| 07/16 | ACH DEBIT, FIRST PREMIER PAYMENT ****0   4095 | 30.00 |
| 07/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 071419 VISA DDA PUR STARBUCKS   800 782 7282 * WA | 25.00 |
| 07/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 071419 VISA DDA PUR STARBUCKS   800 782 7282 * WA | 25.00 |
| 07/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 071419 VISA DDA PUR CARVEL   YONKERS   * NY | 22.08 |
| 07/17 | DEBIT CARD PAYMENT, *****30045413234, AUT 071619 VISA DDA PUR NETFLIX COM   NETFLIX COM * CA | 13.85 |
| 07/19 | DEBIT CARD PAYMENT, *****30045413234, AUT 071819 VISA DDA PUR MOZ INC   HTTPSMOZ COM * WA | 250.00 |
| 07/19 | NONTD ATM DEBIT, *****30045413234, AUT 071919 DDA WITHDRAW CARDTRONICS CCSB   E HANOVER   * NJ | 203.25 |
| 07/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 071819 VISA DDA PUR 1550 REFLEXOLOGY   YONKERS   * NY | 97.00 |
| 07/19 | DEBIT POS, *****30045413234, AUT 071919 DDA PURCHASE J CREW 537   PARAMUS   * NJ | 59.50 |
| 07/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 071819 VISA DDA PUR LOLA ON THE GRILL   YONKERS   * NY | 41.07 |
| 07/22 | DEBIT POS, *****30045413234, AUT 072219 DDA PURCHASE JARED GALERIA   1500 BE   PARAMUS   * NJ | 597.09 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 072119 VISA DDA PUR RANCHO GRANDE   YONKERS   * NY | 93.29 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 071919 VISA DDA PUR HEALTHY MASSAGE   914 268 0077 * NY | 67.00 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 071819 VISA DDA PUR HEALTHY MASSAGE   914 268 0077 * NY | 47.00 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 072119 VISA DDA PUR PARAMUS DELTA   PARAMUS   * NJ | 40.00 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 072019 VISA DDA PUR PAPASITO MEXICAN GRILL   NEW YORK   * NY | 35.31 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 071919 VISA DDA PUR UBER TECHNOLOGIES INC   866 576 1039 * CA | 27.11 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 071919 VISA DDA PUR STARBUCKS   800 782 7282 * WA | 25.00 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 072019 VISA DDA PUR UBER TECHNOLOGIES INC   866 576 1039 * CA | 22.90 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 10
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #:
Primary Account #: ⌐9793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 072019 VISA DDA PUR<br>PARAMUS DELTA        PARAMUS    * NJ | 20.00 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 072119 VISA DDA PUR<br>PERRY BAGEL CAFE      PARAMUS   * NJ | 14.97 |
| 07/22 | DEBIT POS, *****30045413234, AUT 072219 DDA PURCHASE<br>CVS PHARMACY 05 05300    PARAMUS    * NJ | 14.48 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 072019 VISA DDA PUR<br>WINGSTOP 1314        YONKERS    * NY | 12.51 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 071819 VISA DDA PUR<br>SUSHI PALACE         YONKERS    * NY | 11.98 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 071919 VISA DDA PUR<br>CHARLEYS PHILLY STEAKS 6   PARAMUS    * NJ | 10.85 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 072019 VISA DDA PUR<br>PERRY BAGEL CAFE       PARAMUS   * NJ | 9.67 |
| 07/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 071919 VISA DDA PUR<br>PAYPAL  FIVERR COM     4029357733   I SR | 7.00 |
| 07/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 072219 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA     PARAMUS    * NJ | 26.72 |
| 07/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 072219 VISA DDA PUR<br>TIN S HOUSE          PARAMUS    * NJ | 18.45 |
| 07/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 072319 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 33.00 |
| 07/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 072319 VISA DDA PUR<br>TST  LE PAIN QUOTIDIEN   NEW YORK    * NY | 9.02 |
| 07/25 | DEBIT POS, *****30045413234, AUT 072519 DDA PURCHASE<br>INTUIT PAYME IN  STRYK    HACKETTSTOWN * NJ | 401.18 |
| 07/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 072219 VISA DDA PUR<br>CHEESECAKE RIDGE HILL     YONKERS    * NY | 80.55 |
| 07/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 072319 VISA DDA PUR<br>SUBURBAN DINER         PARAMUS    * NJ | 62.50 |
| 07/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 072419 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 33.00 |
| 07/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 072319 VISA DDA PUR<br>STARBUCKS          800 782 7282  * WA | 25.00 |
| 07/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 072419 VISA DDA PUR<br>UBER TECHNOLOGIES INC     866 576 1039  * CA | 11.56 |
| 07/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 072419 VISA DDA PUR<br>SQ  NEAPOLITAN EXPRESS D   NEW YORK    * NY | 9.80 |
| 07/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 072419 VISA DDA PUR<br>UBER TECHNOLOGIES INC     866 576 1039  * CA | 4.47 |
| 07/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 072519 VISA DDA PUR<br>UBER TECHNOLOGIES INC     866 576 1039  * CA | 25.51 |
| 07/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 072519 VISA DDA PUR<br>PARAMUS DELTA        PARAMUS    * NJ | 20.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 10
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #:
Primary Account #: ⁻9793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 072519 VISA DDA PUR<br>PERRY BAGEL CAFE     PARAMUS     * NJ | 16.67 |
| 07/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 072519 VISA DDA PUR<br>EONS     PARAMUS     * NJ | 13.22 |
| 07/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 072819 VISA DDA PUR<br>CONVERTKIT EMAIL     HTTPSCONVERTK * ID | 149.00 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072819 VISA DDA PUR<br>BIGSCOOTS  INC     WWW BIGSCOOTS * FL | 124.50 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072719 VISA DDA PUR<br>551 BOWLMOR 8003425263     WHITE PLAINS  * NY | 116.01 |
| 07/29 | TD ATM DEBIT, *****30045413234, AUT 072719 DDA WITHDRAW<br>275 FOREST AVENUE     PARAMUS     * NJ | 100.00 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072719 VISA DDA PUR<br>PAYPAL  CLOUDINARY     4029357733   I SR | 99.00 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072619 VISA DDA PUR<br>TST  WESTCHESTER BURGER     WHITE PLAINS  * NY | 63.93 |
| 07/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 072619 VISA DDA PUR<br>24 HOUR FITNESS USA  I     800 4326348   * CA | 47.01 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072719 VISA DDA PUR<br>551 BOWLMOR 8003425263     WHITE PLAINS  * NY | 40.51 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072619 VISA DDA PUR<br>GREENWICH ST PARKING LLC    NEW YORK     * NY | 33.00 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072819 VISA DDA PUR<br>PARAMUS DELTA     PARAMUS     * NJ | 30.00 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072719 VISA DDA PUR<br>STARBUCKS     800 782 7282   * WA | 25.00 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072519 VISA DDA PUR<br>UBER TECHNOLOGIES INC     866 576 1039  * CA | 24.42 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072519 VISA DDA PUR<br>IN  STRYKER AIRSOFT     HACKETTSTOWN  * NJ | 20.00 |
| 07/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 072819 VISA DDA PUR<br>GMASS     HTTPSWWW GMAS * WI | 19.95 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072719 VISA DDA PUR<br>COLONIAL CLEANERS     ROCHELLE PARK * NJ | 18.50 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072619 VISA DDA PUR<br>DIG INN SEASONAL MARKET     NEW YORK     * NY | 13.00 |
| 07/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 072819 VISA DDA PUR<br>PERRY BAGEL CAFE     PARAMUS     * NJ | 12.42 |
| 07/30 | TDBANK BILL PAY CHECK,<br>MOUNT LAUREL TOWNSHIP<br>CHECK# 995032 | 160.00 |
| 07/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 072919 VISA DDA PUR<br>PARAMUS DELTA     PARAMUS     * NJ | 20.00 |
| 07/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 072919 VISA DDA PUR<br>EONS     PARAMUS     * NJ | 13.22 |


