UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina
Debtor

Case No. 18-11629
Reporting Period: 8/1/2019

Social Security # N/A
(last 4 digits only)

# MONTHLY OPERATING REPORT
# (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ Franklin Medina　　Date 10/22/2019

Signature of Joint Debtor　　Date

9:45 AM
10/11/19
Accrual Basis

# Franklin Medina DIP
## Profit & Loss
### August 2019

| | Aug 19 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| Advertising Income | 471.65 |
| Amazon Income | 1,305.92 |
| Employment Income | 6,856.37 |
| Other Income | 127.87 |
| 47400 · Rental Income | 9,532.00 |
| Total Income | 18,293.81 |
| Cost of Goods Sold | |
| 50000 · Cost of Goods Sold | 400.91 |
| Total COGS | 400.91 |
| Gross Profit | 17,892.90 |
| Expense | |
| Auto Expenses | 59.82 |
| computer expenses | 846.82 |
| Education | 142.48 |
| Entertainment | 181.41 |
| fuel | 218.39 |
| Health and Wellness | 602.85 |
| Internet Expense | 210.04 |
| Miscellaneous Expense | 3,549.49 |
| mortgage 212-214 65th st | 3,116.36 |
| Parking | 312.00 |
| Postage | 89.57 |
| 60000 · Advertising and Promotion | 89.00 |
| 63300 · Insurance Expense | 302.50 |
| 64300 · Meals and Entertainment | 2,208.59 |
| 67200 · Repairs and Maintenance | 130.54 |
| 68400 · Travel Expense | 3,946.72 |
| Total Expense | 16,006.58 |
| Net Ordinary Income | 1,886.32 |
| Net Income | **1,886.32** |

9:40 AM

10/11/19

# Franklin Medina DIP
## Job Profitability Summary
### August 2019

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| 212-214 65th St Apt WestNewYork NJ 07093 | | | |
| Arells Burgos212-214 65th St Apt | 0.00 | 2,600.00 | 2,600.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 2,600.00 | 2,600.00 |
| 212-214 65th St P1 WestNewYork NJ 07093 | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P2 WestNewYork NJ 07093 | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P3 WestNewYork NJ 07093 | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P4 WestNewYork NJ 07093 | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| 212-214 65th St P5 WestNewYork NJ 07093 | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| 212-214 65th St P6 WestNewYork NJ 07093 | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| 522 4th Street #1F Union City NJ 07087 | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,292.00 | 1,292.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,292.00 | 1,292.00 |
| 522 4th Street #1R Union City NJ 07087 | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,116.00 | 1,116.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,116.00 | 1,116.00 |
| 522 4th Street #2F Union City NJ 07087 | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,432.00 | 1,432.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,432.00 | 1,432.00 |
| 522 4th Street #2R Union City NJ 07087 | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,309.00 | 1,309.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,309.00 | 1,309.00 |
| 6609 Polk Street West NY NJ | 0.00 | 683.00 | 683.00 |
| TOTAL | 0.00 | 9,532.00 | 9,532.00 |



America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ 07652

| | |
|---|---|
| Page: | 1 of 11 |
| Statement Period: | Aug 01 2019-Aug 31 2019 |
| Cust Ref #: | * |
| Primary Account #: | 93 |

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account # 9793

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,315.62 | Average Collected Balance | 10,972.14 |
| Deposits | 4,033.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 14,260.81 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 3,166.36 | Days in Period | 31 |
| Electronic Payments | 10,241.13 | | |
| Other Withdrawals | 3,000.00 | | |
| Ending Balance | 11,201.94 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $315.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | DEPOSIT | 1,309.00 |
| 08/05 | DEPOSIT | 1,432.00 |
| 08/05 | DEPOSIT | 1,292.00 |
| | Subtotal: | 4,033.00 |

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | ACH DEPOSIT, MEDIAVINE INC. EDI PYMNTS ****96007087257 | 471.65 |
| 08/05 | ATM CHECK DEPOSIT, *****30045413234<br>AUT 080519 ATM CHECK DEPOSI<br>275 FOREST AVENUE PARAMUS * NJ | 683.00 |
| 08/07 | CCD DEPOSIT, STRIPE TRANSFER ST-Y5U4Y3E0F1K2 | 127.87 |
| 08/14 | ATM CHECK DEPOSIT, *****30045413234<br>AUT 081419 ATM CHECK DEPOSI<br>275 FOREST AVENUE PARAMUS * NJ | 1,116.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 11,201.94 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ


Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #: 0793

DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****60416620FDU | 3,538.32 |
| 08/16 | ATM CASH DEPOSIT, *****30045413234<br>AUT 081619 ATM CASH DEPOSIT<br>175 VARICK STREET NEW YORK * NY | 1,440.00 |
| 08/16 | ATM CASH DEPOSIT, *****30045413234<br>AUT 081619 ATM CASH DEPOSIT<br>175 VARICK STREET NEW YORK * NY | 1,360.00 |
| 08/16 | ATM CHECK DEPOSIT, *****30045413234<br>AUT 081619 ATM CHECK DEPOSI<br>175 VARICK STREET NEW YORK * NY | 900.00 |
| 08/23 | ACH DEPOSIT, PAYPAL TRANSFER ****425149855 | 925.00 |
| 08/29 | CCD DEPOSIT, AMAZON.CO1331614 EDI PYMNTS FCS****91956642 | 380.92 |
| 08/30 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****50366550FDU | 3,318.05 |
| | Subtotal: | 14,260.81 |

**Checks Paid** No. Checks: 2 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/22 | 147 | 50.00 |
| 08/15 | 150* | 3,116.36 |
| | Subtotal: | 3,166.36 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 073119 VISA DDA PUR<br>APL ITUNES COM BILL 866 712 7753 * CA | 30.91 |
| 08/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 073019 VISA DDA PUR<br>STARBUCKS 800 782 7282 * WA | 25.00 |
| 08/01 | DEBIT POS, *****30045413234, AUT 080119 DDA PURCHASE<br>CVS PHARM 01272 135 K RIVER EDGE * NJ | 24.45 |
| 08/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 080119 VISA DDA PUR<br>PERRY BAGEL CAFE PARAMUS * NJ | 19.80 |
| 08/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 073119 VISA DDA PUR<br>DULCE DE LECHE BAKERY GUTTENBERG * NJ | 14.39 |
| 08/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 073119 VISA DDA PUR<br>JUICE PRESS JP24 NEW YORK * NY | 14.26 |
| 08/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 080119 VISA DDA PUR<br>PAYPAL LIBSYN 402 935 7733 * PA | 7.00 |
| 08/02 | DEBIT CARD PAYMENT, *****30045413234, AUT 080119 VISA DDA PUR<br>HLU HULU 220006347775 U HULU COM BILL * CA | 2.12 |
| 08/05 | NONTD ATM DEBIT, *****30045413234, AUT 080419 DDA WITHDRAW<br>501 WEST 207TH STREET NEW YORK * NY | 101.99 |
| 08/05 | NONTD ATM DEBIT, *****30045413234, AUT 080319 DDA WITHDRAW<br>BROADWAY BRI 413651 NEW YORK * NY | 101.50 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 11
Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #: ›793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080319 VISA DDA PUR BROADWAY BRIDGE CARWAS NEW YORK * NY | 59.82 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080219 VISA DDA PUR GOOGLE GSUITE UNLISTED CC GOOGLE COM * CA | 42.00 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080119 VISA DDA PUR HABIT RIVER EDGE 112 RIVER EDGE * NJ | 39.82 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080319 VISA DDA PUR MALECON RESTAURANT BRONX * NY | 33.00 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080419 VISA DDA PUR CARVEL YONKERS * NY | 28.23 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080319 VISA DDA PUR 2COCOM PUSHCREW COM 888 2471614 * GA | 26.66 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080219 VISA DDA PUR TASTY HOUSE YONKERS * NY | 22.05 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080319 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 20.00 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080319 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 20.00 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080319 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 17.71 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080119 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 17.05 |
| 08/05 | DEBIT CARD PAYMENT, *****30045413234, AUT 080319 VISA DDA PUR NETFLIX COM NETFLIX COM * CA | 13.85 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080119 VISA DDA PUR HABIT RIVER EDGE 112 RIVER EDGE * NJ | 12.76 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080219 VISA DDA PUR JUICE PRESS JP24 NEW YORK * NY | 11.00 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080419 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 9.67 |
| 08/05 | DEBIT POS, *****30045413234, AUT 080319 DDA PURCHASE WALGREENS STORE 5564 BRO BRONX * NY | 6.52 |
| 08/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 080119 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 5.32 |
| 08/06 | DEBIT CARD PAYMENT, *****30045413234, AUT 080519 VISA DDA PUR 24 HOUR FITNESS USA I 800 4326348 * CA | 49.01 |
| 08/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 080519 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 30.00 |
