```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
```

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ❑ represent the _____ in the above-captioned matter.

    ❑ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ❑ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _____        _____
                                                                    Signature

2

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.5/14/12*

**Johnathan Schwalb, Esq.**
c/o SN Servicing Corporation
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, NY, 10004

**MTGLQ Investors, L.P.**
c/o Selene Finance, L.P.
9990 Richmond Ave., Suite 400 South
Houston, TX 77042
Attn.: President, CEO, Reg. Agent

**Phelan, Hallinan, Diamond & Jones, P.C.**
c/o JP Morgan Chase Bank, N.A.
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Attn.: Nicholas V. Rogers, Esq.

**Chase Records Center**
Attn. Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

**Mount Laurel Township – Office of the Tax**
Collector
100 Mount Laurel Road
Mount Laurel Township, NJ 08054
Attn.: Tax Collector

**Northumberland County Tax Claim Bureau**
399 Stadium Drive
Sunbury, PA 17801
Attn.: Janel Barwick / *Director*

**Jessica Aichhorn**
Bankruptcy Specialist
Internal Revenue Service
51 Haddonfield Road, Suite 300
Cherry Hill, NJ, 08002

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

**Richard Flatch**
Authorized Agent
State of New Jersey, Department of Treasury,
Division of Taxation
P.O. Box 245
Trenton, NJ 08695

**State of New Jersey Division of Taxation**
P.O. Box 245
Trenton, NJ 08695
Attn.: Bankruptcy

**Avi Schild**
c/o Atlas Acquisitions, LLC.
294 Union Street
Hackensack, NJ 07601

**Atlas Acquisitions, LLC.**
294 Union Street
Hackensack, NJ 07601
Attn. President, CEO, Reg. Agent

**Milton Regional Sewer Authority**
5585 State Route 405
Milton, PA 17847
Attn. President, CEO, Reg. Agent

**Online Collections**
P.O. Box 1489
Winterville, NC 28590
Attn. President, CEO, Reg. Agent

**PSE&G**
P.O. Box 14444
New Brunswick, NJ 08906
Attn. President, CEO, Reg. Agent

**Suez Water New Jersey**
69 Devoe Place
Hackensack, NJ 07601
Attn. President, CEO, Reg. Agent

**Tolls By Mail**
P.O. Box 15183
Albany, NY 12212
Attn. President, CEO, Reg. Agent

**Union City Tax Assessor**
3715 Palisade Avenue #1st
Union City, NJ 07087
Attn. President, CEO, Reg. Agent

**Verizon Wireless**
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118
Attn. President, CEO, Reg. Agent

**West New York Tax Assessor**
428 60th Street, #3
West New York, NJ 07093
Attn. President, CEO, Reg. Agent

**Kabbage**
P.O. Box 77081
Atlanta, GA 30357
Attn. President, CEO, Reg. Agent

**Melissa Yateshin**
Loan Servicing Specialist III
Navient Solutions, LLC.
220 Lasley Ave.
WilkesBarre, PA, 18706

**Navient**
220 Lasley Avenue
Wilkes-Barre, PA 18706
Attn. President, CEO, Reg. Agent

**NYS Thruway Authority**
200 Southern Blvd.
Albany, NY 12201
Attn. Kathleen Clark