**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE: FRANKLIN MEDINA                                             CASE NO.: 18-11629-RG

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

New Residential Mortgage LLC
Name of Transferee

Ditech Financial LLC fka Green Tree Servicing LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

Court Claim # (if known): 6-1
Amount of Claim: $250,081.92
Date Claim Filed: 03/27/2018

Phone: 800-365-7107
Last Four Digits of Acct #: 5877

Phone: (888) 298-7785
Last Four Digits of Acct #:6540

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Laura Egerman                                              Date: January 10, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE: FRANKLIN MEDINA                                    CASE NO.: 18-11629-RG

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Franklin Medina
P.O. Box 1502
Paramus, NJ 07653

David L. Stevens
Scura, Wigfield, Heyer & Stevens
1599 Hamburg Turnpike
Wayne, NJ 07470

Peter J. D'Auria
Office of the U.S. Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

RAS CRANE LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Laura Egerman
Email: legerman@rasnj.com