UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina  
Debtor

Case No. 18-11629  
Reporting Period: September 2019

Social Security # N/A  
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ Franklin Medina                     Date 01/13/2020

Signature of Joint Debtor _____            Date _____

9:04 AM
11/12/19
Accrual Basis

# Franklin Medina DIP
# Profit & Loss
September 2019

|  | Sep 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Advertising Income | 630.90 |
| Amazon Income | 578.32 |
| Employment Income | 9,783.89 |
| Other Income | 127.87 |
| 47400 · Rental Income | 9,779.00 |
| **Total Income** | 20,899.98 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 3,852.43 |
| **Total COGS** | 3,852.43 |
| **Gross Profit** | 17,047.55 |
| **Expense** | |
| Auto Expenses | 1,030.00 |
| Clothes | 470.70 |
| computer expenses | 960.77 |
| Education | 256.31 |
| Entertainment | 201.14 |
| fuel | 345.07 |
| Health and Wellness | 396.74 |
| Internet Expense | 83.18 |
| Miscellaneous Expense | 437.28 |
| Mortgage | 5,272.36 |
| Parking | 27.50 |
| Postage | 25.50 |
| Real Estate Expense | 150.00 |
| reimbursement expense | 103.20 |
| 437 · Hartford Rd property taxes | 160.00 |
| 60000 · Advertising and Promotion | 89.00 |
| 63300 · Insurance Expense | 302.50 |
| 64300 · Meals and Entertainment | 2,404.30 |
| 67200 · Repairs and Maintenance | 1,793.09 |
| 68400 · Travel Expense | 801.01 |
| **Total Expense** | 15,309.65 |
| **Net Ordinary Income** | 1,737.90 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 80000 · Ask My Accountant | -334.00 |
| **Total Other Expense** | -334.00 |
| **Net Other Income** | 334.00 |
| **Net Income** | **2,071.90** |

Page 1

9:00 AM
11/12/19

# Franklin Medina DIP
## Job Profitability Summary
### September 2019

|  | Act. Cost | Act. Revenue | ($) Diff. |
|---|---:|---:|---:|
| **212-214 65th St Apt WestNewYork NJ 07093** | | | |
| Arelis Burgos 212-214 65th St Apt | 0.00 | 2,880.00 | 2,880.00 |
| 212-214 65th St Apt WestNewYork NJ 07093 - Other | 4,116.36 | 0.00 | -4,116.36 |
| **Total 212-214 65th St Apt WestNewYork NJ 07093** | 4,116.36 | 2,880.00 | -1,236.36 |
| **212-214 65th St P1 WestNewYork NJ 07093** | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| **Total 212-214 65th St P1 WestNewYork NJ 07093** | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| **Total 212-214 65th St P2 WestNewYork NJ 07093** | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| **Total 212-214 65th St P3 WestNewYork NJ 07093** | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P5 WestNewYork NJ 07093** | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| **Total 212-214 65th St P5 WestNewYork NJ 07093** | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P6 WestNewYork NJ 07093** | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| **Total 212-214 65th St P6 WestNewYork NJ 07093** | 0.00 | 200.00 | 200.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,292.00 | 1,292.00 |
| **Total 522 4th Street #1F Union City NJ 07087** | 0.00 | 1,292.00 | 1,292.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,116.00 | 1,116.00 |
| **Total 522 4th Street #1R Union City NJ 07087** | 0.00 | 1,116.00 | 1,116.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,432.00 | 1,432.00 |
| **Total 522 4th Street #2F Union City NJ 07087** | 0.00 | 1,432.00 | 1,432.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,309.00 | 1,309.00 |
| **Total 522 4th Street #2R Union City NJ 07087** | 0.00 | 1,309.00 | 1,309.00 |
| **6609 Polk Street West NY NJ** | 0.00 | 850.00 | 850.00 |
| **TOTAL** | 4,116.36 | 9,779.00 | 5,662.64 |


# Bank
America's Most Convenient Bank®              E       STATEMENT OF ACCOUNT

FRANKLIN MEDINA  
TARYN MEDINA  
DIP CASE 18-11629 DIST NJ  
191 NIMITZ RD  
PARAMUS NJ  07652

Page: 1 of 10  
Statement Period:  Sep 01 2018-Sep 30 2018  
Cust Ref #:  
039-E-***  
Primary Account #:

