UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina  
Debtor

Case No. 18-11629  
Reporting Period: 10/1/2019

Social Security # N/A  
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  /s/  Franklin Medina                Date 01/13/2020

Signature of Joint Debtor                                 Date

9:25 PM
01/08/20
Accrual Basis

# Franklin Medina DIP
## Profit & Loss
October 2019

|  | Oct 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Advertising Income | 630.98 |
| Amazon Income | 456.54 |
| Employment Income | 7,048.80 |
| 47400 · Rental Income | 15,229.00 |
| **Total Income** | 23,365.32 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 3,953.85 |
| **Total COGS** | 3,953.85 |
| **Gross Profit** | 19,411.47 |
| **Expense** | |
| Auto Expenses | 762.06 |
| Clothes | 43.39 |
| computer expenses | 1,178.28 |
| Education | 514.94 |
| Entertainment | 3,681.65 |
| fuel | 330.05 |
| Health and Wellness | 654.44 |
| Miscellaneous Expense | 503.20 |
| Mortgage | 5,757.15 |
| Parking | 53.75 |
| Postage | 209.07 |
| reimbursement expense | 237.78 |
| 437 · Hartford Rd property taxes | 320.00 |
| 60000 · Advertising and Promotion | 923.09 |
| 63300 · Insurance Expense | 1,728.29 |
| 64300 · Meals and Entertainment | 2,581.39 |
| 66700 · Professional Fees | 327.56 |
| 67200 · Repairs and Maintenance | 1,193.03 |
| 68400 · Travel Expense | 70.41 |
| **Total Expense** | 19,548.41 |
| **Net Ordinary Income** | -136.94 |
| **Net Income** | **-136.94** |


**Bank**
America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ  07652

Page: 1 of 12
Statement Period: Oct 01 2019-Oct 31 2019
Cust Ref #:  39-E-***
Primary Account #:  93

## TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### Chapter 11 Checking

FRANKLIN MEDINA                                                                                    Account
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,273.84 | Average Collected Balance | 14,382.77 |
| Deposits | 14,703.07 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 10,122.48 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 29,662.49 | Days in Period | 31 |
| Ending Balance | 8,436.90 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $315.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | DEPOSIT | 3,654.07 |
| 10/04 | DEPOSIT | 1,292.00 |
| 10/07 | DEPOSIT | 1,432.00 |
| 10/09 | DEPOSIT | 1,309.00 |
| 10/15 | DEPOSIT | 3,550.00 |
| 10/16 | DEPOSIT | 1,116.00 |
| 10/31 | DEPOSIT | 2,350.00 |
| | Subtotal: | 14,703.07 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | ACH DEPOSIT, MEDIAVINE INC. EDI PYMNTS ****96007819580 | 630.98 |
| 10/04 | ATM CHECK DEPOSIT, *****30045413234 AUT 100419 ATM CHECK DEPOSI 1820 CENTRAL PARK AVENUE  YONKERS   * NY | 683.00 |
| 10/07 | CCD DEPOSIT, STRIPE TRANSFER ST-W8B1B4B9E4W2 | 127.87 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

## How to Balance your Account

Page: 2 of 12

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---:|
| ① Ending Balance | 8,436.90 |
| ② Total Deposits + | |
| ③ Sub Total | |
| ④ Total Withdrawals - | |
| ⑤ Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

