UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Franklin Medina  
Debtor

Case No. 18-11629  
Reporting Period: 11/1/2019

Social Security # N/A  
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | N/A | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | N/A | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ Franklin Medina          Date 01/13/2020

Signature of Joint Debtor                         Date

FORM MOR (INDV)  
2/2008  
PAGE 1 OF 1

9:26 PM
01/03/20
Accrual Basis

# Franklin Medina DIP
## Profit & Loss
### November 2019

|  | Nov 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Advertising Income | 637.82 |
| Amazon Income | 302.70 |
| Employment Income | 6,866.42 |
| Other Income | 127.87 |
| 47400 · Rental Income | 6,904.00 |
| **Total Income** | 14,838.81 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 3,969.46 |
| **Total COGS** | 3,969.46 |
| **Gross Profit** | 10,869.35 |
| **Expense** | |
| Auto Expenses | 278.19 |
| Clothes | 139.32 |
| computer expenses | 5,836.64 |
| Education | 195.43 |
| Entertainment | -1,627.95 |
| fuel | 338.97 |
| Health and Wellness | 476.64 |
| Internet Expense | 198.36 |
| Miscellaneous Expense | 182.39 |
| Office Expense | 31.90 |
| reimbursement expense | 1,100.94 |
| Subcontractors | 922.95 |
| 60000 · Advertising and Promotion | 797.62 |
| 63300 · Insurance Expense | 589.34 |
| 64300 · Meals and Entertainment | 2,148.73 |
| 66700 · Professional Fees | 1,574.80 |
| 68400 · Travel Expense | 1,730.10 |
| **Total Expense** | 14,914.37 |
| **Net Ordinary Income** | -4,045.02 |
| **Net Income** | -4,045.02 |

Page 1

9:22 PM
01/03/20

# Franklin Medina DIP
## Job Profitability Summary
### November 2019

|  | Act. Cost | Act. Revenue | ($) Diff. |
|---|---:|---:|---:|
| **212-214 65th St P1 WestNewYork NJ 07093** | | | |
|   Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
|   Marla Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
|   Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P5 WestNewYork NJ 07093** | | | |
|   Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P6 WestNewYork NJ 07093** | | | |
|   Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
|   Denis Castro 522 4th St #1F | 0.00 | 1,292.00 | 1,292.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,292.00 | 1,292.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
|   Hugo Carlos 522 4th St #1R | 0.00 | 1,116.00 | 1,116.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,116.00 | 1,116.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
|   Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,432.00 | 1,432.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,432.00 | 1,432.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
|   Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,309.00 | 1,309.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,309.00 | 1,309.00 |
| **6609 Polk Street West NY NJ** | | | |
|   PolkStTenant 1 | 0.00 | 855.00 | 855.00 |
| Total 6609 Polk Street West NY NJ | 0.00 | 855.00 | 855.00 |
| **TOTAL** | 0.00 | 6,904.00 | 6,904.00 |

