Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11629−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franklin Medina
   P.O. Box 1502
   Paramus, NJ 07653

Social Security No.:
   xxx−xx−8251

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/12/20 at 11:00 AM

to consider and act upon the following:

**5** – Notice of Hearing for: Status Conference. (related document:1 Chapter 11 Voluntary Petition Filed by David L. Stevens on behalf of Franklin Medina. Ch. 11 Small Business Balance The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 3/21/2018 at 02:00 PM at RG – Courtroom 3E, Newark. (slm)

**91** – Request to Relist in support of (related document:47 Motion for Relief From Stay filed by Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION) filed by Nicholas V. Rogers on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Rogers, Nicholas)

**122** – Order Approving Disclosure Statement (related document:108 Disclosure Statement filed by Debtor Franklin Medina). . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/14/2019. Confirmation hearing to be held on 1/14/2020 at 11:00 AM at RG – Courtroom 3E, Newark. Last day to Object to Confirmation 1/7/2020.Last day to file ballots is 1/7/2020. (slm)

Dated: 4/7/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court