| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for SN Servicing Corporation as servicer<br>for U.S. Bank National Association as Trustee of the<br>Lodge Series III Trust | Order Filed on April 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 18-11629<br><br>Chapter: 13<br><br>Hearing Date:<br>May 12, 2020 at 10:00 AM<br><br>Hon. Judge:<br>Rosemary Gambardella |
| In Re:<br><br>Franklin Medina<br><br>Debtor(s) | |

## CONSENT ORDER RESOLVING SECURED CREDITOR'S
## PRE AND POST PETITION ARREARS

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby
**ORDERED**.

**DATED: April 16, 2020**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | SN Servicing Corporation |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Carlos D. Martinez, Esq. |
| Property Involved("Collateral"): | 191 Nimitz Rd, Paramus, NJ 07653 |

For good cause shown, it is **ORDERED** that Applicant's Pre and Post-Petition arrearages as set forth in the Debtor's Chapter 11 Plan and Disclosure statement are resolved, subject to the following conditions:

1. The SN Servicing Corporation (Class 1 claim holder) accepts the Debtor's Chapter 11 Plan and Disclosure Statement and shall be paid according to the terms of the mortgage executed by the Debtor on February 10, 2015, with the exception of pre- and post-petition arrears which shall be paid as outlined below.

2. Secured Creditor's pre-petition arrearages total **$63,727.67**, as set forth in Proof of Claim No. 9-1, filed on May 18, 2018.

3. Status of post-petition arrearages:

   - The Debtor is overdue for **4** months, from **December 1, 2019** to **March 1, 2020**.
   - The Debtor is overdue for **2** payments at **$2,118.33** per month.
   - The Debtor is overdue for **2** payments at **$2,307.54** per month.
   - The Debtor is overdue for late charges in the amount of **$209.00.**

   Total Post-Petition Arrearages Due: **$9,060.74**

4. Debtor must cure all pre and post-petition arrearages, as follows:

   - The pre-petition arrearages of **$63,727.67** and the post-petition arrearages of **$9,060.74** shall be paid through into the Debtor's Chapter 11 Plan.
   - The amount of the pre and post-petition arrears equal to **$72,788.41** and will supersede the amount listed in Debtor's Chapter 11 Plan and Disclosure Statement. Debtor shall repay this amount in equal monthly installments of $1,213.14 beginning May 15, 2020 and concluding April 15, 2025.
   - Beginning on **April 1, 2020**, regular monthly mortgage payments shall continue to be made in the amount of **$2,307.54**, or as further defined by the terms of the Note, Mortgage, any payment change notices, or other applicable law. These regular monthly mortgage payments will include the full principal, interest, taxes and insurance (PITI) payment.

5. Payments to the Secured Creditor shall be made to the following address(es):

Payments:

SN Servicing Corporation
PO Box 660820
Dallas, TX 75266-0820

In the event of Default:

If the Debtors fail to make regular monthly payments within thirty (30) days of the date the payments are due, or fail to make the plan payments to cure the pre and post-petition arrears, within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Trustee, the Debtors, and the Debtors' Attorney.

6. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form and entry of the foregoing order

Carlos D. Martinez, Esq.
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq
*Attorney for Secured Creditor*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11629-RG
Franklin Medina                                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 17, 2020
                             Form ID: pdf903          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2020.
db             +Franklin Medina,   P.O. Box 1502,   Paramus, NJ 07653-1502
aty            +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP.,   1599 Hamburg Turnpike,   P.O. Box 2031,
                Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2020 at the address(es) listed below:
          Carlos D Martinez    on behalf of Debtor Franklin  Medina cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
           8@notify.bestcase.com
          David L. Stevens    on behalf of Debtor Franklin  Medina dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joel R. Glucksman    on behalf of Creditor   City of Union City jglucksman@sh-law.com,
           rjoyce@sh-law.com
          Joel R. Glucksman    on behalf of Creditor   Town of West New York jglucksman@sh-law.com,
           rjoyce@sh-law.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Laura M. Egerman    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for
           Banc of America Alternative Loan Trust 2006-4 Mortgage Pass-Through Certificates , Series 2006-4
           bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor   New Residential Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Nicholas V. Rogers    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor   MTGLQ Investors, LP c/o Selene Finance LP
           dnj@pbslaw.org
          Sherri Jennifer Smith    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 14