UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
cmartinez@scura.com
Carlos D. Martinez, Esq.
*Counsel for Franklin Medina*

Order Filed on July 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    FRANKLIN MEDINA,

              Debtor.

Case No. 18-11629

Hon. Judge Rosemary Gambardella

Chapter 11

Hearing Date and Time:
June 30, 2020 @ 11:00 a.m..

## ORDER CONFIRMING CHAPTER 11 PLAN

    The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: July 7, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Franklin Medina
Case No. 18-11629
Caption of Order: Order Confirming Chapter 11 Plan

THIS MATTER having been brought by the debtor, Franklin Medina (the "Debtor"), by and through counsel, by filing his Disclosure Statement and Chapter 11 Plan of Reorganization (the "Plan") on September 16, 2019 (Docket Entry No. 108); and the Court having preliminary approved the Plan on November 14, 2019 (Docket Entry No. 122); and on June 30, 2020 (the "Confirmation Hearing") the Court having determined, after notice and hearing, that the requirements for confirmation of the Plan under 11 U.S.C. § 1129 have been satisfied; it is hereby **ORDERED as follows:**

1. The Individual Debtor's Plan of Reorganization (Docket Entry No. 108) dated September 16, 2019 is hereby confirmed in its entirety and as modified in accordance with the paragraphs below numbered two (2) through five (5).

2. As of March 2020, the Debtor owes $2,939.65 in United States Trustee Quarterly Fees. Thirty (30) days from the Confirmation Hearing, the Debtor shall pay to the Office of the Trustee the Quarterly Fees owed. The Debtor's Plan shall not take effect until the Quarterly Fees referenced above have been paid. As provided for in the Plan, all fees required to be paid by 28 U.S.C. § 1930(a)(6) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Bankruptcy Code.

3. The Debtor's Plan is modified to include an Administrative Claim held by New York State Thruway Authority ("NYSTA"). The Debtor shall pay the Administrative Claim held by NYSTA in accordance with the Stipulation and Consent Order entered on April 29, 2020 (Docket Entry No. 144).

Debtor: Franklin Medina
Case No. 18-11629
Caption of Order: Order Confirming Chapter 11 Plan

    4.    The Debtor's Plan lists SN Servicing, Corp. ("SN Servicing") as the Class One claim holder. The Debtor shall treat SN Servicing's Class One claim in accordance with the Consent order entered on April 16, 2020 (Docket Entry No. 140).

    5.    The Debtor's Plan lists JP Morgan Chase Bank, N.A. ("Chase") as the Class Three claim holder. The Debtor shall treat Chase's Class Three claim in accordance with the Consent Order entered on June 23, 2020 (Docket Entry No. 154), and incorporates herein by reference the terms of the June 23, 2020 Consent Order as an Exhibit to the Confirmation Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Franklin Medina  
    Debtor

Case No. 18-11629-RG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 07, 2020  
                Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
db          +Franklin Medina,    P.O. Box 1502,    Paramus, NJ 07653-1502
aty         +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP.,    1599 Hamburg Turnpike,    P.O. Box 2031,
              Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:
      Carlos D Martinez    on behalf of Debtor Franklin  Medina cmartinez@scura.com,
       ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
      David L. Stevens    on behalf of Debtor Franklin  Medina dstevens@scura.com,
       ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Joel R. Glucksman    on behalf of Creditor   City of Union City jglucksman@sh-law.com, rjoyce@sh-law.com
      Joel R. Glucksman    on behalf of Creditor   Town of West New York jglucksman@sh-law.com, rjoyce@sh-law.com
      John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation bankruptcy@friedmanvartolo.com
      Laura M. Egerman    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-4 Mortgage Pass-Through Certificates , Series 2006-4 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor   New Residential Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Melanie Carmela Grimes    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
      Nicholas V. Rogers    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
      Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
      Robert P. Saltzman    on behalf of Creditor   MTGLQ Investors, LP c/o Selene Finance LP dnj@pbslaw.org
      Sherri Jennifer Smith    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 15