Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–11629–RG
Chapter:  11
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Franklin Medina
  P.O. Box 1502
  Paramus, NJ 07653

Social Security No.:
  xxx–xx–8251

Employer's Tax I.D. No.:

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on August 14, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 165 – 160
Order Granting Application For Compensation for David L. Stevens, fees awarded: $19,077.50, expenses awarded: $1,096.81 (Related Doc # 160). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/13/2020. (car)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 14, 2020
JAN: car

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-11629-RG
Franklin Medina                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 14, 2020
                              Form ID: orderntc    Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
db           +Franklin Medina,   P.O. Box 1502,   Paramus, NJ 07653-1502
aty          +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP.,   1599 Hamburg Turnpike,   P.O. Box 2031,
              Wayne, NJ 07474-2031
cr           +City of Union City,   Joel R. Glucksman, Esq.,   Scarinci & Hollenbeck,
              1100 Valley Brook Avenue,   PO Box 790,   Lyndhurst, NJ 07071-0790
cr           +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Phelan Hallinan & Schmieg, PC,
              1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
cr           +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr            MTGLQ Investors, LP c/o Selene Finance LP,   9990 Richmond Avenue, Suite 400 South,
              South Houston, TX  77042-4546
cr           +SN Servicing Corporation,   FRIEDMAN VARTOLO, LLP,   1325 Franklin Avenue, Suite 230,
              Garden City, NY 11530-1631
cr           +Town of West New York,   c/o Joel R. Glucksman, Esq.,   Scarinci & Hollenbeck,
              1100 Valley Brook Avenue,   P.O. Box 790,   Lyndhurst, NJ 07071-0790
cr           +Wells Fargo Bank, National Association, as Trustee,   Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Ste 100,   Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bnc@atlasacq.com Aug 15 2020 01:28:43     ATLAS ACQUISITIONS LLC,   294 Union St.,
              Attn: Avi Schild,   Hackensack, NJ 07601-4303
cr            E-mail/Text: ally@ebn.phinsolutions.com Aug 15 2020 01:28:00     Ally Financial,
              PO Box 130424,   Roseville, MN  55113-0004
                                                                             TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
          Carlos D Martinez   on behalf of Debtor Franklin  Medina cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
          David L. Stevens    on behalf of Debtor Franklin  Medina dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joel R. Glucksman   on behalf of Creditor   Town of West New York jglucksman@sh-law.com,
           rjoyce@sh-law.com
          Joel R. Glucksman   on behalf of Creditor   City of Union City jglucksman@sh-law.com,
           rjoyce@sh-law.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Jonathan C. Schwalb   on behalf of Creditor   SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Laura M. Egerman   on behalf of Creditor   New Residential Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman   on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for
           Banc of America Alternative Loan Trust 2006-4 Mortgage Pass-Through Certificates , Series 2006-4
           bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com

District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Aug 14, 2020
                             Form ID: orderntc         Total Noticed: 11


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Melanie Carmela Grimes    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Selene Finance LP
           dnj@pbslaw.org
          Sherri Jennifer Smith    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 15