Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−11629−RG
    Chapter: 11
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franklin Medina
   P.O. Box 1502
   Paramus, NJ 07653

Social Security No.:
   xxx−xx−8251

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/23/24 at 10:00 AM

to consider and act upon the following:

*180* – Motion to Reopen Case re: Other. Fee Amount $ 1167. Filed by David L. Stevens on behalf of Franklin Medina. Hearing scheduled for 12/5/2023 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Brief # 2 Exhibit A # 3 Exhibit B # 4 Certification of Debtor # 5 Proposed Order # 6 Certificate of Service) (Stevens, David) CERTIFICATION OF DEBTOR NOT SIGNED. Modified on 11/13/2023 (car).

Dated: 12/12/23

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court