Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11629−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franklin Medina
   P.O. Box 1502
   Paramus, NJ 07653

Social Security No.:
   xxx−xx−8251

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/23/24 at 10:00 AM

to consider and act upon the following:

*180* − Motion to Reopen Case re: Other. Fee Amount $ 1167. Filed by David L. Stevens on behalf of Franklin Medina. Hearing scheduled for 12/5/2023 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Brief # 2 Exhibit A # 3 Exhibit B # 4 Certification of Debtor # 5 Proposed Order # 6 Certificate of Service) (Stevens, David) CERTIFICATION OF DEBTOR NOT SIGNED. Modified on 11/13/2023 (car).

Dated: 12/12/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-11629-RG

Franklin Medina  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Dec 12, 2023      Form ID: ntchrgbk      Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Franklin Medina, P.O. Box 1502, Paramus, NJ 07653-1502 |
| cr | + | City of Union City, Joel R. Glucksman, Esq., Scarinci & Hollenbeck, 1100 Valley Brook Avenue, PO Box 790 Lyndhurst, NJ 07071-0790 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr |   | MTGLQ Investors, LP c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, South Houston, TX 77042-4546 |
| cr | + | Town of West New York, c/o Joel R. Glucksman, Esq., Scarinci & Hollenbeck, 1100 Valley Brook Avenue, P.O. Box 790 Lyndhurst, NJ 07071-0790 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Dec 12 2023 20:42:00 | ATLAS ACQUISITIONS LLC, 294 Union St., Attn: Avi Schild, Hackensack, NJ 07601 |
| cr | | Email/Text: ally@ebn.phinsolutions.com | Dec 12 2023 20:42:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| cr | ^ | MEBN | Dec 12 2023 20:42:36 | SN Servicing Corporation, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 12 2023 20:42:00 | Wells Fargo Bank, National Association, as Trustee, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 12, 2023 | Form ID: ntchrgbk | Total Noticed: 10 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

**Name**                **Email Address**

Carlos D Martinez
on behalf of Debtor Franklin Medina carlos@martinezlegal.co

David L. Stevens
on behalf of Debtor Franklin Medina dstevens@scura.com
ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon
on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Joel R. Glucksman
on behalf of Creditor Town of West New York jglucksman@sh-law.com  lmargotta@sh-law.com

Joel R. Glucksman
on behalf of Creditor City of Union City jglucksman@sh-law.com  lmargotta@sh-law.com

John R. Morton, Jr.
on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jonathan C. Schwalb
on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com  jschwalb@ecf.courtdrive.com

Laura M. Egerman
on behalf of Creditor New Residential Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Laura M. Egerman
on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Banc of America Alternative Loan Trust 2006-4 Mortgage Pass-Through Certificates , Series 2006-4 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Melanie Carmela Grimes
on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nj.bkecf@fedphe.com

Nicholas V. Rogers
on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nj.bkecf@fedphe.com

Peter J. D'Auria
on behalf of U.S. Trustee U.S. Trustee Peter.J.D'Auria@usdoj.gov

Rebecca Ann Solarz
on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Robert P. Saltzman
on behalf of Creditor MTGLQ Investors  LP c/o Selene Finance LP dnj@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com

TOTAL: 16