**REED SMITH LLP**
*Formed in the State of Delaware*
David G. Murphy, Esq. (069822013)
506 Carnegie Center – Suite 300
Princeton, NJ 08540
Tel (609) 520-6014
Fax (609) 951-0824
*Attorneys for JP Morgan Chase Bank, N.A.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> In Re: <br><br> Franklin Medina, <br><br> Debtor. | Case Number: 18-11629-RG <br><br> Hon. Rosemary Gambardella <br><br> Chapter 11 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Section 9004-1(b) of the Bankruptcy Code, the undersigned hereby enters an appearance as co-counsel on behalf of JPMorgan Chase Bank, N.A. Pursuant to Rule 2002 and Section 9004-1(b) of the Bankruptcy Code, the undersigned requests that copies of all pleading, orders, and notices in this matter be served by all parties upon the undersigned at the above stated address.

**REED SMITH LLP**
*Attorneys for JP Morgan Chase Bank, N.A.*

Dated: January 5, 2024        By: */s/ David G. Murphy*
                                                    David G. Murphy