UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer Stevens
& Cammarotta, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel.: 973-696-8391
David L. Stevens
dstevens@scura.com
Counsel to Debtor

In Re:

        Franklin Medina,

                        Debtor.

| | |
|---|---|
| Case No.: | 18-11629 |
| Chapter: | 11 |
| Hearing Date: | 1/23/2024 |
| Judge: | RG |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion to Reopen Case (Docket No. 180)

Date: January 17, 2024          /s/ David L.Stevens, Esq.
                                Signature

*rev.8/1/15*