UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*Mark G. Carusillo, Esq.*
*2050 Fairfax Avenue, Suite A*
*Cherry Hill, NJ 08003*
*(856) 267-5325*
*Attorney for Debtor, Franklin Medina*

Case No.: 18-11629

Chapter: 11

In Re:
*Franklin Medina*

Judge: TBA

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.H. LBR 9010-2, the undersigned notifies the Court that Mark G. Carusillo, Esq. will be substituted as attorney of record for Franklin Medina, the Debtor in this case.

Date: 8/25/25

_____
Carlos D. Martinez, Esq.

Date: 8/23/25

_____
David L. Stevens, Esq.

Date: August 22, 2025

/s/ Mark G. Carusillo
Mark G. Carusillo, Esq.