UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Adv. Pro. No.: _____

Chapter: _____

Subchapter V:  ❑ Yes  ❑ No

Hearing Date: _____

Judge: _____

## ADJOURNMENT REQUEST

1.    I, _____,

    ❑ am the attorney for: _____,

    ❑ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _____

Current hearing date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

2.    Consent to adjournment:

    ❑ I have the consent of all parties.   ❑ I do not have the consent of all parties (explain below):

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: _____          _____
                                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

❑  Granted              New hearing date: _____          ❑  Peremptory

❑  Granted over objection(s)   New hearing date: _____          ❑  Peremptory

❑  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*