UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark G. Carusillo, Esq.
2050 Fairfax Avenue, Suite A
Cherry Hill, NJ 08003
(856) 267-5325
Attorney for Debtor, Franklin Medina

In Re:

Franklin Medina

Case No.: 18-11629
Adv. Pro. No.: N/A
Chapter: 11
Subchapter V: ☐ Yes ☒ No
Hearing Date: 09/23/2025
Judge: TBA

## ADJOURNMENT REQUEST

1. I, _____Mark G. Carusillo, Esq._____,

    ☒ am the attorney for: _____Debtor, Franklin Medina_____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Debtor's Motion to Reopen Case

    Current hearing date and time: 09/23/2025 @ 10:00 AM

    New date requested: 10/28/2025

    Reason for adjournment request: Debtor & Ms. Jerrell have reached an agreement, which when finalized will make the Motion moot.

2. Consent to adjournment:

    ☐ I have the consent of all parties.   ☒ I do not have the consent of all parties (explain below):

    No parties have filed an objection to this Motion. The only interested party is Michelle Jerrell.

I certify under penalty of perjury that the foregoing is true.

Date: 09/18/2025                           /s/ Mark G. Carusillo
                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: Tues., 10/28/25 at 10 am        ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____         ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2