| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Mark G. Carusillo, Esq.<br>2050 Fairfax Avenue, Suite A<br>Cherry Hill, NJ 08003<br>(856) 267-5325<br>Attorney for Debtor, Franklin Medina | |
| In Re:<br><br>Franklin Medina | Case No.: 18-11629<br><br>Adv. Pro. No.: N/A<br><br>Chapter: 11<br><br>Subchapter V: ☐ Yes ☒ No<br><br>Hearing Date: 10/28/2025<br><br>Judge: TBA |

## ADJOURNMENT REQUEST

1. I, __Mark G. Carusillo, Esq.__,

   ☒ am the attorney for: __Debtor, Franklin Medina__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Debtor's Motion to Reopen Case

   Current hearing date and time: 10/28/2025 @ 10:00 AM

   New date requested: 12/02/2025

   Reason for adjournment request: Debtor & Ms. Jerrell have reached an agreement re: the sale of the property which when finalized and consummated will make the Motion moot.

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

   No parties have filed an objection to this Motion. The only interested party is Michelle Jerrell.

I certify under penalty of perjury that the foregoing is true.

Date: 10/20/2025                                              /s/ Mark G. Carusillo
                                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                    New hearing date: Tues., Dec. 2, 2025 @ 10        ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____         ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2