Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11629−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franklin Medina
   P.O. Box 1502
   Paramus, NJ 07653

Social Security No.:
   xxx−xx−8251

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/2/25 at 10:00 AM

to consider and act upon the following:

187 – Motion to Reopen Case re: Other. Fee Amount $ 1167. Filed by Mark G. Carusillo on behalf of Franklin Medina. Hearing scheduled for 9/23/2025 at 10:00 AM, TBA − Courtroom 3E, Newark.. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Carusillo, Mark)

Dated: 10/28/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court