# — Law Offices of Mark G. Carusillo —

*focused on solutions*



| CHERRY HILL, NJ | PARAMUS, NJ | BOCA RATON, FL |
|---|---|---|
| 2050 Fairfax Avenue | 140 E. Ridgewood Ave. | 433 Plaza Real |
| Suite A | Suite 415 | Suite 275 |
| Cherry Hill, NJ 08003 | Paramus, NJ 07652 | Boca Raton, FL 33432 |
| P: (856) 267-5325 | P: (201) 845-4461 | P: (561) 418-6110 |
| F: (856) 751-1483 | F: (856) 751-1483 | F: (561) 892-7772 |

**ALL DELIVERIES TO CHERRY HILL OFFICE**

October 31, 2025

**<u>Via CMECF</u>**
Honorable Judge Mark E. Hall
US Bankruptcy Court
District of New Jersey
50 Walnut St, #3E
Newark, NJ 07102

Re:  In re Franklin Medina
     Case No. 18-11629-RG

Judge Hall:

I am sending this correspondence in order to formally withdraw Debtor's Motion to Reopen Chapter 11 Bankruptcy Case filed on August 29, 2025 and set for a Hearing on December 2, 2025. Debtor sought to reopen the case to receive a return of escrow money held by the Township of Mount Laurel for a tax sale certificate owned by Michelle Jerrell. Debtor and Ms. Jerrell were able to come to an agreement and Ms. Jerrell purchased the affected property last week. Therefore, the Motion is now moot.

Respectfully submitted,

*/s/ Mark G. Carusillo*

Mark G. Carusillo, Esq.
MGC/mcb

cc:  Keith Bonchi, Esq., attorney for Michelle Jerrell (via email)