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 10
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #:                                  ***
Primary Account #:              39793

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30 | DEBIT CARD PAYMENT, *****30045413234, AUT 072919 VISA DDA PUR DROPBOX 962Y88KYFKGR    888 4468396   * CA | 11.99 |
| 07/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 072919 VISA DDA PUR PF CHANGS 5500    WHITE PLAINS * NY | 60.29 |
| 07/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 072819 VISA DDA PUR GAP OUTLET COM 2679    844 4376654  * OH | 39.56 |
| 07/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 073019 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 33.00 |
| 07/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 072919 VISA DDA PUR PF CHANGS 5500    WHITE PLAINS * NY | 23.79 |
| 07/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 073019 VISA DDA PUR JUICE PRESS JP24    NEW YORK  * NY | 14.26 |
|  | Subtotal: | 5,965.74 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | DEBIT | 4,008.00 |
| 07/17 | DEBIT | 4,000.00 |
| 07/29 | WIRE TRANSFER OUTGOING, Internet Escrow Services Inc | 625.00 |
| 07/29 | WIRE TRANSFER FEE | 25.00 |
|  | Subtotal: | 8,658.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 6,124.17 | 07/16 | 14,069.37 |
| 07/01 | 2,065.97 | 07/17 | 10,055.52 |
| 07/02 | 2,539.02 | 07/19 | 9,404.70 |
| 07/03 | 3,764.97 | 07/22 | 8,368.40 |
| 07/05 | 3,529.88 | 07/23 | 8,323.23 |
| 07/08 | 6,090.78 | 07/24 | 8,281.21 |
| 07/09 | 6,008.65 | 07/25 | 7,653.15 |
| 07/10 | 7,865.91 | 07/26 | 7,577.75 |
| 07/11 | 7,780.69 | 07/29 | 6,354.40 |
| 07/12 | 11,054.75 | 07/30 | 6,171.43 |
| 07/15 | 14,171.45 | 07/31 | 9,315.62 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

STATEMENT OF ACCOUNT

Page: 10 of 10
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #:
Primary Account #: 59793



#149        07/15        $275.00