| 08/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 080419 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 08/06 | DEBIT POS, *****30045413234, AUT 080619 DDA PURCHASE 7 ELEVEN DAVENPORT * FL | 13.58 |
| 08/06 | DEBIT POS, *****30045413234, AUT 080619 DDA PURCHASE WALGREENS STORE 45549 HI DAVENPORT * FL | 2.66 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 11
Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #: ˜793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 080519 VISA DDA PUR HOULIHAN S 229 PARAMUS * NJ | 93.40 |
| 08/08 | DEBIT CARD PAYMENT, *****30045413234, AUT 080719 VISA DDA PUR HLU HULU 220006345603 U HULU COM BILL * CA | 55.98 |
| 08/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 080719 VISA DDA PUR CHICKEN GUY ORLANDO * FL | 45.12 |
| 08/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 080719 VISA DDA PUR CHICKEN GUY ORLANDO * FL | 10.62 |
| 08/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 080719 VISA DDA PUR TST BOCAS GRILL ORLAN ORLANDO * FL | 99.30 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 081019 VISA DDA PUR MARRIOTT TAMPA WATERSI TAMPA * FL | 192.49 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 081119 VISA DDA PUR MARRIOTT TAMPA WATERSI TAMPA * FL | 161.69 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 081019 VISA DDA PUR FLANIGAN S 60 SURFSIDE * FL | 72.92 |
| 08/12 | DEBIT POS, *****30045413234, AUT 081219 DDA PURCHASE NORTH MIAMI BCH VALERO NORTH MIAMI * FL | 54.73 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 080919 VISA DDA PUR TST PIEOLOGY SEMINOLE SEMINOLE * FL | 39.32 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 080819 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 080919 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 081019 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 081019 VISA DDA PUR POLLO TROPICAL 10098 NAPLES * FL | 24.59 |
| 08/12 | DEBIT CARD PAYMENT, *****30045413234, AUT 080919 VISA DDA PUR EFTY B V GRONINGEN N LD | 15.00 |
| 08/12 | DEBIT CARD PAYMENT, *****30045413234, AUT 081019 VISA DDA PUR NETFLIX COM 408 5403700 * CA | 13.85 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 081019 VISA DDA PUR POLLO TROPICAL 10098 NAPLES * FL | 6.73 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 081219 VISA DDA PUR MARRIOTT TAMPA WATERSI TAMPA * FL | 5.00 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 080919 VISA DDA PUR USA PINTO BROTHERS VEND TAMPA * FL | 2.60 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 081019 VISA DDA PUR USA PINTO BROTHERS VEND TAMPA * FL | 2.60 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 081019 VISA DDA PUR USA PINTO BROTHERS VEND TAMPA * FL | 2.60 |
| 08/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 081019 VISA DDA PUR USA PINTO BROTHERS VEND TAMPA * FL | 2.60 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 11
Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #: ‥793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/13 | ACH DEBIT, PLYMOUTH ROCK P&CMONTHLY HPA****2617577 | 302.50 |
| 08/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 081119 VISA DDA PUR ROTELLI PIZZA PASTA MIAMI * FL | 121.42 |
| 08/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 081219 VISA DDA PUR GLEAM IO MORNINGTON A US | 49.00 |
| 08/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 081119 VISA DDA PUR THE FRIEZE MIAMI BEACH * FL | 44.93 |
| 08/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 081219 VISA DDA PUR CHURRO MANIA MIAMI * FL | 28.30 |
| 08/13 | DEBIT POS, *****30045413234, AUT 081319 DDA PURCHASE FAIRWAY M FAIRWAY 1005 BERGEN COUNTY * NJ | 28.30 |
| 08/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 081119 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 08/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 081119 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 08/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 081219 VISA DDA PUR PAYPAL GOOGLE 402 935 7733 * CA | 1.99 |
| 08/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 080819 VISA DDA PUR CALLFIRE COM 877 8973473 * CA | 1.00 |
| 08/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 081319 VISA DDA PUR ALAMO RENT A CAR ORLANDO * FL | 1,046.80 |
| 08/14 | DEBIT POS, *****30045413234, AUT 081419 DDA PURCH W/CB SHOPRITE TUCKAHOE S1 YONKERS * NY | 124.88 |
| 08/14 | TD ATM DEBIT, *****30045413234, AUT 081419 DDA WITHDRAW 275 FOREST AVENUE PARAMUS * NJ | 100.00 |
| 08/14 | DEBIT POS, *****30045413234, AUT 081419 DDA PURCHASE THE UPS STORE 0923 29 ORADELL * NJ | 89.57 |
| 08/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 081219 VISA DDA PUR SAZON CUBAN CUISINE MIAMI BEACH * FL | 74.15 |