## Chapter 11 Checking

FRANKLIN MEDINA  
TARYN MEDINA  
DIP CASE 18-11629 DIST NJ

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 3,054.49 | Average Collected Balance | 2,116.54 |
| Deposits | 12,545.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 6,820.33 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 150.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 3,897.00 | | |
| Electronic Payments | 7,142.30 | | |
| Other Withdrawals | 8,223.00 | | |
| Ending Balance | 3,307.52 | | |

| | Total for this Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $175.00 | $245.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/05 | DEPOSIT | 1,282.00 |
| 09/06 | MOBILE DEPOSIT | 1,104.00 |
| 09/06 | MOBILE DEPOSIT | 699.00 |
| 09/06 | MOBILE DEPOSIT | 151.00 |
| 09/19 | DEPOSIT | 1,296.00 |
| 09/25 | DEPOSIT | 8,013.00 |
| | Subtotal: | 12,545.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/07 | DEBIT CARD CREDIT, *****30008214587, AUT 090718 VISA DDA REF ASM FLIPPA       234 567890   * CA | 17.49 |
| 09/14 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****44219642FDU | 3,468.44 |
| 09/14 | CCD DEPOSIT, STRIPE TRANSFER | 81.26 |
| 09/28 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****07632519FDU | 3,253.14 |
| | Subtotal: | 6,820.33 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance        3,307.52
② Total Deposits    +
③ Sub Total
④ Total Withdrawals    -
⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #: 39-E-***
Primary Account #:

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/06 | RETURNED ITEM | 150.00 |
| | Subtotal: | 150.00 |

**Checks Paid**  No. Checks: 9   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/27 | 119 | 75.00 | 09/18 | 154 | 33.00 |
| 09/07 | 120 | 2,000.00 | 09/27 | 155 | 20.00 |
| 09/05 | 129* | 150.00 | 09/21 | 156 | 45.00 |
| 09/04 | 133* | 1,398.00 | 09/26 | 157 | 100.00 |
| 09/18 | 153* | 76.00 | | | |
| | | | | Subtotal: | 3,897.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090118 VISA DDA PUR<br>GEICO  AUTO        800 841 3000  * DC | 266.99 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>FACEBK 6ZT5FG2S72      650 5434800   * CA | 205.16 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090318 VISA DDA PUR<br>UPWORK  197191082REF    165 08534100  * CA | 184.90 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>IT WORKS MARKETING INC   800 537 2395  * FL | 125.95 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>MACCHINA             NEW YORK    * NY | 124.96 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090218 VISA DDA PUR<br>PF CHANGS  9826        HACKENSACK   * NJ | 75.31 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090118 VISA DDA PUR<br>EVERYTHING EMBROIDERED    PARAMUS     * NJ | 64.50 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>GS1 US               LAWRENCEVILLE * NJ | 63.00 |
| 09/04 | NONTD ATM DEBIT, *****30008214587, AUT 090318 DDA WITHDRAW<br>PAI ISO           NEW ROCHELLE  * NY | 44.00 |