### FOR CONSUMER ACCOUNTS ONLY -- IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS.

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR CONSUMER LOAN ACCOUNTS ONLY -- BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 12
Statement Period: Oct 01 2019-Oct 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | DEBIT CARD CREDIT, *****30045413234, AUT 100719 VISA DDA REF PAYPAL FANDUEL DEP 402 935 7733 * NY | 100.00 |
| 10/08 | DEBIT CARD CREDIT, *****30045413234, AUT 100819 VISA DDA REF MIKE S AUTO SALES GARFIELD * NJ | 1,030.00 |
| 10/10 | ATM CHECK DEPOSIT, *****30045413234 AUT 101019 ATM CHECK DEPOSI 1820 CENTRAL PARK AVENUE YONKERS * NY | 172.00 |
| 10/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****39167561FDU | 3,727.22 |
| 10/17 | ACH DEPOSIT, SIGHTLINE ACCOUNTREG | 0.62 |
| 10/17 | ACH DEPOSIT, SIGHTLINE ACCOUNTREG | 0.54 |
| 10/29 | CCD DEPOSIT, AMAZON.CO1380482 EDI PYMNTS FCS****90750522 | 328.67 |
| 10/31 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****52764758FDU | 3,321.58 |
| | Subtotal: | 10,122.48 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 093019 VISA DDA PUR TICKETSATWORK COM 800 331 6483 * FL | 676.00 |
| 10/01 | TDBANK BILL PAY CHECK, MOUNT LAUREL TOWNSHIP CHECK# 995035 | 160.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 093019 VISA DDA PUR JTE SERVICE STATION NEW YORK * NY | 108.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 093019 VISA DDA PUR FERRY STREET BBQ INC NEWARK * NJ | 63.97 |
| 10/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 093019 VISA DDA PUR SPEEDWAY 03493 FORT LEE * NJ | 34.58 |
| 10/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 092919 VISA DDA PUR STARBUCKS 800 782 7282 * WA | 25.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 093019 VISA DDA PUR SPEEDWAY 03493 FORT LEE * NJ | 24.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 092919 VISA DDA PUR THEHABIT TETERBORO 130 TETERBORO * NJ | 12.55 |
| 10/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 092919 VISA DDA PUR THEHABIT TETERBORO 130 TETERBORO * NJ | 7.36 |
| 10/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 092919 VISA DDA PUR MCDONALD S F7454 PARAMUS * NJ | 3.68 |
| 10/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 100119 VISA DDA PUR OTF MONTVALE 1054 MONTVALE * NJ | 109.00 |
| 10/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 093019 VISA DDA PUR MELALEUCA ORDER 800 2823000 * ID | 92.05 |
| 10/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 100119 VISA DDA PUR CARVEL YONKERS * NY | 31.52 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 12
Statement Period: Oct 01 2019-Oct 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/02 | DEBIT CARD PURCHASE, *****30045413234, AUT 100119 VISA DDA PUR<br>PAYPAL  LIBSYN        402 935 7733  * PA | 7.00 |
| 10/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 100119 VISA DDA PUR<br>ROMANTIC DEPOT SUPERSTOR    YONKERS    * NY | 160.99 |
| 10/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 100119 VISA DDA PUR<br>MINI OF RAMSEY        RAMSEY    * NJ | 159.94 |
| 10/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 100219 VISA DDA PUR<br>AMZN MKTP US UQ7O634O3    AMZN COM BILL * WA | 134.14 |
| 10/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 100219 VISA DDA PUR<br>AMZN MKTP US DB1LR33A3    AMZN COM BILL * WA | 83.06 |
| 10/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 100219 VISA DDA PUR<br>TST  WESTCHESTER BURGER    WHITE PLAINS  * NY | 72.47 |
| 10/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 100219 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR    201 261 7800  * NJ | 54.06 |
| 10/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 100219 VISA DDA PUR<br>GOOGLE GSUITE UNLISTED    INTERNET    * CA | 42.00 |