9:22 PM
01/03/20

# Franklin Medina DIP
## Job Profitability Summary
### October 2019

| | Act. Cost | Act. Revenue | ($) Diff. |
|---|---|---|---|
| **212-214 65th St Apt WestNewYork NJ 07093** | | | |
| Arelis Burgos 212-214 65th St Apt | 0.00 | 6,850.00 | 6,850.00 |
| Total 212-214 65th St Apt WestNewYork NJ 07093 | 0.00 | 6,850.00 | 6,850.00 |
| **212-214 65th St P1 WestNewYork NJ 07093** | | | |
| Stefany Castro 212-214 65th st P1 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P1 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P2 WestNewYork NJ 07093** | | | |
| Maria Contino 212-214 65th St P2 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P2 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P3 WestNewYork NJ 07093** | | | |
| Luis Rodriquez 212-214 65th St P3 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P3 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P4 WestNewYork NJ 07093** | | | |
| Doris Navas 212-214 65th St P4 | 0.00 | 600.00 | 600.00 |
| Total 212-214 65th St P4 WestNewYork NJ 07093 | 0.00 | 600.00 | 600.00 |
| **212-214 65th St P5 WestNewYork NJ 07093** | | | |
| Diego Valle 212-214 65th St P5 | 0.00 | 175.00 | 175.00 |
| Total 212-214 65th St P5 WestNewYork NJ 07093 | 0.00 | 175.00 | 175.00 |
| **212-214 65th St P6 WestNewYork NJ 07093** | | | |
| Evergreen Landscape 212-214 65th St P6 | 0.00 | 200.00 | 200.00 |
| Total 212-214 65th St P6 WestNewYork NJ 07093 | 0.00 | 200.00 | 200.00 |
| **212-214 65th St P7 WestNewYork NJ 07093** | | | |
| ParkingTenant 1 212-214 65th St P7 | 0.00 | 350.00 | 350.00 |
| Total 212-214 65th St P7 WestNewYork NJ 07093 | 0.00 | 350.00 | 350.00 |
| **212-214 65th St P8 WestNewYork NJ 07093** | | | |
| ParkingTenant 2 212-214 65th St P8 | 0.00 | 525.00 | 525.00 |
| Total 212-214 65th St P8 WestNewYork NJ 07093 | 0.00 | 525.00 | 525.00 |
| **522 4th Street #1F Union City NJ 07087** | | | |
| Denis Castro 522 4th St #1F | 0.00 | 1,292.00 | 1,292.00 |
| Total 522 4th Street #1F Union City NJ 07087 | 0.00 | 1,292.00 | 1,292.00 |
| **522 4th Street #1R Union City NJ 07087** | | | |
| Hugo Carlos 522 4th St #1R | 0.00 | 1,116.00 | 1,116.00 |
| Total 522 4th Street #1R Union City NJ 07087 | 0.00 | 1,116.00 | 1,116.00 |
| **522 4th Street #2F Union City NJ 07087** | | | |
| Lorenzo Gonzales 522 4th St #2F | 0.00 | 1,432.00 | 1,432.00 |
| Total 522 4th Street #2F Union City NJ 07087 | 0.00 | 1,432.00 | 1,432.00 |
| **522 4th Street #2R Union City NJ 07087** | | | |
| Sonia Jimenez Ramirez 522 4th St #2R | 0.00 | 1,309.00 | 1,309.00 |
| Total 522 4th Street #2R Union City NJ 07087 | 0.00 | 1,309.00 | 1,309.00 |
| **6609 Polk Street West NY NJ** | | | |
| PolkStTenant 1 | 0.00 | 172.00 | 172.00 |
| 6609 Polk Street West NY NJ - Other | 0.00 | 683.00 | 683.00 |
| Total 6609 Polk Street West NY NJ | 0.00 | 855.00 | 855.00 |
| **TOTAL** | 0.00 | 15,229.00 | 15,229.00 |



**TD Bank**
America's Most Convenient Bank®                        E        STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ
191 NIMITZ RD
PARAMUS NJ  07652

Page:                               1 of 13
Statement Period:   Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Account

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 8,436.90 | Average Collected Balance | 5,875.61 |
| Deposits | 4,033.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 12,859.81 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,420.00 | Days in Period | 30 |
| Electronic Payments | 19,517.83 | | |
| Ending Balance | 4,391.88 | | |

| | Total for this Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $315.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/04 | DEPOSIT | 1,292.00 |
| 11/05 | DEPOSIT | 1,432.00 |
| 11/05 | DEPOSIT | 1,309.00 |
| | Subtotal: | 4,033.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/04 | ACH DEPOSIT, MEDIAVINE INC. EDI PYMNTS ****96008222258 | 637.82 |
| 11/08 | ATM CHECK DEPOSIT, *****30045413234<br>AUT 110819 ATM CHECK DEPOSI<br>1820 CENTRAL PARK AVENUE   YONKERS    * NY | 1,971.00 |
| 11/12 | ACH DEPOSIT, SIGHTLINE CARDTOBANK | 2,000.00 |
| 11/12 | DEBIT CARD CREDIT, *****30045413234, AUT 111219 VISA DDA REF<br>IPIC THEATERS  DOBBS FE   BOCA RATON    * FL | 54.00 |
| 11/14 | CCD DEPOSIT, STRIPE TRANSFER ST-N0P6Q5S8C0C8 | 127.87 |
| 11/15 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****72137376FDU | 3,544.83 |

# How to Balance your Account

Page: 2 of 13

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance   4,391.88
② Total Deposits   +
③ Sub Total
④ Total Withdrawals   -
⑤ Adjusted Balance

② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS

Total Deposits ②

④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS

WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS

Total Withdrawals ④

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 3 of 13
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/20 | ATM CHECK DEPOSIT, *****30045413234 AUT 112019 ATM CHECK DEPOSI 275 FOREST AVENUE  PARAMUS  * NJ | 900.00 |
| 11/29 | ACH DEPOSIT, EVERYDAY HEALTH DIRECT DEP ****73869857FDU | 3,321.59 |
| 11/29 | CCD DEPOSIT, AMAZON.CO1407605 EDI PYMNTS FCS****77884922 | 302.70 |
|  | Subtotal: | 12,859.81 |