| 08/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 081219 VISA DDA PUR LA CARRETA INTL MALL MIAMI * FL | 58.18 |
| 08/14 | DEBIT CARD PAYMENT, *****30045413234, AUT 081319 VISA DDA PUR PRIVY COM HTTPSPRIVY CO * MA | 24.00 |
| 08/15 | DEBIT POS, *****30045413234, AUT 081519 DDA PURCHASE PETSMART 1487 SEACACUS * NJ | 400.91 |
| 08/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 081019 VISA DDA PUR RESIDENCE INN MIAMI BEACH * FL | 332.58 |
| 08/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 081319 VISA DDA PUR MTA EWRLOTCTP CT NEWARK * NJ | 312.00 |
| 08/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 081019 VISA DDA PUR RESIDENCE INN MIAMI BEACH * FL | 151.26 |
| 08/15 | DEBIT POS, *****30045413234, AUT 081519 DDA PURCHASE LOWE S 3305 YONKERS * NY | 97.99 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 11
Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #: 9793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 081319 VISA DDA PUR UNITED 016152784425 HOUSTON * TX | 30.00 |
| 08/15 | DEBIT POS, *****30045413234, AUT 081519 DDA PURCHASE LOWE S 3305 YONKERS * NY | 22.84 |
| 08/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 081319 VISA DDA PUR SUBWAY 00595736 MIAMI * FL | 13.95 |
| 08/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 081419 VISA DDA PUR DMCA PROTECTION PRO VICTORIA C AN | 10.00 |
| 08/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 081519 VISA DDA PUR BANFIELD 1487 SECAUCUS * NJ | 307.54 |
| 08/16 | ACH DEBIT, FIRST PREMIER PAYMENT ****0 4095 | 46.00 |
| 08/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 081519 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 12.00 |
| 08/19 | DEBIT CARD PAYMENT, *****30045413234, AUT 081819 VISA DDA PUR MOZ INC HTTPSMOZ COM * WA | 250.00 |
| 08/19 | TD ATM DEBIT, *****30045413234, AUT 081719 DDA WITHDRAW 70 05 NORTHERN BLVD JACKSON HEIGH * NY | 200.00 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081619 VISA DDA PUR JETBLUE 279213275612 SALT LAKE CTY * UT | 182.97 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081719 VISA DDA PUR UBER TECHNOLOGIES INC 866 576 1039 * CA | 53.46 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081719 VISA DDA PUR UBER TECHNOLOGIES INC 866 576 1039 * CA | 40.86 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081819 VISA DDA PUR SPEEDWAY 03493 FORT LEE * NJ | 39.55 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081719 VISA DDA PUR JAX INN DINER JACKSON HEIGH * NY | 28.50 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081619 VISA DDA PUR TRAVEL INSURANCE POLICY 800 729 6021 * VA | 26.25 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081719 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081619 VISA DDA PUR 51398 CARNEGIE HOUSE NEW YORK * NY | 25.00 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081819 VISA DDA PUR PERRY BAGEL CAFE PARAMUS * NJ | 17.20 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081719 VISA DDA PUR NORTHERN LIQUOR DEPOT JACKSON HEIGH * NY | 16.32 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081619 VISA DDA PUR PARAMUS DELTA PARAMUS * NJ | 15.00 |
| 08/19 | DEBIT CARD PAYMENT, *****30045413234, AUT 081619 VISA DDA PUR NETFLIX COM NETFLIX COM * CA | 13.85 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081619 VISA DDA PUR PAYPAL FIVERR COM 4029357733 I SR | 12.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 11
Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #: 59793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081519 VISA DDA PUR JUICE PRESS JP24 NEW YORK * NY | 11.00 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081719 VISA DDA PUR KINDLE UNLTD MO4AP9N32 866 321 8851 * WA | 10.65 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081619 VISA DDA PUR SQ RICE TO RICHES NEW YORK * NY | 9.75 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081819 VISA DDA PUR AMZN DIGITAL MO6EL94K1 888 802 3080 * WA | 8.52 |
| 08/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 081619 VISA DDA PUR SQ VAN LEEUWEN ICE NEW YORK * NY | 8.44 |
| 08/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 081819 VISA DDA PUR POLLOS MARIO HACKENSACK * NJ | 52.21 |
| 08/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 081919 VISA DDA PUR EXPEDIA 7465441854361 800 397 3342 * NV | 19.00 |
| 08/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 081919 VISA DDA PUR HUDSON FOOD COURT NEWYORK * NY | 10.34 |
| 08/20 | DEBIT POS, *****30045413234, AUT 082019 DDA PURCHASE THE HOME DEPOT 1248 YONKERS * NY | 9.71 |