| 09/04 | DEBIT POS, *****30008214587, AUT 090118 DDA PURCHASE<br>FAIRWAY M 30 E RIDGEWO     PARAMUS    * NJ | 40.37 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>CINEMA DE LUX         YONKERS     * NY | 29.25 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 083118 VISA DDA PUR<br>CONVERTKIT EMAIL       HTTPSCONVERTK * ID | 29.00 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090218 VISA DDA PUR<br>COLDSTONE  1134        WESTWOOD    * NJ | 25.24 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>NYCDOT PARKNYC        877 7275307  * NY | 25.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #: -039-E-***
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090118 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090118 VISA DDA PUR<br>ZAPIER COM CHARGE    ZAPIER COM  * CA | 20.00 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090218 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 15.00 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090118 VISA DDA PUR<br>LIBERATED SYNDICATION    412 621 0902  * PA | 15.00 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>CINEMA DE LUX    YONKERS    * NY | 14.00 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 10.81 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 10.00 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090318 VISA DDA PUR<br>DROPBOX F4TG3QPNGF6Q    888 4468396  * CA | 9.99 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>STARBUCKS STORE 07533    PARAMUS    * NJ | 6.88 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090218 VISA DDA PUR<br>PP ITUNES COM BILL    402 935 7733  * CA | 6.38 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>PP ITUNES COM BILL    402 935 7733  * CA | 5.32 |
| 09/04 | DEBIT CARD PAYMENT, *****30008214587, AUT 090118 VISA DDA PUR<br>LIBERATED SYNDICATION    412 621 0902  * PA | 5.00 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 090118 VISA DDA PUR<br>GOOGLE  GSUITE UNLISTE    CC GOOGLE COM * CA | 4.51 |
| 09/04 | DEBIT CARD PURCHASE, *****30008214587, AUT 083118 VISA DDA PUR<br>NYCDOT PARKING METERS    LONG IS CITY  * NY | 3.50 |
| 09/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 090418 VISA DDA PUR<br>CONVERTKIT EMAIL    HTTPSCONVERTK * ID | 179.00 |
| 09/05 | DEBIT CARD PAYMENT, *****30008214587, AUT 090418 VISA DDA PUR<br>CONVERTKIT EMAIL    HTTPSCONVERTK * ID | 179.00 |
| 09/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>STAPLES    00100396    PARAMUS    * NJ | 15.98 |
| 09/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>GLEN ISLAND PARK    NEW ROCHELLE  * NY | 8.00 |
| 09/05 | DEBIT CARD PURCHASE, *****30008214587, AUT 090318 VISA DDA PUR<br>ABM PARKING N OTIS GARAG    YONKERS    * NY | 2.50 |
| 09/06 | DEBIT CARD PAYMENT, *****30008214587, AUT 090418 VISA DDA PUR<br>GAMEFLY MEMBERSHIP    888 986 6400  * CA | 17.01 |
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>PAYPAL  FIVERR COM    4029357733    I SR | 52.50 |
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>UBER   TRIP 2BTCW    HELP UBER COM * CA | 44.54 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #:
Primary Account #: 39-E-***