| 10/03 | DEBIT CARD PURCHASE, *****30045413234, AUT 100119 VISA DDA PUR<br>WENDY S 0115        YONKERS    * NY | 8.24 |
| 10/04 | DEBIT CARD PAYMENT, *****30045413234, AUT 100419 VISA DDA PUR<br>AMAZON PRIME        AMZN COM BILL * WA | 126.88 |
| 10/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 100319 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 41.39 |
| 10/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 100319 VISA DDA PUR<br>2COCOM PUSHCREW COM    888 2471614  * GA | 26.66 |
| 10/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 100319 VISA DDA PUR<br>DELTA RT 4        ENGLEWOOD    * NJ | 15.00 |
| 10/04 | DEBIT CARD PAYMENT, *****30045413234, AUT 100319 VISA DDA PUR<br>NETFLIX COM        NETFLIX COM  * CA | 13.85 |
| 10/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 100219 VISA DDA PUR<br>JUST SALAD 325 HUDSON    NEW YORK    * NY | 12.27 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100719 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT  * CA | 206.10 |
| 10/07 | NONTD ATM DEBIT, *****30045413234, AUT 100619 DDA WITHDRAW<br>BELLVALE FAR 261392    WARWICK    * NY | 101.00 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100519 VISA DDA PUR<br>PAYPAL  FANDUEL DEP    402 935 7733  * NY | 100.00 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100419 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 70.41 |
| 10/07 | DEBIT CARD PAYMENT, *****30045413234, AUT 100519 VISA DDA PUR<br>24 HOUR FITNESS USA  I    800 4326348  * CA | 49.01 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100519 VISA DDA PUR<br>CHILI S 2JG01        ELIZABETH    * NJ | 44.68 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100519 VISA DDA PUR<br>RUBY TUESDAY  4142    ELIZABETH    * NJ | 44.16 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 12
Statement Period: Oct 01 2019-Oct 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100519 VISA DDA PUR<br>CALVIN KLEIN 139    ELIZABETH    * NJ | 43.39 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100419 VISA DDA PUR<br>LECHE Y MIEL RESTAURANT    BRONX    * NY | 40.75 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100519 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 32.54 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100519 VISA DDA PUR<br>BP 1016914RT 46 EAST BP    FORT LEE    * NJ | 31.76 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100619 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 30.00 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100619 VISA DDA PUR<br>MASKER ORCHARDS    WARWICK    * NY | 29.95 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100619 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100319 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100419 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 10/07 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****39910774669 | 25.00 |
| 10/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 100619 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 20.09 |
| 10/07 | DEBIT POS, *****30045413234, AUT 100419 DDA PURCHASE<br>CARVEL ICE CREAM NO 1491    BRONX    * NY | 10.10 |
| 10/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 100719 VISA DDA PUR<br>WALMART COM 8009666546    800 966 6546  * AR | 68.24 |
| 10/08 | DEBIT CARD PAYMENT, *****30045413234, AUT 100719 VISA DDA PUR<br>HLU HULU 220006348639 U    HULU COM BILL * CA | 55.98 |
| 10/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 100719 VISA DDA PUR<br>PIZZA BEAT    YONKERS    * NY | 52.20 |
| 10/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 100719 VISA DDA PUR<br>PAYPAL FIVERR COM    4029357733    I SR | 17.00 |