**Checks Paid**  No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/13 | 14956545 | 1,420.00 |
|  | Subtotal: | 1,420.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 103119 VISA DDA PUR PAYPAL NELZOYUGA17   402 935 7733  * CA | 441.60 |
| 11/01 | ACH IAT DEBIT, ERIC KIAMA IAT PAYPAL ****015883656 | 154.80 |
| 11/01 | DEBIT POS, *****30045413234, AUT 110119 DDA PURCHASE WALGREENS STORE 3717 LAS   LAS VEGAS   * NV | 102.52 |
| 11/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 103019 VISA DDA PUR SPA 46         GARFIELD    * NJ | 65.00 |
| 11/01 | DEBIT POS, *****30045413234, AUT 110119 DDA PURCHASE HASH HOUSE A GO GO    LAS VEGAS   * NV | 63.71 |
| 11/01 | DEBIT CARD PURCHASE, *****30045413234, AUT 103119 VISA DDA PUR PFI PARAMUS SCHOOL DISTR   201 261 7800  * NJ | 62.37 |
| 11/04 | DEBIT POS, *****30045413234, AUT 110219 DDA PURCHASE EVI ARIA RESORT        LAS VEGAS   * NV | 1,042.95 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR PAYPAL TEACHPE151    VISA DIRECT  * CA | 253.23 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110419 VISA DDA PUR PAYPAL JACEINVESTM    VISA DIRECT  * CA | 206.10 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR PAYPAL JACEINVESTM    VISA DIRECT  * CA | 206.10 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110119 VISA DDA PUR OTF MONTVALE 1054     MONTVALE   * NJ | 109.00 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | 89.00 |
| 11/04 | DEBIT POS, *****30045413234, AUT 110219 DDA PURCHASE COACH INC 5144      LAS VEGAS   * NV | 81.19 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR GROTTO LAS VEGAS      ATLANTIC CITY * NY | 63.21 |
| 11/04 | DEBIT POS, *****30045413234, AUT 110219 DDA PURCHASE KATE SPADE OUTL     LAS VEGAS   * NV | 58.13 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 4 of 13
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR GOOGLE  GSUITE UNLISTE     CC GOOGLE COM  * CA | 51.86 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110119 VISA DDA PUR UBER TECHNOLOGIES INC     866 576 1039  * CA | 45.99 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110119 VISA DDA PUR MIRAGE   THE STILL     LAS VEGAS    * NV | 41.64 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110119 VISA DDA PUR ANTHONY FRANCOS PIZZA     PARAMUS    * NJ | 32.54 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110319 VISA DDA PUR 2COCOM PUSHCREW COM     888 2471614   * GA | 26.66 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 103119 VISA DDA PUR STARBUCKS     800 782 7282  * WA | 25.00 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR STARBUCKS     800 782 7282  * WA | 25.00 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR UBER TECHNOLOGIES INC     866 576 1039  * CA | 22.35 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110119 VISA DDA PUR FOOD COURT     JAMAICA    * NY | 21.84 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110119 VISA DDA PUR MIRAGE   TERRY FATOR BAR    LAS VEGAS    * NV | 18.40 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110319 VISA DDA PUR UBER TECHNOLOGIES INC     866 576 1039  * CA | 18.30 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110119 VISA DDA PUR UBER TECHNOLOGIES INC     866 576 1039  * CA | 16.00 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR UBER TECHNOLOGIES INC     866 576 1039  * CA | 15.51 |
| 11/04 | DEBIT CARD PAYMENT, *****30045413234, AUT 110319 VISA DDA PUR NETFLIX COM     NETFLIX COM   * CA | 13.85 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR MIRAGE RHUMBAR     LAS VEGAS    * NV | 13.83 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110319 VISA DDA PUR ARIA   PATISSERIE     LAS VEGAS    * NV | 13.70 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR UBER TECHNOLOGIES INC     866 576 1039  * CA | 13.39 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR UBER TECHNOLOGIES INC     866 576 1039  * CA | 12.73 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110119 VISA DDA PUR UBER TECHNOLOGIES INC     866 576 1039  * CA | 9.98 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 103119 VISA DDA PUR DULCE DE LECHE BAKERY     GUTTENBERG   * NJ | 8.64 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110319 VISA DDA PUR DNH GODADDY COM     480 5058855   * AZ | 8.47 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110119 VISA DDA PUR UBER TECHNOLOGIES INC     866 576 1039  * CA | 8.46 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 5 of 13
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110119 VISA DDA PUR<br>PAYPAL  LIBSYN         402 935 7733  * PA | 7.00 |
| 11/04 | DEBIT CARD PURCHASE, *****30045413234, AUT 110219 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 5.41 |
| 11/05 | DEBIT CARD PAYMENT, *****30045413234, AUT 110119 VISA DDA PUR<br>VERIZON ONETIMEPAY      VERIZON COM  * FL | 124.18 |
| 11/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 110319 VISA DDA PUR<br>ARIA   PATISSERIE       LAS VEGAS    * NV | 74.69 |
| 11/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 110319 VISA DDA PUR<br>SUNCTRYAIR  X3V9NV       EAGAN        * MN | 70.00 |
| 11/05 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****39910019499 | 30.00 |
| 11/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 110319 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 28.49 |
| 11/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 110419 VISA DDA PUR<br>ETSY COM              718 8557955  * NY | 18.39 |
| 11/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 110419 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 12.56 |
| 11/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 110319 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 10.48 |
| 11/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 110419 VISA DDA PUR<br>BIRD APP             8662052442   * CA | 10.00 |
| 11/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 110419 VISA DDA PUR<br>BIRD APP             8662052442   * CA | 10.00 |
| 11/05 | DEBIT CARD PURCHASE, *****30045413234, AUT 110319 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 6.35 |
| 11/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 110619 VISA DDA PUR<br>PAYPAL  JACEINVESTM    VISA DIRECT  * CA | 62.04 |
| 11/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 110519 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 59.53 |
| 11/06 | DEBIT CARD PAYMENT, *****30045413234, AUT 110519 VISA DDA PUR<br>24 HOUR FITNESS USA  I   800 4326348  * CA | 49.02 |
| 11/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 110519 VISA DDA PUR<br>TIN S HOUSE            PARAMUS      * NJ | 33.40 |
| 11/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 110419 VISA DDA PUR<br>RUINS                DALLAS       * TX | 17.07 |
| 11/06 | DEBIT POS, *****30045413234, AUT 110619 DDA PURCHASE<br>PERRY BAGEL CAFE       PARAMUS      * NJ | 10.01 |
| 11/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 110419 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 8.19 |
| 11/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 110419 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 8.04 |
| 11/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 110519 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 6.35 |