| 08/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 081919 VISA DDA PUR DELTA AIR 006733593874 BELLEVUE * WA | 238.30 |
| 08/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 082019 VISA DDA PUR VERIZON 031706 800 345 6563 * TX | 210.04 |
| 08/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 082019 VISA DDA PUR ALAMO RENT ACAR TOLLS 877 8601284 * NY | 52.39 |
| 08/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 082019 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 08/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 082119 VISA DDA PUR AMAZON MKTPL MO6E15J61 AMZN COM BILL * WA | 17.99 |
| 08/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 082119 VISA DDA PUR AMAZON MKTPL MA5ZE0YX0 AMZN COM BILL * WA | 17.99 |
| 08/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 082019 VISA DDA PUR SUNOCO 0225537000 MONTVALE * NJ | 15.00 |
| 08/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 082019 VISA DDA PUR DIG INN SEASONAL MARKET NEW YORK * NY | 12.75 |
| 08/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 082119 VISA DDA PUR MARGARITAVILLE BEACH RES 954 8744444 * FL | 211.24 |
| 08/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 082219 VISA DDA PUR UBER TECHNOLOGIES INC 866 576 1039 * CA | 36.76 |
| 08/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 082119 VISA DDA PUR DIG INN SEASONAL MARKET NEW YORK * NY | 17.00 |
| 08/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 082419 VISA DDA PUR ACE ASIAN MASSAGE MIAMI * FL | 110.00 |
| 08/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 082319 VISA DDA PUR MOONLITE DINER HOLLYWOOD HOLLYWOOD * FL | 83.86 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 11
Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #: 9793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/26 | DEBIT CARD PAYMENT, *****30045413234, AUT 082519 VISA DDA PUR<br>24 HOUR FITNESS USA I 800 4326348 * CA | 47.01 |
| 08/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 082319 VISA DDA PUR<br>SQ PUFFLES HOLLYWOOD * FL | 44.94 |
| 08/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 082519 VISA DDA PUR<br>SQ PUFFLES HOLLYWOOD * FL | 41.41 |
| 08/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 082519 VISA DDA PUR<br>HOLLYWOOD BEACH HOLLYWOOD * FL | 39.45 |
| 08/26 | DEBIT POS, *****30045413234, AUT 082419 DDA PURCHASE<br>BLADE BARBERSHOP MIAMI * FL | 36.00 |
| 08/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 082419 VISA DDA PUR<br>CHICKEN KITCHEN MIAMI * FL | 27.11 |
| 08/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 082419 VISA DDA PUR<br>STARBUCKS 800 782 7282 * WA | 25.00 |
| 08/26 | DEBIT POS, *****30045413234, AUT 082619 DDA PURCHASE<br>SHELL SERVICE S MIAMI * FL | 24.11 |
| 08/26 | DEBIT POS, *****30045413234, AUT 082419 DDA PURCHASE<br>PUBLIX MIAMI * FL | 16.24 |
| 08/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 082319 VISA DDA PUR<br>ROCCO S PIZZA RESTAU HOLLYWOOD * FL | 13.25 |
| 08/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 082419 VISA DDA PUR<br>CHICKEN KITCHEN MIAMI * FL | 10.48 |
| 08/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 082419 VISA DDA PUR<br>CHICKEN KITCHEN MIAMI * FL | 6.41 |
| 08/27 | DEBIT CARD PURCHASE, *****30045413234, AUT 082619 VISA DDA PUR<br>UBER TRIP HELP UBER COM * CA | 96.67 |
| 08/27 | DEBIT CARD PURCHASE, *****30045413234, AUT 082519 VISA DDA PUR<br>IHOP 36 022 DANIA * FL | 64.89 |
| 08/27 | DEBIT CARD PURCHASE, *****30045413234, AUT 082619 VISA DDA PUR<br>UBER TECHNOLOGIES INC 866 576 1039 * CA | 39.47 |
| 08/27 | DEBIT CARD PURCHASE, *****30045413234, AUT 082519 VISA DDA PUR<br>STARBUCKS 800 782 7282 * WA | 25.00 |
| 08/27 | DEBIT CARD PURCHASE, *****30045413234, AUT 082619 VISA DDA PUR<br>WALGREENS 2790 MIAMI * FL | 19.66 |
| 08/27 | DEBIT CARD PURCHASE, *****30045413234, AUT 082619 VISA DDA PUR<br>ALBERCA SUNRISE BENITO JUAREZ M EX | 15.00 |
| 08/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 082619 VISA DDA PUR<br>MARGARITAVILLE BEACH RES 954 8744444 * FL | 1,207.22 |
| 08/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 082719 VISA DDA PUR<br>PAYPAL CLOUDINARY 4029357733 I SR | 99.00 |
| 08/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 082719 VISA DDA PUR<br>APL ITUNES COM BILL 866 712 7753 * CA | 30.91 |
| 08/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 082619 VISA DDA PUR<br>JETBLUE 279061939557 SALT LAKE CTY * UT | 30.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 10 of 11
Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #: 9793