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>TIN S HOUSE              PARAMUS     * NJ | 39.16 |
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>SQ  CINCO DE MAYO        FLUSHING      * NY | 11.00 |
| 09/07 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>PP ITUNES COM BILL       402 935 7733  * CA | 7.44 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090718 VISA DDA PUR<br>RUMBA CUBANA            724 2831878  * NJ | 50.30 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR<br>GLEAM IO                CHELSEA      A US | 49.00 |
| 09/10 | DEBIT CARD PAYMENT, *****30008214587, AUT 090718 VISA DDA PUR<br>24HOUR FITNESS USA INC     800 432 6348  * CA | 46.78 |
| 09/10 | DEBIT CARD PAYMENT, *****30008214587, AUT 090718 VISA DDA PUR<br>HLU HULU 22000634 U     HULU COM BILL * CA | 39.99 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090718 VISA DDA PUR<br>GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR<br>CINEMA DE LUX           YONKERS     * NY | 28.00 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090618 VISA DDA PUR<br>STARBUCKS              800 782 7282  * WA | 25.00 |
| 09/10 | DEBIT POS, *****30008214587, AUT 090818 DDA PURCHASE<br>FAIRWAY M 30 E RIDGEWO     PARAMUS    * NJ | 22.00 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR<br>DELTA RT 4             ENGLEWOOD    * NJ | 20.00 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR<br>CINEMA DE LUX           YONKERS     * NY | 11.50 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR<br>CINEMA DE LUX           YONKERS     * NY | 11.25 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090718 VISA DDA PUR<br>DMCA PROTECTION PRO      VICTORIA NORT C AN | 10.00 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090718 VISA DDA PUR<br>DMCA PROTECTION PRO      VICTORIA NORT C AN | 10.00 |
| 09/10 | DEBIT POS, *****30008214587, AUT 090918 DDA PURCHASE<br>TRADER JOE S  605       PARAMUS    * NJ | 9.98 |
| 09/10 | DEBIT CARD PURCHASE, *****30008214587, AUT 090718 VISA DDA PUR<br>HUDSON FOOD COURT         NEWYORK    * NY | 8.66 |
| 09/10 | DEBIT POS, *****30008214587, AUT 090918 DDA PURCHASE<br>FAIRWAY M 30 E RIDGEWO     PARAMUS    * NJ | 4.58 |
| 09/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 090918 VISA DDA PUR<br>PANCHOS BURRITOS        NEW MILFORD  * NJ | 119.56 |
| 09/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 090918 VISA DDA PUR<br>GLEAM IO                CHELSEA      A US | 49.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #: ')39-E-***
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/11 | DEBIT CARD PURCHASE, *****30008214587, AUT 090818 VISA DDA PUR ABM PARKING N OTIS GARAG   YONKERS   * NY | 4.00 |
| 09/12 | DEBIT CARD PAYMENT, *****30008214587, AUT 091118 VISA DDA PUR DNH GODADDY COM   480 5058855  * AZ | 53.97 |
| 09/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 091118 VISA DDA PUR IT WORKS MARKETING INC   800 537 2395 * FL | 20.00 |
| 09/12 | DEBIT CARD PAYMENT, *****30008214587, AUT 091118 VISA DDA PUR TEENSAFE INC   800 245 8598  * CA | 14.95 |
| 09/12 | DEBIT CARD PURCHASE, *****30008214587, AUT 091118 VISA DDA PUR PP ITUNES COM BILL   402 935 7733  * CA | 5.32 |
| 09/17 | ACH IAT DEBIT, S WISHART IAT PAYPAL J22222C7XNT8W | 396.00 |
| 09/17 | DEBIT CARD PAYMENT, *****30008214587, AUT 091418 VISA DDA PUR UPWORK  198793545REF   165 08534100 * CA | 204.98 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091618 VISA DDA PUR DEPOSITPHOTOS INC   954 9900075  * FL | 69.00 |
| 09/17 | DEBIT POS, *****30008214587, AUT 091518 DDA PURCH W/CB CVS PHARM 10166  1703   YONKERS   * NY | 56.52 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091618 VISA DDA PUR YONKERS WHISKEY BAR GRIL   YONKERS   * NY | 46.20 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091418 VISA DDA PUR HAIKU RESTAURANT   SCARSDALE   * NY | 45.50 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091418 VISA DDA PUR LEADPAGES   855 835 3877  * MN | 37.00 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091518 VISA DDA PUR PAYPAL  LASVEGASHOO   402 935 7733 * CA | 36.32 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091418 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK   * NY | 31.00 |