| 10/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 100719 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR    201 261 7800  * NJ | 16.65 |
| 10/08 | DEBIT CARD PAYMENT, *****30045413234, AUT 100719 VISA DDA PUR<br>DMCA PROTECTION PRO    VICTORIA    C AN | 10.00 |
| 10/09 | DEBIT POS, *****30045413234, AUT 100919 DDA PURCH W/CB<br>SHOPRITE TUCKAHOE S1    YONKERS    * NY | 104.22 |
| 10/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 100819 VISA DDA PUR<br>CARVEL    YONKERS    * NY | 26.73 |
| 10/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 100819 VISA DDA PUR<br>DELTA RT 4    ENGLEWOOD    * NJ | 15.00 |
| 10/09 | DEBIT CARD PURCHASE, *****30045413234, AUT 100719 VISA DDA PUR<br>JUST SALAD 325 HUDSON    NEW YORK    * NY | 13.02 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 12
Statement Period: Oct 01 2019-Oct 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/09 | DEBIT POS, *****30045413234, AUT 100919 DDA PURCHASE<br>PERRY BAGEL CAFE      PARAMUS     * NJ | 12.10 |
| 10/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 100919 VISA DDA PUR<br>CHIPOTLE 1062        PARAMUS     * NJ | 27.56 |
| 10/10 | DEBIT CARD PAYMENT, *****30045413234, AUT 100919 VISA DDA PUR<br>EFTY B V           GRONINGEN    N LD | 15.00 |
| 10/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 100819 VISA DDA PUR<br>DIG INN SEASONAL MARKET    NEW YORK   * NY | 12.75 |
| 10/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 100919 VISA DDA PUR<br>CHIPOTLE 1062        PARAMUS     * NJ | 2.35 |
| 10/10 | DEBIT CARD PURCHASE, *****30045413234, AUT 100819 VISA DDA PUR<br>CALLFIRE COM        877 8973473  * CA | 1.00 |
| 10/11 | DEBIT CARD PAYMENT, *****30045413234, AUT 101019 VISA DDA PUR<br>NETFLIX COM         NETFLIX COM  * CA | 13.85 |
| 10/11 | DEBIT CARD PURCHASE, *****30045413234, AUT 100919 VISA DDA PUR<br>STARBUCKS STORE 07533     PARAMUS     * NJ | 6.82 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101319 VISA DDA PUR<br>BETFAIRCASINO COM US L    877 689 0662 * NJ | 1,200.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101319 VISA DDA PUR<br>BETFAIRCASINO COM US L    877 689 0662 * NJ | 1,000.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101419 VISA DDA PUR<br>PAYPAL TEACHPE151      VISA DIRECT  * CA | 823.50 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101219 VISA DDA PUR<br>PAYPAL JACEINVESTM     VISA DIRECT  * CA | 309.00 |
| 10/15 | ACH DEBIT, PLYMOUTH ROCK P&CMONTHLY HPA****2617577 | 302.50 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101319 VISA DDA PUR<br>NOCHES DE COLOMBIA HACKE   HACKENSACK  * NJ | 184.95 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101119 VISA DDA PUR<br>PIZZA BEAT         YONKERS    * NY | 77.90 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101119 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800 * NJ | 62.37 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101219 VISA DDA PUR<br>AMZN MKTP US 7Z96K8O53    AMZN COM BILL * WA | 61.69 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101119 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS     * NJ | 61.54 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101219 VISA DDA PUR<br>SIPAN RESTAURANT OF NEW   NEW YORK   * NY | 58.08 |
| 10/15 | DEBIT CARD PAYMENT, *****30045413234, AUT 101219 VISA DDA PUR<br>GLEAM IO          MORNINGTON  A US | 49.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101219 VISA DDA PUR<br>PARAMUS DELTA        PARAMUS     * NJ | 40.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101319 VISA DDA PUR<br>COLDSTONE 924        CLOSTER    * NJ | 38.82 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 12
Statement Period: Oct 01 2019-Oct 31 2019
Cust Ref #:
Primary Account #:

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101219 VISA DDA PUR<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 27.51 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101319 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101219 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 10/15 | DEBIT CARD PAYMENT, *****30045413234, AUT 101319 VISA DDA PUR<br>PRIVY COM    HTTPSPRIVY CO * MA | 24.00 |
| 10/15 | DEBIT POS, *****30045413234, AUT 101319 DDA PURCHASE<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 19.96 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101119 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 19.71 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101019 VISA DDA PUR<br>STARBUCKS STORE 07533    PARAMUS    * NJ | 10.13 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101119 VISA DDA PUR<br>STARBUCKS STORE 07533    PARAMUS    * NJ | 5.57 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101019 VISA DDA PUR<br>CALLFIRE COM    877 8973473  * CA | 5.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101019 VISA DDA PUR<br>CALLFIRE COM    877 8973473  * CA | 4.00 |
| 10/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 101119 VISA DDA PUR<br>PAYPAL  GOOGLE    402 935 7733  * CA | 1.99 |
| 10/16 | ACH DEBIT, CHASEHOMEFINANCE LN PMT ****861023 | 3,117.00 |
| 10/16 | ELECTRONIC PMT-WEB, SN SERVICING DEBIT 659946 | 2,156.00 |
| 10/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 101319 VISA DDA PUR<br>SEARS COM 9300    800 349 4358  * TX | 1,153.65 |
| 10/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 101519 VISA DDA PUR<br>PAYPAL  DFWSEM    402 935 7733  * TX | 726.09 |
| 10/16 | ELECTRONIC PMT-WEB, CENTRAL MORTGAGE LOANPMTS ****246224 | 484.15 |
| 10/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 101419 VISA DDA PUR<br>MALECON RESTAURANT    BRONX    * NY | 50.50 |
| 10/16 | ACH DEBIT, FIRST PREMIER PAYMENT ****0    4095 | 43.00 |
| 10/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 101519 VISA DDA PUR<br>LIFETOUCH NSS ONLINE PAY    EDEN PRAIRIE  * MN | 40.52 |
| 10/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 101519 VISA DDA PUR<br>DUMPLING PLUS NOODLE    BRONXVILLE    * NY | 32.02 |
| 10/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 101419 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 10/16 | DEBIT POS, *****30045413234, AUT 101619 DDA PURCHASE<br>JACQUES TORRES CHOCOLATE    NEW YORK    * NY | 24.65 |
| 10/16 | DEBIT CARD PURCHASE, *****30045413234, AUT 101419 VISA DDA PUR<br>WENDY S 0115    YONKERS    * NY | 10.71 |
| 10/17 | DEBIT CARD PAYMENT, *****30045413234, AUT 101619 VISA DDA PUR<br>NETFLIX COM    408 5403700  * CA | 13.85 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page:                             8 of 12
Statement Period:    Oct 01 2019-Oct 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/17 | DEBIT CARD PURCHASE, *****30045413234, AUT 101519 VISA DDA PUR MCDONALD S F7454    PARAMUS    * NJ | 12.27 |
| 10/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 101719 VISA DDA PUR PFI PARAMUS SCHOOL DISTR  201 261 7800 * NJ | 52.91 |
| 10/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 101719 VISA DDA PUR DELTA RT 4    ENGLEWOOD    * NJ | 20.00 |
| 10/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 101719 VISA DDA PUR CARVEL    YONKERS    * NY | 15.76 |
| 10/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 101619 VISA DDA PUR DIG INN SEASONAL MARKET    NEW YORK    * NY | 13.00 |
| 10/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 101719 VISA DDA PUR KINDLE UNLTD R210L0LK3   866 321 8851 * WA | 10.65 |
| 10/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 102019 VISA DDA PUR PAYPAL CHUCKIE56    VISA DIRECT  * CA | 2,212.65 |
| 10/21 | DEBIT POS, *****30045413234, AUT 102119 DDA PURCHASE PEARLAND BROKERAGE INC    NEW YORK CITY * NY | 1,425.79 |
| 10/21 | DEBIT CARD PAYMENT, *****30045413234, AUT 101819 VISA DDA PUR MOZ INC    HTTPSMOZ COM  * WA | 250.00 |
| 10/21 | ELECTRONIC PMT-WEB, CREDIT ONE BANK PAYMENT ****376651419 | 100.00 |
| 10/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 101819 VISA DDA PUR RANCHO GRANDE    YONKERS    * NY | 83.88 |
| 10/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 101919 VISA DDA PUR CALI PIZZA KITC INC 107  SCARSDALE   * NY | 60.19 |