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 6 of 13
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | DEBIT CARD PURCHASE, *****30045413234, AUT 110519 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 6.35 |
| 11/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 110619 VISA DDA PUR<br>DNH GODADDY COM      480 5058855  * AZ | 3,258.47 |
| 11/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 110619 VISA DDA PUR<br>FS  DATAFORSEO       877 3278914  * CA | 213.50 |
| 11/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 110519 VISA DDA PUR<br>UBER TECHNOLOGIES INC    866 576 1039  * CA | 64.12 |
| 11/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 110519 VISA DDA PUR<br>TGI FRIDAYS  0851       DFW AIRPORT  * TX | 39.84 |
| 11/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 110619 VISA DDA PUR<br>DNH GODADDY COM      480 5058855  * AZ | 39.28 |
| 11/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 110519 VISA DDA PUR<br>STARBUCKS          800 782 7282  * WA | 25.00 |
| 11/07 | DEBIT POS, *****30045413234, AUT 110719 DDA PURCHASE<br>TRADER JOE S  605      PARAMUS     * NJ | 23.43 |
| 11/07 | DEBIT CARD PURCHASE, *****30045413234, AUT 110619 VISA DDA PUR<br>PARAMUS DELTA        PARAMUS     * NJ | 15.00 |
| 11/07 | DEBIT POS, *****30045413234, AUT 110719 DDA PURCHASE<br>HUDSON SQUARE PHARMACY    NEW YORK    * NY | 5.43 |
| 11/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 110719 VISA DDA PUR<br>UPWORK  268045734REF     165 08534100 * CA | 179.11 |
| 11/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 110619 VISA DDA PUR<br>JETBLUE    279213836305    SALT LAKE CTY * UT | 152.30 |
| 11/08 | DEBIT CARD PAYMENT, *****30045413234, AUT 110719 VISA DDA PUR<br>PAYPAL  WARFAREPLUG     402 935 7733  * CA | 135.00 |
| 11/08 | DEBIT CARD PAYMENT, *****30045413234, AUT 110719 VISA DDA PUR<br>HLU HULU 220006346359 U    HULU COM BILL * CA | 55.98 |
| 11/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 110719 VISA DDA PUR<br>PARAMUS DELTA        PARAMUS     * NJ | 50.47 |
| 11/08 | DEBIT CARD PURCHASE, *****30045413234, AUT 110619 VISA DDA PUR<br>TEDS NORTH INC       PARAMUS     * NJ | 25.70 |
| 11/08 | DEBIT POS, *****30045413234, AUT 110819 DDA PURCHASE<br>CVS PHARMACY  00 00534    YONKERS    * NY | 16.98 |
| 11/08 | DEBIT CARD PAYMENT, *****30045413234, AUT 110719 VISA DDA PUR<br>DMCA PROTECTION PRO     VICTORIA    C AN | 10.00 |
| 11/08 | DEBIT POS, *****30045413234, AUT 110819 DDA PURCHASE<br>CVS PHARMACY  00 00534    YONKERS    * NY | 7.79 |
| 11/12 | ACH DEBIT, PLYMOUTH ROCK P&CMONTHLY HPA****2617577 | 302.48 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 111119 VISA DDA PUR<br>UPWORK  268762725REF     165 08534100 * CA | 207.58 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110819 VISA DDA PUR<br>PAYPAL  HUSHRC        402 935 7733  * CA | 160.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 7 of 13
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | DEBIT POS, *****30045413234, AUT 111119 DDA PURCHASE<br>TRADER JOE S  531       SCARSDALE    * NY | 105.19 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110919 VISA DDA PUR<br>PAYPAL  JACEINVESTM     VISA DIRECT  * CA | 103.20 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110819 VISA DDA PUR<br>ENOM COM            WWW ENOM COM  * WA | 99.90 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110719 VISA DDA PUR<br>AMZN MKTP US 991PL9983 A    AMZN COM BILL * WA | 84.86 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110919 VISA DDA PUR<br>CAMPESINO CAMPESINO       BRONX     * NY | 82.95 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 111119 VISA DDA PUR<br>PFI PARAMUS SCHOOL DISTR   201 261 7800 * NJ | 62.37 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110919 VISA DDA PUR<br>IPIC THEATERS   DOBBS FE    BOCA RATON    * FL | 54.00 |