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 082619 VISA DDA PUR FTL NEW RIVER NEWS FT LAUDERDAL * FL | 4.94 |
| 08/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 082819 VISA DDA PUR CONVERTKIT EMAIL HTTPSCONVERTK * ID | 149.00 |
| 08/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 082819 VISA DDA PUR BIGSCOOTS INC WWW BIGSCOOTS * FL | 124.50 |
| 08/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 082719 VISA DDA PUR PARAMUS RECREATION 201 265 2100 * NJ | 92.48 |
| 08/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 082819 VISA DDA PUR GMASS HTTPSWWW GMAS * WI | 19.95 |
| 08/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 082919 VISA DDA PUR AMZN MKTP US MO8KC2Q72 AMZN COM BILL * WA | 23.45 |
| 08/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 082819 VISA DDA PUR AMZN MKTP US MO1A62AE0 AMZN COM BILL * WA | 12.78 |
| 08/30 | DEBIT CARD PAYMENT, *****30045413234, AUT 082919 VISA DDA PUR DROPBOX T4C7257CLDG3 888 4468396 * CA | 11.99 |
| 08/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 082819 VISA DDA PUR ALAMO TOLL 877 8601284 * NY | 3.55 |
| | Subtotal: | 10,241.13 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | DEBIT | 3,000.00 |
| | Subtotal: | 3,000.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 9,315.62 | 08/16 | 11,163.74 |
| 08/01 | 9,235.26 | 08/19 | 10,169.42 |
| 08/02 | 10,958.34 | 08/20 | 10,078.16 |
| 08/05 | 13,776.39 | 08/21 | 9,839.86 |
| 08/06 | 13,656.14 | 08/22 | 9,438.70 |
| 08/07 | 13,690.61 | 08/23 | 10,098.70 |
| 08/08 | 13,578.89 | 08/26 | 9,573.43 |
| 08/09 | 13,479.59 | 08/27 | 9,312.74 |
| 08/12 | 12,807.87 | 08/28 | 7,940.67 |
| 08/13 | 12,180.43 | 08/29 | 7,935.66 |
| 08/14 | 11,778.85 | 08/30 | 11,201.94 |
| 08/15 | 10,829.28 | | |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

| | |
|---|---|
| Page: | 11 of 11 |
| Statement Period: | Aug 01 2019-Aug 31 2019 |
| Cust Ref #: | |
| Primary Account #: | ...0793 |



#147 08/22 $50.00



#150 08/15 $3,116.36