| 09/17 | DEBIT CARD PAYMENT, *****30008214587, AUT 091418 VISA DDA PUR CONVERTKIT EMAIL   HTTPSCONVERTK * ID | 29.00 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091418 VISA DDA PUR STARBUCKS   800 782 7282  * WA | 25.00 |
| 09/17 | DEBIT POS, *****30008214587, AUT 091618 DDA PURCHASE FAIRWAY M 30 E RIDGEWO   PARAMUS   * NJ | 23.82 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091518 VISA DDA PUR SUSHI PALACE   YONKERS   * NY | 21.51 |
| 09/17 | DEBIT POS, *****30008214587, AUT 091518 DDA PURCHASE FAIRWAY M 30 E RIDGEWO   PARAMUS   * NJ | 20.00 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091418 VISA DDA PUR DELTA RT 4   ENGLEWOOD   * NJ | 10.00 |
| 09/17 | DEBIT CARD PURCHASE, *****30008214587, AUT 091518 VISA DDA PUR PARAMUS DELTA   PARAMUS   * NJ | 10.00 |
| 09/18 | DEBIT CARD PAYMENT, *****30008214587, AUT 091718 VISA DDA PUR UPWORK  199318578REF   165 08534100 * CA | 243.91 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #: 139-E-***
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 091618 VISA DDA PUR OLIVE GARDEN 0024414      PARAMUS     * NJ | 117.30 |
| 09/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 091718 VISA DDA PUR PAYPAL  LUEMADDR     402 935 7733  * CA | 51.75 |
| 09/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 091618 VISA DDA PUR STARBUCKS           800 782 7282  * WA | 25.00 |
| 09/18 | DEBIT CARD PAYMENT, *****30008214587, AUT 091718 VISA DDA PUR NETFLIX COM         NETFLIX COM  * CA | 14.92 |
| 09/18 | DEBIT CARD PURCHASE, *****30008214587, AUT 091618 VISA DDA PUR MCDONALD S F7454       PARAMUS    * NJ | 7.21 |
| 09/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 091818 VISA DDA PUR CARLOS RESTAURANT       YONKERS    * NY | 46.36 |
| 09/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 091818 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK   * NY | 31.00 |
| 09/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 091818 VISA DDA PUR MANYCHAT COM PRO 2500     8778877815   * CA | 25.00 |
| 09/19 | DEBIT CARD PURCHASE, *****30008214587, AUT 091818 VISA DDA PUR DELTA RT 4             ENGLEWOOD    * NJ | 20.00 |
| 09/19 | DEBIT CARD PAYMENT, *****30008214587, AUT 091818 VISA DDA PUR NETFLIX COM         NETFLIX COM  * CA | 11.72 |
| 09/19 | DEBIT POS, *****30008214587, AUT 091918 DDA PURCHASE USPS PO 3 33 E MIDLAND     PARAMUS    * NJ | 9.00 |
| 09/20 | DEBIT CARD PURCHASE, *****30008214587, AUT 091918 VISA DDA PUR CHEESECAKE HACKENSACK    HACKENSACK   * NJ | 126.48 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 091918 VISA DDA PUR AMAZON COM MT0XK7372    AMZN COM BILL * WA | 48.10 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR AMAZON COM MT36V03K1    AMZN COM BILL * WA | 38.10 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 091918 VISA DDA PUR CENTER RACEWAY RESTAURAN   YONKERS    * NY | 31.39 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK   * NY | 31.00 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR BOSTON MARKET 0533      SCARSDALE   * NY | 21.98 |
| 09/21 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR SQ  CINCO DE MAYO       NEW YORK    * NY | 10.00 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092118 VISA DDA PUR WESTERN UNION AUTO    216 099 7534  * NY | 610.28 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092118 VISA DDA PUR VERIZON WRL MY ACCT VE    800 9220204   * CA | 200.00 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092118 VISA DDA PUR PAYPAL  VISTAPRINT     402 935 7733  * MA | 72.77 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092118 VISA DDA PUR PAYPAL  VISTAPRINT     402 935 7733  * MA | 67.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #: ɔ-039-E-***
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092318 VISA DDA PUR GOOGLE ADS8461536286    CC GOOGLE COM * CA | 64.38 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092118 VISA DDA PUR SUBURBAN DINER    PARAMUS    * NJ | 38.51 |
| 09/24 | DEBIT CARD PAYMENT, *****30008214587, AUT 092218 VISA DDA PUR CONVERTKIT EMAIL    HTTPSCONVERTK * ID | 29.00 |