| 10/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 101919 VISA DDA PUR CINEMA DE LUX    YONKERS    * NY | 29.00 |
| 10/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 101819 VISA DDA PUR STARBUCKS    800 782 7282  * WA | 25.00 |
| 10/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 101919 VISA DDA PUR PERRY BAGEL CAFE    PARAMUS    * NJ | 23.95 |
| 10/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 101919 VISA DDA PUR CINEMA DE LUX    YONKERS    * NY | 23.24 |
| 10/21 | DEBIT POS, *****30045413234, AUT 102019 DDA PURCHASE PERRY BAGEL CAFE    PARAMUS    * NJ | 20.74 |
| 10/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 101919 VISA DDA PUR DUNKIN 349310 Q35    BRONX    * NY | 12.80 |
| 10/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 102219 VISA DDA PUR PAYPAL TEACHPE151    VISA DIRECT  * CA | 617.70 |
| 10/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 102119 VISA DDA PUR PAYPAL IMOTY2004    402 935 7733 * CA | 300.00 |
| 10/22 | ACH IAT DEBIT, ERIC KIAMA IAT PAYPAL ****926767026 | 257.80 |
| 10/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 102219 VISA DDA PUR PAYPAL LUEMADDR    VISA DIRECT  * CA | 69.76 |
| 10/22 | DEBIT POS, *****30045413234, AUT 102219 DDA PURCHASE HUDSON SQUARE PHARMACY    NEW YORK    * NY | 57.41 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 12
Statement Period: Oct 01 2019-Oct 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/22 | DEBIT POS, *****30045413234, AUT 102219 DDA PURCHASE<br>GNC 6213  GNC 06213256    YONKERS    * NY | 39.99 |
| 10/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 102019 VISA DDA PUR<br>MCDONALD S F7454    PARAMUS    * NJ | 14.65 |
| 10/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 102119 VISA DDA PUR<br>NYCDOT PARKING METERS    LONG IS CITY * NY | 0.75 |
| 10/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 102219 VISA DDA PUR<br>PARAMUS RECREATION    201 265 2100 * NJ | 133.58 |
| 10/23 | DEBIT POS, *****30045413234, AUT 102319 DDA PURCHASE<br>THE UPS STORE 0923 29    ORADELL    * NJ | 89.57 |
| 10/23 | DEBIT POS, *****30045413234, AUT 102319 DDA PURCHASE<br>USPS PO 3 33 E MIDLAND    PARAMUS    * NJ | 58.50 |
| 10/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 102319 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT  * CA | 51.75 |
| 10/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 102219 VISA DDA PUR<br>ELBA OPERATING CORP    NEW YORK    * NY | 32.00 |
| 10/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 102119 VISA DDA PUR<br>STARBUCKS    800 782 7282 * WA | 25.00 |
| 10/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 102219 VISA DDA PUR<br>HUDSON FOOD COURT    NEWYORK    * NY | 13.88 |
| 10/23 | DEBIT CARD PURCHASE, *****30045413234, AUT 102119 VISA DDA PUR<br>DIG INN SEASONAL MARKET    NEW YORK    * NY | 13.00 |
| 10/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 102219 VISA DDA PUR<br>FAR EAST WELLNESS    YONKERS    * NY | 57.00 |
| 10/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 102319 VISA DDA PUR<br>TIN S HOUSE    PARAMUS    * NJ | 40.95 |
| 10/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 102219 VISA DDA PUR<br>TASTY HOUSE    YONKERS    * NY | 28.04 |
| 10/24 | DEBIT CARD PURCHASE, *****30045413234, AUT 102319 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 15.00 |
| 10/25 | DEBIT POS, *****30045413234, AUT 102519 DDA PURCHASE<br>THE VITAMIN SHOPPE 18    PARAMUS    * NJ | 129.94 |
| 10/25 | TD ATM DEBIT, *****30045413234, AUT 102519 DDA WITHDRAW<br>275 FOREST AVENUE    PARAMUS    * NJ | 100.00 |
| 10/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 102319 VISA DDA PUR<br>MICHAELS 9490    800 642 4235 * TX | 63.96 |
| 10/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 102419 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800 * NJ | 62.37 |
| 10/25 | DEBIT POS, *****30045413234, AUT 102519 DDA PURCHASE<br>WALGREENS STORE 241 N WA    BERGENFIELD  * NJ | 54.98 |
| 10/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 102419 VISA DDA PUR<br>ELBA OPERATING CORP    NEW YORK    * NY | 32.00 |
| 10/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 102319 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