| 11/12 | DEBIT POS, *****30045413234, AUT 110919 DDA PURCHASE<br>GULF EXPRESS MA       YONKERS    * NY | 46.00 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110919 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA     PARAMUS    * NJ | 44.53 |
| 11/12 | DEBIT POS, *****30045413234, AUT 111019 DDA PURCHASE<br>TRADER JOE S  605       PARAMUS    * NJ | 36.41 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 111019 VISA DDA PUR<br>CRAIGSLIST ORG       415 399 5200 * CA | 35.00 |
| 11/12 | DEBIT POS, *****30045413234, AUT 110919 DDA PURCHASE<br>CVS PHARMACY 05 05300    PARAMUS    * NJ | 34.98 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110819 VISA DDA PUR<br>LOLA ON THE GRILL      YONKERS   * NY | 34.74 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110719 VISA DDA PUR<br>STARBUCKS         800 782 7282  * WA | 25.00 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110719 VISA DDA PUR<br>RIVERSIDE RIDGEWOOD AM    RIDGEWOOD   * NJ | 20.00 |
| 11/12 | DEBIT POS, *****30045413234, AUT 111219 DDA PURCHASE<br>TRADER JOE S  605       PARAMUS    * NJ | 16.92 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110719 VISA DDA PUR<br>DIG INN SEASONAL MARKET    NEW YORK   * NY | 15.00 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110919 VISA DDA PUR<br>PARAMUS DELTA        PARAMUS    * NJ | 15.00 |
| 11/12 | DEBIT CARD PAYMENT, *****30045413234, AUT 110919 VISA DDA PUR<br>EFTY B V          GRONINGEN   N LD | 15.00 |
| 11/12 | DEBIT POS, *****30045413234, AUT 111019 DDA PURCHASE<br>PERRY BAGEL CAFE       PARAMUS    * NJ | 14.08 |
| 11/12 | DEBIT CARD PAYMENT, *****30045413234, AUT 111019 VISA DDA PUR<br>NETFLIX COM        NETFLIX COM  * CA | 13.85 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110919 VISA DDA PUR<br>PERRY BAGEL CAFE       PARAMUS    * NJ | 13.52 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 8 of 13
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | DEBIT POS, *****30045413234, AUT 111219 DDA PURCHASE<br>PERRY BAGEL CAFE      PARAMUS     * NJ | 11.45 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110819 VISA DDA PUR<br>HALE AND HEARTY SOUPS      NEW YORK     * NY | 11.43 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 111019 VISA DDA PUR<br>PAYPAL  RICHABCPE      402 935 7733 * CA | 10.59 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 111119 VISA DDA PUR<br>PAYPAL  APRIL3669      402 935 7733 * CA | 10.59 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 111019 VISA DDA PUR<br>PAYPAL  CCHYBINSKI9      402 935 7733 * CA | 10.59 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110819 VISA DDA PUR<br>PAYPAL  INDIGOSTREA      402 935 7733 * CA | 10.00 |
| 11/12 | DEBIT CARD PURCHASE, *****30045413234, AUT 110819 VISA DDA PUR<br>CALLFIRE COM      877 8973473 * CA | 3.83 |
| 11/13 | DEBIT CARD PAYMENT, *****30045413234, AUT 111119 VISA DDA PUR<br>VERIZON ONETIMEPAY      VERIZON COM * FL | 74.18 |
| 11/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 111219 VISA DDA PUR<br>PAYPAL  JACEINVESTM      402 935 7733 * CA | 51.75 |
| 11/13 | DEBIT CARD PAYMENT, *****30045413234, AUT 111219 VISA DDA PUR<br>GLEAM IO      MORNINGTON   A US | 49.00 |
| 11/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 111119 VISA DDA PUR<br>CENTER RACEWAY RESTAURAN     YONKERS     * NY | 32.39 |
| 11/13 | DEBIT CARD PAYMENT, *****30045413234, AUT 111219 VISA DDA PUR<br>PAGEOPTIMIZER PRO      HTTPSPAGEOPTI * AZ | 10.00 |
| 11/13 | DEBIT CARD PURCHASE, *****30045413234, AUT 111219 VISA DDA PUR<br>PAYPAL  GOOGLE      402 935 7733 * CA | 1.99 |
| 11/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 111319 VISA DDA PUR<br>NAMEJET 425 974 4687      425 974 4687 * WA | 512.50 |