| 09/24 | DEBIT POS, *****30008214587, AUT 092318 DDA PURCHASE STOP   SHOP 0878    PARAMUS    * NJ | 26.19 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR STARBUCKS    800 782 7282  * WA | 25.00 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092018 VISA DDA PUR STARBUCKS    800 782 7282  * WA | 25.00 |
| 09/24 | DEBIT POS, *****30008214587, AUT 092218 DDA PURCHASE FAIRWAY M 30 E RIDGEWO    PARAMUS    * NJ | 24.67 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092218 VISA DDA PUR PARAMUS DELTA    PARAMUS    * NJ | 20.00 |
| 09/24 | DEBIT CARD PURCHASE, *****30008214587, AUT 092218 VISA DDA PUR MOE S SW GRILL  743    PARAMUS    * NJ | 8.84 |
| 09/25 | DEBIT CARD PAYMENT, *****30008214587, AUT 092418 VISA DDA PUR UPWORK  200401895REF    165 08534100  * CA | 299.59 |
| 09/25 | NONTD ATM DEBIT, *****30008214587, AUT 092518 DDA WITHDRAW 345 HUDSON ST    NEW YORK    * NY | 103.00 |
| 09/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 092318 VISA DDA PUR HOULIHAN S  229    PARAMUS    * NJ | 84.55 |
| 09/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 092418 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 09/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 092318 VISA DDA PUR STARBUCKS    800 782 7282  * WA | 15.00 |
| 09/25 | DEBIT CARD PURCHASE, *****30008214587, AUT 092318 VISA DDA PUR MCDONALD S F7454    PARAMUS    * NJ | 14.42 |
| 09/26 | DEBIT CARD PAYMENT, *****30008214587, AUT 092518 VISA DDA PUR 24HOUR FITNESS USA INC    800 432 6348  * CA | 47.01 |
| 09/26 | DEBIT CARD PAYMENT, *****30008214587, AUT 092518 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | 16.94 |
| 09/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 092518 VISA DDA PUR HUDSON FOOD COURT    NEWYORK    * NY | 8.70 |
| 09/26 | DEBIT CARD PURCHASE, *****30008214587, AUT 092418 VISA DDA PUR KING WOK    NEW YORK    * NY | 7.55 |
| 09/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 092618 VISA DDA PUR HAIKU RESTAURANT    SCARSDALE    * NY | 63.00 |
| 09/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 092618 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 09/27 | DEBIT CARD PAYMENT, *****30008214587, AUT 092618 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | 18.46 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #: -039-E-***
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 092518 VISA DDA PUR STARBUCKS           800 782 7282  * WA | 15.00 |
| 09/27 | DEBIT CARD PURCHASE, *****30008214587, AUT 092618 VISA DDA PUR HUDSON FOOD COURT      NEWYORK     * NY | 8.66 |
| 09/28 | TDBANK BILL PAY CHECK, MOUNT LAUREL TOWNSHIP CHECK# 995004 | 293.00 |
| 09/28 | DEBIT CARD PAYMENT, *****30008214587, AUT 092618 VISA DDA PUR SAMCART COM            HTTPSSAMCART * MD | 99.00 |
| 09/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 092618 VISA DDA PUR VERIZON     040247    800 345 6563  * TX | 65.55 |
| 09/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 092718 VISA DDA PUR GREENWICH ST PARKING LLC   NEW YORK    * NY | 31.00 |
| 09/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 092718 VISA DDA PUR DELTA RT 4          ENGLEWOOD    * NJ | 10.00 |
| 09/28 | DEBIT CARD PURCHASE, *****30008214587, AUT 092718 VISA DDA PUR NETDNA  LLC       WWW MAXCDN CO * CA | 9.00 |
| | Subtotal: | 7,142.30 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | OVERDRAFT PD | 140.00 |
| 09/06 | OVERDRAFT PD | 35.00 |
| 09/06 | OVERDRAFT RET | 35.00 |
| 09/26 | DEBIT | 8,013.00 |
| | Subtotal: | 8,223.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 3,054.49 | 09/18 | 1,931.75 |
| 09/04 | 201.47 | 09/19 | 3,084.67 |
| 09/05 | 808.99 | 09/20 | 2,958.19 |
| 09/06 | 2,825.98 | 09/21 | 2,732.62 |
| 09/07 | 657.83 | 09/24 | 1,520.81 |
| 09/10 | 279.79 | 09/25 | 8,986.25 |
| 09/11 | 107.23 | 09/26 | 793.05 |
| 09/12 | 12.99 | 09/27 | 561.93 |
| 09/14 | 3,562.69 | 09/28 | 3,307.52 |
| 09/17 | 2,500.84 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 10 of 10
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #:
Primary Account #: 39-E-***

| # | Date | Amount |
|---|------|--------|
| #119 | 09/27 | $75.00 |
| #120 | 09/07 | $2,000.00 |
| #129 | 09/05 | $150.00 |
| #133 | 09/04 | $1,398.00 |
| #153 | 09/18 | $76.00 |
| #154 | 09/18 | $33.00 |
| #155 | 09/27 | $20.00 |
| #156 | 09/21 | $45.00 |
| #157 | 09/26 | $100.00 |