**STATEMENT OF ACCOUNT**

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 10 of 12
Statement Period: Oct 01 2019-Oct 31 2019
Cust Ref #:
Primary Account #:

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102619 VISA DDA PUR<br>PAYPAL TICKETSATWO    402 935 7733  * FL | 298.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102719 VISA DDA PUR<br>SKRAPP IO           SINGAPORE   S GP | 99.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102719 VISA DDA PUR<br>PAYPAL CLOUDINARY    4029357733   I SR | 99.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102519 VISA DDA PUR<br>PIZZA BEAT           YONKERS     * NY | 77.60 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102619 VISA DDA PUR<br>APPLE CASH           1INFINITELOOP * CA | 55.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102619 VISA DDA PUR<br>54255  355 STREET LOT   NEW YORK  * NY | 53.00 |
| 10/28 | DEBIT CARD PAYMENT, *****30045413234, AUT 102519 VISA DDA PUR<br>24 HOUR FITNESS USA I   800 4326348  * CA | 47.01 |
| 10/28 | DEBIT POS, *****30045413234, AUT 102819 DDA PURCHASE<br>HARBOR FREIGHT TOOLS 2   SADDLE BROOK * NJ | 39.38 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102619 VISA DDA PUR<br>TICK TOCK DINER NY      NEW YORK   * NY | 39.14 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102519 VISA DDA PUR<br>AMZN MKTP US 7V8UV8IJ3   AMZN COM BILL * WA | 30.99 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102719 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753  * CA | 30.91 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102619 VISA DDA PUR<br>PARAMUS DELTA         PARAMUS     * NJ | 30.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102719 VISA DDA PUR<br>CONVERTKIT EMAIL      HTTPSCONVERTK * ID | 29.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102519 VISA DDA PUR<br>STARBUCKS             800 782 7282  * WA | 25.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102619 VISA DDA PUR<br>MSG CONCESSIONS       NEW YORK    * NY | 23.00 |
| 10/28 | DEBIT POS, *****30045413234, AUT 102819 DDA PURCHASE<br>H MART YO YONKERS LLC1   YONKERS    * NY | 21.95 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102619 VISA DDA PUR<br>DUNKIN  331180 Q35    PARAMUS    * NJ | 20.98 |
| 10/28 | DEBIT POS, *****30045413234, AUT 102819 DDA PURCHASE<br>SALLY BEAUTY 100 1763 CE   YONKERS   * NY | 18.05 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102519 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS   * NJ | 17.05 |
| 10/28 | DEBIT POS, *****30045413234, AUT 102619 DDA PURCHASE<br>PERRY BAGEL CAFE      PARAMUS    * NJ | 15.67 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102719 VISA DDA PUR<br>DELTA RT 4            ENGLEWOOD   * NJ | 15.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102419 VISA DDA PUR<br>DIG INN SEASONAL MARKET   NEW YORK  * NY | 13.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 11 of 12
Statement Period: Oct 01 2019-Oct 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102519 VISA DDA PUR<br>CARVEL            YONKERS     * NY | 12.76 |
| 10/28 | DEBIT CARD PURCHASE, *****30045413234, AUT 102519 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA     PARAMUS      * NJ | 2.50 |
| 10/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 102819 VISA DDA PUR<br>BIGSCOOTS  INC       WWW BIGSCOOTS * FL | 124.50 |