| 11/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 111319 VISA DDA PUR<br>PAYPAL  JACEINVESTM      402 935 7733 * CA | 103.20 |
| 11/14 | DEBIT POS, *****30045413234, AUT 111419 DDA PURCH W/CB<br>TRADER JOE S  605      PARAMUS     * NJ | 68.00 |
| 11/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 111319 VISA DDA PUR<br>CINEMA DE LUX      YONKERS     * NY | 25.67 |
| 11/14 | DEBIT CARD PURCHASE, *****30045413234, AUT 111319 VISA DDA PUR<br>CINEMA DE LUX      YONKERS     * NY | 24.00 |
| 11/14 | DEBIT CARD PAYMENT, *****30045413234, AUT 111319 VISA DDA PUR<br>PRIVY COM      HTTPSPRIVY CO * MA | 24.00 |
| 11/14 | DEBIT POS, *****30045413234, AUT 111419 DDA PURCHASE<br>PERRY BAGEL CAFE      PARAMUS     * NJ | 7.72 |
| 11/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 111419 VISA DDA PUR<br>TIN S HOUSE      PARAMUS     * NJ | 38.83 |
| 11/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 111419 VISA DDA PUR<br>PARAMUS DELTA      PARAMUS     * NJ | 30.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 9 of 13
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/15 | DEBIT CARD PAYMENT, *****30045413234, AUT 111419 VISA DDA PUR CONVERTKIT EMAIL    HTTPSCONVERTK * ID | 29.00 |
| 11/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 111319 VISA DDA PUR DIG INN SEASONAL MARKET  NEW YORK   * NY | 15.00 |
| 11/15 | DEBIT POS, *****30045413234, AUT 111519 DDA PURCHASE PERRY BAGEL CAFE    PARAMUS   * NJ | 11.30 |
| 11/15 | DEBIT CARD PURCHASE, *****30045413234, AUT 111419 VISA DDA PUR FORMSWIFT COM CHARGE   888 311 2977 * CA | 1.95 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111519 VISA DDA PUR PAYPAL  TEACHPE151   402 935 7733 * CA | 1,029.30 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111519 VISA DDA PUR NAMEJET 425 974 4687   425 974 4687 * WA | 378.23 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111619 VISA DDA PUR PAYPAL  JACEINVESTM   402 935 7733 * CA | 103.20 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111519 VISA DDA PUR HUMDINGERS  PARAMUS    PARAMUS   * NJ | 66.66 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111619 VISA DDA PUR CHAUFFEURS R US TOWING   GARFIELD   * NJ | 64.20 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111719 VISA DDA PUR PAYPAL  JACEINVESTM   402 935 7733 * CA | 62.04 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111519 VISA DDA PUR HUMDINGERS  PARAMUS  I  PARAMUS   * NJ | 60.00 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111619 VISA DDA PUR PAYPAL  JACEINVESTM   402 935 7733 * CA | 51.75 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111519 VISA DDA PUR HUMDINGERS  PARAMUS    PARAMUS   * NJ | 50.07 |
| 11/18 | ACH DEBIT, FIRST PREMIER PAYMENT ****0    4095 | 34.00 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111619 VISA DDA PUR PARK AVE BMW    MAYWOOD   * NJ | 22.19 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111519 VISA DDA PUR PARAMUS DELTA    PARAMUS   * NJ | 20.00 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111619 VISA DDA PUR PERRY BAGEL CAFE    PARAMUS   * NJ | 19.68 |
| 11/18 | DEBIT CARD PAYMENT, *****30045413234, AUT 111419 VISA DDA PUR ADOBE ACROPRO SUBS   800 833 6687 * CA | 15.98 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111719 VISA DDA PUR DELTA RT 4     ENGLEWOOD  * NJ | 15.00 |
| 11/18 | DEBIT CARD PAYMENT, *****30045413234, AUT 111619 VISA DDA PUR NETFLIX COM     NETFLIX COM  * CA | 13.85 |
| 11/18 | DEBIT POS, *****30045413234, AUT 111719 DDA PURCHASE PERRY BAGEL CAFE    PARAMUS   * NJ | 13.10 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111619 VISA DDA PUR WINGSTOP 1314    YONKERS   * NY | 11.64 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 10 of 13
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:             93