| 10/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 102719 VISA DDA PUR<br>UNCLE PAULIE S       MAYWOOD      * NJ | 94.69 |
| 10/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 102819 VISA DDA PUR<br>ELBA OPERATING CORP      NEW YORK     * NY | 32.00 |
| 10/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 102819 VISA DDA PUR<br>GMASS            HTTPSWWW GMAS * WI | 19.95 |
| 10/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 102719 VISA DDA PUR<br>NEVERBOUNCE         NEVERBOUNCE C * WA | 2.58 |
| 10/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 102719 VISA DDA PUR<br>NEVERBOUNCE         NEVERBOUNCE C * WA | 1.83 |
| 10/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 102819 VISA DDA PUR<br>DANIEL AUTO SALES      YONKERS     * NY | 4,700.00 |
| 10/30 | TDBANK BILL PAY CHECK,<br>MOUNT LAUREL TOWNSHIP<br>CHECK# 995037 | 160.00 |
| 10/30 | DEBIT CARD PAYMENT, *****30045413234, AUT 102919 VISA DDA PUR<br>CONVERTKIT EMAIL       HTTPSCONVERTK * ID | 149.00 |
| 10/30 | NONTD ATM DEBIT, *****30045413234, AUT 103019 DDA WITHDRAW<br>36 E MIDLAND AVE       PARAMUS     * NJ | 103.00 |
| 10/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 102919 VISA DDA PUR<br>ELBA OPERATING CORP      NEW YORK     * NY | 37.00 |
| 10/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 102819 VISA DDA PUR<br>STARBUCKS         800 782 7282 * WA | 25.00 |
| 10/30 | DEBIT POS, *****30045413234, AUT 103019 DDA PURCHASE<br>PERRY BAGEL CAFE      PARAMUS     * NJ | 19.67 |
| 10/30 | DEBIT CARD PAYMENT, *****30045413234, AUT 102919 VISA DDA PUR<br>DROPBOX 6RRD66ZTV299     888 4468396  * CA | 11.99 |
| 10/30 | DEBIT CARD PURCHASE, *****30045413234, AUT 102819 VISA DDA PUR<br>WENDYS  001        PARAMUS     * NJ | 11.40 |
| 10/30 | DEBIT CARD PAYMENT, *****30045413234, AUT 102719 VISA DDA PUR<br>NEVERBOUNCE         NEVERBOUNCE C * WA | 1.76 |
| 10/31 | DEBIT POS, *****30045413234, AUT 103119 DDA PURCHASE<br>USPS PO 3 33 E MIDLAND     PARAMUS     * NJ | 61.00 |
| 10/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 103019 VISA DDA PUR<br>DOORDASH TAURO RESTAUR   WWW DOORDASH * CA | 48.68 |
| 10/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 103019 VISA DDA PUR<br>PARAMUS DELTA        PARAMUS     * NJ | 40.00 |
| 10/31 | DEBIT POS, *****30045413234, AUT 103119 DDA PURCHASE<br>PERRY BAGEL CAFE      PARAMUS     * NJ | 25.27 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 12 of 12
Statement Period: Oct 01 2019-Oct 31 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 103019 VISA DDA PUR HAIKU RESTAURANT     SCARSDALE    * NY | 25.20 |
| 10/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 103019 VISA DDA PUR AMZN MKTP US 4S0138GZ3    AMZN COM BILL * WA | 19.14 |
| 10/31 | DEBIT CARD PURCHASE, *****30045413234, AUT 102919 VISA DDA PUR DIG INN SEASONAL MARKET   NEW YORK    * NY | 15.00 |
| | Subtotal: | 29,662.49 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 13,273.84 | 10/17 | 16,042.44 |
| 10/01 | 15,812.77 | 10/18 | 15,930.12 |
| 10/02 | 16,204.18 | 10/21 | 11,662.88 |
| 10/03 | 15,489.28 | 10/22 | 10,304.82 |
| 10/04 | 17,228.23 | 10/23 | 9,887.54 |
| 10/07 | 17,934.16 | 10/24 | 9,746.55 |
| 10/08 | 18,744.09 | 10/25 | 9,278.30 |
| 10/09 | 19,882.02 | 10/28 | 8,165.31 |
| 10/10 | 19,995.36 | 10/29 | 8,218.43 |
| 10/11 | 19,974.69 | 10/30 | 2,999.61 |
| 10/15 | 22,814.69 | 10/31 | 8,436.90 |
| 10/16 | 16,067.40 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com