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111719 VISA DDA PUR MCDONALD S F22454    FAIRLAWN   * NJ | 11.64 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111719 VISA DDA PUR KINDLE UNLTD YA5DV7R13   866 321 8851  * WA | 10.65 |
| 11/18 | DEBIT CARD PURCHASE, *****30045413234, AUT 111619 VISA DDA PUR UBER TECHNOLOGIES INC   866 576 1039  * CA | 2.07 |
| 11/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 111819 VISA DDA PUR PAYPAL  IMOTY2004    402 935 7733  * CA | 500.00 |
| 11/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 111819 VISA DDA PUR UPWORK  270014161REF    165 08534100  * CA | 130.94 |
| 11/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 111819 VISA DDA PUR JTE SERVICE STATION    NEW YORK    * NY | 76.00 |
| 11/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 111719 VISA DDA PUR STARBUCKS    800 782 7282  * WA | 70.00 |
| 11/19 | DEBIT CARD PURCHASE, *****30045413234, AUT 111719 VISA DDA PUR STARBUCKS    800 782 7282  * WA | 15.00 |
| 11/20 | DEBIT CARD PAYMENT, *****30045413234, AUT 111919 VISA DDA PUR MOZ INC    HTTPSMOZ COM  * WA | 250.00 |
| 11/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 112019 VISA DDA PUR PAYPAL  JACEINVESTM    VISA DIRECT  * CA | 151.56 |
| 11/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 111919 VISA DDA PUR PAYPAL  DEPOSITPH    402 935 7733  * NY | 73.57 |
| 11/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 111919 VISA DDA PUR PFI PARAMUS SCHOOL DISTR   201 261 7800  * NJ | 70.69 |
| 11/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 111919 VISA DDA PUR AAWP    OFTERSHEIM   D EU | 21.62 |
| 11/20 | DEBIT CARD PURCHASE, *****30045413234, AUT 111819 VISA DDA PUR DIG INN SEASONAL MARKET    NEW YORK    * NY | 13.00 |
| 11/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 112019 VISA DDA PUR TIN S HOUSE    PARAMUS    * NJ | 29.98 |
| 11/21 | DEBIT CARD PURCHASE, *****30045413234, AUT 111919 VISA DDA PUR STARBUCKS    800 782 7282  * WA | 25.00 |
| 11/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 112119 VISA DDA PUR PAYPAL  DROPENGINE    402 935 7733  * CA | 180.00 |
| 11/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 112119 VISA DDA PUR DNH GODADDY COM    480 5058855  * AZ | 43.87 |
| 11/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 112119 VISA DDA PUR FORMSWIFT COM CHARGE    888 311 2977  * CA | 29.95 |
| 11/22 | DEBIT CARD PURCHASE, *****30045413234, AUT 112019 VISA DDA PUR DIG INN SEASONAL MARKET    NEW YORK    * NY | 25.75 |
| 11/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 112319 VISA DDA PUR STARBUCKS    800 782 7282  * WA | 100.00 |
| 11/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 112319 VISA DDA PUR PARAMUS DELTA    PARAMUS    * NJ | 50.39 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 11 of 13
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 112219 VISA DDA PUR ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 31.74 |
| 11/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 112119 VISA DDA PUR STARBUCKS    800 782 7282  * WA | 25.00 |
| 11/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 112319 VISA DDA PUR PERRY BAGEL CAFE    PARAMUS    * NJ | 20.10 |
| 11/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 112319 VISA DDA PUR SUNOCO 0225537000    MONTVALE    * NJ | 15.00 |
| 11/25 | DEBIT POS, *****30045413234, AUT 112419 DDA PURCHASE PERRY BAGEL CAFE    PARAMUS    * NJ | 14.77 |
| 11/25 | DEBIT CARD PURCHASE, *****30045413234, AUT 112119 VISA DDA PUR TAPINGONEAPOLITANEXPR    8002561020   * NY | 10.00 |
| 11/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 112519 VISA DDA PUR UPWORK  271272139REF    165 08534100  * CA | 405.32 |
| 11/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 112419 VISA DDA PUR ON THE BORDER    PARAMUS    * NJ | 81.37 |
| 11/26 | DEBIT CARD PAYMENT, *****30045413234, AUT 112519 VISA DDA PUR 24 HOUR FITNESS USA  I    800 4326348   * CA | 47.01 |
| 11/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 112519 VISA DDA PUR PAYPAL  SAASY TOOLS    402 935 7733  * CA | 35.00 |
| 11/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 112519 VISA DDA PUR DNH GODADDY COM    480 5058855   * AZ | 16.94 |
| 11/26 | DEBIT CARD PURCHASE, *****30045413234, AUT 112519 VISA DDA PUR SQ  NEAPOLITAN EXPRESS D    NEW YORK    * NY | 9.80 |
| 11/26 | DEBIT POS, *****30045413234, AUT 112619 DDA PURCHASE PERRY BAGEL CAFE    PARAMUS    * NJ | 7.12 |
| 11/27 | DEBIT CARD PURCHASE, *****30045413234, AUT 112619 VISA DDA PUR DNH GODADDY COM    480 5058855   * AZ | 89.00 |
| 11/27 | DEBIT CARD PURCHASE, *****30045413234, AUT 112619 VISA DDA PUR ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 33.87 |
| 11/27 | DEBIT CARD PURCHASE, *****30045413234, AUT 112619 VISA DDA PUR TIN S HOUSE    PARAMUS    * NJ | 24.32 |
| 11/27 | DEBIT POS, *****30045413234, AUT 112719 DDA PURCHASE PERRY BAGEL CAFE    PARAMUS    * NJ | 3.97 |
| 11/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 112919 VISA DDA PUR PAYPAL  CHUCKIE56    VISA DIRECT  * CA | 2,186.93 |
| 11/29 | ACH DEBIT, MERCURY INS PAYMENT ****517725-4810 | 286.86 |
| 11/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 112819 VISA DDA PUR EL MALECON RESTAURANT    NEW YORK    * NY | 152.00 |
| 11/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 112819 VISA DDA PUR CONVERTKIT EMAIL    HTTPSCONVERTK * ID | 149.00 |
| 11/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 112819 VISA DDA PUR BIGSCOOTS  INC    WWW BIGSCOOTS * FL | 124.50 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

Page: 12 of 13
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | TD ATM DEBIT, *****30045413234, AUT 112819 DDA WITHDRAW<br>1400 PALISADE AVENUE    FORT LEE    * NJ | 100.00 |
| 11/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 112719 VISA DDA PUR<br>PAYPAL  CLOUDINARY    4029357733    I SR | 99.00 |
| 11/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 112719 VISA DDA PUR<br>SKRAPP IO    SINGAPORE    S GP | 99.00 |
| 11/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 112819 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 47.11 |
| 11/29 | DEBIT POS, *****30045413234, AUT 112919 DDA PURCH W/CB<br>CVS PHARMACY  00 00534    YONKERS    * NY | 44.34 |
| 11/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 112719 VISA DDA PUR<br>ANTHONY FRANCOS PIZZA    PARAMUS    * NJ | 36.69 |
| 11/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 112719 VISA DDA PUR<br>APPLE COM BILL    866 712 7753  * CA | 30.91 |
| 11/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 112719 VISA DDA PUR<br>STARBUCKS    800 782 7282  * WA | 25.00 |
| 11/29 | DEBIT POS, *****30045413234, AUT 112819 DDA PURCHASE<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 20.44 |
| 11/29 | DEBIT CARD PAYMENT, *****30045413234, AUT 112819 VISA DDA PUR<br>GMASS    HTTPSWWW GMAS * WI | 19.95 |
| 11/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 112619 VISA DDA PUR<br>MCDONALD S F7454    PARAMUS    * NJ | 15.93 |
| 11/29 | DEBIT CARD PURCHASE, *****30045413234, AUT 112819 VISA DDA PUR<br>PARAMUS DELTA    PARAMUS    * NJ | 15.00 |
| 11/29 | DEBIT POS, *****30045413234, AUT 112919 DDA PURCHASE<br>PERRY BAGEL CAFE    PARAMUS    * NJ | 12.55 |
| | Subtotal: | 19,517.83 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 8,436.90 | 11/15 | 8,115.70 |
| 11/01 | 7,546.90 | 11/18 | 6,060.45 |
| 11/04 | 6,891.26 | 11/19 | 5,268.51 |
| 11/05 | 9,237.12 | 11/20 | 5,588.07 |
| 11/06 | 8,977.12 | 11/21 | 5,533.09 |
| 11/07 | 5,293.05 | 11/22 | 5,253.52 |
| 11/08 | 6,630.72 | 11/25 | 4,986.52 |
| 11/12 | 6,973.48 | 11/26 | 4,383.96 |
| 11/13 | 5,334.17 | 11/27 | 4,232.80 |
| 11/14 | 4,696.95 | 11/29 | 4,391.88 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

FRANKLIN MEDINA
TARYN MEDINA
DIP CASE 18-11629 DIST NJ

STATEMENT OF ACCOUNT

Page: 13 of 13
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

11/13     $1,420.00